

## INTRODUCTION

### Introduction

This booklet contains information relating to the Service, Maintenance, Warranty and Assistance programmes applicable to the McLaren vehicle.

 *NOTE: Failure to maintain the McLaren vehicle in accordance with the servicing instructions contained within this booklet may invalidate this McLaren Limited Warranty coverage.*

This is an important document and should be kept in the container provided below the dash on the passenger's side.

Retain this booklet together with the other documents relating to the McLaren vehicle and pass on to any future owners so they have access to this information.

McLaren Automotive Inc. operates a policy of continuous product development and improvement and reserves the right to change specification without notice.

 *NOTE: The information contained in this document was correct at the time of printing. Vehicle design changes that affect servicing or warranty conditions may have been made since that time.*

## WARRANTY

VEHICLE LIMITED WARRANTY

### Overview

This section of the booklet details the warranty you receive as the owner of a McLaren vehicle.

McLaren Automotive Inc. will provide repairs to the McLaren vehicle throughout the relevant warranty period in accordance with the terms and conditions defined in this booklet.

This warranty does not affect your legal rights under the vehicle purchase agreement with the selling Authorized McLaren Dealer.

The benefits McLaren offer you under warranty are in addition to, and do not detract from, other rights and remedies that you have in respect of the McLaren vehicle under applicable Federal and/or state law governing the sale of consumer goods.

## WARRANTY
### VEHICLE LIMITED WARRANTY

#### Vehicle Limited Warranty Coverages

The McLaren Limited Warranty is valid only within the region for which the McLaren vehicle was originally manufactured.

The regions and the countries of which they are comprised are listed below:

| Region | Countries included |
|---|---|
| USA | Continental United States only |
| Canada | Canada only |
| South America | Chile and Peru |
| Asia Pacific | Hong Kong (not the rest of China), New Zealand, Singapore, Taiwan, Indonesia, and Malaysia |
| Australia | Australia only |
| Japan | Japan only |
| China | People's Republic of China only |
| Europe | European Union, Iceland, Liechtenstein, Monaco, Norway, and Switzerland |
| Middle East and Africa | Kingdom of Saudi Arabia, the Kingdom of Bahrain, Qatar, Kuwait, Lebanon, Abu Dhabi, Dubai (not the remainder of the United Arab Emirates), and South Africa |

## WARRANTY
### VEHICLE LIMITED WARRANTY

#### Overview of Warranties

For your peace of mind, the McLaren Limited Warranty has no distance limitations and includes the following:

| | |
|---|---|
| McLaren New Vehicle Limited Warranty - bumper to bumper | 3 years with unlimited miles |
| Emission System Defect Warranty - Federal | 2 years or 24,000 miles |
| Emission System Defect Warranty - Federal | 8 years or 80,000 miles, designated parts |
| Emission System Performance Warranty - Federal | 2 years or 24,000 miles |
| Emission System Performance Warranty - Federal | 8 years or 80,000 miles, designated parts |
| Emission Control Defect Warranty - California or States which have adopted California Emissions Warranty regulations | 3 years or 50,000 miles |
| Emission Control Performance Warranty - California or States which have adopted California Emissions Warranty regulations | 3 years or 50,000 miles |
| Emission Control Defect Warranty - California or States which have adopted California Emissions Warranty regulations | 7 years or 70,000 miles, designated parts |
| Paint Surface Limited Warranty | 3 years with unlimited miles |
| Corrosion Limited Warranty | 10 years with unlimited miles |

## WARRANTY
VEHICLE LIMITED WARRANTY

### Limited Warranty Statement

The McLaren Limited Warranty gives you, the owner, specific legal rights and you may also have other rights which vary from state to state.

EXCEPT FOR THE EMISSION SYSTEMS WARRANTIES, THIS IS THE ONLY EXPRESS WARRANTY GIVEN WITH THE PURCHASE OF A MCLAREN PASSENGER CAR. THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE LIMITED TO 3 YEARS WITH UNLIMITED MILES FROM THE DATE OF SALE OF THE VEHICLE BY THE DEALER TO ITS CUSTOMER OR THE DATE ON WHICH THE VEHICLE IS REGISTERED WITH THE APPROPRIATE AUTHORITIES, WHICHEVER EVENT SHALL FIRST OCCUR. MCLAREN AUTOMOTIVE INC. NEITHER ASSUMES NOR AUTHORIZES ANY PERSON TO ASSUME FOR IT ANY OTHER LIABILITY IN CONNECTION WITH SUCH PASSENGER CAR.

NO PAYMENT OR OTHER COMPENSATION WILL BE MADE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGE SUCH AS DAMAGE OR INJURY TO PERSON OR PROPERTY OR LOSS OF REVENUE WHICH MIGHT BE PAID, INCURRED OR SUSTAINED BY REASON OF THE FAILURE OF ANY PART OR ASSEMBLY WHICH MAY BE REPAIRED OR REPLACED IN ACCORDANCE WITH THE TERMS OF THIS WARRANTY.

Some states do not allow the exclusion or limitation of incidental or consequential damages or limitation on how long an implied warranty lasts, so the above limitations may not apply to you.

### Limited Warranty start date

The McLaren Limited Warranty starts on the date of sale of the new McLaren vehicle by an Authorized McLaren Dealer to a customer or the date the new McLaren vehicle is registered with the appropriate authorities for use on the road, whichever occurs first.

The McLaren Limited Warranty is valid for the defined period, regardless of any change in ownership made within the specified warranty conditions.

## WARRANTY
VEHICLE LIMITED WARRANTY

### Limited Warranty expiry

The McLaren Limited Warranty expires on the last day of the respective warranty period unless a specific problem reported during the warranty period has not been resolved in which case the warranty period, relating to that specific problem, will be extended until the problem reported has been resolved, at which time the warranty will expire.

### Limited Warranty coverage

The McLaren Limited Warranty is valid within the country for which the McLaren vehicle was originally manufactured. Please refer to page 4 for guidance.

If you are moving permanently to a country where there is an Authorized McLaren Dealer you may apply to McLaren to transfer the McLaren Limited Warranty to the new country.

This application must be accompanied by the following:

- Proof of residence in the region for which the McLaren vehicle was originally manufactured
- Proof of residence and vehicle registration in the country you are moving to
- Proof that all required regional modifications have been carried out by an Authorized McLaren Dealer

 NOTE: All modifications carried out must be at your cost.

Transfer of the McLaren Limited Warranty will be decided on a case by case basis at McLaren's sole discretion and is limited to the original owner only. McLaren will not continue the warranty following sale of the vehicle within the new country.

If you choose to take the McLaren vehicle outside the countries where an Authorized McLaren Dealer is located then the McLaren Limited Warranty becomes void unless written approval is obtained from McLaren which shall be granted at McLaren's sole discretion.

## WARRANTY
VEHICLE LIMITED WARRANTY

### Temporary relocation

If you take the McLaren vehicle temporarily to any country where there is an Authorized McLaren Dealer, the McLaren Limited Warranty will be honored by any Authorized McLaren Dealer within that country for six months from the date of entry. Proof of compliance with temporary import legislation will be required. For an up to date list of Authorized McLaren Dealers please visit

www.retailers.mclaren.com

### Obtaining assistance

If the McLaren vehicle requires attention under the terms and conditions defined in this booklet please contact the nearest Authorised McLaren Dealer to make arrangements. Details of Authorised McLaren Dealers can be found in "DEALER NETWORK" on page 46 of this booklet.

- Make sure that the Authorized McLaren Dealer has all the relevant information regarding the nature of the concern.
- Have this Service and Warranty booklet available, to provide the Authorized McLaren Dealer with the information needed prior to the problem being investigated.

## WARRANTY
VEHICLE LIMITED WARRANTY

### McLaren Limited Warranty

McLaren Automotive Inc.'s intention is to repair under warranty, without charge to you, the owner, any defects with the McLaren vehicle during the McLaren Limited Warranty period.

All McLaren Automotive Inc. asks is that you properly maintain and care for the McLaren vehicle and have warranty repairs performed by an Authorized McLaren Dealer.

Please note the difference between "defects" and "damage" as used in the McLaren Limited Warranty. Defects are covered by the McLaren Limited Warranty as McLaren Automotive Inc. the distributor is responsible. Conversely, McLaren Automotive Inc. has no control over damage caused by such things as, but not limited to, alterations, collision, misuse, and lack of or improper maintenance. Therefore, damage for whatever reason is not covered by the McLaren Limited Warranty.

It is your responsibility to maintain the McLaren vehicle according to the Maintenance Schedule provided. All maintenance services must be carried out to keep the McLaren Limited Warranty coverage valid. When requesting service or repair work under warranty, you must present to the Authorized McLaren Dealer evidence that the periodic servicing requirements have been carried out. Receipts covering completion of required servicing should be retained in the event a question arises concerning maintenance.

These receipts should be transferred to each subsequent owner of the McLaren vehicle. For your convenience, this booklet has been designed to incorporate the signature of the Authorized McLaren Dealer on completion of the required maintenance services.

Signatures and receipts, repair orders and invoices are evidence of completion of the maintenance services and should be kept together with other receipts, repair orders and invoices. If you have a McLaren Limited Warranty issue and can show through receipted invoices that the vehicle has received the required servicing, an Authorized McLaren Dealer will perform the warranty work without charging for parts or labor.

## WARRANTY
VEHICLE LIMITED WARRANTY

It is your responsibility to prove and for the Authorized McLaren Dealer to judge whether all required maintenance has been performed.

McLaren Automotive Inc.'s obligation is limited to the authorization to exchange or repair at its option such parts which are acknowledged by it to be defective. In case of defective assemblies, factory rebuilt units can be used in exchange instead of their repair. The replaced defective parts or assemblies shall become the property of McLaren Automotive Inc.

Warranty repairs do not constitute an extension of the original McLaren Limited Warranty period for the McLaren vehicle or a part thereof.

Glass is covered against manufacturing defects such as air bubbles in laminated screens.

Only the original set of tires delivered with the McLaren vehicle are covered under the McLaren Limited Warranty against manufacturing defects. Part worn tires found to have a manufacturing defect may be credited on a pro rata basis dependant on the McLaren vehicle odometer reading. Any subsequent or replacement tires are covered by the tire manufacturer's warranty, not McLaren Automotive Inc.

 *NOTE: Any tire wear or damage caused as a result of using the McLaren vehicle at a track event is not covered by the McLaren Limited Warranty.*

All parts used in a warranty repair will be genuine McLaren parts. All faulty parts removed during a warranty repair shall be the property of McLaren Automotive Inc.

Replacement parts fitted during a warranty repair are covered for the remaining balance of the original McLaren Limited Warranty period. If any non-genuine performance parts have been fitted to the McLaren vehicle since it was manufactured, and they have to be removed to carry out a warranty repair, the labor costs incurred in removing such parts cannot be recovered under the McLaren Limited Warranty.

## WARRANTY
VEHICLE LIMITED WARRANTY

Paint Limited Warranty

If the paint surface requires repair due to a defect in material or application, during the three year period after the McLaren Limited Warranty start date, such repairs will be carried out free of charge by an Authorized McLaren Dealer, or a McLaren Automotive Inc. Approved Paint and Body Repair Provider.

10

11

## WARRANTY
### VEHICLE LIMITED WARRANTY

#### Corrosion Limited Warranty

Any repairs required as a result of cosmetic corrosion caused by a defect in material or application, during the five year period after the McLaren Limited Warranty start date, will be carried out free of charge by an Authorized McLaren Dealer or a McLaren Automotive Inc. Approved Paint and Body Repair Provider.

Cosmetic corrosion is defined as light oxidisation of the surface finish of components.

Any repairs required as a result of a painted body panel being perforated by corrosion, during the ten year period after the McLaren Limited Warranty start date, will be repaired or replaced free of charge by an Authorized McLaren Dealer or a McLaren Automotive Inc. Approved Paint and Body Repair Provider.

 *NOTE: McLaren Automotive Inc. recommends that any repairs are carried out in accordance with McLaren Automotive Inc.'s repair instructions by an Authorized McLaren Dealer or a McLaren Automotive Inc. Approved Paint and Body Repair Provider using genuine McLaren parts or competing parts that meet the quality and specification (including, but not limited to, their compatibility, performance, reliability and durability) of the original part.*

*McLaren Automotive Inc. disclaims any liability under the Paint Surface and Corrosion Limited Warranties for repairs carried out by anyone other than an Authorized McLaren Dealer or a McLaren Automotive Inc. Approved Paint and Body Repair Provider, and/or repairs carried out using inferior parts, and defects in such parts or damage caused by the use of such parts.*

## WARRANTY
### VEHICLE LIMITED WARRANTY

#### Customer Responsibilities

The documentation supplied with the McLaren vehicle describes how to use and care for the McLaren vehicle properly.

Correct use and maintenance of the McLaren vehicle will help prevent repair expense resulting from misuse or neglect. You must notify an Authorized McLaren Dealer immediately if a problem arises, or have the problem inspected and documented by an Authorized McLaren Dealer.

#### Vehicle Limited Warranty

To minimise the impact of any defect, McLaren Automotive Inc. recommends you always make the McLaren vehicle available for repair as soon as practical after a problem is detected.

Authorized McLaren Dealers have trained technicians, the correct equipment and genuine McLaren parts to keep the McLaren vehicle operating at its maximum potential.

McLaren Automotive Inc. recommends that all servicing, maintenance and care of the McLaren vehicle is carried out in accordance with the McLaren Maintenance Schedule by an Authorized McLaren Dealer using genuine McLaren parts or competing parts that meet the quality and specification (including, but not limited to, their compatibility, performance, reliability and durability) of the original part. McLaren Automotive Inc. disclaims any liability under the McLaren Limited Warranty for maintenance carried out by anyone other than an Authorized McLaren Dealer, and /or maintenance carried out using inferior parts, and defects in such parts or damage caused by the use of such parts.

 *NOTE: The McLaren Limited Warranty coverage on specific parts may be invalid if they are not maintained in accordance with the McLaren Maintenance Schedule.*

## WARRANTY
VEHICLE LIMITED WARRANTY

**Paint Surface and Corrosion Limited Warranties**

Regularly clean the body and paintwork of the McLaren vehicle in accordance with the recommendations supplied in the Owner's Handbook.

The Authorized McLaren Dealer will carry out a visual check of all body panels during the regular servicing of the McLaren vehicle and advise you of any concerns.

To minimise the impact of any defect, McLaren Automotive Inc. recommends you always make the McLaren vehicle available for repair as soon as practical after a problem is detected.

**Accident Damage Repair**

Due to the materials and assembly procedures used in the production of McLaren vehicles (carbon fiber), it is strongly recommended that any paint work or body repairs be performed only by those repair facilities which have been certified by McLaren Automotive Inc. as having the tools, equipment and training necessary to perform such repairs.

All repairs must be carried out using genuine McLaren parts or competing parts that meet the quality and specification (including, but not limited to, their compatibility, performance, reliability and durability) of the original part. As this ensures that warranty cover will continue on the repaired panels for the remainder of the Limited Warranty period.

## WARRANTY
EMISSION CONTROL SYSTEM MAINTENANCE

### Maintenance

The law requires the McLaren vehicle conforms to exhaust emission standards. To provide the best vehicle performance and lowest vehicle emissions, you are responsible to see that all recommended maintenance procedures detailed in this document are performed at the specified times and odometer readings. The emission control warranty does not cover failures due to abuse or lack of proper maintenance.

More frequent maintenance may be needed for vehicles under severe operating conditions such as dusty areas or very short trip driving.

While maintenance services can be performed by any qualified service outlet, McLaren Automotive Inc. recommends that all maintenance services be performed by an Authorized McLaren Dealer who is equipped with the tools, instruments, and information necessary for correct and systematic performance of these services. Although warranty obligations are not dependent upon the use of any particular brand of replacement parts and you may elect to use non-genuine McLaren parts for replacement purposes, McLaren Automotive Inc. recommends the use of genuine McLaren parts for service and repairs, since they have been made according to the manufacturer's specifications. It is also important to use only fuels and lubricants meeting factory specifications, since the emission systems warranty does not cover repair or replacement of parts necessitated by failure of such items. For detailed information concerning emission control system maintenance, please refer to the Service section of this booklet. If you should desire further information concerning tune-up specifications or emission control system maintenance jobs, we recommend obtaining maintenance-related literature. Such literature is available from an Authorized McLaren Dealer.

## WARRANTY
VEHICLE LIMITED WARRANTY

### Paint Surface and Corrosion Limited Warranties

Regularly clean the body and paintwork of the McLaren vehicle in accordance with the recommendations supplied in the Owner's Handbook.

The Authorized McLaren Dealer will carry out a visual check of all body panels during the regular servicing of the McLaren vehicle and advise you of any concerns.

To minimise the impact of any defect, McLaren Automotive Inc. recommends you always make the McLaren vehicle available for repair as soon as practical after a problem is detected.

### Accident Damage Repair

Due to the materials and assembly procedures used in the production of McLaren vehicles (carbon fiber), it is strongly recommended that any paint work or body repairs be performed only by those repair facilities which have been certified by McLaren Automotive Inc. as having the tools, equipment and training necessary to perform such repairs.

All repairs must be carried out using genuine McLaren parts or competing parts that meet the quality and specification (including, but not limited to, their compatibility, performance, reliability and durability) of the original part. As this ensures that warranty cover will continue on the repaired panels for the remainder of the Limited Warranty period.

14

## WARRANTY
EMISSION CONTROL SYSTEM MAINTENANCE

### Maintenance

The law requires the McLaren vehicle conforms to exhaust emission standards. To provide the best vehicle performance and lowest vehicle emissions, you are responsible to see that all recommended maintenance procedures detailed in this document are performed at the specified times and odometer readings. The emission control warranty does not cover failures due to abuse or lack of proper maintenance.

More frequent maintenance may be needed for vehicles under severe operating conditions such as dusty areas or very short trip driving.

While maintenance services can be performed by any qualified service outlet, McLaren Automotive Inc. recommends that all maintenance services be performed by an Authorized McLaren Dealer who is equipped with the tools, instruments, and information necessary for correct and systematic performance of these services. Although warranty obligations are not dependent upon the use of any particular brand of replacement parts and you may elect to use non-genuine McLaren parts for replacement purposes, McLaren Automotive Inc. recommends the use of genuine McLaren parts for service and repairs, since they have been made according to the manufacturer's specifications. It is also important to use only fuels and lubricants meeting factory specifications, since the emission systems warranty does not cover repair or replacement of parts necessitated by failure of such items. For detailed information concerning emission control system maintenance, please refer to the Service section of this booklet. If you should desire further information concerning tune-up specifications or emission control system maintenance jobs, we recommend obtaining maintenance-related literature. Such literature is available from an Authorized McLaren Dealer.

15

## WARRANTY
EMISSION SYSTEM WARRANTY - FEDERAL

### Federal Emission Performance Defect Warranty

In accordance with the requirements of the Federal Clean Air Act as amended, McLaren Automotive Inc. warrants to the original and each subsequent owner of a McLaren vehicle passenger car that:

1. the vehicle was designed, built and equipped so as to conform, at the time of sale to the original owner, with the then applicable regulations issued by the Federal Environmental Protection Agency under authority of the Federal Clean Air Act as amended; and

2. the vehicle is free from defects in materials and workmanship at the time of sale which would cause it not to conform with those regulations within a period of two years or 24,000 miles from the date of initial operation of the vehicle, whichever occurs first; and

3. the vehicle is free from defects in material and workmanship in specific emission related parts as specified in the list which would cause them not to conform with those requirements for a period of 8 years or 80,000 miles, whichever occurs first.

### This Warranty Does Not Apply To:

1. The repair or replacement of warranted parts which are scheduled to be replaced prior to 80,000 miles (such as air filters). These parts are no longer covered once they have been replaced at the first required replacement interval during a regular maintenance service.

2. Any vehicle on which the odometer reading has been altered and the vehicle's actual odometer reading cannot be readily determined.

3. Loss of time, inconvenience, loss of the use of the vehicle or similar incidental or consequential damages.

This warranty will be performed by any Authorized McLaren Dealer of your choice who may, upon delivery of the McLaren vehicle to its place of business and at the Authorized McLaren Dealer's sole discretion, repair, replace or adjust the relevant emission systems parts, without charge for

## WARRANTY
EMISSION SYSTEM WARRANTY - FEDERAL

parts and labor (including diagnosis), using genuine McLaren parts to assure compliance with applicable regulations. Parts replaced under this warranty become the property of McLaren Automotive Inc.

This warranty is only available on a car purchased in the Continental United States.

WITH RESPECT TO EMISSION SYSTEMS, THIS WARRANTY AND THE EMISSIONS PERFORMANCE WARRANTY ARE EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES AND REPRESENTATIONS, EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND OF ALL OTHER OBLIGATIONS OR LIABILITIES ON THE PART OF THE WARRANTOR. MCLAREN AUTOMOTIVE INC. OR THE SELLING MCLAREN DEALER, NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR THEM ANY OTHER LIABILITY IN CONNECTION WITH SUCH EMISSION SYSTEMS.

## WARRANTY
EMISSION PERFORMANCE WARRANTY

### Federal Emission Performance Defect Warranty

You may present a claim under this warranty immediately after the McLaren vehicle has failed an EPA approved emission short test during the warranty period if, as a result of that failure, you are required by law to repair the vehicle to avoid the imposition of a penalty or sanction. You do not need to suffer the loss of the right to use the McLaren vehicle, pay a fine, or incur repair expenses before bringing this claim. Your warranty claim may be presented to any Authorized McLaren Dealer of your choice in the Continental United States.

McLaren Automotive Inc. will honor or deny your claim within a reasonable time, not to exceed 30 days, from the time at which the McLaren vehicle is initially presented for repair or within any time period specified by local, State or Federal Law, whichever is shorter, except when a delay is caused by events not attributable to McLaren Automotive Inc. or the Authorized McLaren Dealer. You will be notified in writing by McLaren Automotive Inc. of the reason for any denial of your claim.

McLaren Automotive Inc. is required by law to honor your claim if such notice of denial is not received by you within said time period.

You may obtain further information concerning the emission performance warranty or report violations of the terms of the Emission Performance Warranty by contacting The Director, Field Operation and Support Division (6406J), Environmental Protection Agency. 401 "M" Street, SW., Washington, D.C. 20460 (Attention: Warranty Claim)

If you have any questions regarding your warranty rights and responsibilities, you should contact: McLaren Automotive Inc., 750 Third Avenue, Suite 2400, New York, NY 10017, or the California Air Resource Board at 9528 Telstar Avenue. El Monte, CA 91731

🜨 *NOTE: The Emission Performance Warranty is required by Federal Law, and is effective only to the extent required by that law. To the extent the underlying law is suspended or amended, this Warranty is automatically altered in the same manner, without further notice.*

18

## WARRANTY
EMISSION PERFORMANCE WARRANTY

McLaren Automotive Inc. warrants to the original and each subsequent owner of a McLaren vehicle that:

a.  if the vehicle is maintained and operated in accordance with McLaren Automotive Inc.'s written instructions for required maintenance and use, and

b.  if such non-conformity results will result in the vehicle owner having to bear any penalty or other sanction (including the denial of the right to use the vehicle) under local, State or Federal law, then any Authorized McLaren Dealer during the first 24 months or 24,000 miles will make any repairs or replacements necessary to specified systems/components to correct the non-conformity or so that the vehicle will pass the smog check test at no charge for parts and labor (including diagnosis)

c.  for the remainder of the 8 years or 80,000 miles the Authorized McLaren Dealer will correct only those deficiencies directly related to the specified components in the attached list which have been installed in or on the vehicle for the sole or primary purpose of reducing vehicle emissions

The warranty period starts on the date of sale of the McLaren vehicle by the Authorized McLaren Dealer or the date the McLaren vehicle is registered with the appropriate authorities whichever is the sooner.

The emission control system of the McLaren vehicle was designed, built and tested using genuine McLaren parts and the car is certified as being in conformity with Federal emission control regulations and requirements.

Accordingly, it is recommended that any replacement parts used for maintenance, repair or replacement of emission related components be genuine McLaren parts, including remanufactured parts.

You may elect to have maintenance, replacement or repair of the emission control devices and systems performed by any automotive repair establishment and may elect to use other than genuine McLaren spare parts, including remanufactured parts for such maintenance, replacement

19

## WARRANTY
### EMISSION PERFORMANCE WARRANTY

or repair without invalidating this warranty; the cost of such service or parts, however, will not be covered under the warranty except in the case of an emergency.

Use of replacement parts which are not of equivalent quality and design may impair the effectiveness of the emission control systems.

If other than genuine McLaren parts, including remanufactured parts are being used for maintenance, replacement or repair of components affecting emission control, you should obtain assurances that such parts are warranted by their manufacturer to be equivalent to genuine McLaren parts in performance and durability.

McLaren Automotive Inc. assumes no liability under this warranty with respect to parts other than genuine McLaren parts, including remanufactured parts except for damage to a non-McLaren warranted part caused by a failure of a McLaren part.

However, the use of non-McLaren replacement parts does not invalidate the warranty on other components unless non-McLaren parts cause damage to warranted parts.

**McLaren Automotive Inc. may deny an emission performance warranty claim if the failure of a part is the result of:**

a.  non-compliance with the written instructions for required maintenance and use. These written instructions, including time and mileage intervals at which maintenance is to be performed may be found in this Booklet. You are advised to perform all recommended maintenance or repairs on the McLaren vehicle. McLaren Automotive Inc. may deny a warranty claim if your failure to perform the required maintenance resulted in the failure of the warranted part in question. Receipts and service records covering the performance of regular

## WARRANTY
### EMISSION PERFORMANCE WARRANTY

maintenance should be retained in the event questions arise concerning maintenance. The receipts and service records should be transferred to each subsequent owner of the McLaren vehicle

b.  vehicle abuse or maintenance performed in such a manner that an emission component was improperly installed or adjusted substantially outside the manufacturer's specifications or which resulted in removing or rendering inoperative any component affecting the vehicle's emissions

c.  using non-EPA certified replacement parts in the maintenance or repair of the McLaren vehicle which ultimately proved to be defective in material or workmanship or not equivalent from an emission standpoint to the original equipment part and you are unable to prove otherwise

d.  McLaren Automotive Inc. may deny an emission related warranty claim if it can establish that the failure or the malfunction of an emission control system part results directly from the use of non-premium low octane fuel in the engine (R+M)/2 method)

## WARRANTY
### EMISSION PERFORMANCE WARRANTY

This Warranty Does Not Cover:

a. malfunctions in any part caused by any of the following: misuse, improper adjustments, modification, alteration, tampering, disconnection, improper or inadequate maintenance, or use of leaded gasoline for catalyst equipped vehicles

b. damage resulting from accident, acts of nature or other events beyond the control of McLaren Automotive Inc.

c. the repair or replacement of warranted parts which are scheduled for replacement prior to 80,000 miles (such as air filters) once these have been replaced at the first replacement interval as part of regular maintenance service

d. loss of time, inconvenience, loss of use of the vehicle, or other incidental or consequential damages.

e. any vehicle on which the odometer mileage has been altered so that the vehicle's actual mileage cannot be determined

This warranty is only available on a McLaren vehicle purchased in the Continental United States.

In all other countries, defective parts will be repaired or replaced free of charge only in accordance with the terms and limitations of the warranty for McLaren vehicles in effect at the time in such countries.

THE EMISSION WARRANTIES AND LIMITED WARRANTY FOR MCLAREN VEHICLES ARE EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES AND REPRESENTATIONS, EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND OF ALL OTHER OBLIGATIONS OR LIABILITIES ON THE PART OF THE WARRANTOR, MCLAREN AUTOMOTIVE INC. OR THE SELLING MCLAREN DEALER AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR THEM ANY OTHER LIABILITY IN CONNECTION WITH SUCH EMISSION SYSTEMS.

22

## WARRANTY
### EMISSION RELATED COMPONENTS

#### Component list

The list shown below sets forth the emission related components which may be covered by the emissions performance warranty.

1. **Air Intake System**
   Intake sound generator
   Intake air ducts*
   Airbox assembly*
   Secondary air pump*
   Secondary air injection assembly*
   Secondary air valve*
   Intake manifold and gaskets*
   Throttle symposer*
   Turbochargers*

2. **Fuel evaporative system**
   Venturi purge hose
   Fuel filler mechanism*
   Fuel tank purge hose*
   Fuel tank access plate retaining ring*
   Charcoal filter*

3. **Exhaust system**
   Turbocharger gaskets*
   Muffler - standard and sports*
   Turbocharger to muffler pipes**
   Exhaust manifolds*
   Manifold absolute pressure/temperature sensor*

23

## WARRANTY
### EMISSION RELATED COMPONENTS

4. **Engine cooling**
   Header tank
   Charge cooler low temperature radiator*
   Thermostat*
   Engine oil level/temperature sensor
   Cylinder head temperature sensor
   Radiator*
   Charge coolers*
   Water pump*
5. **Fuel system**
   Fuel filler hose valve
   Fuel filler bowl
   Fuel filler seal*
   Injectors*
   Fuel feed pipes*
   Fuel filter*
   Fuel pumps*
   Intake manifold fuel purge assembly*
   Fuel rail*
   Bulkhead to engine fuel purge pipe*
   Fuel tank*
   Fuel tank access plate retaining ring seal
   Fuel tank carbon canister moulded upper pipe*
   Fuel vent hose*
6. **Ignition system**
   Ignition coil

## WARRANTY
### EMISSION RELATED COMPONENTS

7. **Crankcase ventilation**
   Crank timing plug
   Oil filler cap
   Oil filler bowl
   Engine degas assembly
   Intake manifold to breather system hose*
   Breather assembly*
   Vacuum assembly*
8. **Engine and transmission lubrication**
   Oil filter
   Pressure relief valve
   Transmission oil cooler
   Clutch oil cooler*
   Vee module assembly*
   Engine oil cooler*
   Engine oil pump*
   Engine oil tank*

WARRANTY
EMISSION RELATED COMPONENTS

9. **Engine mechanical**
   Cylinder head front covers*
   Crankshaft damper*
   Engine oil pump seal*
   Water pump drive*
   Front engine cover*
   Engine oil pump drive*
   Crankshaft rear oil seal*
   Camshaft covers*
   Cylinder head gasket and bolts*
   Compound gear*
   Camshaft drive*
   Cylinder heads*

10. **Engine emissions control**
   Manifold temperature and pressure sensors
   Secondary air sensor
   Crankshaft position sensor
   Fuel rail temperature and pressure sensor
   Wheel speed sensors
   Camshaft phaser sensor
   Coolant temperature sensor
   Fuel pump controller
   Camshaft phase sensor
   Secondary air valve
   Throttle pedal
   Vacuum assembly
   Exhaust control valve
   Mass air flow sensor
   Mass air flow tube*

WARRANTY
EMISSION RELATED COMPONENTS

   Lambda sensors*
   Vacuum pressure sensor*
   Vacuum pump*
   Throttle body*
   Transmission wiring*
   Powertrain chassis control unit**
   Secondary air wiring harness*
   Radiator fans*
   Inlet manifold wiring harness*
   Vee wiring harness*
   Fuel injector wiring harness*
   Engine control module**
   Knock sensor*
   Engine wiring harness*
   Oil level and temperature harness*
   Camshaft phasers*

26

27

## WARRANTY
### EMISSION RELATED COMPONENTS

**11. Related parts**

Charge cooler to throttle body hose
Intake sound generator hose
Turbocharger to vacuum lines connector hoses
Radiator bleed hoses
Header tank feed pipes and hoses
Header tank to engine pump feed hose
Charge cooler feed pipe and bracket
Clutch cooler to low temperature radiator feed hose
Radiator hoses
Charge cooler feed hoses
Low temperature radiator hoses
Turbocharger to charge air cooler hoses
Low temperature radiator feed hoses
Engine to oil tank oil return pipes
Oil filler drain hose*
Low temperature radiator return hoses
Heater feed pipe
Water pump heater return stub
Water charge air cooler return hose and pipe
Water charge air cooler manifold feed stub pipes
Turbocharger feed hoses and pipes
Breather to turbocharger hose assembly*
Secondary air hose
Secondary air injection valve to cylinder head pipe
Engine clutch cooler hose and clips
Exhaust valve tank to control valve hoses
Vacuum pump to tank hoses*
Low temperature radiator center feed and return hoses*

## WARRANTY
### EMISSION RELATED COMPONENTS

Turbocharger oil feed and return pipes and clips*
Control valve to exhaust valves vacuum assembly
Vacuum tank vacuum hose
Transmission cooler return hose*
Transmission cooler feed pipe*
Turbocharger oil feed hoses including washers and banjo*
Turbocharger coolant return hose and pipe including clips*
Mass air flow tube to turbocharger duct*
Airbox to mass air flow tube elbow*
Transmission cooler feed pipe*
Brake master cylinder and servo*
Oil tank filler tube*
Oil tank to engine oil feed pipe
Brake booster hose*
Plenum to pipe hose assembly*
Vee breather pipe*
Radiator top hoses*
Engine to brake booster vacuum pipe*
Engine vacuum brake hose*
Intake sound generator Y piece
Low temperature radiator feed Y piece

ALL emission performance/control items listed above are warranted for 2 years/24,000 miles or for 3 years/ 50,000 miles (whichever occurs first) for California vehicles and states that require an California emission warranty.

*These extended emission control items are warranted for 7 years/ 70,000 miles (whichever occurs first) for California vehicles and states that require an California emission warranty.

**The extended emission performance items are warranted for 8 years/ 80,000 miles (whichever occurs first).

## WARRANTY
### EMISSION SYSTEM WARRANTY - CALIFORNIA

#### Your Warranty Rights and Obligations

This warranty applies to California and all States which have adopted California Emissions Warranty Regulations. The California Air Resources Board and McLaren Automotive Inc. are pleased to explain the emission control system warranty on the McLaren vehicle.

In California and states that have adopted California emission warranty, new motor vehicles must be designed, built and equipped to meet these states' stringent anti-smog standards. McLaren Automotive Inc. must warrant the emission control system on the McLaren vehicle for the periods of time listed below provided there has been no abuse, neglect or improper maintenance of the McLaren vehicle.

The emission control system may include such parts as the fuel injection system, ignition system, catalytic converter and engine computers. Also included may be hoses, belts, connectors and other emission related assemblies. Where a warrantable condition exists, McLaren Automotive Inc. will repair the McLaren vehicle at no cost to you including diagnosis, parts and labor.

#### Manufacturer's Warranty Coverage

For 3 years from the warranty start date or 50,000 miles, whichever occurs first:

1. If the McLaren vehicle fails a Smog Check Inspection, all necessary repairs and adjustments will be made by McLaren Automotive Inc. to ensure that the McLaren vehicle passes the inspection. This is the emission control system PERFORMANCE WARRANTY.

2. If any emission related part on the McLaren vehicle is defective, the part will be repaired or replaced by McLaren Automotive Inc. This is the short-term emission control system DEFECTS WARRANTY.

## WARRANTY
### EMISSION SYSTEM WARRANTY - CALIFORNIA

For 7 years from the warranty start date or 70,000 miles, whichever occurs first if any emission related part listed in this booklet specially noted with coverage for 7 years from the warranty start date or 70,000 miles is defective, McLaren Automotive Inc. will repair or replace the part. This is the long-term emission control system DEFECTS WARRANTY.

#### Owner's Warranty Responsibilities

You are responsible for the performance of the required maintenance listed in this booklet. McLaren Automotive Inc. recommends that you retain all receipts covering maintenance on the McLaren vehicle, but McLaren Automotive Inc. cannot deny emission control system warranty solely for the lack of receipts or for your failure to ensure the performance of all required maintenance.

You are responsible for presenting the McLaren vehicle to an Authorized McLaren Dealer as soon as a problem exists. The warranty repairs should be completed in a reasonable amount of time, not to exceed 30 days.

You should also be aware that McLaren Automotive Inc. may deny warranty coverage if the McLaren vehicle or a part has failed due to abuse, neglect, improper maintenance or unapproved modifications.

#### General

McLaren Automotive Inc. warrants to you and each subsequent owner of a McLaren vehicle that is certified for sale in California and States that have adopted California Emissions Warranty Regulations and registered in California and States that have adopted California Emissions Warranty Regulations that:

1. the McLaren vehicle is free from defects in material and workmanship which would cause it to fail to conform with requirements of the California Air Resources Board (CARB) or to fail to pass a smog check test for a period of use of 3 years or 50,000 miles, whichever occurs first; and

2. if any part which affects any regulated emission from the McLaren vehicle is defective during 3 years or 50,000 miles, whichever occurs first, the part will be repaired or replaced; and

## WARRANTY
### EMISSION SYSTEM WARRANTY - CALIFORNIA

3. is free from defects in material and workmanship in specific emission related parts as specified by a single asterisk in the attached list which would cause them not to conform with those requirements for a period of use of 7 years or 70,000 miles, whichever occurs first

McLaren Automotive Inc. further warrants that:

a. if the McLaren vehicle is maintained and operated in accordance with McLaren Automotive Inc.'s written instructions for required maintenance and use, and

b. if a part is defective during 3 years or 50,000 miles, whichever occurs first, which causes the vehicle not to conform to the applicable CARB requirement or to fail a smog check test, or

c. if an emission-related part covered by the 7 year or 70,000 mile, whichever occurs first, warranty term is defective during the warranty period, then any Authorized McLaren Dealer of your choice will make any adjustments, repairs or replacements (including diagnosis) necessary to correct the defect or so that the McLaren vehicle will pass the smog check test at no charge for parts, labor or diagnosis

The McLaren vehicle is also covered under the Federal Emissions Warranties.

These warranty provisions shall begin on the date of sale of the McLaren vehicle by the Authorized McLaren Dealer or the date the McLaren vehicle is registered with the appropriate authorities whichever is the sooner.

The emission control system of the McLaren vehicle was designed, built and tested using genuine McLaren parts and the car is certified as being in conformity with Federal, California and states that have adopted California emission warranty emission control regulations and requirements. Accordingly, it is recommended that any replacement parts used for maintenance, repair or replacement of emission related components be genuine McLaren parts, including remanufactured parts.

You may elect to have maintenance, replacement or repair of the emission control devices and systems performed by any non-franchised workshop, and may elect to use other than genuine McLaren parts, including

remanufactured parts for such maintenance, replacement or repair without invalidating this warranty; the cost of such service or parts, however, will not be covered under the warranty except in the case of an emergency.

Use of replacement parts which are not of equivalent quality and design may impair the effectiveness of the emission control systems. If other than genuine McLaren parts, including remanufactured parts are being used for maintenance, replacement or repair of components affecting emission control, you should obtain assurances that such parts are warranted by their manufacturer to be equivalent to genuine McLaren parts in performance and durability.

McLaren Automotive Inc. assumes no liability under this warranty with respect to parts other than genuine McLaren spare parts, including remanufactured parts except for damage to a non-McLaren warranted part caused by a failure of a McLaren spare part.

However, the use of non-McLaren replacement parts does not invalidate the warranty on other components unless non-McLaren parts cause damage to warranted parts. Repairs covered by this warranty will be performed by any Authorized McLaren Dealer at its place of business with no charge for parts or labor (including diagnosis), using genuine McLaren parts, including remanufactured parts for any part covered by this warranty.

In the case of an emergency, when and where an Authorized McLaren Dealer is not available, repairs may be performed at any non-franchised workshop using any replacement part. The non-availability of a replacement part for warranty repair or a repair not completed within 30 days constitutes an emergency.

McLaren Automotive Inc. will reimburse you for such repairs (including labor and diagnosis) that are covered under this warranty. Such reimbursement shall not exceed McLaren Inc.'s suggested retail prices for warranted parts replaced and labor charges based on McLaren Automotive Inc.'s recommended time allowances for warranty repairs at a geographically appropriate hourly labor rate.

## WARRANTY
### EMISSION SYSTEM WARRANTY - CALIFORNIA

Parts replaced under this warranty become the property of McLaren Automotive Inc. The enclosed list sets forth some of the emission related components covered by the emission control system defects warranty. You are advised to perform all recommended maintenance or repairs on the McLaren vehicle. McLaren Automotive Inc. will not deny an emissions system warranty claim solely because you have no record of maintenance. However, you are responsible for the performance of the required maintenance. McLaren Automotive Inc. may deny a warranty claim if your failure to perform the required maintenance resulted in the failure of a warranted part.

Receipts and service records covering the performance of regular maintenance should be retained in the event questions arise concerning maintenance. The receipts and service records should be transferred to each subsequent owner of the McLaren vehicle.

McLaren Automotive Inc. may deny an emission related claim if it can establish that the failure or the malfunction of an emission control system part results directly from the use of non-premium low octane fuel in the engine (R+M)/2 method).

### This warranty does not cover:

1. the repair or replacement of any "warranted part" otherwise eligible for warranty coverage shall be excluded from such warranty coverage if the vehicle or engine manufacturer demonstrates that the vehicle or engine has been abused, neglected or improperly maintained, and that such abuse, neglect, or improper maintenance was the direct cause of the need for the repair or replacement of the part

2. malfunctions in any part caused by any of the following: improper adjustments except for those done by an Authorized McLaren Dealer during warranty service work, modification, alteration, tampering, disconnection, or use of leaded gasoline (for catalyst equipped vehicles)

3. damage resulting from accident, acts of nature or other events beyond the control of McLaren Automotive Inc.

## WARRANTY
### EMISSION SYSTEM WARRANTY - CALIFORNIA

4. the repair or replacement of warranted parts which are scheduled to be replaced prior to 50,000 miles once these have been replaced at the first replacement interval during a regular maintenance service

5. incidental or consequential damages such as loss of time, inconvenience, or loss of use of the vehicle

6. any vehicle on which the odometer reading has been altered so that the vehicle's actual mileage cannot be determined

This warranty is applicable to McLaren vehicles certified for sale and registered In California and states that have adopted the California emission warranty. In all other states or countries, defective parts will be repaired or replaced in accordance with the terms and limitations of the limited warranty applicable to new McLaren vehicles in effect at the time in such states or countries.

You may present a claim under the performance warranty immediately after the McLaren vehicle has failed a smog check test. You do not need to suffer the loss of the right to use the McLaren vehicle, pay a fine, or incur repair expenses before bringing this claim. After the 3 year/50,000 mile performance warranty period has passed, a smog check test failure due to a defect in a part which is warranted for 7 years/70,000 miles, is also covered.

McLaren Automotive Inc. will honor or deny your claim within a reasonable time, not to exceed 30 days, from the time at which the McLaren vehicle is initially presented for repair or within any time period specified by local, State or Federal Law, whichever is shorter, except when a delay is caused by events not attributable to McLaren Automotive Inc. or the Authorized McLaren Dealer.

You will be notified in writing by McLaren Automotive Inc. of the reason for any denial of your claim.

McLaren Automotive Inc. is required by law to honor your claims if such notice of denial is not received within said time period.

WITH RESPECT TO EMISSION SYSTEMS, THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES AND REPRESENTATIONS, EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTY OF

## WARRANTY
EMISSION SYSTEM WARRANTY - CALIFORNIA

MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND OF ALL OTHER OBLIGATIONS OR LIABILITIES ON THE PART OF THE WARRANTOR. MCLAREN AUTOMOTIVE INC. OR THE AUTHORIZED MCLAREN DEALER. NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR THEM ANY OTHER LIABILITY IN CONNECTION WITH SUCH EMISSION SYSTEMS.

## WARRANTY
WARRANTY ENFORCEMENT LAWS

### State Repair Laws

Laws in many states and federal law permit owners and/or lessees to obtain a replacement vehicle or a refund of the purchase or lease price under certain circumstances. The provisions of these laws vary from state to state and vary from the federal law. To the extent allowed or not prohibited by applicable law, McLaren Automotive Inc. requires that you first provide it with direct written notification of any alleged unrepaired defect or malfunction, or any other dissatisfaction you have experienced with the McLaren vehicle so that McLaren Automotive Inc. has opportunity to cure the problem or dissatisfaction ourselves prior to seeking redress of any kind or nature.

Giving McLaren Automotive Inc. itself this direct notice and opportunity to cure a problem enables McLaren Automotive Inc. to supplement prior efforts by any Authorized McLaren Dealer so any ongoing problem can be resolved or the dissatisfaction addressed by McLaren Automotive Inc.

Written notifications, either required under an applicable Lemon Law or other written notifications should be sent to McLaren Automotive Inc., not an Authorized McLaren Dealer, at:

McLaren Automotive Inc.

750 3rd Avenue, Suite 2400

New York

NY 10017

## WARRANTY
### WARRANTY ENFORCEMENT LAWS

#### California retail buyers and lessees

Under California law you may be entitled to a replacement of the McLaren vehicle or a refund of the purchase price or lease price, if McLaren Automotive Inc. and/or its Authorized Service Representative fail to fix one or more substantial defects or malfunctions in the McLaren vehicle that are covered by its express warranty after a reasonable number of repair attempts. During the period of 18 months from original delivery of the vehicle or the accumulation of 18,000 miles on the odometer of the McLaren vehicle, whichever occurs first, a reasonable number of repair attempts is presumed for a retail buyer or lessee if one or more of the following occurs:

1. the same substantial defect or malfunction results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven, that defect or malfunction has been subject to repair two or more times, and the owner has directly notified McLaren Automotive Inc. in writing of the need for its repair,

2. the same substantial defect or malfunction of a less serious nature than category (1) has been subject to repair four or more times and the you have directly notified McLaren Automotive Inc. in writing of the need for its repair, or

3. the McLaren vehicle is out of service by reason of repair of the same or different substantial defects or malfunctions for a cumulative total of more than 30 calendar days.

Written direct notification should be sent to McLaren Automotive Inc., not an Authorized McLaren Dealer, at:

McLaren Automotive Inc.
750 3rd Avenue, Suite 2400
New York
NY 10017

## WARRANTY
### WARRANTY EXCLUSIONS

#### Items not covered

Wear and tear and service parts

The McLaren Limited Warranty does not cover any items whose failure is due to normal wear and tear or those that have to be replaced or adjusted periodically during regular servicing.

 *NOTE: The term "wear and tear" is used to describe the process by which certain parts reach the limit of serviceability through normal use. When these parts are subject to normal use, their service life should not be less than 500 miles (800 km) or one month, whichever occurs first.*

Parts subject to normal wear and tear include, but are not limited to:

- brake discs and pads
- tires
- wiper blades
- floor coverings
- seat and backrest covers

Service parts include, but are not limited to:

- filters
- lubricants
- sundry items replaced during regular servicing

Service adjustments required after the first service, including but not limited to:

- adjustment to doors, luggage compartment lid or engine cover
- headlamp adjustment
- steering geometry adjustments
- wheel balancing

## WARRANTY
### WARRANTY EXCLUSIONS

**Performance modifications**

The McLaren Limited Warranty is void if any fault which develops on the McLaren vehicle which can be wholly or partially attributed to performance related modifications which are **NOT** approved by McLaren Automotive Inc.

**Track and Competition exclusions**

The McLaren Limited Warranty will cover the use of the McLaren vehicle during track use in the following circumstances only:

- if the track event is of a non-competitive nature, and the McLaren vehicle has been fully inspected by an Authorized McLaren Dealer before and after the track event
- if the track event has been arranged by an Authorized McLaren Dealer, and the McLaren vehicle has been fully inspected by an Authorized McLaren Dealer before and after the track event

The McLaren Limited Warranty will **NOT** cover the McLaren vehicle for track or competition use in, but not limited to, the following circumstances:

- if the McLaren vehicle has been used for racing, rallying or a timed event
- if any damage happens during, or can be attributed to, racing, rallying, participating in a timed event or driver abuse
- if any damage happens during, or can be attributed to, the use of the McLaren vehicle on any track event which is of a competitive nature
- if any damage happens during, or can be attributed to, the use of the McLaren vehicle in a non-competitive track event, when the McLaren vehicle has not been inspected by an Authorized McLaren Dealer before and after the track event

 *NOTE: Any tire wear or damage caused as a result of using the McLaren vehicle at a track event is not covered by the McLaren Limited Warranty.*

## WARRANTY
### WARRANTY EXCLUSIONS

**Paint and Body**

The McLaren Limited Warranty does **NOT** cover the following:

- Any damage that can be attributed to an external influence or lack of proper care and maintenance
- Accident damage that was not repaired in a timely manner and/or not according to the McLaren repair specification
- Damage connected with failure to use genuine McLaren parts or competing parts that meet the quality and specification (including, but not limited to, their compatibility, performance, reliability and durability) of the original parts for a repair

**Hire or Reward**

The McLaren vehicle will **NOT** be covered by the McLaren Limited Warranty if the McLaren vehicle is used for hire or reward.

**Insurance Write-Off**

The McLaren vehicle will **NOT** be covered by the McLaren Limited Warranty if the McLaren vehicle has been damaged to such an extent that an insurer, financing institution or leasing company determines the McLaren vehicle to be a "total loss", "write-off" or equivalent. This includes, but is not limited to, vehicles branded as "salvage", "scrap", "dismantled" or similar titles.

## ASSISTANCE
BENEFITS & CONDITIONS

### Overview

This section of the booklet details the benefits provided by McLaren Assistance, together with the terms and conditions that govern the scheme.

McLaren Assistance is available to registered owners of McLaren vehicles registered in Continental United States and comes into force when the McLaren vehicle is immobile as a result of a mechanical or electrical breakdown and cannot be driven to an Authorized McLaren Dealer for inspection and repair.

McLaren Automotive Inc. will cover up to $2,000 USD for each recovery and assistance case, which includes: hook up, tolls, storage, loss of vehicle/trip interruptions, reunite and any other out of pocket expenses. Prior authorization is required by a representative of McLaren Automotive Inc. if the requested assistance limits will be exceeded.

Take time to read this document and consult the selling Authorized McLaren Dealer about McLaren Assistance so that, in the event of an incident, you understand exactly what you should do if you need to call on these services.

## ASSISTANCE
BENEFITS & CONDITIONS

### When you need assistance

If the McLaren vehicle is immobilized and requires a covered breakdown for any reason or is involved in a road traffic accident, do not attempt to make your own arrangements. Ensure you are in a safe location, and follow Police instructions and/or recovery arrangements.

For non-emergency assistance, contact your Authorized McLaren Dealer, or the Authorized McLaren Dealer closest to your location, to discuss your situation and the options that are available for you to resume your journey as soon as possible.

Please have the following details ready when contacting McLaren Assistance:

- Your name
- A contact telephone number
- The registration number of the McLaren vehicle
- The vehicle identification number (VIN) of the McLaren vehicle
- Description of the problem
- Details of your location

## ASSISTANCE
BENEFITS & CONDITIONS

### McLaren Assistance

McLaren Assistance is available twenty four hours a day, seven days a week, throughout the year, and offers the following benefits for McLaren vehicles.

### Roadside and Home assistance coverage

Provides the following:

- Fuel delivery for onward travel to nearest fuel station
- Battery jump start (subject to battery condition check) or battery replacement (subject to availability) - a non-McLaren battery of similar specification may be considered as an interim solution
- Tire inflation service or replacement tire (subject to availability of correct specification and location of nearest tire fitting facility)

### Vehicle Towing

Recovery to the nearest Authorized McLaren Dealer or Approved Service Representative. If any of the following occur:

- The McLaren vehicle is immobile or unsafe to drive due to mechanical or electrical fault
- The McLaren vehicle cannot be unlocked or a replacement key is needed
- A replacement tire or battery cannot be obtained within a two hour period

 *NOTE: Non-warranty repair costs for fuel, tires, replacement keys and other items are not covered by the McLaren Limited Warranty and will be charged directly by the supporting Authorized McLaren Dealer or McLaren Approved Service Representative at the time of the repair.*

Roadside assistance and recovery for non-warranty faults is provided at the absolute discretion of McLaren Automotive Inc.

### Repatriation/Vehicle reunite

Following a repair, the McLaren vehicle will be returned to your home or to your planned destination (whichever is most convenient).

44

## ASSISTANCE
BENEFITS & CONDITIONS

If the return address is within 100 miles (160 km) of an Authorized McLaren Dealer or a McLaren Approved Service Representative McLaren Automotive Inc. will provide this service.

If the return address is over 100 miles (160 km) then the Authorized McLaren Dealer or McLaren Approved Service Representative will arrange suitable transportation (flat bed or covered vehicle and/or trailer). Alternatively, McLaren Automotive Inc. will pay for you to be repatriated with the McLaren vehicle, using business class air travel including local taxis.

 *NOTE: Repatriation/Vehicle reunite does not cover collision repair, tire replacement and non-warranty mechanical or electrical failure.*

### Loss of Vehicle/Trip interruption benefits

If the McLaren vehicle cannot be repaired the same day and the nearest Authorized McLaren Dealer or Approved Service Representative is more than 100 miles (160 km) from your home, the following benefits will apply:

- Two nights accommodation in a 4 or 5 star hotel on a bed and breakfast basis only
- Seventy-two hours car rental

 *NOTE: All the usual conditions applicable to a rental car/hotel contract will need to be met. These will be explained at the point of handover.*

45

## ASSISTANCE
DEALER NETWORK

### Normal business hours assistance

The Authorized McLaren Dealer network is constantly expanding and a full list with contact details can be found at:

www.retailers.mclaren.com

The tables below list the current Authorized McLaren Dealer network by Country and State.

In the event of an emergency, call 911.

For non-emergency assistance, call one of the following telephone numbers, based on your current location:

## ASSISTANCE
DEALER NETWORK

Canada

| British Columbia |
| --- |
| **Vancouver**<br>McLaren Vancouver<br>1757 2nd Avenue West,<br>BC V6J 1H7<br>Tel: +1 888 683 3757<br>24 hour: +1 888 683 3757<br>www.vancouver.mclaren.com |

| Ontario |
| --- |
| **Toronto**<br>McLaren Toronto<br>33 Auto Park Circle,<br>Woodbridge,<br>ON L4L 8R1<br>Tel: +1 905 850 4555<br>24 hour: +1 416 877 2620<br>www.toronto.mclaren.com |

## ASSISTANCE
DEALER NETWORK

USA

### Arizona

**Scottsdale**
McLaren Scottsdale
8355 E Raintree Drive #170,
Scottsdale,
AZ 85260
Sales: +1 480 214 7260
Aftersales: +1 480 214 7266
24 hour: +1 480 544 5592
www.scottsdale.mclaren.com

### California

**Beverly Hills**
McLaren Beverly Hills
9022 Wilshire Boulevard,
Beverly Hills,
CA 90211
Sales: +1 818 914 2029
Aftersales: +1 818 914 2006
24 hour: +1 818 585 9620
www.beverlyhills.mclaren.com

### California

**Calabasas**
**Sales**
McLaren Calabasas
24050 West Ventura Boulevard,
Calabasas,
CA 91302
Tel: +1 855 656 9996
**Aftersales**
McLaren Calabasas
21344 Deering Court,
Canoga Park,
CA 91304
Tel: +1 855 664 4639
24 hour: +1 818 585 9620
www.calabasas.mclaren.com

### California

**Newport Beach**
**Sales**
McLaren Newport Beach
2540 West Coast Highway,
Newport Beach,
CA 92663
Tel: +1 888 905 5474
**Aftersales**
McLaren Newport Beach
1470 Dale Way,
Costa Mesa,
CA 92626
Tel: +1 888 905 5474
24 hour: +1 714 252 3284
www.newportbeach.mclaren.com

**San Francisco**
McLaren San Francisco
4192 El Camino Real,
Palo Alto,
CA 94306
Sales: +1 650 815 4477
Aftersales: +1 650 815 4472
24 hour: +1 650 815 4472
www.sanfrancisco.mclaren.com

### California

**Rancho Mirage**
McLaren Rancho Mirage
71-387 Highway 111,
Rancho Mirage,
CA 92270
Tel: +1 888 688 7169
24 hour: +1 760 773 5400
(ext. 401)
www.ranchomirage.mclaren.com

48

ASSISTANCE
DEALER NETWORK

ASSISTANCE
DEALER NETWORK

**Connecticut**

**Greenwich**
**Sales**
McLaren Greenwich
348 West Putnam Avenue,
Greenwich,
CT 06830
Tel: +1 203 542 9100
**Aftersales**
McLaren Greenwich
186 Magee Avenue,
Stamford,
CT 06902
Tel: +1 203 653 7700
24 hour: +1 203 537 9128
www.greenwich.mclaren.com

**Florida**

**Miami**
The Collection McLaren
200 Bird Road,
Coral Gables,
FL 33146
Sales: +1 305 444 5555
Aftersales: +1 305 476 3037
24 hour: +1 305 442 9696
www.thecollection.mclaren.com

**Tampa**
McLaren Tampa Bay
3333 Gandy Boulevard,
Pinellas Park,
FL 33781
Sales: +1 727 822 2019
Aftersales: +1 727 489 1474
24 hour: +1 727 537 0626
www.tampabay.mclaren.com

**Georgia**

**Atlanta**
McLaren Atlanta
7865 Roswell Road,
GA 30350
Tel: +1 770 394 4234
24 hour: +1 770 394 4234
www.atlanta.mclaren.com

**Illinois**

**Chicago**
McLaren Chicago
990 North Shore Drive,
Lake Bluff,
IL 60044
Tel: +1 847 295 6560
24 hour: +1 773 547 3877
www.chicago.mclaren.com

**New Jersey**

**Bergen County**
McLaren Bergen County
995 Route 17 South,
Ramsey,
NJ 07446
Tel: TBC
24 hour: TBC
www.bergencounty.mclaren.com

**New York**

**Long Island**
McLaren Long Island
1047 Northern Boulevard,
Roslyn,
NY 11576
Sales: +1 516 478 4326
Aftersales: +1 516 478 4328
24 hour: +1 516 478 4326
www.longisland.mclaren.com