## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHEN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogree of Adrian Biesecker,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC.; and KRAUSE FAMILY MOTORCARS, LLC,<br><br>Defendants. | Civil Action No.<br>1:22-cv-01392-LMM |

### SPECIALLY-APPEARING DEFENDANT MCLAREN AUTOMOTIVE, INC.'S
### <u>MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION</u>

COMES NOW Specially-Appearing Defendant McLaren Automotive, Inc. ("MAI"), pursuant to Fed. R. Civ. P. 12(b)(2) and Local Rule 7.1, respectfully moves for an order quashing the purported service of the Summons and Complaint on MAI in this lawsuit and dismissing the above-entitled action for lack of personal jurisdiction. A Memorandum of Law in Support showing the reasons why dismissal is proper is filed contemporaneously herewith and is incorporated herein by reference.

Respectfully submitted this 1ˢᵗ day of June 2022.

>  */s/ Christopher Shaun Polston*
> Christopher Shaun Polston
> Georgia Bar No. 737821
> *Attorney for Specially-Appearing*
> *Defendant, McLaren Automotive, Inc.*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone:  (404) 322-6000
Facsimile:   (404) 322-6050
Email: shaun.polston@nelsonmullins.com

## **CERTIFICATE OF COMPLIANCE**

In accordance with Local Rule 7.1(D), this is to certify that the foregoing was prepared using Times New Roman font (14 point), which is one of the font and points selections approved by the Court in Local Rule 5.1(C).

This 1st day of June, 2022.

       /s/ *Christopher Shaun Polston*
Christopher Shaun Polston
Georgia Bar No. 737821
*Attorney for Specially-Appearing*
*Defendant, McLaren Automotive, Inc.*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone:  (404) 322-6000
Facsimile:   (404) 322-6050
Email: shaun.polston@nelsonmullins.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2022, I electronically filed the foregoing document using the CM/ECF system which will automatically send notification of such filing to any attorneys of record to this matter by CM/ECF system, as denoted on the Electronic Mail Notice List.

This 1st day of June, 2022.

                                        /s/ *Christopher Shaun Polston*
                                        Christopher Shaun Polston
                                        Georgia Bar No. 737821
                                        *Attorney for Specially-Appearing*
                                        *Defendant, McLaren Automotive, Inc.*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone:  (404) 322-6000
Facsimile:  (404) 322-6050
Email: shaun.polston@nelsonmullins.com