# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHEN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of Adrian Biesecker, <br><br> Plaintiff, <br><br> v. <br><br> MCLAREN AUTOMOTIVE, INC.; and KRAUSE FAMILY MOTORCARS, LLC, <br><br> Defendants. | Civil Action No. <br> 1:22-cv-01392-LMM |

## DECLARATION OF PAT DAHLBERG IN SUPPORT OF SPECIALLY-APPEARING
## DEFENDANT MCLAREN AUTOMOTIVE, INC.'S
## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, Pat Dahlberg, declare as follows:

1.  I am employed by McLaren Automotive, Inc. ("MAI") and if called as a fact witness I could and would testify competently to the matters set forth in this declaration. I make this declaration based on personal experience and knowledge of the facts set forth herein, which includes my review of books and records of MAI that are kept in the ordinary course of business, as well as personal knowledge obtained during my employment by MAI in the ordinary course of my duties.

-1-

2. I have been employed by MAI since 2018. I hold the position of Client Services Manager, the Americas. In my role with the company, I have become familiar with the record-keeping of MAI and its organizational structure.

3. Based on my employment with MAI, I have knowledge of operations of MAI. I am also familiar with records created and maintained in the ordinary course of MAI's business. One of the records created in the normal and regular course of MAI's business for each vehicle is the vehicle Invoice. Each vehicle produced by MAI has a unique "Vehicle Identification Number" or "VIN."

4. The vehicle Invoice attached hereto as **Exhibit A** is a true and correct copy from the business records of MAI for the subject McLaren. The attached invoice pertains to the 2021 McLaren 765LT Coupe vehicle with the VIN SBM14RCAXMW765597, which is the McLaren vehicle involved in this action.

5. As confirmed by Exhibit A, MAI sold and delivered the subject McLaren to McLaren Boston in October 2020.

6. MAI is a corporation formed under the laws of the State of Delaware with its principal place of business located at 1405 S Belt Line Rd, Coppell, TX 75019. MAI does not have any facilities, offices or employees in Georgia. The subject McLaren was not distributed, sold, designed, manufactured or assembled in Georgia. The key files and business records for MAI's business operations are

maintained in Texas at its headquarters, not in Georgia. Corporate and strategic business decisions regarding the operations of MAI are made by management at its headquarters in Texas, not in Georgia.

7. MAI does not own or lease property or maintain any facilities, offices or employees in the State of Georgia.

8. MAI, as a distributor, does not design, manufacture and/or assemble vehicles.

9. MAI did not service or repair the subject McLaren after it was distributed to McLaren Boston.

10. MAI did not distribute the subject McLaren to Motorcars of Jackson, LLC and was neither involved in nor participated in the subject vehicle being transported to Mississippi where it was later purchased by Adrian Biesecker.

11. Motorcars of Jackson, LLC is not an authorized McLaren dealer.

12. Krause Family Motorcars, LLC dba McLaren Atlanta is an independent McLaren dealership owned and operated by individuals and/or entities unaffiliated with MAI.

13. MAI was also not involved in the decision to transport the subject McLaren from Motorcars of Jackson, LLC to Krause Family Motorcars, LLC in Georgia for repair.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct. Executed on May 20, 2022, in Coppell, Texas.

_____
Pat Dahlberg

-5-

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2022, I electronically filed the foregoing document using the CM/ECF system which will automatically send notification of such filing to any attorneys of record to this matter by CM/ECF system, as denoted on the Electronic Mail Notice List.

This 1st day of June, 2022.

                                       /s/ *Christopher Shaun Polston*
                                       Christopher Shaun Polston
                                       Georgia Bar No. 737821
                                       *Attorney for Specially-Appearing*
                                       *Defendant, McLaren Automotive, Inc.*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone:  (404) 322-6000
Facsimile:   (404) 322-6050
Email: shaun.polston@nelsonmullins.com