# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHEN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of Adrian Biesecker,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC.; and KRAUSE FAMILY MOTORCARS, LLC,<br><br>Defendants. | Civil Action No.<br>1:22-cv-01392-LMM |

## **LOCAL RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**

Pursuant to Local Rule 5.4, I hereby certify that on November 1, 2022, I served:

1. Specially-Appearing Defendant McLaren Automotive, Inc.'s Notice and

    Disclosure of Expert Witnesses.

via electronic methods upon all counsel of record.

Respectfully submitted this 1st day of November 2022.

                                                      */s/ Christopher Shaun Polston*
                                                      Christopher Shaun Polston
                                                      Georgia Bar No. 737821
                                                      **NELSON MULLINS RILEY &**
                                                      **SCARBOROUGH LLP**
                                                      201 17th Street, NW, Suite 1700

-2-

Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
Email: shaun.polston@nelsonmullins.com

Ryan E. Cosgrove (*Admitted Pro Hac Vice*)
Lisa M. Gibson (*Admitted Pro Hac Vice*)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Telephone: (424) 221-7400
Facsimile: (424) 221-7499
Email: ryan.cosgrove@nelsonmullins.com
       lisa.gibson@nelsonmullins.com

*Attorneys for Specially-Appearing Defendant, McLaren Automotive, Inc.*