IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY *as subrogee of* Adrian Biesecker, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 1:22-cv-01392-LMM |
| KRAUSE FAMILY MOTORCARS, LLC and MCLAREN AUTOMOTIVE, INC., | : : : : | |
| Defendants. | : | |

## **ORDER**

This case comes before the Court on a discovery dispute between the parties. Despite promises to produce relevant documents and discovery responses in a timely manner, Defendant Krause Family Motorcars, LLC has failed to do so. The Court hereby **ORDERS** that these documents and responses are to be produced within 10 days of the date of this order. Failure to do so by this deadline may result in sanctions.

**IT IS SO ORDERED** this 1st day of December, 2022.

_____
**Leigh Martin May**
**United States District Judge**