IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of Adrian Biesecker,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC., and KRAUSE FAMILY MOTORCARS, LLC,<br><br>Defendants. | Civil No. 1:22-CV-01392-LMM |

## PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANT KRAUSE FAMILY MOTORCARS, INC. FOR FAILING TO MAKE RULE 26(a) DISCLOSURES AND FOR VIOLATING THE COURT'S ORDER TO MAKE DISCLOSURES

Pursuant to Federal Rules of Civil Procedure 26 and 37, and the Court's express permission, granted on December 13, 2022, Plaintiff American Family Home Insurance Company, as Subrogee of Adrian Biesecker, hereby moves this Court for sanctions against Defendant Krause Family Motorcars, LLC ("Krause"), for failing to make Rule 26(a) disclosures and for violating the Court's order, dated December 1, 2022, that Krause produce all outstanding discovery responses within

1

ten days or potentially face sanctions.  Specifically, Plaintiff seeks an order excluding all testimony from any witness that Krause has not properly disclosed as of the filing of this motion, including expert witnesses.

A Memorandum of Law in Support showing the reasons why exclusion is the proper is filed contemporaneously herewith, and is incorporated herein by reference.

        Respectfully submitted,

        PLAINTIFF AMERICAN HOME INSURANCE
        COMPANY as subrogee of Adrian Biesecker,
        By its attorneys:

        /s/ *Marie Cheung-Truslow*            .
        Marie Cheung-Truslow (admitted *pro hac vice*)
        Clint McCord (admitted *pro hac vice*)
        **Law Offices of Marie Cheung-Truslow**
        Phone: (617) 777-4748
        Fax: (617) 553-1940
        marie@cheungtruslowlaw.com
        clint@cheungtruslowlaw.com

        Office Address:
        101 Arch Street, 8th Floor
        Boston, MA 02110

        Mailing Address**:**
        19 Tobisset Street
        Mashpee, MA 02649

        Eric D. Miller
        **Miller Insurance Law Enterprise**
        115 Perimeter Center Place, Suite 430
        South Terraces
        Atlanta, GA 30346

## **CERTIFICATE OF COMPLIANCE**

In accordance with Local Rule 7.1(D), this is to certify that the foregoing was prepared using Times New Roman font (14 point), which is one of the font and points selections approved by the Court in Local Rule 5.1(C).

This 14th day of December, 2022.

/s/ *Clint McCord*                              .
Clint McCord (admitted *pro hac vice*)
**Law Offices of Marie Cheung-Truslow**
Phone: (617) 777-4748
Fax: (617) 553-1940
clint@cheungtruslowlaw.com

Office Address:
101 Arch Street, 8th Floor
Boston, MA 02110

Mailing Address:
19 Tobisset Street
Mashpee, MA 02649

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2022, I electronically filed the foregoing document using the CM/ECF system which will automatically send notification of such filing to any attorneys of record to this matter by CM/ECF system, as denoted on the Electronic Mail Notice List:

Adam Klein
Fain, Major & Brennan
One Premier Plaza
5605 Glenridge Drive NE, Suite 900
Atlanta, GA 30342
aklein@adamkleinlaw.com
cthomas@fainmajor.com

Ryan E. Cosgrove
Lisa Gibson
Christopher Shaun Polson
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
ryan.cosgrove@nelsonmullins.com
lisa.gibson@nelsonmullins.com
shaun.polston@nelsonmullins.com


Dated: December 14, 2022

                                          /s/ *Clint McCord*          .
                                          Clint McCord (admitted *pro hac vice*)
                                        **Law Offices of Marie Cheung-Truslow**
                                        Phone: (617) 777-4748
                                        Fax: (617) 553-1940
                                        clint@cheungtruslowlaw.com

                                        Office Address:
                                        101 Arch Street, 8th Floor

Boston, MA 02110

<u>Mailing Address</u>:
19 Tobisset Street
Mashpee, MA 02649