# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of Adrian Biesecker,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC., and KRAUSE FAMILY MOTORCARS, LLC,<br><br>Defendants. | Civil No. 1:22-CV-01392-LMM |

## AFFIDAVIT OF CLINT McCORD

I, Clint McCord, do hereby declare as follows:

1. I am counsel of record for Plaintiff American Family Home Insurance Company, as subrogee of Adrian Biesecker. I have personal knowledge of the facts stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff's First Request for Production to Defendant Krause, which was served on Krause on July 6, 2022. Request No. 32 seeks "all expert reports intended to contradict or rebut

1

any opinions or evidence in the report of [Plaintiff's expert] Dennis J. Mignogno dated June 7, 2021."

3. Attached hereto as **Exhibit 2** is a true and correct copy of Krause's Response to Plaintiff's First Request for Production, which was served on Plaintiff on December 12, 2022. In response to Plaintiff's request for its expert reports (Request No. 32), Krause stated: "Defendant is currently in possession of no such report."

4. Attached hereto as **Exhibit 3** is a true and correct print-out of all emails exchanged between counsel for the parties and Courtroom Deputy Brittany Poley on discovery issues (including Krause's ongoing failure to make Rule 26(a) disclosures).

5. Twenty-four minutes after Courtroom Deputy Brittany Poley conveyed the Court's permission for Plaintiff to file a motion for sanctions against Krause, via e-mail to counsel on December 13, counsel for Krause, Adam Klein called and asked me to hold off filing the motion for sanctions until December 14. Late in the afternoon on December 13, Mr. Klein served via email "Krause Family Motorcars' Expert Disclosure." Attached hereto as **Exhibit 4** is the email from Mr. Klein with the attached "Disclosure." It simply contains the name of an expert, Patrick Earley, and the following statements:

> Mr. Earley participated in a joint inspection of the vehicle in 2021 and is expected to offer testimony as to the nature and extent of the damage to the vehicle and the causes of the damage. Mr. Earley's photographs and notations from the inspection are attached to this disclosure.
>
> Mr. Earley has not yet completed a formal report; it is in process and will be provided to other parties as soon as possible.

7. The subject vehicle fire occurred on April 21, 2021. Patrick Earley participated in the joint inspection of the subject vehicle on behalf of Krause, on May 25, 2021, nearly nineteen months ago.

I swear under the penalty of perjury that the foregoing is true.

Executed on December 14, 2022, in Des Moines, Iowa.

                                       /s/ Clint McCord
                                       Clint McCord

## **CERTIFICATE OF COMPLIANCE**

In accordance with Local Rule 7.1(D), this is to certify that the foregoing was prepared using Times New Roman font (14 point), which is one of the font and points selections approved by the Court in Local Rule 5.1(C).

This 14th day of December, 2022.

        /s/ *Clint McCord*    .
        Clint McCord (admitted *pro hac vice*)
        **Law Offices of Marie Cheung-Truslow**
        Phone: (617) 777-4748
        Fax: (617) 553-1940
        clint@cheungtruslowlaw.com

        Office Address:
        101 Arch Street, 8th Floor
        Boston, MA 02110

        Mailing Address:
        19 Tobisset Street
        Mashpee, MA 02649

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2022, I electronically filed the foregoing document using the CM/ECF system which will automatically send notification of such filing to any attorneys of record to this matter by CM/ECF system, as denoted on the Electronic Mail Notice List:

Adam Klein
Fain, Major & Brennan
One Premier Plaza
5605 Glenridge Drive NE, Suite 900
Atlanta, GA 30342
aklein@adamkleinlaw.com
cthomas@fainmajor.com

Ryan E. Cosgrove
Lisa Gibson
Christopher Shaun Polson
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
ryan.cosgrove@nelsonmullins.com
lisa.gibson@nelsonmullins.com
shaun.polston@nelsonmullins.com


Dated: December 14, 2022

/s/ *Clint McCord*             .
Clint McCord (admitted *pro hac vice*)
**Law Offices of Marie Cheung-Truslow**
Phone: (617) 777-4748
Fax: (617) 553-1940
clint@cheungtruslowlaw.com

Office Address:
101 Arch Street, 8th Floor

Boston, MA 02110

Mailing Address:
19 Tobisset Street
Mashpee, MA 02649