# EXHIBIT 4

| | |
|---|---|
| **From:** | Adam Klein |
| **To:** | Eric Miller; Marie Cheung-Truslow; Clint McCord |
| **Cc:** | Shaun Polston; Margaret Manning |
| **Subject:** | Expert Declaration - Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. (1:22-cv-01392-LMM) |
| **Date:** | Tuesday, December 13, 2022 3:38:22 PM |
| **Attachments:** | image001.png<br>image002.png<br>Krause Expert Disclosure.pdf |

External (aklein@fainmajor.com)

Report This Email   FAQ   GoDaddy Advanced Email Security, Powered by INKY

Please find attached Krause Family Motorcars' Expert Disclosure. I expect to supplement it with a full report as soon as it is completed.

If you have any further questions, please let me know.

Sincerely,


Adam Klein



Adam Klein
Attorney
Fain, Major & Brennan, P.C.
One Premier Plaza
5605 Glenridge Drive, Suite 900
Atlanta, GA 30342
(404) 688-6633 ext. 2567 office
(404) 420-1544  fax
aklein@fainmajor.com


This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above.  This communication may contain material protected by attorney-client privilege, work product, or other privileges.  If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited.  If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| AMERICAN FAMILY HOME ) <br> INSURANCE COMPANY, ) <br> as Subrogee of ADRIAN BIESECKER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MCLAREN AUTOMOTIVE, INC. and ) <br> KRAUSE FAMILY MOTORCARS, LLC, ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> FILE NO.: 1:22-CV-01392-LMM |

# DEFENDANT KRAUSE FAMILY MOTORCARS' EXPERT DISCLOSURE

Defendant Krause Family Motorcars has retained the following expert:

Patrick Earley, IAAI-CFI(V), NFPA-CFPS
Senior Investigator III, J.S. Held, LLC
pearley@jsheld.com

Mr. Earley participated in a joint inspection of the vehicle in 2021 and is expected to offer testimony as to the nature and extent of the damage to the vehicle and the causes of the damage. Mr. Earley's photographs and notations from the inspection are attached to this disclosure.

Mr. Earley has not yet completed a formal report; it is in process and will be provided to other parties as soon as possible.

Respectfully submitted, this 13th day of December, 2022.

**FAIN, MAJOR & BRENNAN, P.C.**
*/s/ Adam J. Klein*
ADAM J. KLEIN
Georgia Bar No. 425032
Counsel for Defendant Krause Family Motorcar, LLC

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME ) <br> INSURANCE COMPANY, as Subrogee ) <br> of ADRIAN BIESECKER, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MCLAREN AUTOMOTIVE, INC. and ) <br> KRAUSE FAMILY MOTORCARS, LLC, ) <br>     Defendants. ) | CIVIL ACTION <br> FILE NO.: 1:22-CV-01392-LMM |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing ***Defendant Krause Family Motorcars' Expert Disclosure*** with the Clerk of Court using *Pacer* which will automatically send e-mail notification of such filing to all parties of record as follows:

| | |
|---|---|
| Eric D. Miller, Esq. <br> Miller Insurance Law Enterprise <br> 115 Perimeter Center Place <br> Suite 430 <br> South Terraces <br> Atlanta, GA 30346 <br> emiller@mileatlanta.com | Marie Cheung-Truslow <br> Clint McCord <br> Law Offices of Marie Cheung-Truslow <br> 19 Tobisset Street <br> Mashpee, MA 02649 <br> marie@cheungtruslowlaw.com <br> clint@cheungtruslowlaw.com |

McLaren Automotive, Inc.
c/o CT Corporation System
289 S Culver Street
Lawrenceville, GA 30046

Respectfully submitted, this 13th day of December, 2022.

**FAIN, MAJOR & BRENNAN, P.C.**
*/s/ Adam J. Klein*
ADAM J. KLEIN
Georgia Bar No. 425032
Counsel for Defendant Krause Family Motorcars, LLC

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342

2

JS|HELD

21050114 Krause Family Motocars, LLC
APPENDIX: Captioned Photographs
Page 1 of 11



Photo No. 1: View of the front of the vehicle.



Photo No. 2: View of the passenger side.

48 Wall Street | New York, NY 10043 | 212.952.5000 | Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration



21050114 Krause Family Motocars, LLC
APPENDIX: Captioned Photographs
Page 2 of 11



**Photo No. 3:** View of the driver's side.



**Photo No. 4:** View of the rear-mounted engine compartment.



21050114 Krause Family Motocars, LLC
APPENDIX: Captioned Photographs
Page 3 of 11



**Photo No. 5:** View of the cut vehicle with fuel tank indicated.

**Photo No. 6:** View of the driver's side of the fuel tank, at the time of the fire the vehicle was being a fueled.

48 Wall Street | New York, NY 10043 | 212.952.5000 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration



21050114 Krause Family Motocars, LLC
APPENDIX: Captioned Photographs
Page 4 of 11



**Photo No. 7:** View of the fuel tank removed from the vehicle, this is the side towards the rear-mounted engine.



**Photo No. 8:** View of the rear of the fuel tank that faces the bulkhead.

48 Wall Street | New York, NY 10043 | 212.952.5000 | Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration



21050114 Krause Family Motocars, LLC
APPENDIX: Captioned Photographs
Page 5 of 11



**Photo No. 9:** View of the fuel tank, and area of busbar with discoloration.



**Photo No. 10:** View of the top of the fuel tank, and area of busbar indicated.

48 Wall Street | New York, NY 10043 | 212.952.5000 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration



21050114 Krause Family Motocars, LLC
APPENDIX: Captioned Photographs
Page 6 of 11



**Photo No. 11:** View of the area where the fuel tank is secured, with busbar indicated.



**Photo No. 12:** View of the area of the busbar and fuel tank, also indicated the documented rodent damage that was advised to the insured.

48 Wall Street | New York, NY 10043 | 212.952.5000 | Find your expert at jsheld.com

Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration





**Photo No. 13:** View of the busbar from the battery.



**Photo No. 14:** View of otherend of the busbar to the engine compartment.



21050114 Krause Family Motocars, LLC
APPENDIX: Captioned Photographs
Page 8 of 11



**Photo No. 15:** View of the busbar, that enters the engine compartment.



**Photo No. 16:** View of the fuel pump assembly inside the fuel tank.

48 Wall Street | New York, NY 10043 | 212.952.5000 | Find your expert at jsheld.com
Construction | Environmental, Health & Safety | Equipment | Forensic Accounting | Forensic Architecture & Engineering | Water & Fire Restoration