**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| AMERICAN FAMILY HOME )<br>INSURANCE COMPANY, )<br>as Subrogee of ADRIAN BIESECKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MCLAREN AUTOMOTIVE, INC. and )<br>KRAUSE FAMILY MOTORCARS, LLC, )<br>)<br>Defendants. ) | CIVIL ACTION<br>FILE NO.:  1:22-CV-01392-LMM |

## DEFENDANT KRAUSE FAMILY MOTORCARS' RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS

COMES NOW Defendant Krause Family Motorcars and respectfully presents this response to Plaintiff's Motion for Sanctions.

Plaintiff is correct that Defendant Krause's discovery production in this matter has been severely delayed. Defendant avers, however, that sanctions are not necessary at this stage. The delay was attributable to the undersigned counsel, not to Defendant, and the interests of justice would not be served by punishing a party for its lawyer's lapse. Furthermore, the prejudice to Plaintiff at this stage of the case is minimal.

The delay in this case was attributable entirely to the undersigned counsel. Specifically, the delay in production of the expert report resulted from a misunderstanding by the undersigned counsel about whether a formal report had previously been generated, which was exacerbated by the reassignment of the matter to a different claims adjuster with Defendant's insurer. Defendant

1

has now produced the required discovery to Plaintiff. To, as Plaintiff requests, punish Defendant by striking its expert for its counsel's lapse would not serve the interests of justice.

Furthermore, the prejudice to Plaintiff at this stage in the litigation is minimal. Discovery has been produced, and Defendant's witnesses and experts are available for deposition. Defendant has no objection to the extension of the discovery period to allow the parties to fully prepare their cases. Though the case has been delayed, it is ready to move forward.

The undersigned counsel extends his deepest apologies to the Court and the parties; he respectfully prays that the Court not punish his client for delay that was his responsibility alone.

Respectfully submitted, this 28th day of December, 2022.

|  |  |
|---|---|
|  | **FAIN, MAJOR & BRENNAN, P.C.** |
|  | */s/ Adam J. Klein* |
|  | ADAM J. KLEIN |
| One Premier Plaza | Georgia Bar No. 425032 |
| 5605 Glenridge Drive, NE | Counsel for Defendant Krause Family Motorcar, LLC |
| Suite 900 |  |
| Atlanta, GA 30342 |  |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| AMERICAN FAMILY HOME ) <br> INSURANCE COMPANY, as Subrogee ) <br> of ADRIAN BIESECKER, ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MCLAREN AUTOMOTIVE, INC. and ) <br> KRAUSE FAMILY MOTORCARS, LLC, ) <br>       Defendants. ) | CIVIL ACTION <br> FILE NO.:  1:22-CV-01392-LMM |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing ***Defendant Krause Family Motorcars' Response to Motion for Sanctions*** with the Clerk of Court using *Pacer* which will automatically send e-mail notification of such filing to all parties of record as follows:

| | |
|---|---|
| Eric D. Miller, Esq. <br> Miller Insurance Law Enterprise <br> 115 Perimeter Center Place <br> Suite 430 <br> South Terraces <br> Atlanta, GA 30346 <br> emiller@mileatlanta.com | Marie Cheung-Truslow <br> Clint McCord <br> Law Offices of Marie Cheung-Truslow <br> 19 Tobisset Street <br> Mashpee, MA 02649 <br> marie@cheungtruslowlaw.com <br> clint@cheungtruslowlaw.com |

McLaren Automotive, Inc.
c/o CT Corporation System
289 S Culver Street
Lawrenceville, GA 30046

Respectfully submitted, this 28th day of December, 2022.

**FAIN, MAJOR & BRENNAN, P.C.**
*/s/ Adam J. Klein*
ADAM J. KLEIN
Georgia Bar No. 425032
Counsel for Defendant Krause Family Motorcars, LLC

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342

3