IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as subrogee of Adrian Biesecker,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC., and KRAUSE FAMILY MOTORCARS, LLC,<br><br>Defendants. | Civil No. 1:22-CV-01392-LMM |

## LOCAL RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, I hereby certify that I served the following discovery material on January 27, 2023, by email service to all counsel of record:

- NOTICE OF DEPOSITION OF DERRICK LEE
- NOTICE OF DEPOSITION OF MAX LANDES
- NOTICE OF DEPOSITION OF PAT EARLEY
- NOTICE OF DEPOSITION OF BRANDON SASZI

Dated this 27th day of January 27, 2023.

        Respectfully submitted,

        PLAINTIFF AMERICAN HOME INSURANCE
        COMPANY as subrogee of Adrian Biesecker,
        By its attorney:

1

/s/ *Clint McCord*_____
Clint McCord (admitted *pro hac vice*)
**Law Offices of Marie Cheung-Truslow**
Phone: (617) 777-4748
Fax: (617) 553-1940
marie@cheungtruslowlaw.com
clint@cheungtruslowlaw.com

Office Address:
101 Arch Street, 8th Floor
Boston, MA 02110

Mailing Address**:**
19 Tobisset Street
Mashpee, MA 02649