**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of Adrian Biesecker, <br><br> Plaintiff, <br><br> v. <br><br> MCLAREN AUTOMOTIVE, INC., and KRAUSE FAMILY MOTORCARS, LLC, <br><br> Defendants. | Civil No. 1:22-CV-01392-LMM |

**PLAINTIFF'S SUBMISSION OF FEES AND EXPENSES INCURRED IN
PURSUIT OF OVERDUE DISCOVERY AND IN FILING MOTION FOR
SANCATIONS**

Pursuant to the Court's Order dated January 24, 2023, Plaintiff American Family Home Insurance Company, as Subrogee of Adrian Biesecker, hereby submits its fees and expenses incurred in pursuit of the overdue discovery responses from Defendant Krause Family Motorcars, LLC, and in filing the motion for sanctions on same. As detailed in the concurrently-filed Declaration of Clint McCord, Plaintiff's attorneys spent a total of 9.9 hours pursuing the overdue discovery and preparing and filing the motion for sanctions, incurring a total of $3,575 in fees.

1

Respectfully submitted,

PLAINTIFF AMERICAN HOME INSURANCE
COMPANY as subrogee of Adrian Biesecker,
By its attorneys:

 /s/ *Marie Cheung-Truslow*                            .
Marie Cheung-Truslow (admitted *pro hac vice*)
Clint McCord (admitted *pro hac vice*)
**Law Offices of Marie Cheung-Truslow**
Phone: (617) 777-4748
Fax: (617) 553-1940
marie@cheungtruslowlaw.com
clint@cheungtruslowlaw.com

Office Address:
101 Arch Street, 8th Floor
Boston, MA 02110

Mailing Address**:**
19 Tobisset Street
Mashpee, MA 02649

Eric D. Miller
**Miller Insurance Law Enterprise**
115 Perimeter Center Place, Suite 430
South Terraces
Atlanta, GA 30346

## CERTIFICATE OF COMPLIANCE

In accordance with Local Rule 7.1(D), this is to certify that the foregoing was prepared using Times New Roman font (14 point), which is one of the font and points selections approved by the Court in Local Rule 5.1(C).

Executed this 7th day of February, 2023.

/s/ *Clint McCord*                    .
Clint McCord (admitted *pro hac vice*)
**Law Offices of Marie Cheung-Truslow**
Phone: (617) 777-4748
Fax: (617) 553-1940
clint@cheungtruslowlaw.com

Office Address:
101 Arch Street, 8th Floor
Boston, MA 02110

Mailing Address:
19 Tobisset Street
Mashpee, MA 02649

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2023, I electronically filed the foregoing document using the CM/ECF system which will automatically send notification of such filing to any attorneys of record to this matter by CM/ECF system, as denoted on the Electronic Mail Notice List:

Adam Klein
Fain, Major & Brennan
One Premier Plaza
5605 Glenridge Drive NE, Suite 900
Atlanta, GA 30342
aklein@adamkleinlaw.com
cthomas@fainmajor.com

Ryan E. Cosgrove
Lisa Gibson
Christopher Shaun Polson
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
ryan.cosgrove@nelsonmullins.com
lisa.gibson@nelsonmullins.com
shaun.polston@nelsonmullins.com


Dated: February 7, 2023

/s/ *Clint McCord*                    .
Clint McCord (admitted *pro hac vice*)
**Law Offices of Marie Cheung-Truslow**
Phone: (617) 777-4748
Fax: (617) 553-1940
clint@cheungtruslowlaw.com

Office Address:
101 Arch Street, 8th Floor

4

Boston, MA 02110

<u>Mailing Address</u>:
19 Tobisset Street
Mashpee, MA 02649