# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of Adrian Biesecker,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC., and KRAUSE FAMILY MOTORCARS, LLC,<br><br>Defendants. | Civil No. 1:22-CV-01392-LMM |

## AFFIDAVIT OF CLINT McCORD

I, Clint McCord, do hereby declare as follows:

1. I am counsel of record for Plaintiff American Family Home Insurance Company, as subrogee of Adrian Biesecker. I have personal knowledge of the facts stated herein.

2. Below are true and accurate reproductions of my time entries (listed in tenths of an hour), along with those of my colleague and co-counsel of record, Marie Cheung-Truslow, for pursuing the overdue discovery responses of Defendant Krause Family Motorcars, LLC, and preparing and filing Plaintiff's motion for sanctions:

### Clint McCord Time Entries

8/25/2022: prepare email to courtroom deputy and counsel to address outstanding discovery pursuant to standing order  (**0.3**)

8/26/2022: call from Adam Klein re Krause's discovery responses; prepare confirmatory email; review communication from courtroom deputy; review communication from Klein to courtroom deputy (**0.4**)

8/30/2022: exchange emails with counsel and courtroom deputy re timing for Krause's expert disclosures  (**0.2**)

1

9/23/2022:       communication with Klein re outstanding discovery **(0.1)**

10/13/2022:      communication with Klein re outstanding discovery **(0.1)**

10/14/2022:      communication with Klein re outstanding discovery **(0.1)**

10/17/2022:      communication with Klein re outstanding discovery **(0.1)**

10/21/2022:      prepare email to courtroom deputy re Krause's ongoing failure to provide disclosures; review communication from courtroom deputy  **(0.1)**

10/24/2022:      review communication from Klein to courtroom deputy re outstanding discovery **(0.1)**

10/27/2022:      exchange emails with counsel and courtroom deputy re outstanding disclosures and discovery responses  **(0.2)**

10/28/2022:      review communication from courtroom deputy; review communication from Klein re outstanding discovery **(0.1)**

11/14/2022:      communication with Klein re outstanding discovery **(0.1)**

11/16/2022:      communication with Klein re outstanding discovery **(0.1)**

11/18/2022:      prepare follow-up email to courtroom deputy  **(0.1)**

11/21/2022:      review communication from courtroom deputy **(0.1)**

11/22/2022:      review communication from Klein re outstanding discovery; review communication from courtroom deputy **(0.1)**

11/30/2022:      review Krause's production and assess missing disclosures and documents; prepare email to court asst.  **(0.4)**

12/01/2022:      review Court order re sanctions (document # 35); Review communication from Klein to court **(0.2)**

12/13/2022:      prepare follow-up email to court asst.; call with Adam Klein re outstanding disclosure and sanctions motion; review incomplete expert disclosure  **(0.6)**

12/14/2022:      prepare and file motion for sanctions and all supporting documents  (**5.3**)

**TOTAL:**       **8.8 hours**
**FEE:**         **$3,080.00**

Marie Cheung-Truslow Time Entries

12/13/2022:      review chain of email exchanges between counsel and court re Krause disclosures **(0.3)**

12/14/2022:      review and revise memorandum in support of motion for sanctions  **(0.8)**

**TOTAL:**    **1.1 hours**
**FEE:**      **$495.00**

3. My normal hourly rate is $350. Ms. Cheung-Truslow's normal hourly rate is $450. Our combined total of hourly fees incurred in pursuing the overdue discovery responses of Krause and preparing and filing Plaintiff's motion for sanctions is **$3,575.00**.

I swear under the penalty of perjury that the foregoing is true.

Executed on February 7, 2023, in Des Moines, Iowa.

                                          /s/ Clint McCord
                                          Clint McCord

**CERTIFICATE OF COMPLIANCE**

In accordance with Local Rule 7.1(D), this is to certify that the foregoing was prepared using Times New Roman font (14 point), which is one of the font and points selections approved by the Court in Local Rule 5.1(C).

Executed this 7th day of February, 2023.

/s/ *Clint McCord*            .
Clint McCord (admitted *pro hac vice*)
**Law Offices of Marie Cheung-Truslow**
Phone: (617) 777-4748
Fax: (617) 553-1940
clint@cheungtruslowlaw.com

Office Address:
101 Arch Street, 8th Floor
Boston, MA 02110

Mailing Address:
19 Tobisset Street
Mashpee, MA 02649

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2023, I electronically filed the foregoing document using the CM/ECF system which will automatically send notification of such filing to any attorneys of record to this matter by CM/ECF system, as denoted on the Electronic Mail Notice List:

Adam Klein
Fain, Major & Brennan
One Premier Plaza
5605 Glenridge Drive NE, Suite 900
Atlanta, GA 30342
aklein@adamkleinlaw.com
cthomas@fainmajor.com

Ryan E. Cosgrove
Lisa Gibson
Christopher Shaun Polson
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
ryan.cosgrove@nelsonmullins.com
lisa.gibson@nelsonmullins.com
shaun.polston@nelsonmullins.com


Dated: February 7, 2023

    /s/ *Clint McCord*                .
Clint McCord (admitted *pro hac vice*)
**Law Offices of Marie Cheung-Truslow**
Phone: (617) 777-4748
Fax: (617) 553-1940
clint@cheungtruslowlaw.com

Office Address:
101 Arch Street, 8th Floor
Boston, MA 02110

Mailing Address:
19 Tobisset Street
Mashpee, MA 02649

5