# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of ADRIAN BIESECKER, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION ) FILE NO.: 1:22-CV-01392-LMM ) |
| MCLAREN AUTOMOTIVE, INC. and KRAUSE FAMILY MOTORCARS, LLC, | ) ) ) |
| Defendants. | ) |

## DEFENDANTS' RESPONSE TO BILL OF COSTS AND MOTION TO AMEND PRIOR ORDER EXTENDING DISCOVERY

Defendant KRAUSE FAMILY MOTORCARS, LLC, hereby files this response to the Bill of Costs submitted by Plaintiff and Motion to Amend Prior Order Extending Discovery.

Plaintiff's bill of costs alleges a total of $3,545 in fees for a total of 9.9 hours. The fees are calculated at $350 per hour for the work of attorney McCord and $450 per hour for the work of Attorney Cheung-Truslow.

Defendant has no objection to the calculation of time submitted by Plaintiff. However, Defendant does object to the hourly rates of $350 and $450 for Plaintiff's counsel. In their affidavit, Plaintiff alleges only that these are their counsel's "normal hourly rate". They do not attest that this rate is reasonable or the

rate actually paid by Plaintiff in this matter, and they provide no argument which indicates why this rate should be reasonable.

Defendant respectfully requests that the Court reduce the rates used in calculating Plaintiff's Bill of Costs to rates determined to be reasonable by the Court in this District.

Defendant further requests that this Court amend its previous order of January 24, 2023, in which it ordered discovery reopened for six weeks for the "limited purpose of allowing Plaintiff to depose witnesses". [Doc. 40], at 4. Plaintiff requests that this order be amended to allow *both parties* the opportunity to depose each others' expert and fact witnesses. Plaintiff believes that this request would be in the interest of justice and would serve not to punish a litigant before this court for the shortcomings of undersigned counsel.

Respectfully submitted, this 13th day of February, 2023.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Adam J. Klein*
ADAM J. KLEIN
Georgia Bar No. 425032
Counsel for Defendant Krause Family Motorcars, LLC

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342
(404) 688-6633
mscott@fainmajor.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of ADRIAN BIESECKER,  Plaintiff, v. MCLAREN AUTOMOTIVE, INC. and KRAUSE FAMILY MOTORCARS, LLC,  Defendants. | ) ) ) ) ) ) ) CIVIL ACTION ) FILE NO.: 1:22-CV-01392-LMM ) ) ) ) ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing **\*\*\*\*** with the Clerk of Court using *Pacer* which will automatically send e-mail notification of such filing to all parties of record and/or by depositing a copy of same with the United States Postal Service, with first class postage prepaid, as follows:

| | |
|---|---|
| Eric D. Miller, Esq. Miller Insurance Law Enterprise 115 Perimeter Center Place, Suite 430 South Terraces Atlanta, GA 30346 emiller@mileatlanta.com *Counsel for Plaintiff* | Marie Cheung-Truslow, Esq. Clint McCord, Esq. Law Offices of Marie Cheung-Truslow 19 Tobisset Street Mashpee, MA 02649 marie@cheungtruslowlaw.com clint@cheungtruslowlaw.com |

Christopher Shaun Polston, Esq.
Nelson Mullins Riley & Scarborough, LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Shaun.polston@nelsonmullins.com
*Counsel for McLaren Automotive, Inc.*

Respectfully submitted, this 13th day of February, 2023.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Adam J. Klein*
ADAM J. KLEIN
Georgia Bar No. 425032
Counsel for Defendant Krause Family
Motorcars, LLC

One Premier Plaza
5605 Glenridge Drive, NE, Suite 900
Atlanta, GA 30342
(404) 688-6633
mscott@fainmajor.com