# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHEN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of Adrian Biesecker,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC.; and KRAUSE FAMILY MOTORCARS, LLC,<br><br>Defendants. | Civil Action No.<br>1:22-cv-01392-LMM |

## **LOCAL RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**

Pursuant to Local Rule 5.4, I hereby certify that on February 21, 2023, I served:

1. Defendant McLaren Automotive, Inc.'s First Supplement to Disclosure of Expert Witnesses.

via electronic methods upon all counsel of record.

Respectfully submitted this 21st day of February 2023.

*/s/ Christopher Shaun Polston*
Christopher Shaun Polston
Georgia Bar No. 737821
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
201 17th Street, NW, Suite 1700

-1-

Atlanta, GA 30363
Telephone:  (404) 322-6000
Facsimile:   (404) 322-6050
Email: shaun.polston@nelsonmullins.com

Ryan E. Cosgrove (*Admitted Pro Hac Vice*)
Lisa M. Gibson (*Admitted Pro Hac Vice*)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Telephone:  (424) 221-7400
Facsimile:   (424) 221-7499
Email: ryan.cosgrove@nelsonmullins.com
          lisa.gibson@nelsonmullins.com

*Attorneys for Specially-Appearing Defendant, McLaren Automotive, Inc.*