IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of Adrian Biesecker,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC., and KRAUSE FAMILY MOTORCARS, LLC,<br><br>Defendants. | Civil No. 1:22-CV-01392-LMM |

**PLAINTIFF'S SECOND MOTION FOR SANCTIONS AGAINST DEFENDANT KRAUSE FAMILY MOTORCARS, INC.**
_____

NOW COMES Plaintiff American Family Home Insurance Company, as Subrogee of Adrian Biesecker, and hereby moves for sanctions against Defendant Krause Family Motorcars, LLC, for ongoing, willful violations of its discovery obligations and multiple Court Orders to produce discovery. Specifically, Plaintiff requests the Court enter an Order of default against Krause, exclude its expert witness (Patrick Earley) and strike its defenses.

In support of this motion, Plaintiff submits the concurrently-filed supporting memorandum of law, and the Affidavit of Marie Cheung-Truslow (and exhibits

1

thereto).

        Respectfully submitted,

        PLAINTIFF AMERICAN HOME INSURANCE
        COMPANY as subrogee of Adrian Biesecker,
        By its attorneys:

        /s/ *Marie Cheung-Truslow*                    .
        Marie Cheung-Truslow (admitted *pro hac vice*)
        Clint McCord (admitted *pro hac vice*)
        **Law Offices of Marie Cheung-Truslow**
        Phone: (617) 777-4748
        Fax: (617) 553-1940
        marie@cheungtruslowlaw.com
        clint@cheungtruslowlaw.com

        <u>Office Address:</u>
        101 Arch Street, Suite 800
        Boston, MA 02110
        <u>Mailing Address</u>**:**
        19 Tobisset Street
        Mashpee, MA 02649

        Eric D. Miller
        **Miller Insurance Law Enterprise**
        115 Perimeter Center Place, Suite 430
        South Terraces
        Atlanta, GA 30346

## **CERTIFICATE OF COMPLIANCE**

In accordance with Local Rule 7.1(D), this is to certify that the foregoing was prepared using Times New Roman font (14 point), which is one of the font and points selections approved by the Court in Local Rule 5.1(C).

This 7th day of March, 2023.

                                          /s/ *Clint McCord*                   .
                                          Clint McCord (admitted *pro hac vice*)

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2023, I electronically filed the foregoing document using the CM/ECF system which will automatically send notification of such filing to any attorneys of record to this matter by CM/ECF system, as denoted on the Electronic Mail Notice List:

Adam Klein
Fain, Major & Brennan
One Premier Plaza
5605 Glenridge Drive NE, Suite 900
Atlanta, GA 30342
aklein@adamkleinlaw.com
cthomas@fainmajor.com

Ryan E. Cosgrove
Lisa Gibson
Christopher Shaun Polson
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
ryan.cosgrove@nelsonmullins.com
lisa.gibson@nelsonmullins.com
shaun.polston@nelsonmullins.com


Dated: March 7, 2023

                                          /s/ *Clint McCord*                        .
                                          Clint McCord (admitted *pro hac vice*)