IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of Adrian Biesecker,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC., and KRAUSE FAMILY MOTORCARS, LLC,<br><br>Defendants. | Civil No. 1:22-CV-01392-LMM |

### AFFIDAVIT OF MARIE CHEUNG-TRUSLOW

I, Marie Cheung-Truslow, do hereby declare as follows:

1. I am counsel of record for Plaintiff American Family Home Insurance Company, as subrogee of Adrian Biesecker. I have personal knowledge of the facts stated herein.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of the expert report of Patrick Early produced by Krause.

3. Attached hereto as **Exhibit 2** is a true and accurate copy of Plaintiff's First Request for Production to Krause, served on July 6, 2022. Request No. 32 seeks

1

"all expert reports intended to contradict or rebut any opinions or evidence in the report of [Plaintiff's expert] Dennis J. Mignogno dated June 7, 2021."

4. Attached hereto as **Exhibit 3** is a true and accurate copy of the Court's January 24, 2023, Order, located at Docket No. 40.

5. Attached here as **Exhibit 4** is a true and accurate copy of an email dated January 24, 2023, from Clint McCord (Plaintiff's lead co-counsel), to counsel Adam Klein (counsel for Krause), stating Plaintiff's intention to take the depositions of Krause witnesses Max Lades, Derek Lee, Brandon Saszi, and Patrick Early.

6. Attached hereto as **Exhibit 5** is a true and accurate copy of an email dated January 27, 2023, from Clint McCord to Adam Klein, and deposition notices for Krause witnesses Derek Lee and Max Landes on February 27, 2023, and Patrick Earley and Brandon Saszi on February 28, 2023. The depositions were noticed for in-person appearance and videotape recording. Counsel for Krause never objected to the notices or requested alternate dates.

7. Attached hereto as **Exhibit 6** is a true and accurate copy of emails between counsel for the parties and Courtroom Deputy Brittany Poley regarding Krause's failure to comply with its discovery obligations.

8. Attached hereto as **Exhibit 7** is a true and accurate copy of Plaintiff's First Set of Interrogatories to Krause, served on July 6, 2022.

9. Attached hereto as **Exhibit 8** is a true and accurate copy of Krause's answers to Plaintiff's Interrogatories, served on October 24, 2022.

10. Attached hereto as **Exhibit 9** is a true and accurate copy of Krause's Answer, filed on June 6, 2022.

11. Attached hereto as **Exhibit 10** is a true and accurate copy of Krause's Initial Disclosures, served on December 28, 2022.

12. Attached hereto as **Exhibit 11** is a true and accurate copy of a Motorcars of Atlanta (Krause) work order for the subject McLaren automobile, which was produced in discovery in this action.

13. On February 26, 2023, I traveled from Boston to Atlanta to take the four in-person depositions of Krause's witnesses (which had been noticed on January 27). On February 27, I commenced the deposition of Derek Lee (although he arrived at 10:15 a.m. instead of 9:00 a.m.). During the lunch break on February 27, and just before the 1:30 p.m. deposition of Krause witness Max Landes was to commence, counsel for Krause Adam Klein announced for the first time that Mr. Early would not be appearing in person at 9:00 a.m. the following day (February 28). Mr. Klein offered no excuse other than Mr. Earley thought the deposition would by Zoom (even though it had been noticed, a full month earlier, for in-person appearance). I offered to delay Mr. Earley's deposition from the morning to the afternoon on February 28, to give him an opportunity make travel plans to attend in person. The offer was declined; Mr. Earley would not appear for his in-person deposition on any day before the end of discovery on March 7, 2023.

I swear under the penalty of perjury that the foregoing is true.

3

Executed on March 7, 2023, in Mashpee, Massachusetts.

                                           /s/ Marie Cheung-Truslow
                                           Marie Cheung-Truslow

## **CERTIFICATE OF COMPLIANCE**

In accordance with Local Rule 7.1(D), this is to certify that the foregoing was prepared using Times New Roman font (14 point), which is one of the font and points selections approved by the Court in Local Rule 5.1(C).

This 7th day of March, 2023.

        /s/ *Clint McCord*      .
Clint McCord (admitted *pro hac vice*)
**Law Offices of Marie Cheung-Truslow**
Phone: (617) 777-4748
Fax: (617) 553-1940
clint@cheungtruslowlaw.com

Office Address:
101 Arch Street, Suite 800
Boston, MA 02110

Mailing Address:
19 Tobisset Street
Mashpee, MA 02649

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2023, I electronically filed the foregoing document using the CM/ECF system which will automatically send notification of such filing to any attorneys of record to this matter by CM/ECF system, as denoted on the Electronic Mail Notice List:

Adam Klein
Fain, Major & Brennan
One Premier Plaza
5605 Glenridge Drive NE, Suite 900
Atlanta, GA 30342
aklein@adamkleinlaw.com
cthomas@fainmajor.com

Ryan E. Cosgrove
Lisa Gibson
Christopher Shaun Polson
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
ryan.cosgrove@nelsonmullins.com
lisa.gibson@nelsonmullins.com
shaun.polston@nelsonmullins.com


Dated: March 7, 2023

                                              /s/ *Clint McCord*                    .
                                              Clint McCord