**EXHIBIT
1
1:22-CV-01392-LMM**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of ADRIAN BIESECKER,  )  )  )  )  Plaintiff,  )  )  v.  )  )  MCLAREN AUTOMOTIVE, INC. and  )  KRAUSE FAMILY MOTORCARS, LLC,  )  )  Defendants.  ) | CIVIL ACTION FILE NO.:  1:22-CV-01392-LMM |

## <u>DEFENDANT KRAUSE FAMILY MOTORCARS'</u>
## <u>AMENDED EXPERT DISCLOSURE</u>

Defendant Krause Family Motorcars has retained the following expert:

    Patrick Earley, IAAI-CFI(V), NFPA-CFPS
    Senior Investigator III,  J.S. Held, LLC
    pearley@jsheld.com

    Mr. Earley participated in a joint inspection of the vehicle in 2021 and is expected to offer testimony as to the nature and extent of the damage to the vehicle and the causes of the damage. Mr. Earley's photographs and notations from the inspection are attached to this disclosure.

    A copy of Mr. Earley's report is attached.

    Respectfully submitted, this 28th day of December, 2022.

                    **FAIN, MAJOR & BRENNAN, P.C.**
                    */s/ Adam J. Klein*
                    ADAM J. KLEIN
                    Georgia Bar No. 425032

One Premier Plaza           Counsel for Defendant Krause Family Motorcar, LLC
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342

1

Exhibit 1 Page 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| AMERICAN FAMILY HOME | ) | |
| INSURANCE COMPANY, as Subrogee | ) | |
| of ADRIAN BIESECKER, | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | FILE NO.:  1:22-CV-01392-LMM |
| | ) | |
| MCLAREN AUTOMOTIVE, INC. and | ) | |
| KRAUSE FAMILY MOTORCARS, LLC, | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing ***Defendant Krause Family Motorcars' Amended Expert Disclosure*** with the Clerk of Court using *Pacer* which will automatically send e-mail notification of such filing to all parties of record as follows:

Eric D. Miller, Esq.
Miller Insurance Law Enterprise
115 Perimeter Center Place
Suite 430
South Terraces
Atlanta, GA 30346
emiller@mileatlanta.com

Marie Cheung-Truslow
Clint McCord
Law Offices of Marie Cheung-Truslow
19 Tobisset Street
Mashpee, MA 02649
marie@cheungtruslowlaw.com
clint@cheungtruslowlaw.com

McLaren Automotive, Inc.
c/o CT Corporation System
289 S Culver Street
Lawrenceville, GA 30046

Respectfully submitted, this 28th day of December, 2022.

FAIN, MAJOR & BRENNAN, P.C.
*/s/ Adam J. Klein*
_____

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342

ADAM J. KLEIN
Georgia Bar No. 425032
Counsel for Defendant Krause Family Motorcars, LLC

Exhibit 1 Page 2

December 22, 2022

Mr. Adam Klein
Law Offices of Fain, Major & Brennan / Federated Mutual Insurance Company
Via Email:
aklein@fainmajor.com

Re:   **Fire Origin and Cause Report**
File Name:          Krause Family Motorcars, LLC
Address:            593 Dekalb Pike, North Wales, Pennsylvania 19454
Carrier #:          905027-212229
Cause of Loss:      Fire
Date of Loss:       April 25, 2021
J.S. Held Project #: 21050114

Mr. Klein:

At your request, a fire origin and cause investigation was conducted with respect to a fire that involves the above-referenced claim.  The vehicle was inspected by J.S. Held LLC on May 25, 2021., at the NEFCO evidence facility at 500 Davistown Road, Blackwood, NJ, 08012

This fire origin and cause investigation was conducted in accordance with the practices recommended in the current edition of the National Fire Protection Association (NFPA) 921 "Guide for Fire & Explosion Investigations". The author of this report meets or exceeds NFPA 1033 "Standard for Professional Qualifications for Fire Investigators" and employed the elements of the scientific method as an operating analytical process throughout the investigation and for the development of conclusions.

The destructive observations and evaluations made served to document for assessment purposes the condition of the systems and/or components as called for within the scope.  As provided by the scene examination conducted, the following visual observations were found to exist and were recorded as follows.

SCOPE

This fire origin and cause investigation was performed so as to identify the area from which the fire originated, the fuel involved, and the ignition source and to determine the circumstances that brought these elements together to establish the cause for this fire to have occurred.

EXECUTIVE SUMMARY

Based on our efforts, J.S. Held LLC was able to conclude that the fire originated in the rear-mounted engine compartment of the vehicle.

Exhibit 1 Page 3

VEHICLE DESCRIPTION.

The vehicle was a 2021 McLaren model 765LT Coupe, black. Equipped with a V8 4.0 Liter Twin turbo engine, with a 7-speed manual transmission. It was manufactured in the United Kingdom. The VIN is SBM14RCAXMW765597.

CARGO AREA (Front of Vehicle)

The front of the vehicle is referred to as the cargo area, for this vehicle in the front cargo was the vehicle's battery. The cargo area was documented and no indication or observed fire patterns that the fire originated in this area.

UNDERCARRIAGE

The undercarriage was documented, and the driver and passenger side front tires were intact and sustained thermal damage from fire progression. The driver's rear tire was intact on the rim and sustained thermal damage from the fire progression.  The passenger side rear tire was consumed during the fire progression. The area in the rear of the vehicle underneath the engine compartment indicated fire spread from this area.

PASSENGER COMPARTMENT

The passenger compartment was documented and no indication or observed fire patterns that the fire originated in this area.

ENGINE COMPARTMENT (Rear Mount Engine Compartment)

The engine compartment was documented, fire patterns observed, and mass loss of materials indicated the fire originated in the area of the engine compartment.

INTERVIEWS

At the joint scene examination, the below information was provided by Mr. Dennis Mignogno with NEFCO Fire Investigations:

- The vehicle was purchased from Motorcars of Jackson on March 23, 2021.
- The vehicle was delivered to the residence of Mr. Biesecker and was performed by Delivery by Delivery on April 14, 2021
- The vehicle was transported to Motor Cars of Atlanta to repair a fuel-level sensor fault message.
- The vehicle was purchased by Mr. Adrian Biesecker.
- Mr. Biesecker reported that he drove the vehicle three times prior to the fire.
- The first time he drove it was to the store located three miles from his residence.
- The second time he drove was to another store located one mile from his residence.
- The last time he drove the vehicle was to go to Wawa located at 593 Dekalb Pike in North Wales, Pennsylvania that is located three miles from his residence.

Exhibit 1 Page 4

- Each time he drove the vehicle he let the vehicle warm up for approximately 5 minutes before driving.
- At the time of the fire, the vehicle was being actively fueled at the Wawa gas station.

In a phone interview with the service technician Derek Lee of Motor Cars of Atlanta, provided the following information:

- The vehicle was in the repair facility for a check engine code and other issues to the vehicle, it was brought to them by  Motor Cars of Jackson.
- While diagnosing the vehicle he observed evidence of rodent damage to items in the area of the fuel tank and other components in that area.
- They repaired the engine code for the vehicle and placed all items back in the approved manner.
- He took the vehicle for a test drive and no issues arose from the repair and no check engine lights were observed.
- They did notify motor cars of Jackson and the new owner Mr. Biesecker of the damage and sent him photographs of the damaged areas.
- Motor cars of Atlanta requested more time with the vehicle to inspect the vehicle for any other problems associated with the rodent damage and they were advised to repair and clear the check engine codes and get the vehicle ready for delivery to Mr. Biesecker.


REVIEW OF DOCUMENTS
- Review work order 6010352/2. Work performed by Derek Lee.
- Item # 1 Client states, Passenger side door roof glass trim came loose.  Tech found the trim piece came loose and installed the passenger side hinge to cover it to correct it.
- Item# 2 Client states, fuel level sensor/fault and message on the screen. Caused by rodent damage to the fuel pump harness.
- Tech Installed 1214K0118CP: hose-fuel pump feed–tank
- Installed 1215MA102CP: harness fuel cell.
- Removed fuel tank and found rodent damage to the fuel pump harness, foam placement blocks, and engine firewall cover, customer requested we replace the fuel pump harness to correct, installed harness, and tested system found no further problems at this time.


OBSERVATIONS AND FINDINGS

Based on the observed video footage of the fire, fire patterns, and mass loss material the fire originated in the rear-mounted engine compartment. The specific area of origin is on the driver's side of the engine compartment. The specific ignition sequence for this fire is undetermined, I am unable to eliminate failures in any of the components that  could have been damaged by rodents.

Exhibit 1 Page 5

EVIDENCE

 No physical evidence was taken as a part of this investigation.

REVIEW OF THE EXPERT'S REPORT

Review of the NEFCO report 2104283152 prepared by Dennis Mignogna, Fire Analyst.

- Page 2, paragraph 4, The vehicle was shrink-wrapped and transported by MCT Worldwide, LLC on May 11, 2021.  Mr. Mignogno does cite the evidence company. MCT worldwide does not exist in the area. The correct evidence company that would have shrink-wrapped and transported the vehicle would be ECT Worldwide (Evidence Collection Technology Worldwide, LLC).
- Page 3, paragraph 6, All parties present at the joint analysis determined that the best way to gain access to the fuel tank was to cut the lower engine supports and pull the engine back from the body. Mr. Mignogno failed to address that several times during the inspection we advised him to stop the exam and move the vehicle to a facility with a vehicle lift to access underneath safely in an approved manner.
- Page 4, paragraph 2. An examination of the debris field below the fuel tank uncovered only one hose clamp for the fuel feed filler hose. Mr. Mignogno failed to perform his due diligence concerning the vehicle's fuel system, if so,  he we would have determined that the vehicle is equipped with clips to secure the fuel filler hose, please see attached document, not a metal hose clamp.
-   



- Page 5, paragraph 1, There should have been two hose clamps, and they should have been installed by Motorcars of Atlanta as part of the fuel feed installation described in the repair invoice. Mr. Mignogno  did not address this in his report.
-   The fuel feed stated in the invoice is not the fuel filler hose, this hose is the hose that goes from the fuel tank to the fuel line for the engine. Please see attached photograph. The items in the blue circle were the items replaced by Motor Cars of Atlanta. The red circle identifies the area of the rodent damage.  Along with corresponding part numbers in the photograph.

Exhibit 1 Page 6



| POSITION | PART NUMBER | COLOUR CODES | NOTES | SUPERCEDED PARTS | DESCRIPTION | QUANTITY | ADD TO BASKET | RESOLUTION CODE |
|---|---|---|---|---|---|---|---|---|
| 017 | 15KA002CP | | | | FUEL DELIVERY MODULE - TWIN PUMP - FUEL TANK - OA-ZK-001 | 1 | | |
| 018 | 15MA102CP | | | | HARNESS - FUEL CELL - FUEL TANK | 1 | | |
| 018 | 14MA051CP | | | | HARNESS - FUEL CELL | 1 | | |
| 019 | 14K0053CP | | | | CHARCOAL CANISTER - FILTER | 1 | | |
| 020 | 14K0123CP | | | | BRACKET - CANISTER SUPPORT | 1 | | |
| 022 | 14K0140CP | | | | PAD - FUEL TANK - CANISTER | 1 | | |
| 023 | 14K0118CP | | | | HOSE - FUEL FEED | 1 | | |

- Page 5, Conclusion section, it is my opinion, held to a reasonable degree of scientific certainty, that the fuel filler hose had not been properly installed in the vehicle when the fuel tanks were reinstalled by Motor Cars of Atlanta. I believe that Motor Cars of Atlanta failed to secure the filler house with a second hose clamp, which allowed gasoline to leak from the fuel tanks directing the refueling and caused a hot surface ignition of the fuel vapors. Mr. Mignogno failed to provide an adequate conclusion since his theory is based on no actual physical proof regarding the installation issue and again, the vehicle fuel filler hose was not replaced and is not equipped with hose clamps. It is secured to the fuel tank and filler neck with clips that secure and lock it into place. It is my professional opinion, Mr. Mignogno's conclusion is invalid and not supported by actual factual information.

Exhibit 1 Page 7

CLOSING

Thank you for the opportunity to provide professional services. The opinions and conclusions in this report have been formulated within a reasonable degree of professional certainty. Please note that J.S. Held LLC's opinions are based on the information provided and/or obtained as well as our training, knowledge, and experience. To the extent that hidden conditions exist, and/or additional information is made available, J.S. Held LLC reserves the right to revise or update any of the observations, assessments, and/or opinions as conditions change or additional information is provided for our review.

This document is to inure to the benefit of the addressee only and may not be relied upon, used by, or referenced by any third party without the written consent of J.S. Held LLC.  If clarification or additional information is required, please do not hesitate to contact us.

Respectfully,
**J.S. Held LLC**

Pat Earley, IAAI-CFI (V), NFPA-CFPS
Senior Investigator IV

Technical Review by:

Don Davis

CFI, CFEI, CVFI, NBFSPQ
Fire O&C Regional Practice Lead

Appendices:   A. Captioned Photographs
              B. Sign-in sheet
              C. Motor Cars of Atlanta Repair Invoice

cc: File #21050114

Exhibit 1 Page 8

## APPENDIX A

Captioned Photographs

Exhibit 1 Page 9



**Photo No. 1:**  View of the front of the vehicle.



**Photo No. 2:**  View of the passenger side.

Exhibit 1 Page 10



**Photo No. 3:**  View of the driver's side.



**Photo No. 4:**  View of the rear-mounted engine compartment.

Exhibit 1 Page 11



**Photo No. 5:** View of the cut vehicle with fuel tank indicated.



**Photo No. 6:**  View of the driver's side of the fuel tank, at the time of the fire the vehicle was being fueled.

Exhibit 1 Page 12



**Photo No. 7:** View of the fuel tank removed from the vehicle, this is the side towards the rear-mounted engine.



**Photo No. 8:** View of the rear of the fuel tank that faces the bulkhead.

Exhibit 1 Page 13



**Photo No. 9:** View of the fuel tank, and area of busbar with discoloration.



**Photo No. 10:** View of the top of the fuel tank, and area of busbar indicated.

Exhibit 1 Page 14



**Photo No. 11:** View of the area where the fuel tank is secured, with busbar indicated.



**Photo No. 12:** View of the area of the busbar and fuel tank, also indicated the documented rodent damage that was advised to the insured.

Exhibit 1 Page 15



**Photo No. 13:** View of the busbar from the battery.



**Photo No. 14:** View of other end of the busbar to the engine compartment.

Exhibit 1 Page 16



**Photo No. 15:** View of the busbar, that enters the engine compartment.



**Photo No. 16:** View of the fuel pump assembly inside the fuel tank.

Exhibit 1 Page 17



| POSITION | PART NUMBER | COLOUR CODES | NOTES | SUPERCEDED PARTS | DESCRIPTION | QUANTITY | ADD TO BASKET | RESOLUTION CODE |
|---|---|---|---|---|---|---|---|---|
| 017 | 17KA002CP | | | | FUEL DELIVERY MODULE - TWIN PUMP - FUEL TANK - OA-ZK-001 | 1 | 🛒 | |
| 018 | 15N6A102CP | | | | HARNESS - FUEL CELL | 1 | 🛒 | |
| 019 | 14M4F01CP | | | | HARNESS - FUEL CELL | 1 | 🛒 | |
| 018 | 14K0001CP | | | | CHARCOAL CANISTER - FILTER | 1 | 🛒 | |
| 020 | 14K0121CP | | | | BRACKET - CANISTER SUPPORT | 1 | 🛒 | |
| 022 | 14K0140CP | | | | PAD - FUEL TANK - CANISTER | 1 | 🛒 | |
| 023 | 14K0110CP | | | | HOSE - FUEL FEED | 1 | 🛒 | |

**Photograph 17:** View of the Fuel tank and fuel system.



**Photograph 18:** View of the fuel filler hose and how it's connected.

Exhibit 1 Page 18

## APPENDIX B

Sign-in Sheet

Exhibit 1 Page 19

# NEFCO Fire Investigations

Physical Location:
500 Davistown Rd
Blackwood NJ 08012

P.O. Box 7399
Rochester, New Hampshire 03839

Phone (800) 675-8500
Fax (603) 330-9669
services@nefco.net

Loss Location _____ Date: 5-25-21  File No.: 2104283152

| | |
|---|---|
| **NEFCO** FIRE INVESTIGATIONS<br>**William Rieger, IAAI-CFI, NAFI-CFEI**<br>Senior Fire Analyst, Woodbury, NJ<br>Tel: (800) 675-8500<br>Fax: (603) 330-9669<br>Cell: (609) 352-4388<br>E-mail: wrieger@nefco.net<br>89 Pickering Road<br>PO Box 7399<br>Rochester, NH 03839-7399 | Representing _NEFCO_<br>Name _Evidence Tech_<br><br><br><br>Signature _N.E. Rieger, II_ |
| **NSM Insurance Group**<br>**David Gagliardi, JD**<br>_Director of Claims_<br>555 North Lane, Suite 6060<br>Conshohocken, PA 19428<br>Phone: (610) 808-9519<br>(800) 970-9778<br>FAX: (610) 941-9889<br>E-mail: dfgagliardi@nsminc.com<br>www.nsminc.com | Representing _NSM INSURANCE GROUP_<br>Name _DAVID GAGLIARDI_<br><br><br><br>Signature _[signature]_ |
| **NEFCO** FIRE INVESTIGATIONS<br>**Calvin A. Bonenberger, CFEI , CVFI**<br>Fire Analyst<br>LAFAYETTE HILL, PA<br>1 Pickering Road • PO Box 7399 • Rochester, NH 03839-7399<br>Tel.: (800) 675-8500 • Fax: (603) 330-9669 • Cell: (215) 783-7674<br>Email: cbonenberger@nefco.net • www.nefco.net | Representing _NEFCO_<br>Name _C Bonenberger_<br><br><br><br>Signature _Cindy Braley_ |
| Company _McLaren Automotive_<br>Name _Michael Carter_<br>Address _1405 S. Beltline Rd._<br><br>Phone _917-717-0264_<br>Fax _____<br>Email _Michael_carter@mclaren-com_ | Representing _McLaren Automotive_<br>Name _Michael carter_<br><br><br><br>Signature _[signature]_ |

Page _1_ of _2_

Exhibit 1 Page 20

# NEFCO Fire Investigations

Physical Location:
500 Davistown Rd
Blackwood NJ 08012

P.O. Box 7399
Rochester, New Hampshire 03839

Phone (800) 675-8500
Fax (603) 330-9669
services@nefco.net

Loss Location _____   Date: 5-25-21   File No.: 2104283152



**NEFCO FIRE INVESTIGATIONS**

Dennis Mignogno, NAFI-CFEI, CVFI, CFII
Fire/Automotive Analyst

Tel: (800) 675-8500
Fax: (603) 330-9669
Cell: (302) 535-5606
E-mail: dmignogno@nefco.net

89 Pickering Road
PO Box 7399
Rochester, NH 03839-7399

Representing AMERICAN MODERN INS
Name DENNIS MIGNOGNO

Signature Dennis Mignogno

---

**PATRICK T. EARLEY, IAAI-CFI(V), NFPA-CFPS**
Senior Investigator

Forensic A&E: Fire O&C

212-952-5000 (O)
609-306-7627 (M)
pearley@jsheld.com

**JS|HELD**

48 Wall Street  |  Floor 17  |  New York, NY 10043

Representing Federal Insurance
Name Patrick Earley
Motor Cars of Atlanta

Signature

---

**BANTA TECHNICAL SERVICES**

Robert D. Banta

bantatech.com

phone: (586) 907-1900
fax: (586) 825-0090
rdbanta@bantatech.com

3196 Tullio Way
Henderson, NV 89052

12730 Plumbrook Rd.
Sterling Heights, MI 48312

Representing McLAREN
Name R.D. BANTA

Signature R D Banta

---

KEVIN J. PENHALLEGON   ATTORNEY AT LAW

100 S. CHARLES STREET | SUITE 1600
BALTIMORE, MD  21201

O 443.392.9417  M 410.218.9530  F 443.392.9499
kevin.penhallegon@nelsonmullins.com

**NELSON MULLINS**

Representing McLaren
Name Kevin Penhallegon

Signature

Page 2 of 2

Exhibit 1 Page 21

## <u>APPENDIX C</u>

Motor Cars of Atlanta Repair Invoice

Exhibit 1 Page 22



**MOTORCARS OF ATLANTA**
7865 Roswell Road
Atlanta, GA 30350
Phone: (404) 233-4269
Fax: (770) 604-9481
www.motorcarsofatlanta.com

SERVICE DEPARTMENT HOURS
8:00 a.m. to 6:00 p.m.
Monday - Friday
8:00 a.m. to 3:00 p.m. Saturday

| R/O Open Date | R/O Number |
|---|---|
| 3/24/21 | 6010352/1 |
| R/O Close Date | Status |
| 4/14/21 | Reprint |
| Mileage In | Mileage Out |
| 140 | 145 |
| Service Advisor / Tag # | |
| Isaac Robles Ro/504 | |

BRANTON, JAMES
6105 I55 N
JACKSON, MS   39211

| | |
|---|---|
| Work Phone | Vehicle Identification Number |
| | SBM14RCAXMW765597 |
| Home Phone | Delivery Date |
| | 11/30/20 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2021 | MCLAREN | 765LT | COUPE | BLACK | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Cell: 601-832-7969 | |
| | |
| #1 -        MR 11: CLIENT STATES | |
| PASSENGER SIDE DOOR ROOF GLASS TRIM CAME LOOSE. | |
| Caused by | |
| re installed roof trim to correct | |
| Tech: DERICK LEE(726) | Internal |
| found trim piece came loose in stalled passenger | |
| side hinge cover to correct | |
| | |
| #2 -        MR 11: CLIENT STATES | |
| Fuel Level Sensor / Fault and message on screen | |
| Caused by | |
| found rodent damage to fuel pump harness | |
| Tech: DERICK LEE(726) | 1110.00 |
| Installed 1214K0118CP :HOSE - FUEL FEED - TANK      1@126.59 | 126.59 |
| Installed 1215MA102CP :HARNESS FUEL CELL            1@199.86 | 199.86 |
| Sub Total: Labor: 1110.00   Parts: 326.45   Total: 1436.45 | |
| removed fuel tank found rodent damage to fuel | |
| pump harness, foam placement blocks, and engine | |
| firewall cover. customer request we replace fuel | |
| pump harness to correct. installed harness tested | |
| system found no further  problems at this time. | |
| | |
| #3 -        MR 11: CLIENT STATES | |
| Drivers window switches not operating properly. | |
| Caused by | |
| reset driver door module found all windows | |
| working properly at this time | |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection.  An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES.  Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products  Any limitation contained herein does not apply where prohibited by law.

"ARBITRATION The parties agree that instead of litigation in a court, any dispute, controversy or claim arising out of or relating to the repair of this motor vehicle or to any other document or agreement between the parties relating to the repairs of this motor vehicle, shall be settled by binding arbitration administered by the Atlanta office of American Arbitration Association, under its Commercial Arbitration Rules. Each party will pay their own costs. Any award rendered by the arbitrator shall be final and conclusive upon the parties and may be entered and confirmed in any court having jurisdiction thereof."

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

© 2015 DEALERTRACK SYSTEMS, Inc.  Dealership Application Group

Exhibit 1 Page 23



| R/O Open Date | R/O Number |
| 3/24/21 | 6010352/2 |
| R/O Close Date | Status |
| 4/14/21 | Reprint |
| Mileage In | Mileage Out |
| 140 | 145 |

**MOTORCARS OF ATLANTA**
7865 Roswell Road
Atlanta, GA 30350
Phone: (404) 233-4269
Fax: (770) 604-9481
www.motorcarsofatlanta.com

**SERVICE DEPARTMENT HOURS**
8:00 a.m. to 6:00 p.m.
Monday - Friday
8:00 a.m. to 3:00 p.m. Saturday

| Service Advisor / Tag # |
| Isaac Robles Ro/504 |

BRANTON, JAMES
6105 I55 N
JACKSON, MS  39211

| Work Phone | | Vehicle Identification Number |
| | | SBM14RCAXMW765597 |
| Home Phone | | Delivery Date | In-Service Date |
| | | | 11/30/20 |

| Year | Make | Model | Body | Color | License Number |
| 2021 | MCLAREN | 765LT | COUPE | BLACK | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Tech: DERICK LEE(726) | Internal |
| Tech: DERICK LEE(726) | Internal |
| Tech: DERICK LEE(726) | Internal |
| reset driver door module found all windows | |
| working properly at this time | |
| | |
| #4 -       MR 02BMZ2005/: CAMPAIGN / RECALL | |
|    14 L 003 - McLaren 720S - Clutch Cooler Hose | |
|    Clash Rework | |
|       Caused by | |
|       14 l 003 clutch cooler hose clash rework | |
|    Tech: DERICK LEE(726) | Warranty |
|    Installed 1200RB057 :CLIP-90 DEG-FEMALE-39-45-CSC0    Qty: 1 | Warranty |
|    Installed 1200RG018 :SWIVEL-CLIP-MALE-90 DEG-DIA 2    Qty: 1 | Warranty |
|    completed clutch cooler hose rework to ocrrect | |
|    completed | |
| | |
| #5 *       MR 11: CLIENT STATES | |
|    PICK UP VEHICLE FROM CUSTOMER. | |
|    Tech: HOUSE TECH(996) | |
|    Work performed by PRO 001 : MC212303 ()     Labor: | 2450.00 |
|    Work performed by PRO 001 : MC212303 ()     Parts: | |
|    Sub Total:  Sublet: 2450.00 | |
|    $2450.00 collected for tow | |
| | |
| #6 *       MR 01BMZCOMPW: COMPLIMENTARY WASH PROVIDED BY MOTORCARS | |
|       OF ATLAN | |
|    COMPLETE COMPLIMENTARY SERVICE DEPARTMENT WASH - | |
|    H AND WASH & HAND DRY - CLEAN WHEELS & TIRES - | |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

"ARBITRATION The parties agree that instead of litigation in a court, any dispute, controversy or claim arising out of or relating to the repair of this motor vehicle or to any other document or agreement between the parties relating to the repairs of this motor vehicle, shall be settled by binding arbitration administered by the Atlanta office of American Arbitration Association, under its Commercial Arbitration Rules. Each party will pay their own costs. Any award rendered by the arbitrator shall be final and conclusive upon the parties and may be entered and confirmed in any court having jurisdiction thereof."

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

© 2016 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group

| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

Exhibit 1 Page 24



MOTORCARS OF ATLANTA
7865 Roswell Road
Atlanta, GA 30350
Phone: (404) 233-4269
Fax: (770) 604-9481
www.motorcarsofatlanta.com

SERVICE DEPARTMENT HOURS
8:00 a.m. to 6:00 p.m.
Monday - Friday
8:00 a.m. to 3:00 p.m. Saturday

| R/O Open Date | R/O Number |
|---|---|
| 3/24/21 | 6010352/3 |
| R/O Close Date | Status |
| 4/14/21 | Reprint |
| Mileage In | Mileage Out |
| 140 | 145 |

Service Advisor / Tag #
Isaac Robles Ro/504

BRANTON, JAMES
6105 I55 N
JACKSON, MS   39211

| | Work Phone | Vehicle Identification Number | |
|---|---|---|---|
| | | SBM14RCAXMW765597 | |
| | Home Phone | Delivery Date | In-Service Date |
| | | | 11/30/20 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2021 | MCLAREN | 765LT | COUPE | BLACK | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| VACUU M INTERIOR - CLEAN INTERIOR / EXTERIOR GLASS - DRE SS TIRES FOR DELIVERY - PERFORM FINAL INSPECTION<br>  Caused by<br>    COMPLEMENTARY SERVICE WASH<br>Tech: Jaques Samuel(JS2)<br>  Caused by<br>    COMPLEMENTARY SERVICE WASH<br>COMPLETED COMPLIMENTARY SERVICE DEPARTMENT WASH | Internal |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

"ARBITRATION The parties agree that instead of litigation in a court, any dispute, controversy or claim arising out of or relating to the repair of this motor vehicle or to any other document or agreement between the parties relating to the repairs of this motor vehicle, shall be settled by binding arbitration administered by the Atlanta office of American Arbitration Association, under its Commercial Arbitration Rules. Each party will pay their own costs. Any award rendered by the arbitrator shall be final and conclusive upon the parties and may be entered and confirmed in any court having jurisdiction thereof."

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

© 2016 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group

| | AMOUNT |
|---|---|
| LABOR | 1110.00 |
| PARTS | 326.45 |
| DEDUCTIBLE | .00 |
| SUBLET | 2450.00 |
| SHOP SUPPLIES | 20.00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | 26.85 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | 3933.30 |
| VISA/MC/DISC TOW | 2450.00 |
| VISA/MC/DISC 0085G | 1483.30 |

Exhibit 1 Page 25