

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of Adrian Biesecker,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC., and KRAUSE FAMILY MOTORCARS, LLC,<br><br>Defendants. | Civil No. 1:22-CV-01392-LMM |

### PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT KRAUSE FAMILY MOTORCARS, LLC

Pursuant to F.R.C.P. 34, Plaintiff American Family Home Insurance Company as Subrogee of Adrian Biesecker hereby requests that Defendant Krause Family Motorcars, LLC, produce the documents and electronically stored information described below within thirty (30) days.

### Definitions and Instructions

1.  The term "KRAUSE" means Defendant Krause Family Motorcars, LLC, along with the Motorcars of Atlanta dealership, and all owners, employees, officers, members, representatives, agents, and attorneys for either or both entities, and all other persons acting on behalf of either or both entities.

Exhibit 2 Page 1

2. The terms "DOCUMENT" and "DOCUMENTS" mean a true and correct copy of the original, and all non-identical copies and drafts, of all writings and all other tangible records of any kind in the responding party's possession, custody, or control, including all papers, files, letters, correspondence, facsimile transmissions, financial records, reports, work orders, invoices, bills, receipts, payments, checks, memoranda, contracts, drawings, statements, books, articles, graphs, studies, transcripts, calendars, diaries, print-outs, videos, photographs, sound recordings, and all other compilations from which information can be obtained.

3. The terms "ELECTRONICALLY STORED INFORMATION" and "ESI" mean each and every source and medium of stored data or information other than paper. Each request for ESI herein automatically includes a request for all e-mails and text messages (and attachments thereto), and all DOCUMENTS and other files located or stored on a computer, including all computer programs and all other data and information that can be obtained or reproduced from any non-paper source.

4. The terms "COMMUNICATION" and "COMMUNICATIONS" mean each and every written, verbal, electronic (including e-mails and texts), or telephonic transmission of information between two or more persons, parties, or entities.

5. The term "SUBJECT AUTOMOBILE" means the 2021 McLaren 765LT with VIN SBM14RCAXMW765597.

6. All responsive photographs for which there is an original digital version must be produced in such form.

Exhibit 2 Page 2

7. If the responding party asserts an objection to any part of any request herein and withholds any DOCUMENTS or ESI responsive to such request on the basis of any claimed privilege, please produce a privilege log that identifies each withheld DOCUMENT or piece of ESI, including the date, the general subject matter, all author(s) and recipient(s), and the applicable privilege.

## REQUEST CATEGORIES

1. All DOCUMENTS and COMMUNICATIONS (including all e-mails and text messages) that mention or relate to any of the following:

   a. Adrian Biesecker;

   b. James Branton;

   c. the SUBJECT AUTOMOBILE;

   d. any work performed on the SUBJECT AUTOMOBILE (including under Motorcars of Atlanta R/O No. 6010352);

   e. the request and/or delivery of any parts for any work on the SUBJECT AUTOMOBILE;

   f. the SUBJECT AUTOMOBILE fire on April 24, 2021;

   g. the investigation of the SUBJECT AUTOMOBILE fire;

   h. any warranty claim or coverage for the SUBJECT AUTOMOBILE;

   i. any indemnity for any of Plaintiff's claims in this case.

2. All ESI (including all e-mails and text messages) created between March 23, 2021, and the present that mention any of the following:

   a. "Biesecker";

   b. the McLaren automobile with VIN "SBM14RCAXMW765597";

   c. "James Branton";

   d. Motorcars of Atlanta R/O No. "6010352";

   e. "Motorcars of Jackson" or "Jeremy Ory".

Exhibit 2 Page 3

3. All DOCUMENTS, COMMUNICATIONS, and ESI (including all e-mails and text messages) sent between any KRAUSE representatives and any representatives of any McLaren entity that mention or relate to any of the following:

    a. Adrian Biesecker;

    b. James Branton;

    c. the SUBJECT AUTOMOBILE;

    d. any work performed on the SUBJECT AUTOMOBILE (including under Motorcars of Atlanta R/O No. 6010352);

    e. the request and/or delivery of any parts for any work on the SUBJECT AUTOMOBILE;

    f. the SUBJECT AUTOMOBILE fire on April 24, 2021;

    g. the investigation of the SUBJECT AUTOMOBILE fire;

    h. any warranty claim or coverage for the SUBJECT AUTOMOBILE;

    i. any indemnity for any of Plaintiff's claims in this case.

4. All DOCUMENTS, COMMUNICATIONS, and ESI (including all e-mails and text messages) sent between Isaac Robles and Jeremy Ory between March 23, 2021, and the present.

5. All DOCUMENTS, COMMUNICATIONS, and ESI (including all e-mails and text messages) sent to or received from Adrian Biesecker between March 23, 2021, and the present.

6. Copies of all contracts in effect on March 24, 2021, to which KRAUSE and McLaren Automotive, Inc., are both parties, including dealership agreements.

7. Copies of all policies, procedures, manuals, instructions, specifications, and guidelines that KRAUSE relied on, referred to, used, or applied in performing work on the SUBJECT AUTOMOBILE.

8. Copies of all orders and requests for any parts for the SUBJECT AUTOMOBILE, and all responses to such orders and requests.

9. All photographs and videos of the SUBJECT AUTOMOBILE.

10. All reports prepared by any third party, including any governmental entity,

Exhibit 2 Page 4

that mentions or relates to the SUBJECT AUTOMOBILE.

11. All DOCUMENTS that support the "FIRST DEFENSE" in KRAUSE's Answer.

12. All DOCUMENTS that support the "SECOND DEFENSE" in KRAUSE's Answer.

13. All DOCUMENTS that support the "THIRD DEFENSE" in KRAUSE's Answer.

14. All DOCUMENTS that support the "FOURTH DEFENSE" in KRAUSE's Answer.

15. All DOCUMENTS that support the "FIFTH DEFENSE" in KRAUSE's Answer.

16. All DOCUMENTS that support the "SIXTH DEFENSE" in KRAUSE's Answer.

17. All DOCUMENTS that support the "SEVENTH DEFENSE" in KRAUSE's Answer.

18. All DOCUMENTS that support the "EIGHTH DEFENSE" in KRAUSE's Answer.

19. All DOCUMENTS that support the "NINTH DEFENSE" in KRAUSE's Answer.

20. All DOCUMENTS that support the "TENTH DEFENSE" in KRAUSE's Answer.

21. All DOCUMENTS that support the "ELEVENTH DEFENSE" in KRAUSE's Answer.

22. All DOCUMENTS that support the "TWELFTH DEFENSE" in KRAUSE's Answer.

23. All DOCUMENTS that support the "THIRTEENTH DEFENSE" in KRAUSE's Answer.

Exhibit 2 Page 5

24. All DOCUMENTS that support the "FOURTEENTH DEFENSE" in KRAUSE's Answer.

25. All DOCUMENTS that support the "FIFTEENTH DEFENSE" in KRAUSE's Answer.

26. All DOCUMENTS that support the "SIXTEENTH DEFENSE" in KRAUSE's Answer.

27. All DOCUMENTS that support the "SEVENTEENTH DEFENSE" in KRAUSE's Answer.

28. All DOCUMENTS that support the "EIGHTEENTH DEFENSE" in KRAUSE's Answer.

29. All DOCUMENTS that support the "NINETEENTH DEFENSE" in KRAUSE's Answer.

30. All DOCUMENTS that support the "TWENTIETH DEFENSE" in KRAUSE's Answer.

31. Copies of all expert reports required by Federal Rule of Civil Procedure 26(a)(2).

32. Copies of all expert reports intended to contradict or rebut any opinions or evidence in the report of Dennis J. Mignogno dated June 7, 2021.

33. All exhibits and other DOCUMENTS that support, and/or were referred to in preparing, any reports produced in response to Interrogatory No. 31 or Interrogatory No. 32 herein.

Dated: July 6, 2022

                Respectfully submitted,

                PLAINTIFF AMERICAN HOME INSURANCE
                COMPANY as subrogee of Adrian Biesecker,
                By its attorneys:

                /s/ *Marie Cheung-Truslow*_____
                Marie Cheung-Truslow (admitted *pro hac vice*)

Exhibit 2 Page 6

Clint McCord (admitted *pro hac vice*)
**Law Offices of Marie Cheung-Truslow**
Phone: (617) 777-4748
Fax: (617) 553-1940
marie@cheungtruslowlaw.com
clint@cheungtruslowlaw.com

Office Address:
101 Arch Street, 8th Floor
Boston, MA 02110

Mailing Address:
19 Tobisset Street
Mashpee, MA 02649

Eric D. Miller
**Miller Insurance Law Enterprise**
115 Perimeter Center Place, Suite 430
South Terraces
Atlanta, GA 30346

Exhibit 2 Page 7

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2022, a true and correct copy of the foregoing document was served on all parties via email to the following counsel of record:

Adam Klein
Fain, Major & Brennan
One Premier Plaza
5605 Glenridge Drive NE, Suite 900
Atlanta, GA 30342
aklein@adamkleinlaw.com

Ryan E. Cosgrove
Lisa Gibson
Christopher Shaun Polson
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
ryan.cosgrove@nelsonmullins.com
lisa.gibson@nelsonmullins.com
shaun.polston@nelsonmullins.com

Dated: July 6, 2022

/s/ *Clint McCord*
Clint McCord (admitted *pro hac vice*)
**Law Offices of Marie Cheung-Truslow**
Phone: (617) 777-4748
Fax: (617) 553-1940
clint@cheungtruslowlaw.com

Office Address:
101 Arch Street, 8th Floor
Boston, MA 02110

Mailing Address:
19 Tobisset Street
Mashpee, MA 02649

Exhibit 2 Page 8