**Marie Cheung-Truslow**

| | |
|---|---|
| **From:** | Clint McCord |
| **Sent:** | Tuesday, January 24, 2023 4:22 PM |
| **To:** | Adam Klein |
| **Cc:** | Ryan Cosgrove; Lisa Gibson; Shaun Polston; Margaret Manning; Marie Cheung-Truslow; Eric Miller |
| **Subject:** | Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. (1:22-cv-01392-LMM) - Depositions |

Adam,

We would like to take the depositions of the following Krause witnesses on February 27 and 28 in Atlanta: Max Landes, Brandon Saszi, Derrick Lee, Patrick Earley. Those are the only two consecutive days we have for the depositions within the next six weeks (the Court's extension period for discovery). We are flexible in the order of the witnesses, though we would like to take Mr. Earley's deposition on Feb. 28, after the other witnesses. I will send formal notices this week. Also, please let me know whether Isaac Robles still works for Krause Family Motorcars/Motorcars of Atlanta, we might want to take his deposition as well. Thank you,

Clint

Clint McCord, Esq.

Main Number: (617) 777-4748
Direct Number: (617) 935-0828
Fax Number: (617) 553-1940
clint@cheungtruslowlaw.com
www.cheungtruslowlaw.com

Office Address:
101 Arch Street, 8th Floor
Boston, MA 02110

Mailing Address:
19 Tobisset Street
Mashpee, MA 02649