**EXHIBIT 5**
1:22-CV-01392-LMM

| | |
|---|---|
| **From:** | Clint McCord |
| **Sent:** | Friday, January 27, 2023 10:51 AM |
| **To:** | Adam Klein; Margaret Manning; Ryan Cosgrove; Lisa Gibson; Shaun Polston |
| **Cc:** | Marie Cheung-Truslow; Eric Miller; Rhonda McDonald |
| **Subject:** | RE: Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. (1:22-cv-01392-LMM) - Depositions |
| **Attachments:** | Notice of Deposition of Derrick Lee.pdf; Notice of Deposition of Max Landes.pdf; Notice of Deposition of Patrick Earley.pdf; Notice of Deposition of Brandon Saszi.pdf |

Dear Counsel,

I serve the attached depositions notices of Derrick Lee, Max Landes, Pat Earley, and Brandon Saszi, set for February 27 and 28 in Atlanta.  Regards,

Clint


Clint McCord, Esq.


LAW OFFICES OF MARIE CHEUNG-TRUSLOW

Main Number: (617) 777-4748
Direct Number: (617) 935-0828
Fax Number: (617) 553-1940
clint@cheungtruslowlaw.com
www.cheungtruslowlaw.com

<u>Office Address:</u>
101 Arch Street, 8th Floor
Boston, MA 02110

<u>Mailing Address</u>**:**
19 Tobisset Street
Mashpee, MA 02649

1

Exhibit 5 Page 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of Adrian Biesecker,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC., and KRAUSE FAMILY MOTORCARS, LLC,<br><br>Defendants. | Civil No. 1:22-CV-01392-LMM |

## NOTICE OF DEPOSITION OF DERRICK LEE

TO:  Counsel for Defendant Krause Family Motorcars, LLC

PLEASE take notice that, on **February 27, 2023 (9:00 a.m.)**, at the offices of **Miller Insurance Law Enterprise, 115 Perimeter Center Place, South Terraces, Suite 430, Atlanta, GA 30346**, Plaintiff will take the deposition by oral examination of **Derrick Lee** pursuant to F.R.C.P. 30(b).

The deposition will be recorded by stenographic means and video, and will continue from day to day until completed.

Respectfully submitted,

Exhibit 5 Page 2

PLAINTIFF AMERICAN HOME INSURANCE COMPANY as subrogee of Adrian Biesecker,
By its attorneys:

 /s/ *Marie Cheung-Truslow*_____
Marie Cheung-Truslow (admitted *pro hac vice*)
Clint McCord (admitted *pro hac vice*)
**Law Offices of Marie Cheung-Truslow**
Phone: (617) 777-4748
Fax: (617) 553-1940
marie@cheungtruslowlaw.com
clint@cheungtruslowlaw.com

Office Address:
101 Arch Street, 8th Floor
Boston, MA 02110

Mailing Address**:**
19 Tobisset Street
Mashpee, MA 02649

Eric D. Miller
**Miller Insurance Law Enterprise**
115 Perimeter Center Place, Suite 430
South Terraces
Atlanta, GA 30346

Exhibit 5 Page 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of Adrian Biesecker,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC., and KRAUSE FAMILY MOTORCARS, LLC,<br><br>Defendants. | Civil No. 1:22-CV-01392-LMM |

## NOTICE OF DEPOSITION OF MAX LANDES

TO:  Counsel for Defendant Krause Family Motorcars, LLC

PLEASE take notice that, on **February 27, 2023 (1:30 p.m.)**, at the offices of **Miller Insurance Law Enterprise, 115 Perimeter Center Place, South Terraces, Suite 430, Atlanta, GA 30346**, Plaintiff will take the deposition by oral examination of **Max Landes** pursuant to F.R.C.P. 30(b).

The deposition will be recorded by stenographic means and video, and will continue from day to day until completed.

Respectfully submitted,

Exhibit 5 Page 4

PLAINTIFF AMERICAN HOME INSURANCE
COMPANY as subrogee of Adrian Biesecker,
By its attorneys:

 /s/ *Marie Cheung-Truslow*_____
Marie Cheung-Truslow (admitted *pro hac vice*)
Clint McCord (admitted *pro hac vice*)
**Law Offices of Marie Cheung-Truslow**
Phone: (617) 777-4748
Fax: (617) 553-1940
marie@cheungtruslowlaw.com
clint@cheungtruslowlaw.com

Office Address:
101 Arch Street, 8th Floor
Boston, MA 02110

Mailing Address**:**
19 Tobisset Street
Mashpee, MA 02649

Eric D. Miller
**Miller Insurance Law Enterprise**
115 Perimeter Center Place, Suite 430
South Terraces
Atlanta, GA 30346

Exhibit 5 Page 5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of Adrian Biesecker,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC., and KRAUSE FAMILY MOTORCARS, LLC,<br><br>Defendants. | Civil No. 1:22-CV-01392-LMM |

## NOTICE OF DEPOSITION OF PAT EARLEY

TO:  Counsel for Defendant Krause Family Motorcars, LLC

PLEASE take notice that, on **February 28, 2023 (9:00 a.m.)**, at the offices of **Miller Insurance Law Enterprise, 115 Perimeter Center Place, South Terraces, Suite 430, Atlanta, GA 30346**, Plaintiff will take the deposition by oral examination of **Pat Earley** pursuant to F.R.C.P. 26(b) and 30(b).

The deposition will be recorded by stenographic means and video, and will continue from day to day until completed.

Respectfully submitted,

Exhibit 5 Page 6

PLAINTIFF AMERICAN HOME INSURANCE COMPANY as subrogee of Adrian Biesecker,
By its attorneys:

 /s/ *Marie Cheung-Truslow*_____
Marie Cheung-Truslow (admitted *pro hac vice*)
Clint McCord (admitted *pro hac vice*)
**Law Offices of Marie Cheung-Truslow**
Phone: (617) 777-4748
Fax: (617) 553-1940
marie@cheungtruslowlaw.com
clint@cheungtruslowlaw.com

Office Address:
101 Arch Street, 8th Floor
Boston, MA 02110

Mailing Address:
19 Tobisset Street
Mashpee, MA 02649

Eric D. Miller
**Miller Insurance Law Enterprise**
115 Perimeter Center Place, Suite 430
South Terraces
Atlanta, GA 30346

Exhibit 5 Page 7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of Adrian Biesecker,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC., and KRAUSE FAMILY MOTORCARS, LLC,<br><br>Defendants. | Civil No. 1:22-CV-01392-LMM |

## NOTICE OF DEPOSITION OF BRANDON SASZI

TO:  Counsel for Defendant Krause Family Motorcars, LLC

PLEASE take notice that, on **February 28, 2023 (1:30 p.m.)**, at the offices of **Miller Insurance Law Enterprise, 115 Perimeter Center Place, South Terraces, Suite 430, Atlanta, GA 30346**, Plaintiff will take the deposition by oral examination of **Brandon Saszi** pursuant to F.R.C.P. 30(b).

The deposition will be recorded by stenographic means and video, and will continue from day to day until completed.

Respectfully submitted,

Exhibit 5 Page 8

PLAINTIFF AMERICAN HOME INSURANCE COMPANY as subrogee of Adrian Biesecker, By its attorneys:

 /s/ *Marie Cheung-Truslow*_____
Marie Cheung-Truslow (admitted *pro hac vice*)
Clint McCord (admitted *pro hac vice*)
**Law Offices of Marie Cheung-Truslow**
Phone: (617) 777-4748
Fax: (617) 553-1940
marie@cheungtruslowlaw.com
clint@cheungtruslowlaw.com

Office Address:
101 Arch Street, 8th Floor
Boston, MA 02110

Mailing Address**:**
19 Tobisset Street
Mashpee, MA 02649

Eric D. Miller
**Miller Insurance Law Enterprise**
115 Perimeter Center Place, Suite 430
South Terraces
Atlanta, GA 30346

Exhibit 5 Page 9