| | |
|---|---|
| From: | Brittany Poley <Brittany_Poley@gand.uscourts.gov> |
| Sent: | Tuesday, February 28, 2023 8:16 AM |
| To: | Clint McCord; Adam Klein |
| Cc: | Ryan Cosgrove; Lisa Gibson; Shaun Polston; Corey Thomas; Maria Turner; Marie Cheung-Truslow; Eric Miller |
| Subject: | RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference |

External (brittany_poley@gand.uscourts.gov)

Report This Email   FAQ   GoDaddy Advanced Email Security, Powered by INKY

Good morning, Mr. McCord,

Please file a motion.

Thank you,
Brittany Poley | Courtroom Deputy to the Honorable Leigh Martin May
United States District Court | Northern District of Georgia
2167 U.S. Courthouse | 75 Ted Turner Drive S.W. | Atlanta, GA 30303

---

**From:** Clint McCord <clint@cheungtruslowlaw.com>
**Sent:** Tuesday, February 28, 2023 9:03 AM
**To:** Brittany Poley <Brittany_Poley@gand.uscourts.gov>; Adam Klein <aklein@fainmajor.com>
**Cc:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Corey Thomas <cthomas@fainmajor.com>; Maria Turner <maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>
**Subject:** RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference

**CAUTION - EXTERNAL:**

Dear Ms. Poley,

I write with an update on Plaintiff's efforts to get Defendant Krause to comply with discovery obligations.

By way of brief background, after Judge May entered her January 24 order on Plaintiff's sanctions motion, on January 27, Plaintiff noticed the in-person depositions of Krause's three percipient witnesses and one expert witness (Patrick Earley), in Atlanta, for February 27 and 28. Krause produced the three percipient witnesses yesterday. Yesterday afternoon, Krause's counsel notified Plaintiff's counsel *for the first time* that Mr. Earley would not travel to Atlanta to appear for his deposition (noticed for this morning). The depositions were noticed for in-person videotaped appearance a month ago, and discovery (already extended six weeks to accommodate Krause) ends on March 7. Plaintiff's counsel flew from Boston to Atlanta to take the depositions this week. In lieu of a personal appearance, yesterday Krause offered a "Zoom" appearance of its expert witness, which last minute offer is unfair and unacceptable to Plaintiff.

1

Exhibit 6 Page 001

Pursuant to Judge May's warning in the January 24 order, Plaintiff requests that Defendant Krause be defaulted for another violation of its discovery obligations.  In the alternative, Plaintiff requests that Mr. Earley be excluded from testifying at trial.  Please let us know if the Court invites or requires a motion in that regard.  Thank you and regards,

Clint

Clint McCord, Esq.



Main Number: (617) 777-4748
Direct Number: (617) 935-0828
Fax Number: (617) 553-1940
clint@cheungtruslowlaw.com
www.cheungtruslowlaw.com

<u>Office Address:</u>
101 Arch Street, 8th Floor
Boston, MA 02110

<u>Mailing Address</u>:
19 Tobisset Street
Mashpee, MA 02649


**From:** Brittany Poley <Brittany_Poley@gand.uscourts.gov>
**Sent:** Tuesday, December 13, 2022 10:22 AM
**To:** Clint McCord <clint@cheungtruslowlaw.com>; Adam Klein <aklein@fainmajor.com>
**Cc:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Corey Thomas <cthomas@fainmajor.com>; Maria Turner <maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>
**Subject:** RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference


Good morning, Mr. McCord,

You may file a motion for sanctions.

Regards,
Brittany Poley | Courtroom Deputy to the Honorable Leigh Martin May
United States District Court | Northern District of Georgia
2167 U.S. Courthouse | 75 Ted Turner Drive S.W. | Atlanta, GA 30303

**From:** Clint McCord <clint@cheungtruslowlaw.com>
**Sent:** Tuesday, December 13, 2022 10:28 AM
**To:** Brittany Poley <Brittany_Poley@gand.uscourts.gov>; Adam Klein <aklein@fainmajor.com>
**Cc:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Corey Thomas <cthomas@fainmajor.com>; Maria Turner <maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>
**Subject:** RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference

**CAUTION - EXTERNAL:**

Ms. Poley,

Yesterday, counsel for Defendant Krause provided written responses to our request for production, and some additional pages of documents. We did not receive Krause's expert disclosures or initial disclosures (a violation of the Court's order dated December 1). Defendant Krause's expert disclosures were due on September 30. The discovery cutoff is currently January 6. The Court's December 1 order threatened sanctions for non-compliance. In light of the unreasonable delay in providing its expert disclosures (not to mention initial disclosures), and obvious prejudice to Plaintiff, Plaintiff respectfully suggests that an appropriate sanction at this late date is exclusion of Defendant Krause's expert(s). Thank you for your continued assistance. Regards,

Clint

---

**From:** Brittany Poley <Brittany_Poley@gand.uscourts.gov>
**Sent:** Thursday, December 1, 2022 10:37 AM
**To:** Adam Klein <aklein@fainmajor.com>; Clint McCord <clint@cheungtruslowlaw.com>
**Cc:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Corey Thomas <cthomas@fainmajor.com>; Maria Turner <maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>
**Subject:** RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference
**Importance:** High

Mr. Klein,

The Court is looking for Defendant's response.

Thanks,
Brittany Poley | Courtroom Deputy to the Honorable Leigh Martin May
United States District Court | Northern District of Georgia
2167 U.S. Courthouse | 75 Ted Turner Drive S.W. | Atlanta, GA 30303

**From:** Brittany Poley
**Sent:** Wednesday, November 30, 2022 10:51 AM
**To:** Adam Klein <aklein@fainmajor.com>; Clint McCord <clint@cheungtruslowlaw.com>
**Cc:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Corey Thomas <cthomas@fainmajor.com>; Maria Turner <maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>
**Subject:** RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference

Mr. Klein,

Please provide Defendant Krause's response by **10AM tomorrow, December 1st**.

Exhibit 6 Page 003

Thanks,
Brittany Poley | Courtroom Deputy to the Honorable Leigh Martin May
United States District Court | Northern District of Georgia
2167 U.S. Courthouse | 75 Ted Turner Drive S.W. | Atlanta, GA 30303

---

From: Clint McCord <clint@cheungtruslowlaw.com>
Sent: Wednesday, November 30, 2022 7:33 AM
To: Brittany Poley <Brittany_Poley@gand.uscourts.gov>; Adam Klein <aklein@fainmajor.com>
Cc: Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Corey Thomas <cthomas@fainmajor.com>; Maria Turner <maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>
Subject: RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference

**CAUTION - EXTERNAL:**

Good Morning,

Yesterday, Defendant Krause produced:

- 49 pages of documents (48 of which were pulled from Plaintiff's production, with Plaintiff's bates numbers still on them)
- Expert Report of Robert Banta (who is Defendant *McLaren's* expert)

We are still missing:

- Responses to Plaintiff's Requests for Production
- Documents
- Expert Disclosures/Report(s)
- Initial Disclosures

Regards,
Clint

Clint McCord, Esq.



Main Number: (617) 777-4748
Direct Number: (617) 935-0828
Fax Number: (617) 553-1940
clint@cheungtruslowlaw.com
www.cheungtruslowlaw.com

---

From: Brittany Poley <Brittany_Poley@gand.uscourts.gov>
Sent: Tuesday, November 22, 2022 1:20 PM
To: Adam Klein <aklein@fainmajor.com>; Clint McCord <clint@cheungtruslowlaw.com>
Cc: Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Corey Thomas <cthomas@fainmajor.com>; Maria Turner

<maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>
**Subject:** RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference

Counsel,

Please provide an update on this matter by Monday, November 28th.

Thank you,
Brittany Poley | Courtroom Deputy to the Honorable Leigh Martin May
United States District Court | Northern District of Georgia
2167 U.S. Courthouse | 75 Ted Turner Drive S.W. | Atlanta, GA 30303

---

**From:** Adam Klein <aklein@fainmajor.com>
**Sent:** Tuesday, November 22, 2022 9:46 AM
**To:** Brittany Poley <Brittany_Poley@gand.uscourts.gov>; Clint McCord <clint@cheungtruslowlaw.com>
**Cc:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Corey Thomas <cthomas@fainmajor.com>; Maria Turner <maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>
**Subject:** RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference

**CAUTION - EXTERNAL:**

Ms. Poley,

I apologize for the delay. I have cleared my calendar today to ensure that the remaining responses will be sent to opposing counsel by close of business.

AK

---

**From:** Brittany Poley <Brittany_Poley@gand.uscourts.gov>
**Sent:** Monday, November 21, 2022 8:48 AM
**To:** Clint McCord <clint@cheungtruslowlaw.com>; Adam Klein <aklein@fainmajor.com>
**Cc:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Corey Thomas <cthomas@fainmajor.com>; Maria Turner <maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>
**Subject:** RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference

Good morning, Mr. Klein,

Please provide a response by 10AM tomorrow, November 22nd.

Regards,
Brittany Poley | Courtroom Deputy to the Honorable Leigh Martin May
United States District Court | Northern District of Georgia

2167 U.S. Courthouse | 75 Ted Turner Drive S.W. | Atlanta, GA 30303

**From:** Clint McCord <clint@cheungtruslowlaw.com>
**Sent:** Friday, November 18, 2022 5:25 PM
**To:** Brittany Poley <Brittany_Poley@gand.uscourts.gov>; Adam Klein <aklein@fainmajor.com>
**Cc:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Corey Thomas <cthomas@fainmajor.com>; Maria Turner <maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>
**Subject:** RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference

**CAUTION - EXTERNAL:**

Apologies, I meant "concerned" though, given the short time remaining and approaching holidays, "confirmed" is close to being accurate. Regards,

Clint

---

**From:** Clint McCord <clint@cheungtruslowlaw.com>
**Sent:** Friday, November 18, 2022 4:16 PM
**To:** Brittany Poley <Brittany_Poley@gand.uscourts.gov>; Adam Klein <aklein@fainmajor.com>
**Cc:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Corey Thomas <cthomas@fainmajor.com>; Maria Turner <maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>
**Subject:** RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference

Dear Ms. Poley,

I write to notify you that we have not received any additional production from Defendant Krause. At this point I am confirmed that the parties will not have sufficient time to complete discovery, especially depositions, before the discovery deadline in early January. Thank you,

Clint

Clint McCord, Esq.
LAW OFFICES OF
MARIE CHEUNG-TRUSLOW

Main Number: (617) 777-4748
Direct Number: (617) 935-0828
Fax Number: (617) 553-1940
clint@cheungtruslowlaw.com
www.cheungtruslowlaw.com

---

**From:** Brittany Poley <Brittany_Poley@gand.uscourts.gov>
**Sent:** Monday, October 31, 2022 3:33 PM
**To:** Adam Klein <aklein@fainmajor.com>; Clint McCord <clint@cheungtruslowlaw.com>

6

Exhibit 6 Page 006

**Cc:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Corey Thomas <cthomas@fainmajor.com>; Maria Turner <maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>
**Subject:** RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference

Good afternoon, Mr. Klein,

The Court expects Defendant to complete production in the next 10 days. Please let the Court know if you think this will be a problem.

Thank you,
Brittany Poley | Courtroom Deputy to the Honorable Leigh Martin May
United States District Court | Northern District of Georgia
2167 U.S. Courthouse | 75 Ted Turner Drive S.W. | Atlanta, GA 30303

**From:** Adam Klein <aklein@fainmajor.com>
**Sent:** Friday, October 28, 2022 10:02 AM
**To:** Brittany Poley <Brittany_Poley@gand.uscourts.gov>; Clint McCord <clint@cheungtruslowlaw.com>
**Cc:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Corey Thomas <cthomas@fainmajor.com>; Maria Turner <maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>
**Subject:** RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference

**CAUTION - EXTERNAL:**

Ms. Poley,

I am working to complete the document assembly as quickly as possible, and intend to serve it on Plaintiff today. I will update the Court as soon as the production is complete.

**From:** Brittany Poley <Brittany_Poley@gand.uscourts.gov>
**Sent:** Thursday, October 27, 2022 4:35 PM
**To:** Clint McCord <clint@cheungtruslowlaw.com>; Adam Klein <aklein@fainmajor.com>
**Cc:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Corey Thomas <cthomas@fainmajor.com>; Maria Turner <maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>
**Subject:** RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference

Mr. Klein,

The Court would like an updated response from Defendant by noon tomorrow, Oct. 28th.

Thank you,
Brittany Poley | Courtroom Deputy to the Honorable Leigh Martin May

United States District Court | Northern District of Georgia
2167 U.S. Courthouse | 75 Ted Turner Drive S.W. | Atlanta, GA 30303

---

**From:** Clint McCord <clint@cheungtruslowlaw.com>
**Sent:** Thursday, October 27, 2022 3:08 PM
**To:** Brittany Poley <Brittany_Poley@gand.uscourts.gov>; Adam Klein <aklein@fainmajor.com>
**Cc:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Corey Thomas <cthomas@fainmajor.com>; Maria Turner <maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>
**Subject:** Re: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference

**CAUTION - EXTERNAL:**

Hello Ms. Poley,

Thank you for following up. Yes, we are. We have received Defendant's answers to interrogatories and requests for admission; we have not received responses to document requests (or any documents), initial disclosures, or expert disclosures. Kind regards,

Clint

Sent from my iPhone
Get Outlook for iOS

---

**From:** Brittany Poley <Brittany_Poley@gand.uscourts.gov>
**Sent:** Thursday, October 27, 2022 1:57 PM
**To:** Clint McCord <clint@cheungtruslowlaw.com>; Adam Klein <aklein@fainmajor.com>
**Cc:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Corey Thomas <cthomas@fainmajor.com>; Maria Turner <maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>
**Subject:** RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference

Good afternoon, Mr. McCord,

Are you still seeking the Court's assistance on this issue?

Thanks,
Brittany Poley | Courtroom Deputy to the Honorable Leigh Martin May
United States District Court | Northern District of Georgia
2167 U.S. Courthouse | 75 Ted Turner Drive S.W. | Atlanta, GA 30303

---

**From:** Adam Klein <aklein@fainmajor.com>
**Sent:** Monday, October 24, 2022 4:20 PM
**To:** Brittany Poley <Brittany_Poley@gand.uscourts.gov>; Clint McCord <clint@cheungtruslowlaw.com>
**Cc:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Corey Thomas <cthomas@fainmajor.com>; Maria Turner <maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller

Exhibit 6 Page 008

<emiller@mileatlanta.com>
**Subject:** RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference

**CAUTION - EXTERNAL:**

To the Court:

Responses to Plaintiff's Interrogatories and Requests for Admission have been served; I am currently finalizing the compilation of documents to be produced and intend to provide them to Plaintiff within the next 24 hours.

Thank you for your consideration.

-Adam Klein

---

**From:** Brittany Poley <Brittany_Poley@gand.uscourts.gov>
**Sent:** Friday, October 21, 2022 11:11 AM
**To:** Adam Klein <aklein@fainmajor.com>; Clint McCord <clint@cheungtruslowlaw.com>
**Cc:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Corey Thomas <cthomas@fainmajor.com>; Maria Turner <maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>
**Subject:** RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference

Good morning,

Counsel for Defendant Krause Family Motorcars, LLC – Please provide a response to Plaintiff's email by the end of the day on Monday, October 24th.

The Court will then determine if a telephone conference is needed.

Regards,
Brittany Poley | Courtroom Deputy to the Honorable Leigh Martin May
United States District Court | Northern District of Georgia
2167 U.S. Courthouse | 75 Ted Turner Drive S.W. | Atlanta, GA 30303

---

**From:** Clint McCord <clint@cheungtruslowlaw.com>
**Sent:** Friday, October 21, 2022 10:41 AM
**To:** Brittany Poley <Brittany_Poley@gand.uscourts.gov>; Adam Klein <aklein@fainmajor.com>
**Cc:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Corey Thomas <cthomas@fainmajor.com>; Maria Turner <maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>
**Subject:** RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference

**CAUTION - EXTERNAL:**

Dear Ms. Poley,

Exhibit 6 Page 009

I write to request the assistance of the court on this matter. As of this morning, Plaintiff has not received any disclosures (initial or expert) or discovery responses or documents from Defendant Krause Family Motorcars, LLC, all of which are overdue. I have engaged in a lengthy email exchange with counsel for Krause, including numerous requests for the disclosures and discovery, in an attempt to informally resolve this matter. My efforts have proved ineffective. Please let us know how the court would like to proceed. Thank you and regards,

Clint


Clint McCord, Esq.

Main Number: (617) 777-4748
Direct Number: (617) 935-0828
Fax Number: (617) 553-1940
clint@cheungtruslowlaw.com
www.cheungtruslowlaw.com

---

**From:** Adam Klein <aklein@fainmajor.com>
**Sent:** Tuesday, August 30, 2022 7:23 AM
**To:** Clint McCord <clint@cheungtruslowlaw.com>; Brittany Poley <Brittany_Poley@gand.uscourts.gov>
**Cc:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Corey Thomas <cthomas@fainmajor.com>; Maria Turner <maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>
**Subject:** RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference


September 30 is acceptable to Defendant.

Sincerely,

Adam Klein

---

**From:** Clint McCord <clint@cheungtruslowlaw.com>
**Sent:** Tuesday, August 30, 2022 8:17 AM
**To:** Brittany Poley <Brittany_Poley@gand.uscourts.gov>
**Cc:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Adam Klein <aklein@fainmajor.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Corey Thomas <cthomas@fainmajor.com>; Maria Turner <maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>
**Subject:** RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference


Good Morning,

Plaintiff has resolved all issues with Defendant McLaren. The only remaining issue with regard to Defendant Krause is a commitment to provide its expert disclosures. Plaintiff proposes that they be disclosed by September 30. Thank you and regards,

Clint

Clint McCord, Esq.



Main Number: (617) 777-4748
Direct Number: (617) 935-0828
Fax Number: (617) 553-1940
clint@cheungtruslowlaw.com
www.cheungtruslowlaw.com

---

**From:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>
**Sent:** Friday, August 26, 2022 12:38 PM
**To:** Brittany Poley <Brittany_Poley@gand.uscourts.gov>; Clint McCord <clint@cheungtruslowlaw.com>; Adam Klein <aklein@fainmajor.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>
**Cc:** Corey Thomas <cthomas@fainmajor.com>; Maria Turner <maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>; Vernessa Clemons <vclemons@mileatlanta.com>; Rhonda McDonald <rmcdonald@mileatlanta.com>
**Subject:** RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference

Ms. Poley,

On behalf of specially-appearing defendant McLaren Automotive, Inc., we have provided dates certain for McLaren to provide its supplemental responses and expert disclosures, so we do not believe there is any need for a conference.

Thanks,
Ryan

**NELSON MULLINS**

---

**RYAN E. COSGROVE**   **PARTNER**
ryan.cosgrove@nelsonmullins.com
**PACIFIC GATEWAY | SUITE 900**
**19191 SOUTH VERMONT AVENUE | TORRANCE, CA 90502**
D 424.221.7404   F 424.221.7499
**NELSONMULLINS.COM**   **VCARD**   **VIEW BIO**

---



**From:** Brittany Poley <Brittany_Poley@gand.uscourts.gov>
**Sent:** Friday, August 26, 2022 10:03 AM
**To:** Clint McCord <clint@cheungtruslowlaw.com>; Adam Klein <aklein@fainmajor.com>; Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>
**Cc:** Corey Thomas <cthomas@fainmajor.com>; Maria Turner <maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>; Vernessa Clemons

&lt;vclemons@mileatlanta.com&gt;; Rhonda McDonald &lt;rmcdonald@mileatlanta.com&gt;
**Subject:** RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference

Understood.
Thank you,
Brittany Poley | Courtroom Deputy to the Honorable Leigh Martin May
United States District Court | Northern District of Georgia
2167 U.S. Courthouse | 75 Ted Turner Drive S.W. | Atlanta, GA 30303

---

**From:** Clint McCord &lt;clint@cheungtruslowlaw.com&gt;
**Sent:** Friday, August 26, 2022 12:50 PM
**To:** Adam Klein &lt;aklein@fainmajor.com&gt;; Brittany Poley &lt;Brittany_Poley@gand.uscourts.gov&gt;; Ryan Cosgrove &lt;ryan.cosgrove@nelsonmullins.com&gt;; Lisa Gibson &lt;lisa.gibson@nelsonmullins.com&gt;; Shaun Polston &lt;shaun.polston@nelsonmullins.com&gt;
**Cc:** Corey Thomas &lt;cthomas@fainmajor.com&gt;; Maria Turner &lt;maria.turner@nelsonmullins.com&gt;; Marie Cheung-Truslow &lt;marie@cheungtruslowlaw.com&gt;; Eric Miller &lt;emiller@mileatlanta.com&gt;; Vernessa Clemons &lt;vclemons@mileatlanta.com&gt;; Rhonda McDonald &lt;rmcdonald@mileatlanta.com&gt;
**Subject:** RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference

**CAUTION - EXTERNAL:**

Ms. Poley,

On behalf of Plaintiff, I can confirm that Defendant Krause Family Motorcars, LLC, has agreed to provide their initial disclosures and discovery responses within 30 days from today. We are still conferring about the timing for Krause's expert disclosures, and will let you by Tuesday whether that issue has been resolved. Regards,

Clint


Clint McCord, Esq.


LAW OFFICES OF
MARIE CHEUNG-TRUSLOW

Main Number: (617) 777-4748
Direct Number: (617) 935-0828
Fax Number: (617) 553-1940
clint@cheungtruslowlaw.com
www.cheungtruslowlaw.com

---

**From:** Adam Klein &lt;aklein@fainmajor.com&gt;
**Sent:** Friday, August 26, 2022 11:18 AM
**To:** Brittany Poley &lt;Brittany_Poley@gand.uscourts.gov&gt;; Ryan Cosgrove &lt;ryan.cosgrove@nelsonmullins.com&gt;; Lisa Gibson &lt;lisa.gibson@nelsonmullins.com&gt;; Shaun Polston &lt;shaun.polston@nelsonmullins.com&gt;; Clint McCord &lt;clint@cheungtruslowlaw.com&gt;
**Cc:** Corey Thomas &lt;cthomas@fainmajor.com&gt;; Maria Turner &lt;maria.turner@nelsonmullins.com&gt;; Marie Cheung-Truslow &lt;marie@cheungtruslowlaw.com&gt;; Eric Miller &lt;emiller@mileatlanta.com&gt;; Vernessa Clemons &lt;vclemons@mileatlanta.com&gt;; Rhonda McDonald &lt;rmcdonald@mileatlanta.com&gt;

Subject: RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference

Brittany,

Mr. McCord and I discussed the issue this afternoon and we've reached an agreement to get Plaintiff their responses; this should moot the need for a conference.

If you need any other information, I'd be happy to provide it; my direct line is 404-832-2567.

---

From: Brittany Poley <Brittany_Poley@gand.uscourts.gov>
Sent: Friday, August 26, 2022 8:18 AM
To: Adam Klein <aklein@fainmajor.com>; Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Clint McCord <clint@cheungtruslowlaw.com>
Cc: Corey Thomas <cthomas@fainmajor.com>; Maria Turner <maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>; Vernessa Clemons <vclemons@mileatlanta.com>; Rhonda McDonald <rmcdonald@mileatlanta.com>
Subject: RE: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference

Good morning,

Counsel for Defendants– please provide your response to Plaintiff's email by the end of the day on Tuesday, August 30th.

The Court will then determine if a conference is necessary.

Thank you,
Brittany Poley | Courtroom Deputy to the Honorable Leigh Martin May
United States District Court | Northern District of Georgia
2167 U.S. Courthouse | 75 Ted Turner Drive S.W. | Atlanta, GA 30303

---

From: Clint McCord <clint@cheungtruslowlaw.com>
Sent: Thursday, August 25, 2022 6:55 PM
To: Brittany Poley <Brittany_Poley@gand.uscourts.gov>
Cc: Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Adam Klein <aklein@fainmajor.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Corey Thomas <cthomas@fainmajor.com>; Maria Turner <maria.turner@nelsonmullins.com>; Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>; Vernessa Clemons <vclemons@mileatlanta.com>; Rhonda McDonald <rmcdonald@mileatlanta.com>
Subject: Civil Action No. 1:22-cv-01392-LMM; Am. Family Home Ins. Co. v. Krause Family Motorcars, LLC, and McLaren Automotive, Inc. - Request for Discovery Dispute Conference

**CAUTION - EXTERNAL:**

Dear Ms. Poley,

I write pursuant to the Court's Standing Order Regarding Civil Litigation, Section III.i (Discovery disputes), concerning the following dispute:

On July 6, 2022, Plaintiff served its first discovery requests on both defendants (interrogatories, requests for production, requests for admission).  To date, Defendant Krause Family Motorcars, LLC, has not served <u>any</u> discovery responses.  They have also not served <u>any</u> Initial Disclosures.  They have also failed to commit to a date to serve any of the missing materials.  Defendant McLaren Automotive, Inc., did timely serve discovery responses.  Plaintiff raised an issue with this defendant's responses to requests for admission, and McLaren has committed to serving supplemental responses (though no timeframe).  Lastly, Plaintiff has requested that both Defendants commit to producing their expert disclosures by a date certain, given that the discovery cutoff is 1/6/2023.

Pursuant to the Standing Order, I would like to request a conference with the Court to address these issues.  As shown below, I have attempted to confer with Defendants on these issues.  All counsel of record are copied here.

Thank you, and regards,
Clint McCord
Counsel for Plaintiff American Family Home Insurance Company



Main Number: (617) 777-4748
Direct Number: (617) 935-0828
Fax Number: (617) 553-1940
clint@cheungtruslowlaw.com
www.cheungtruslowlaw.com

<u>Office Address:</u>
101 Arch Street, 8th Floor
Boston, MA 02110

<u>Mailing Address</u>:
19 Tobisset Street
Mashpee, MA 02649

---

**From:** Clint McCord <clint@cheungtruslowlaw.com>
**Sent:** Friday, August 19, 2022 12:16 PM
**To:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Adam Klein <aklein@fainmajor.com>
**Cc:** Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>; Vernessa Clemons <vclemons@mileatlanta.com>; Rhonda McDonald <rmcdonald@mileatlanta.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Maria Turner <maria.turner@nelsonmullins.com>; Corey Thomas <cthomas@fainmajor.com>
**Subject:** RE: Am. Family Home Ins. Co. v. McLaren Automotive, Inc., et al., Case 1:22-cv-01392-LMM (N.D. Ga.) - Plaintiff's Discovery Requests and Rule 37 conference

Dear Counsel,

Please let me know by Monday, August 22, whether you will commit to producing all outstanding disclosures and discovery responses (including expert disclosures), from both defendants, by a date certain.  And please let me know (by Monday) whether you would like to have a conference call to discuss these issues.  My schedule is open Monday.  Thank you and regards,

Clint

Clint McCord, Esq.



Main Number: (617) 777-4748
Direct Number: (617) 935-0828
Fax Number: (617) 553-1940
clint@cheungtruslowlaw.com
www.cheungtruslowlaw.com

Office Address:
101 Arch Street, 8th Floor
Boston, MA 02110

Mailing Address:
19 Tobisset Street
Mashpee, MA 02649

---

**From:** Clint McCord <clint@cheungtruslowlaw.com>
**Sent:** Thursday, July 28, 2022 10:52 AM
**To:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Adam Klein <aklein@fainmajor.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Maria Turner <maria.turner@nelsonmullins.com>; Carline Jones <cjones@fainmajor.com>
**Cc:** Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>; Vernessa Clemons <vclemons@mileatlanta.com>; Rhonda McDonald <rmcdonald@mileatlanta.com>
**Subject:** RE: Am. Family Home Ins. Co. v. McLaren Automotive, Inc., et al., Case 1:22-cv-01392-LMM (N.D. Ga.) - Plaintiff's Discovery Requests and Rule 37 conference

Ryan,

Discovery ends on January 6.  When will you produce your expert reports?

Clint

Clint McCord, Esq.



Main Number: (617) 777-4748
Direct Number: (617) 935-0828
Fax Number: (617) 553-1940
clint@cheungtruslowlaw.com
www.cheungtruslowlaw.com

Office Address:
101 Arch Street, 8th Floor
Boston, MA 02110

Mailing Address:
19 Tobisset Street
Mashpee, MA 02649

Exhibit 6 Page 015

**From:** Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>
**Sent:** Thursday, July 28, 2022 9:32 AM
**To:** Clint McCord <clint@cheungtruslowlaw.com>; Adam Klein <aklein@fainmajor.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Maria Turner <maria.turner@nelsonmullins.com>; Mark Scott <mscott@fainmajor.com>; Carline Jones <cjones@fainmajor.com>
**Cc:** Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>; Vernessa Clemons <vclemons@mileatlanta.com>; Rhonda McDonald <rmcdonald@mileatlanta.com>
**Subject:** RE: Am. Family Home Ins. Co. v. McLaren Automotive, Inc., et al., Case 1:22-cv-01392-LMM (N.D. Ga.) - Plaintiff's Discovery Requests and Rule 37 conference

Clint,

We disagree with your position that MAI's response to Item No. 6 in its Initial Disclosures is deficient under the Local Rules.  Local Rule 26.2(C) provides "Any party who desires to use the testimony of an expert witness shall designate the expert sufficiently early in the discovery period to permit the opposing party the opportunity to depose the expert and, if desired, to name its own expert witness sufficiently in advance of the close of discovery so that a similar discovery deposition of the second expert might also be conducted prior to the close of discovery."  As such, MAI's response to Item No. 6 is not deficient and MAI will disclose its expert witness(es) and produce expert reports pursuant to Federal Rule of Civil Procedure 26(a)(2) and Local Rules 26.1(A) and 26.2(C).

Ryan



**RYAN E. COSGROVE**   **PARTNER**
ryan.cosgrove@nelsonmullins.com
PACIFIC GATEWAY | SUITE 900
19191 SOUTH VERMONT AVENUE | TORRANCE, CA 90502
D 424.221.7404   F 424.221.7499
NELSONMULLINS.COM   VCARD   VIEW BIO

**From:** Clint McCord <clint@cheungtruslowlaw.com>
**Sent:** Wednesday, July 6, 2022 10:29 AM
**To:** Adam Klein <aklein@fainmajor.com>; Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Maria Turner <maria.turner@nelsonmullins.com>; Mark Scott <mscott@fainmajor.com>; Carline Jones <cjones@fainmajor.com>
**Cc:** Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>; Vernessa Clemons <vclemons@mileatlanta.com>; Rhonda McDonald <rmcdonald@mileatlanta.com>
**Subject:** Am. Family Home Ins. Co. v. McLaren Automotive, Inc., et al., Case 1:22-cv-01392-LMM (N.D. Ga.) - Plaintiff's Discovery Requests and Rule 37 conference

◄External Email► - From: clint@cheungtruslowlaw.com

Dear Counsel:

I serve the attached discovery requests described below.  I also write to confer under F.R.C.P. 37 and Local Rule 37 regarding deficiencies in Defendants' disclosures.

**Attached Discovery Requests**

- PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT KRAUSE FAMILY MOTORCARS, LLC;
- PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT MCLAREN AUTOMOTIVE, INC.
- PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEENDANT KRAUSE FAMILY MOTORCARS, LLC
- PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT MCLAREN AUTOMOTIVE, INC.;
- PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT KRAUSE FAMILY MOTORCARS, LLC;
- PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT MCLAREN AUTOMOTIVE, INC.

I also serve the attached pages **AFHIC_0262** through **AFHIC_0309** (McLaren/Krause Dealership Agreement) – We are producing this document as a supplement to Plaintiff's Initial Disclosures as we may use it to support Plaintiff's claims.

**Deficiencies in Defendants' Disclosures**

**Krause Family Motorcars, LLC:**  We have not received any disclosures, including any expert disclosures.  If Krause will not serve its disclosures (including expert disclosures) this week, please see below, as the same rationale applies to Krause.  Please let us know as soon as possible if Krause will not make the required expert disclosures within thirty days.

**McLaren Automotive, Inc.:**  The disclosures served on July 1 did not include any information on expert witnesses.  The "DEFENDANT'S INITIAL DISCLOSURES" form approved by the N.D. Georgia (under item No. 6) states:

**(6) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Initial Disclosures as Attachment B.)**

McLaren's response to item No. 6 states:

ANSWER: MAI will disclose independent expert witnesses in accordance with
the disclosure date set forth by the Court's Scheduling Order, unless otherwise
ordered by the Court. It is expected that the parties will present experts in the field of
automotive repair and fire cause and origin.

That answer is deficient under the Local Rules, which require automatic disclosure of expert identities and reports.  The subject fire occurred over fourteen months ago.  The joint inspection of the vehicle (to which McLaren sent an expert) occurred over thirteen months ago.  The parties have been litigating these claims for eleven months.  McLaren should have prepared an expert report by now.  We included a request for all expert reports in the attached RFPs.  Please let me know as soon as possible if McLaren will not make all required expert disclosures within thirty days.

Regards,

Clint

Clint McCord, Esq.



Main Number: (617) 777-4748
Direct Number: (617) 935-0828
Fax Number: (617) 553-1940
clint@cheungtruslowlaw.com
www.cheungtruslowlaw.com

Office Address:
101 Arch Street, 8th Floor
Boston, MA 02110

Mailing Address:
19 Tobisset Street
Mashpee, MA 02649

---

From: Clint McCord <clint@cheungtruslowlaw.com>
Sent: Friday, July 1, 2022 3:25 PM
To: Ryan Cosgrove <ryan.cosgrove@nelsonmullins.com>; Adam Klein <aklein@fainmajor.com>; Shaun Polston <shaun.polston@nelsonmullins.com>; Lisa Gibson <lisa.gibson@nelsonmullins.com>; Maria Turner <maria.turner@nelsonmullins.com>; Mark Scott <mscott@fainmajor.com>; Carline Jones <cjones@fainmajor.com>
Cc: Marie Cheung-Truslow <marie@cheungtruslowlaw.com>; Eric Miller <emiller@mileatlanta.com>; Vernessa Clemons <vclemons@mileatlanta.com>; Rhonda McDonald <rmcdonald@mileatlanta.com>
Subject: Am. Family Home Ins. Co. v. McLaren Automotive, Inc., et al., Case 1:22-cv-01392-LMM (N.D. Ga.) - Plaintiff's Initial and Expert Disclosures

Dear Counsel:

I serve the attached Initial and Expert Disclosures on behalf of Plaintiff. Below is a link with which you can access and download the following:

- documents identified in Attachment C (Evidence List) consisting of pages AFHIC_0001 through AFHIC_0261;
  - security camera footage of the subject fire (also identified in Attachment C);
  - photos of the subject vehicle at transport pick-up and delivery (also identified in Attachment C);
  - NEFCO photos (70) and videos (5) supporting the written report of Dennis Mignogno (Attachment B).

Please let me know if you have any trouble accessing any documents or files in the folder. The link will be active for 30 days. Regards,

Clint

**Link to documents, photos, and videos:**

📁 Plaintiff's Initial and Expert Disclosures

Clint McCord, Esq.

**LAW OFFICES OF MARIE CHEUNG-TRUSLOW**

Main Number: (617) 777-4748
Direct Number: (617) 935-0828
Fax Number: (617) 553-1940
clint@cheungtruslowlaw.com
www.cheungtruslowlaw.com

<u>Office Address:</u>
101 Arch Street, 8th Floor
Boston, MA 02110

<u>Mailing Address</u>:
19 Tobisset Street
Mashpee, MA 02649

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.