

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of Adrian Biesecker,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MCLAREN AUTOMOTIVE, INC., and KRAUSE FAMILY MOTORCARS, LLC,<br><br>　　　　　　　Defendants. | Civil No. 1:22-CV-01392-LMM |

## PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEENDANT KRAUSE FAMILY MOTORCARS, LLC

Pursuant to Federal Rule of Civil Procedure 33, Plaintiff American Family Home Insurance Company as Subrogee of Adrian Biesecker submits the following interrogatories to be answered by Defendant Krause Family Motorcars, LLC, within thirty (30) days.

## Definitions

1.　The term "KRAUSE" means Defendant Krause Family Motorcars, LLC, along with the Motorcars of Atlanta dealership, and all owners, employees, officers, members, representatives, agents, and attorneys for either or both entities,

1

and all other persons acting on behalf of either or both entities.

2.  The term "SUBJECT AUTOMOBILE" means the 2021 McLaren 765LT with VIN SBM14RCAXMW765597.

## INTERROGATORIES

1.  Please describe all work and services performed by any KRAUSE employee on the SUBJECT AUTOMOBILE, including:

    a.  a detailed description of each task performed;

    b.  the date(s) each task was performed;

    c.  the name of the person(s) performing the task;

    d.  each part used in performing the task.

2.  For each person identified in the preceding interrogatory, please state every professional certification held by that person on March 24, 2021.

3.  Please identify each request or order for any part or piece of equipment by KRAUSE for use in connection with its work on the SUBJECT AUTOMOBILE, including for each request:

    a.  a description of the part ordered/requested, including all model and serial numbers of the requested/ordered part;

    b.  the entity to whom the request/order was made;

    c.  the date the request/order was made;

    d.  the part received in response to the request/order, including all model and serial numbers of the received part;

    e.  whether the order/request was correctly fulfilled.

4.  Please identify all policies, procedures, manuals, instructions, specifications, and guidelines that KRAUSE relied on, referred to, used, or applied in performing work on the SUBJECT AUTOMOBILE.

5. If KRAUSE contends that Adrian Biesecker caused or contributed in any way to the April 24, 2021, fire in the SUBJECT AUTOMOBILE, please describe in detail each and every act and omission of Mr. Biesecker, and the manner in which KRAUSE asserts it caused or contributed to the fire.

6. Please state all facts that support the "FIRST DEFENSE" in KRAUSE's Answer.

7. Please state all facts that that support the "SECOND DEFENSE" in KRAUSE's Answer.

8. Please state all facts that support the "THIRD DEFENSE" in KRAUSE's Answer.

9. Please state all facts that support the "FOURTH DEFENSE" in KRAUSE's Answer.

10. Please state all facts that support the "FIFTH DEFENSE" in KRAUSE's Answer.

11. Please state all facts that support the "SIXTH DEFENSE" in KRAUSE's Answer.

12. Please state all facts that support the "SEVENTH DEFENSE" in KRAUSE's Answer.

13. Please state all facts that support the "EIGHTH DEFENSE" in KRAUSE's Answer.

14. Please state all facts that support the "NINTH DEFENSE" in KRAUSE's Answer.

15. Please state all facts that support the "TENTH DEFENSE" in KRAUSE's Answer.

16. Please state all facts that support the "ELEVENTH DEFENSE" in KRAUSE's Answer.

17. Please state all facts that support the "TWELFTH DEFENSE" in KRAUSE's Answer.

18. Please state all facts that support the "THIRTEENTH DEFENSE" in KRAUSE's Answer.

19. Please state all facts that support the "FOURTEENTH DEFENSE" in KRAUSE's Answer.

20. Please state all facts that support the "FIFTEENTH DEFENSE" in KRAUSE's Answer.

21. Please state all facts that support the "SIXTEENTH DEFENSE" in KRAUSE's Answer.

22. Please state all facts that support the "SEVENTEENTH DEFENSE" in KRAUSE's Answer.

23. Please state all facts that support the "EIGHTEENTH DEFENSE" in KRAUSE's Answer.

24. Please state all facts that support the "NINETEENTH DEFENSE" in KRAUSE's Answer.

25. Please state all facts that support the "TWENTIETH DEFENSE" in KRAUSE's Answer.

Respectfully submitted,

PLAINTIFF AMERICAN HOME INSURANCE COMPANY as subrogee of Adrian Biesecker,
By its attorneys:

 /s/ *Marie Cheung-Truslow*
Marie Cheung-Truslow (admitted *pro hac vice*)
Clint McCord (admitted *pro hac vice*)
**Law Offices of Marie Cheung-Truslow**
Phone: (617) 777-4748
Fax: (617) 553-1940

marie@cheungtruslowlaw.com
clint@cheungtruslowlaw.com

Office Address:
101 Arch Street, 8th Floor
Boston, MA 02110

Mailing Address:
19 Tobisset Street
Mashpee, MA 02649

Eric D. Miller
**Miller Insurance Law Enterprise**
115 Perimeter Center Place, Suite 430
South Terraces
Atlanta, GA 30346

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2022, a true and correct copy of the foregoing document was served on all parties via email to the following counsel of record:

Adam Klein
Fain, Major & Brennan
One Premier Plaza
5605 Glenridge Drive NE, Suite 900
Atlanta, GA 30342
aklein@adamkleinlaw.com

Ryan E. Cosgrove
Lisa Gibson
Christopher Shaun Polson
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
ryan.cosgrove@nelsonmullins.com
lisa.gibson@nelsonmullins.com
shaun.polston@nelsonmullins.com


Dated: July 6, 2022

/s/ *Clint McCord*
Clint McCord (admitted *pro hac vice*)
**Law Offices of Marie Cheung-Truslow**
Phone: (617) 777-4748
Fax: (617) 553-1940
clint@cheungtruslowlaw.com

Office Address:
101 Arch Street, 8th Floor
Boston, MA 02110

Mailing Address:
19 Tobisset Street
Mashpee, MA 02649