

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as subrogee of ADRIAN BIESECKER<br>  *Plaintiff*,<br><br>    v.<br><br>MCLAREN AUTOMOTIVE, INC. and KRAUSE FAMILY MOTORCARS, LLC,<br>  *Defendants* | Civil Action File No.<br>1:22-CV-01392-LMM |

## ANSWER AND ADDITIONAL DEFENSES OF DEFENDANT KRAUSE FAMILY MOTORCARS, LLC

COMES NOW, Defendant, Krause Family Motorcars, LLC by counsel and for his Answer to Plaintiff's Complaint, states as follows:

### FIRST DEFENSE

The Complaint fails to state a claim or cause of action against this Defendant for which relief may be granted and therefore this Complaint should be dismissed.

### SECOND DEFENSE

Plaintiff is barred from seeking special damages, which are not specifically plead, pursuant to O.C.G.A. § 9-11-9(g).

### THIRD DEFENSE

No act or omission on the part of this defendant constitutes negligence and no act or omission was the proximate cause of any alleged injury to the plaintiff.

1

## FOURTH DEFENSE

Plaintiff's injuries and damages, as alleged in Complaint, were not proximately caused by any act or omission of the Defendant.

## FIFTH DEFENSE

Venue is improper in this case and therefore the Plaintiff's Complaint should be dismissed.

## SIXTH DEFENSE

The Plaintiff's Complaint against this Defendant should be dismissed due to insufficiency of service of process.

## SEVENTH DEFENSE

Defendant reserves his right to object to venue in this matter.

## EIGHTH DEFENSE

Defendant shows at the time of the incident complained of, was confronted with a "sudden emergency" in terms of law, which was caused by Plaintiff, and is not liable to Plaintiff for any injuries or damages caused by such emergency.

## NINTH DEFENSE

The Plaintiff's Complaint against this Defendant should be dismissed due to insufficiency of service of process.

## TENTH DEFENSE

This Court lacks jurisdiction over this Defendant and therefore the Plaintiff's Complaint should be dismissed.

## ELEVENTH DEFENSE

The occurrence complained of was caused, produced, and brought about directly and proximately by the negligence of some other person or persons for whom this Defendant was not responsible and, on account thereof, Plaintiff is not entitled to recover any sum of this Defendant.

## TWELFTH DEFENSE

The damages incurred by the Plaintiff, if any, were caused by the comparative and contributory negligence and actions of the Plaintiff and/or the comparative negligence and actions of other non-parties.

## THIRTEENTH DEFENSE

Plaintiff's recovery is barred and/or reduced by reason of the Plaintiff's contributory and/or comparative negligence in the matter set forth in the Plaintiff's Complaint in that the Plaintiff failed to exercise ordinary care at all times and at the time and place of the incident herein complained of the Plaintiff did fail to exercise ordinary care and did proximately cause or contribute to the occurrence of the incident or injuries or damages, if any. The negligent acts of the Plaintiff were the

3

sole and proximate cause of the incident in question and, accordingly, the Plaintiff should be barred from recovery or recovery should be reduced proportionate to the Plaintiff's own negligence.

### FOURTEENTH DEFENSE

No act or omission of this Defendant either proximately caused or contributed to all damages claimed by the Plaintiff, and on account thereof, Plaintiff is not entitled to recover all sums demanded of this defendant.

### FIFTEENTH DEFENSE

Plaintiff may not be the real party in interest with regards to all of the items of damages claimed in Plaintiff's Complaint and may therefore not recover for those items sought.

### SIXTEENTH DEFENSE

The Plaintiff has received full accord and satisfaction for the claims now asserted against this Defendant and therefore Plaintiff's Complaint should be dismissed.

### SEVENTEETH DEFENSE

Plaintiff's Complaint against this Defendant is barred by the Doctrine of Latches.

## EIGHTEENTH DEFENSE

Defendant responds to each enumerated allegation in Plaintiff's Complaint as follows:

1. Defendant lacks sufficient information to admit or deny the allegations of the first numbered paragraph of the Complaint.

2. Defendant admits the allegations of the second numbered paragraph of the Complaint.

3. Defendant admits the allegations of the third numbered paragraph of the Complaint.

4. Defendant lacks sufficient information to admit or deny the allegations of the fourth numbered paragraph of the Complaint.

5. Defendant lacks sufficient information to admit or deny the allegations of the fifth numbered paragraph of the Complaint.

6. Defendant admits the allegations of the sixth numbered paragraph of the Complaint.

7. Defendant admits the allegations of the seventh numbered paragraph of the Complaint.

8. Defendant lacks sufficient information to admit or deny the allegations of the eighth numbered paragraph of the Complaint.

9. Defendant lacks sufficient information to admit or deny the allegations of the ninth numbered paragraph of the Complaint.

10. Defendant lacks sufficient information to admit or deny the allegations of the tenth numbered paragraph of the Complaint.

11. Defendant lacks sufficient information to admit or deny the allegations of the eleventh numbered paragraph of the Complaint.

12. Defendant denies the allegations of the twelfth numbered paragraph of the Complaint.

13. Defendant lacks sufficient information to admit or deny the allegations of the thirteenth numbered paragraph of the Complaint.

14. Defendant lacks sufficient information to admit or deny the allegations of the fourteenth numbered paragraph of the Complaint.

15. Defendant lacks sufficient information to admit or deny the allegations of the fifteenth numbered paragraph of the Complaint.

16. Defendant admits the allegations of the sixteenth numbered paragraph of the Complaint.

17. Defendant denies the allegations of the seventeenth numbered paragraph of the Complaint.

18. Defendant denies the allegations of the eighteenth numbered paragraph of the Complaint.

19. Defendant lacks sufficient information to admit or deny the allegations of the nineteenth numbered paragraph of the Complaint.

20. Defendant denies the allegations of the twentieth numbered paragraph of the Complaint.

21. Defendant denies the allegations of the twenty-first numbered paragraph of the Complaint.

22. Defendant denies the allegations of the twenty-second numbered paragraph of the Complaint.

23. Defendant lacks sufficient information to admit or deny the allegations of the twenty-third numbered paragraph of the Complaint.

24. Defendant lacks sufficient information to admit or deny the allegations of the twenty-fourth numbered paragraph of the Complaint.

25. Defendant lacks sufficient information to admit or deny the allegations of the twenty-fifth numbered paragraph of the Complaint.

26. The twenty-sixth numbered paragraph of the Complaint incorporates previous paragraphs by reference and contains no independent allegations of its own. To the extent this paragraph contains its own allegations, they are denied.

27. Defendant lacks sufficient information to admit or deny the allegations of the twenty-seventh numbered paragraph of the Complaint.

28. Defendant denies the allegations of the twenty-eighth numbered paragraph of the Complaint.

29. Defendant lacks sufficient information to admit or deny the allegations of the twenty-ninth numbered paragraph of the Complaint.

30. Defendant lacks sufficient information to admit or deny the allegations of the thirtieth numbered paragraph of the Complaint.

31. Defendant denies the allegations of the thirty-first numbered paragraph of the Complaint.

32. Defendant admits the allegations of the thirty-second numbered paragraph of the Complaint.

33. Defendant denies the allegations of the thirty-third numbered paragraph of the Complaint.

34. The thirty-fourth numbered paragraph of the Complaint incorporates previous paragraphs by reference and contains no independent allegations of its own. To the extent this paragraph contains its own allegations, they are denied.

35. The thirty-fifth numbered paragraph of the Complaint contains a conclusion of law rather than an allegation of fact. To the extent it contains any independent allegation of fact, it is denied.

36. The thirty-sixth numbered paragraph of the Complaint contains a conclusion of law rather than an allegation of fact. To the extent it contains any independent allegation of fact, it is denied.

37. The thirty-seventh numbered paragraph of the Complaint contains a conclusion of law rather than an allegation of fact. To the extent it contains any independent allegation of fact, it is denied.

38. The thirty-eighth numbered paragraph of the Complaint contains a conclusion of law rather than an allegation of fact. To the extent it contains any independent allegation of fact, it is denied.

39. Defendant admits that the vehicle was covered under a manufacturer's warranty; the contents of which speak for themselves. See Complaint, Exhibit 1, Doc. 1-1. The allegations of the fortieth numbered paragraph of the Complaint are otherwise denied

40. Defendant denies the allegations of the fortieth numbered paragraph of the Complaint.

41. Defendant denies the allegations of the forty-first numbered paragraph of the Complaint.

42. Defendant denies the allegations of the forty-second numbered paragraph of the Complaint.

43. Defendant denies the allegations of the forty-third numbered paragraph of the Complaint.

44. Defendant denies the allegations of the forty-fourth numbered paragraph of the Complaint.

45. The forty-fifth numbered paragraph of the Complaint incorporates previous paragraphs by reference and contains no independent allegations of its own. To the extent this paragraph contains its own allegations, they are denied.

46. Defendant lacks sufficient information to admit or deny the allegations of the forty-sixth numbered paragraph of the Complaint.

47. Defendant admits the allegations of the forty-seventh numbered paragraph of the Complaint.

48. Defendant lacks sufficient information to admit or deny the allegations of the forty-eighth numbered paragraph of the Complaint.

49. Defendant lacks sufficient information to admit or deny the allegations of the forty-ninth numbered paragraph of the Complaint.

50. Defendant denies the allegations of the fiftieth numbered paragraph of the Complaint.

51. Defendant denies the allegations of the fifty-first numbered paragraph of the Complaint.

### NINETEENTH DEFENSE

All allegations not heretofore responded to are hereby expressly denied.

### TWENTIETH DEFENSE

While Plaintiff's prayer requires no response, Defendant denies that Plaintiff is entitled to any recovery.

WHEREFORE, having fully answered, Defendant requests that this Complaint be dismissed and that all cost be taxed upon the Plaintiff.

Respectfully submitted, this 6th day of June, 2022.

**FAIN, MAJOR & BRENNAN, P.C.**

/s/Adam J. Klein
ADAM J. KLEIN
Georgia Bar No. 425032
Counsel for Defendant Krause Family Motorcars, LLC

One Premier Plaza
5605 Glenridge Drive, NE, Suite 900
Atlanta, GA 30342
(404) 688-6633
aklein@fainmajor.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

AMERICAN FAMILY HOME
INSURANCE COMPANY,
as subrogee of ADRIAN BIESECKER
  *Plaintiff*,

    v.

MCLAREN AUTOMOTIVE, INC. and
KRAUSE FAMILY MOTORCARS, LLC,
  *Defendants*

**Civil Action File No.**
1:22-CV-01392-LMM

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing **Answer and Additional Defenses of Defendant Krause Family Motorcars, LLC** with the Clerk of Court using *Pacer* which will automatically send e-mail notification of such filing to all parties of record and/or by depositing a copy of same with the United States Postal Service, with first class postage prepaid, as follows:

12

Eric D. Miller, Esq.
Miller Insurance Law Enterprise
115 Perimeter Center Place
Suite 430
South Terraces
Atlanta, GA 30346
emiller@mileatlanta.com

Marie Cheung-Truslow
Clint McCord
Law Offices of Marie Cheung-Truslow
19 Tobisset Street
Mashpee, MA 02649
marie@cheungtruslowlaw.com
clint@cheungtruslowlaw.com

McLaren Automotive, Inc.
c/o CT Corporation System
289 S Culver Street
Lawrenceville, GA 30046

Respectfully submitted, this 6th day of June, 2022.

                **FAIN, MAJOR & BRENNAN, P.C.**

                */s/Adam J. Klein*
                ADAM J. KLEIN
One Premier Plaza         Georgia Bar No. 425032
5605 Glenridge Drive, NE, Suite 900  Counsel for Defendant Krause Family
Atlanta, GA 30342         Motorcars, LLC
(404) 688-6633
mscott@fainmajor.com

14