# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of ADRIAN BIESECKER,     Plaintiff, <br><br> v. <br><br> MCLAREN AUTOMOTIVE, INC. and KRAUSE FAMILY MOTORCARS, LLC,     Defendants. | CIVIL ACTION FILE NO 1:22-CV-01392-LMM |

## DEFENDANT KRAUSE FAMILY MOTORCARS' INITIAL DISCLOSURES

*(1)   If the defendant is improperly identified, state defendant's correct identification and state whether defendant will accept service of an amended summons and complaint reflecting the information furnished in this disclosure response.*

n/a

*(2)    Provide the names of any parties whom defendant contends are necessary parties to this action, but who have not been named by plaintiff. If defendant contends that there is a question of misjoinder of parties, provide the reasons for defendant's contention.*

n/a

> (3) *Provide a detailed factual basis for the defense or defenses and any counterclaims or crossclaims asserted by defendant in the responsive pleading.*

Krause states that its actions taken in repair of the vehicle were not the cause of the fire.

> (4) *Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which defendant contends are applicable to this action.*

Krause references the common law of negligence and causation.

> (5) *Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)*

See Attachment A

> (6) *Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Initial Disclosures as Attachment B.)*

See Attachment B

*(7)    Provide a copy of, or description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)*

See Attachment C

*(8)    In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)*

Not applicable.

*(9)    If defendant contends that some other person or legal entity is, in whole or in part, liable to the plaintiff or defendant in this matter, state the full name, address, and telephone number of such person or entity and describe in detail the basis of such liability.*

Defendant references co-Defendant MacLaren.

*(10 )  Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to.*

Defendant references insurance policy previously produced in discovery.

3

Respectfully submitted, this 28th day of December, 2022.

|  |  |
|---|---|
|  | **FAIN, MAJOR & BRENNAN, P.C.** |
|  | */s/ Adam J. Klein* |
|  | ADAM J. KLEIN |
| One Premier Plaza | Georgia Bar No. 425032 |
| 5605 Glenridge Drive, NE | Counsel for Defendant Krause Family |
| Suite 900 | Motorcar, LLC |
| Atlanta, GA 30342 |  |

**Exhibit A: Witness List**

Max Landes, Service Director, Motorcars of Atlanta
Brandon Saszi, General Manager, Motorcars of Atlanta
Derrick Lee, Technician, Motorcars of Atlanta

7865 Roswell Rd
Atlanta, GA 30350

Witnesses are Defendant Krause's employees an may be contacted through counsel.

**Exhibit B: Expert Witness List**

Patrick Earley, IAAI-CFI(V), NFPA-CFPS
Senior Investigator III, J.S. Held, LLC
pearley@jsheld.com

Mr. Earley participated in a joint inspection of the vehicle in 2021 and is expected to offer testimony as to the nature and extent of the damage to the vehicle and the causes of the damage. Mr. Earley's photographs and notations from the inspection are attached to this disclosure.

A copy of Mr. Earley's report is attached.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME ) <br> INSURANCE COMPANY, ) <br> as Subrogee of ADRIAN BIESECKER, ) <br>          Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MCLAREN AUTOMOTIVE, INC. and ) <br> KRAUSE FAMILY MOTORCARS, LLC, ) <br>          Defendants. ) | CIVIL ACTION FILE NO <br> 1:22-CV-01392-LMM |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing ***Defendant Krause Family Motorcars' Initial Disclosures*** with the Clerk of Court using *Pacer* which will automatically send e-mail notification of such filing to all parties of record as follows:

| | |
|---|---|
| Eric D. Miller, Esq. <br> Miller Insurance Law Enterprise <br> 115 Perimeter Center Place <br> Suite 430 <br> South Terraces <br> Atlanta, GA 30346 <br> emiller@mileatlanta.com | Marie Cheung-Truslow <br> Clint McCord <br> Law Offices of Marie Cheung-Truslow <br> 19 Tobisset Street <br> Mashpee, MA 02649 <br> marie@cheungtruslowlaw.com <br> clint@cheungtruslowlaw.com |

McLaren Automotive, Inc.
c/o CT Corporation System

7

289 S Culver Street
Lawrenceville, GA 30046

Respectfully submitted, this 28th day of December, 2022.

|  |  |
|---|---|
|  | **FAIN, MAJOR & BRENNAN, P.C.** |
|  | */s/ Adam J. Klein* |
| One Premier Plaza | ADAM J. KLEIN |
| 5605 Glenridge Drive, NE | Georgia Bar No. 425032 |
| Suite 900 | Counsel for Defendant Krause Family Motorcars, |
| Atlanta, GA 30342 | LLC |