

**MOTORCARS OF ATLANTA**
7865 Roswell Road
Atlanta, GA 30350
Phone: (404) 233-4269
Fax: (770) 604-9481
www.motorcarsofatlanta.com

SERVICE DEPARTMENT HOURS
8:00 a.m. to 6:00 p.m.
Monday - Friday
8:00 a.m. to 3:00 p.m. Saturday

| R/O Open Date | R/O Number |
|---|---|
| 3/24/21 | 6010352/1 |
| R/O Close Date | Status |
| 4/14/21 | Pre-Invoice |
| Mileage In | Mileage Out |
| 140 | 145 |

Service Advisor / Tag #: Isaac Robles Ro/504

| | |
|---|---|
| BRANTON, JAMES | Work Phone |
| 6105 I55 N | |
| JACKSON, MS  39211 | Home Phone |

Vehicle Identification Number: SBM14RCAXMW765597
Delivery Date | In-Service Date
 | 11/30/20

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2021 | MCLAREN | 765LT | COUPE | BLACK | |

**DESCRIPTION OF SERVICE AND PARTS** — AMOUNT

Cell: 601-832-7969

**EXHIBIT 11**
1:22-CV-01392-LMM

#1 - 11: CLIENT STATES
    PASSENGER SIDE DOOR ROOF GLASS TRIM CAME LOOSE.
    Caused by
        re installed roof trim to correct
    found trim piece came loose in stalled passenger
    side hinge cover to correct

---

#2 - 11: CLIENT STATES
    Fuel Level Sensor / Fault and message on screen
    Caused by
        found rodent damage to fuel pump harness
    Tech: DERICK LEE             (726)                              1110.00
    Installed 1214K0118CP :HOSE - FUEL FEED - TANK    1@126.59      126.59
    Installed 1215MA102CP :HARNESS FUEL CELL           1@199.86     199.86
    removed fuel tank found rodent damage to fuel
    pump harness, foam placement blocks, and engine
    firewall cover. customer request we replace fuel
    pump harness to correct. installed harness tested
    system found no further  problems at this time.
        Sub Total: 1436.45

---

#3 - 11: CLIENT STATES
    Drivers window switches not operating properly.
    Caused by
        reset driver door module found all windows

---

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

"ARBITRATION The parties agree that instead of litigation in a court, any dispute, controversy or claim arising out of or relating to the repair of this motor vehicle or to any other document or agreement between the parties relating to the repairs of this motor vehicle, shall be settled by binding arbitration administered by the Atlanta office of American Arbitration Association, under its Commercial Arbitration Rules. Each party will pay their own costs. Any award rendered by the arbitrator shall be final and conclusive upon the parties and may be entered and confirmed in any court having jurisdiction thereof."

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

© 2016 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group

AFHIC_0020



**MOTORCARS OF ATLANTA**
7865 Roswell Road
Atlanta, GA 30350
Phone: (404) 233-4269
Fax: (770) 604-9481
www.motorcarsofatlanta.com

SERVICE DEPARTMENT HOURS
8:00 a.m. to 6:00 p.m.
Monday - Friday
8:00 a.m. to 3:00 p.m. Saturday

| R/O Open Date | R/O Number |
|---|---|
| 3/24/21 | 6010352/2 |
| R/O Close Date | Status |
| 4/14/21 | Pre-Invoice |
| Mileage In | Mileage Out |
| 140 | 145 |

Service Advisor / Tag #: Isaac Robles Ro/504

BRANTON, JAMES
6105 I55 N
JACKSON, MS  39211

Vehicle Identification Number: SBM14RCAXMW765597
In-Service Date: 11/30/20

| Year | Make | Model | Body | Color |
|---|---|---|---|---|
| 2021 | MCLAREN | 765LT | COUPE | BLACK |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| working properly at this time<br>Tech: DERICK LEE          (726)<br>Tech: DERICK LEE          (726)<br>reset driver door module found all windows working properly at this time | Warranty<br>Warranty |
| #4 - 02BMZ2005/: CAMPAIGN / RECALL<br>14 L 003 - McLaren 720S - Clutch Cooler Hose Clash Rework<br>  Caused by<br>  14 1 003 clutch cooler hose clash rework<br>Installed 1200RB057 :CLIP-90 DEG-FEMALE-39-45-CSC0   Qty: 1<br>Installed 1200RB008 :CLIP-STRAIGHT-MALE- 18 - 20MM   Qty: 1<br>completed clutch cooler hose rework to ocrrect completed | Warranty<br>Warranty |
| #5 * 11: CLIENT STATES<br>PICK UP VEHICLE FROM CUSTOMER.<br>Tech: HOUSE TECH          (996)<br>Work performed by PRO 001 : MC212303   Labor::<br>Work performed by PRO 001 : MC212303   Parts:<br>$2450.00 collected for tow | Internal<br>Internal<br>Internal |

| | |
|---|---|
| LABOR | 1110.00 |
| PARTS | 326.45 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | 20.00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | 26.85 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | 1483.30 |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

"ARBITRATION The parties agree that instead of litigation in a court, any dispute, controversy or claim arising out of or relating to the repair of this motor vehicle or to any other document or agreement between the parties relating to the repairs of this motor vehicle, shall be settled by binding arbitration administered by the Atlanta office of American Arbitration Association, under its Commercial Arbitration Rules. Each party will pay their own costs. Any award rendered by the arbitrator shall be final and conclusive upon the parties and may be entered and confirmed in any court having jurisdiction thereof."

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X