# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of ADRIAN BIESECKER, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>MCLAREN AUTOMOTIVE, INC. and KRAUSE FAMILY MOTORCARS, LLC, )<br>)<br>Defendants. ) | ) ) ) ) ) CIVIL ACTION ) FILE NO.: 1:22-CV-01392-LMM ) ) ) ) ) ) |

## MOTION TO EXTEND RESPONSE TO PLAINTIFF'S MOTION BY 24 HOURS

Defendant KRAUSE FAMILY MOTORCARS, LLC, hereby files this motion to extend its response deadline to Plaintiff's Second Motion for Sanctions by 24 hours, until March 22, 2023.

Defendant makes this request due to personal circumstances which will be described in greater detail in Defendant's response.

Respectfully submitted, this 21st day of March, 2023.

                                                             **FAIN, MAJOR & BRENNAN, P.C.**

                                                             */s/ Adam J. Klein*
                                                             ADAM J. KLEIN

One Premier Plaza                            Georgia Bar No. 425032
5605 Glenridge Drive, NE             Counsel for Defendant Krause Family
Suite 900                                                 Motorcars, LLC
Atlanta, GA 30342
(404) 688-6633

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of ADRIAN BIESECKER, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION ) FILE NO.: 1:22-CV-01392-LMM ) |
| MCLAREN AUTOMOTIVE, INC. and KRAUSE FAMILY MOTORCARS, LLC, | ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing **Motion to Extend Response Time** with the Clerk of Court using *Pacer* which will automatically send e-mail notification of such filing to all parties of record and/or by depositing a copy of same with the United States Postal Service, with first class postage prepaid, as follows:

Eric D. Miller, Esq.
Miller Insurance Law Enterprise
115 Perimeter Center Place, Suite 430
South Terraces
Atlanta, GA 30346
emiller@mileatlanta.com
*Counsel for Plaintiff*

Marie Cheung-Truslow, Esq.
Clint McCord, Esq.
Law Offices of Marie Cheung-Truslow
19 Tobisset Street
Mashpee, MA 02649
marie@cheungtruslowlaw.com
clint@cheungtruslowlaw.com

Christopher Shaun Polston, Esq.
Nelson Mullins Riley & Scarborough, LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363

Shaun.polston@nelsonmullins.com
*Counsel for McLaren Automotive, Inc.*

Respectfully submitted, this 21st day of March, 2023.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Adam J. Klein*
ADAM J. KLEIN
Georgia Bar No. 425032
Counsel for Defendant Krause Family Motorcars, LLC

One Premier Plaza
5605 Glenridge Drive, NE, Suite 900
Atlanta, GA 30342
(404) 688-6633
mscott@fainmajor.com