# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of ADRIAN BIESECKER, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION ) FILE NO.: 1:22-CV-01392-LMM ) |
| MCLAREN AUTOMOTIVE, INC. and KRAUSE FAMILY MOTORCARS, LLC, | ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S SECOND MOTION FOR SANCTIONS

### DEFENDANT'S WRITTEN DISCOVERY RESPONSES

Defendant respectfully disagrees with Plaintiff's characterization of its written discovery responses as incomplete. Plaintiff's brief highlights an excellent example. When asked for detailed factual basis for its defense, Defendant answered that "Krause states that its actions taken in repair of the vehicle were not the cause of the fire". Plaintiff argues that this response is insufficiently detailed.

It is not. Not every question requires a paragraph to answer, and this is a prime example. Krause's defense to allegations that it started a fire is that it did not do anything that caused the fire. The response may be brief, but it is complete.

Plaintiffs raised no objections to the written responses at the time they were served; no doubt realizing that any perceived deficiencies could be addressed when Defendant's witnesses were deposed (which, presumably, they were).

### Mr. Earley's Testimony

Mr. Earley failed to appear for his scheduled deposition. This was due to a miscommunication about whether his testimony would be virtual or remote and he was unable to travel to make the appearance. Clearly, responsibility for that failure lies on Defendant's counsel. Plaintiff has a right to depose Defendant's expert, and ensuring his presence was the undersigned's responsibility. The parties were, at least, able to hold Brandon Saszi's deposition on February 27, rather that as scheduled on February 28, allowing Plaintiff's and co-Defendant's counsel to return home a day earlier than scheduled. The undersigned has repeatedly offered to take every effort to ensure Mr. Earley's testimony at a time and place convenient to Plaintiff and their counsel. That offer remains open.

### "Three Strikes"—How We Got Here

The undersigned[1] lives with a rather severe case of ADHD; I was diagnosed in law school. The condition is common among attorneys; according to a 2016 study, one in eight lawyers is affected by ADHD[2].

---

[1] Given the subject matter, the remainder of this section will be phrased in the first person.

Since I was diagnosed in 2002, I have managed my ADHD with the help of prescription medication. That is, mid-2022, when a national shortage set in[3]. My ability to obtain the medication upon which I depend became sporadic, then non-existent. I, among many, many other lawyers, have suddenly had to learn to practice law without treatment upon which I have depended for decades.

I offer this not as an excuse but as an explanation. There was no willful violation here. Defendant and defense counsel have endeavored, and continue to endeavor, to conduct Mr. Earley's deposition on terms acceptable to Plaintiff and its counsel.

Plaintiff argues that Defendant "has already had three strikes[4]", and he is right. But this is not a game. So long as lawyers are people, we be flawed. Our clients should not be punished for our flaws. Plaintiff's request to strike defenses, exclude experts, or enter default would do just that.

Respectfully submitted, this 22nd day of March, 2023.

---

[2] https://journals.lww.com/journaladdictionmedicine/Fulltext/2016/02000/The_Prevalence_of_Substance_Use_and_Other_Mental.8.aspx

[3] https://www.fda.gov/drugs/drug-safety-and-availability/fda-FSDFF-shortage-adderall

[4] Doc. 45-1, at 14.

|  |  |
|---|---|
|  | **FAIN, MAJOR & BRENNAN, P.C.** |
|  | */s/ Adam J. Klein* |
|  | ADAM J. KLEIN |
| One Premier Plaza | Georgia Bar No. 425032 |
| 5605 Glenridge Drive, NE | Counsel for Defendant Krause Family |
| Suite 900 | Motorcars, LLC |
| Atlanta, GA 30342 |  |
| (404) 688-6633 |  |
| mscott@fainmajor.com |  |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of ADRIAN BIESECKER, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION<br>) FILE NO.: 1:22-CV-01392-LMM<br>) |
| MCLAREN AUTOMOTIVE, INC. and KRAUSE FAMILY MOTORCARS, LLC, | )<br>)<br>) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing **\*\*\*\*** with the Clerk of Court using *Pacer* which will automatically send e-mail notification of such filing to all parties of record and/or by depositing a copy of same with the United States Postal Service, with first class postage prepaid, as follows:

Eric D. Miller, Esq.
Miller Insurance Law Enterprise
115 Perimeter Center Place, Suite 430
South Terraces
Atlanta, GA 30346
emiller@mileatlanta.com
*Counsel for Plaintiff*

Marie Cheung-Truslow, Esq.
Clint McCord, Esq.
Law Offices of Marie Cheung-Truslow
19 Tobisset Street
Mashpee, MA 02649
marie@cheungtruslowlaw.com
clint@cheungtruslowlaw.com

Christopher Shaun Polston, Esq.
Nelson Mullins Riley & Scarborough, LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Shaun.polston@nelsonmullins.com
*Counsel for McLaren Automotive, Inc.*

Respectfully submitted, this 22nd day of March, 2023.

                                  **FAIN, MAJOR & BRENNAN, P.C.**

                                  */s/ Adam J. Klein*

One Premier Plaza                    ADAM J. KLEIN
5605 Glenridge Drive, NE, Suite 900    Georgia Bar No. 425032
Atlanta, GA 30342                  Counsel for Defendant Krause Family
(404) 688-6633                      Motorcars, LLC
aklein@fainmajor.com