UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY,<br>　　　　Plaintiff(s),<br><br>vs.<br><br>KRAUSE FAMILY MOTORCARS, LLC, ET AL.,<br>　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:22-cv-01392-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of Submission Of Fees and Expenses Incurred In Pursuit of Overdue Discovery And In Filing Motion For Sanctions and the court having Granted said motion, it is

**Ordered and adjudged** that Plaintiff recover from Defendant $3,575.00 as reasonable attorney's fees.

Dated at Atlanta, Georgia this 3rd day of April, 2023.

　　　　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By:   s/J. Arnold
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
April 3, 2023
Kevin P. Weimer
Clerk of Court


By: 　s/J. Arnold
　　　　Deputy Clerk