**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHEN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of Adrian Biesecker,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC.; and KRAUSE FAMILY MOTORCARS, LLC,<br><br>Defendants. | Civil Action No.<br>1:22-cv-01392-LMM |

## DEFENDANT MCLAREN AUTOMOTIVE, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(a), and Local Rule 56.1, Defendant McLaren Automotive, Inc. ("MAI") respectfully moves this Court for an order granting summary judgment as to Plaintiff's claims against MAI.

Summary judgment in MAI's favor is proper because the record evidence establishes that no genuine dispute exists as to any material fact with respect to Plaintiff's claims, and MAI is entitled to judgment as a matter of law. This Motion is supported by the following documents, which are filed herewith:

1. MAI's Memorandum of Law in Support of its Motion for Summary Judgment;

2. MAI's Separate Statement of Material Facts to Which There is No Genuine Issue to be Tried, along with accompanying exhibits; and

3. Declaration of Patrick Dahlberg.

Dated: April 5, 2023

*/s/ Christopher Shaun Polston*
Christopher Shaun Polston
Georgia Bar No. 737821
*Attorney for Defendant, McLaren Automotive, Inc.*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
Email: shaun.polston@nelsonmullins.com

Ryan E. Cosgrove (*Admitted Pro Hac Vice*)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Telephone: (424) 221-7400
Facsimile: (424) 221-7499
Email: ryan.cosgrove@nelsonmullins.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2023, a true and correct copy of the foregoing document was served on the following counsel of record via email:

Marie Cheung-Truslow
Clinton Judd McCord
Law Offices of Marie Cheung-Truslow
101 Arch St
8th Floor
Boston, MA 02110
marie@cheungtruslowlaw.com
clint@cheungtruslowlaw.com

Eric David Miller
Miller Insurance Law Enterprise
115 Perimeter Center Place
South Terraces, Suite 430
Atlanta, GA 30346
emiller@millerbonham.com

Adam Klein
Fain, Major & Brennan
One Premier Plaza
5605 Glenridge Drive NE
Suite 900
Atlanta, GA 30342
aklein@adamkleinlaw.com

This 5th day of April, 2023.

/s/ *Christopher Shaun Polston*
Christopher Shaun Polston
Georgia Bar No. 737821
*Attorney for Defendant, McLaren Automotive, Inc.*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone:   (404) 322-6000
Facsimile:   (404) 322-6050
Email: shaun.polston@nelsonmullins.com