**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of Adrian Biesecker,<br><br>     Plaintiff,<br><br>  v.<br><br>MCLAREN AUTOMOTIVE, INC.; and KRAUSE FAMILY MOTORCARS, LLC,<br><br>     Defendants. | Civil Action No.<br>1:22-cv-01392-LMM |

## <u>DEFENDANT MCLAREN AUTOMOTIVE, INC.'S STATEMENT OF MATERIAL FACTS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED</u>

Pursuant to Federal Rule of Civil Procedure 56(c), and Local Rule 56.1B(1),

Defendant McLaren Automotive, Inc. ("MAI") submits this Statement of Material

Facts to Which There is No Genuine Issue to be Tried in Support of its Motion for

Summary Judgment against Plaintiff.

### I.   MAI and Krause Family Motorcars, LLC dba McLaren Atlanta ("Krause")

1.     MAI is a distributor of McLaren vehicles. (**Ex. 1,** Declaration of Pat Dahlberg ("Dahlberg Decl."), ¶ 6.)

2.     Krause is an independent dealership owned and operated by individuals and/or entities unaffiliated with MAI.  (**Ex. 1**, Dahlberg Decl., ¶ 9; **Ex. 2**, Deposition of Brandon Saszi ("Saszi Dep."), p. 80:4-16.)

### II.   The Subject McLaren

3.     The subject 2021 McLaren 765LT, VIN SBM14RCAXMW765597 was originally distributed by MAI to McLaren Boston on or about October 22, 2020.  (**Ex. 1**, Dahlberg Decl., ¶ 5 & **Ex. A** attached thereto.)

4.     MAI did not service or repair the subject McLaren after it was distributed to McLaren Boston. (**Ex. 1**, Dahlberg Decl., ¶ 7.)

5.     Adrian Biesecker purchased the subject McLaren from Motorcars of Jackson, LLC, in Jackson, Mississippi on or about March 23, 2021. (Plaintiff's Complaint, ¶ 8 (Doc. 1 at 4); **Ex. 3**, Cash Retail Buyers Order and Invoice [AFHIC_0001].)

6.     MAI did not distribute the subject McLaren to Motorcars of Jackson, LLC and was neither involved in nor participated in the subject vehicle being

transported to Mississippi where it was later purchased by Adrian Biesecker.  (**Ex. 1**, Dahlberg Decl., ¶ 8.)

### III.   Repairs Performed by Krause

7.     Plaintiff's complaint alleges that on or about March 24, 2021, Motorcars of Jackson, LLC contacted defendant Krause Family Motorcars, LLC dba McLaren Atlanta ("Krause") to perform repairs to the subject McLaren in Georgia.   (Plaintiff's Complaint, ¶ 12 (Doc. 1 at 4-5).)

8.     MAI was not involved in the decision to transport the subject McLaren from Motorcars of Jackson, LLC to Krause in Georgia for repair.  (**Ex. 1**, Dahlberg Decl., ¶ 10.)

9.     Krause determined there was rodent damage to the fuel cell harness and adjacent fuel feed line in the subject McLaren which required the components to be replaced.  (**Ex. 4**, Krause's Response to Plaintiff's Interrogatory No. 4; **Ex. 2**, Saszi Dep., p. 14:13-17; **Ex. 5**, Deposition of Derick Lee ("Lee Dep."), pp. 86:7-15, 93:6-9, 108:16-21.)

10.     Rodent damage is not a warrantable defect that is covered by the McLaren limited warranty.  (**Ex. 1**, Dahlberg Decl., ¶ 11; **Ex. 2**, Saszi Dep., pp. 81:7-82:15; **Ex. 6**, Deposition of Max Landes ("Landes Dep."), pp. 26:15-27:8; **Ex. 5**, Lee Dep., pp. 86:7-15, 108:2-8, 139:23-140:17, 141:23-142:2.)

11.     The fuel system repair that Plaintiff contends was negligently performed by Krause was not a warrantable repair and MAI was not involved in performing the repair.  (**Ex. 1**, Dahlberg Decl., ¶ 12; **Ex. 2**, Saszi Dep., pp. 81:7-13, 82:4-7; **Ex. 6**, Landes Dep., p. 31:9-23; **Ex. 6**, Lee Dep., pp. 139:23-141:2.)

12.     MAI did not provide any direction or guidance, technical or otherwise, to Krause relating to Krause's repair to the fuel system on the subject McLaren vehicle, which was performed as a "customer pay" repair.  (**Ex. 1**, Dahlberg Decl., ¶ 13; **Ex. 5**, Lee Dep., pp. 139:23-141:2.)

13.     MAI entered into a dealer agreement with Krause in reliance on Krause's representation that the person designated by Krause as the General Manager has full-time commitment to provide maintenance and repair services to the satisfaction of McLaren customers and is in complete charge of the day-to-day dealership operations with authority to make all decisions with respect to dealership operations.  (**Ex. 1**, Dahlberg Decl., ¶ 14; **Ex. 2**, Saszi Dep., p. 83:5-13.)

14.     After completing the work on or about April 14, 2021, Krause arranged to have the vehicle transported from Georgia to Adrian Biesecker in Pennsylvania. (Plaintiff's Complaint, ¶¶ 21, 22 (Doc. 1 at 6).)

15.     The subject McLaren was involved in a fire on or about April 21, 2021, after Adrian Biesecker drove it for the first time.  (Plaintiff's Complaint, ¶ 23 (Doc. 1 at 6-7).)

**IV.     Motorcars of Jackson, LLC**

16.     Motorcars of Jackson, LLC is not an authorized retailer of McLaren vehicles, and has no affiliation, contractual or otherwise, with MAI.  (**Ex. 1**, Dahlberg Decl., ¶ 15.)


Dated: April 5, 2023

*/s/ Christopher Shaun Polston*
Christopher Shaun Polston
Georgia Bar No. 737821
*Attorney for Defendant, McLaren Automotive, Inc.*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone:   (404) 322-6000
Facsimile:   (404) 322-6050
Email: shaun.polston@nelsonmullins.com

Lisa M. Gibson (*Admitted Pro Hac Vice*)
Ryan E. Cosgrove (*Admitted Pro Hac Vice*)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
19191 South Vermont Avenue, Suite 900

Torrance, CA 90502
Telephone:   (424) 221-7400
Facsimile:    (424) 221-7499
Email: lisa.gibson@nelsonmullins.com
           ryan.cosgrove@nelsonmullins.com

## <u>CERTIFICATE OF COMPLIANCE</u>

In accordance with Local Rule 7.1D, this is to certify that this brief has been prepared with one of the fonts and points approved by the Court in LR 5.1B, i.e., 14 point, Times New Roman font, and that the brief does not contain more than 10 characters per inch of type.

/s/ *Christopher Shaun Polston*
Christopher Shaun Polston
Georgia Bar No. 737821

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2023, a true and correct copy of the foregoing

document was served on the following counsel of record via email:

Marie Cheung-Truslow              Eric David Miller
Clinton Judd McCord               Miller Insurance Law Enterprise
Law Offices of Marie Cheung-Truslow   115 Perimeter Center Place
101 Arch St                       South Terraces, Suite 430
8th Floor                         Atlanta, GA 30346
Boston, MA 02110                  emiller@millerbonham.com
marie@cheungtruslowlaw.com
clint@cheungtruslowlaw.com

Adam Klein
Fain, Major & Brennan
One Premier Plaza
5605 Glenridge Drive NE
Suite 900
Atlanta, GA 30342
aklein@adamkleinlaw.com

 This 5th day of April, 2023.

 /s/ *Christopher Shaun Polston*
Christopher Shaun Polston
Georgia Bar No. 737821
*Attorney for Defendant, McLaren*
*Automotive, Inc.*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone:   (404) 322-6000
Facsimile:    (404) 322-6050
Email: shaun.polston@nelsonmullins.com