# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHEN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of Adrian Biesecker,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC.; and KRAUSE FAMILY MOTORCARS, LLC,<br><br>Defendants. | Civil Action No.<br>1:22-cv-01392-LMM |

## DECLARATION OF PAT DAHLBERG IN SUPPORT OF DEFENDANT MCLAREN AUTOMOTIVE, INC.'S MOTION FOR SUMMARY JUDGMENT

I, Pat Dahlberg, declare as follows:

1. I am employed by McLaren Automotive, Inc. ("MAI") and if called as a fact witness I could and would testify competently to the matters set forth in this declaration. I make this declaration based on personal experience and knowledge of the facts set forth herein, which includes my review of books and records of MAI that are kept in the ordinary course of business, as well as personal knowledge obtained during my employment by MAI in the ordinary course of my duties.

-1-

2.     I have been employed by MAI since 2018.  I hold the position of Client Services Manager, the Americas.  In my role with the company, I have become familiar with the record-keeping of MAI and its organizational structure.

3.     Based on my employment with MAI, I have knowledge of operations of MAI.  I am also familiar with records created and maintained in the ordinary course of MAI's business, which include business records pertaining to the vehicles distributed by MAI.  One of the records created in the normal and regular course of MAI's business for each vehicle is the vehicle Invoice.  Each vehicle produced by MAI has a unique "Vehicle Identification Number" or "VIN."

4.     The vehicle Invoice attached hereto as **Exhibit A** is a true and correct copy from the business records of MAI for the subject McLaren.  The attached invoice pertains to the 2021 McLaren 765LT Coupe vehicle with the VIN SBM14RCAXMW765597, which is the McLaren vehicle involved in this action.

5.     As confirmed by **Exhibit A**, MAI sold and delivered the subject McLaren to McLaren Boston in October 2020.

6.     MAI is a distributor of McLaren vehicles.

7.     MAI did not service or repair the subject McLaren after it was distributed to McLaren Boston.

8. MAI did not distribute the subject McLaren to Motorcars of Jackson, LLC and was neither involved in nor participated in the subject vehicle being transported to Mississippi where it was later purchased by Adrian Biesecker.

9. Krause Family Motorcars, LLC dba McLaren Atlanta is an independent McLaren dealership owned and operated by individuals and/or entities unaffiliated with MAI.

10. MAI was not involved in the decision to transport the subject McLaren from Motorcars of Jackson, LLC to Krause Family Motorcars, LLC in Georgia for repair.

11. In my role as Client Services Manager, I am familiar with the McLaren limited warranty and its exclusions. I am also familiar with the types of repairs that are covered under the McLaren's limited warranty and am routinely involved in the warranty process for McLaren vehicles. Rodent damage is not a warrantable defect that is covered by the McLaren limited warranty.

12. I have reviewed McLaren's warranty file pertaining to the subject McLaren vehicle, as well as Repair Order 6010352 that was prepared by Krause. The fuel system repair performed by Krause in Repair Order 6010352 was not a warrantable repair. Further, MAI was not involved in the performance of the non-warranty repair to the fuel system.

13. MAI did not provide any direction or guidance, technical or otherwise, to Krause relating to Krause's repair to the fuel system on the subject McLaren vehicle, which was performed as a "customer pay" repair.

14. MAI entered into a dealer agreement with Krause in reliance on Krause's representation that the person designated by Krause as the General Manager has full-time commitment to provide maintenance and repair services to the satisfaction of McLaren customers and is in complete charge of the day-to-day dealership operations with authority to make all decisions with respect to dealership operations.

15. Motorcars of Jackson, LLC is not an authorized retailer of McLaren vehicles, and has no affiliation, contractual or otherwise, with MAI.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct. Executed on March 31, 2023, in Coppell, Texas.

_____
Pat Dahlberg