# EXHIBIT A

**McLAREN AUTOMOTIVE**

**Original Invoice**
Page 1 of 2

**Invoice to:**
McLaren Boston
22 Pond Street
22 Pond Street
Norwell MA  02061

**Delivery to:**
McLaren Boston
22 Pond Street
22 Pond Street
Norwell MA  02061

| | |
|---|---|
| **Payment Terms:** | 5 days |
| **Delivery Terms:** | FOB Boston |
| **Country Specification:** | United States |
| **Model Year:** | 2021 |
| **Net Weight:** | 1339 KG |
| **Country of Origin:** | United Kingdom |

**Invoice No. / Date**
9100006142 / 27. October 2020

**Taxpoint Date / Pricing Effectivity Date**
27. October 2020 / 19. July 2020

**Order No.**
123698

**VIN No.**
SBM14RCAXMW765597

**Engine Number**
40JBAR140064

**Engine CC**
3994

**Dealer No.**
21097A

**Customer VAT No.**

**Harmonic Commodity Code**
87032410

| Code | Vehicle / Option Description | Qty | Total Price | Currency |
|---|---|---|---|---|
| 14_LT_COUPE | **McLaren 765LT Coupe** | 1.00 | ■■■ | USD |
| | **Packs** | | | |
| PACK_EXT1 | Carbon Fibre Exterior Upgrade - Pack 1 | 1.00 | ■■■ | USD |
| PACK_EXT2 | Carbon Fibre Exterior Upgrade - Pack 2 | 1.00 | ■■■ | USD |
| PACK_EXT3 | Carbon Fibre Ext Upgrade - Pack 3 | 1.00 | ■■■ | USD |
| | **Exterior** | | | |
| RR_BRIDGE_CF | Rear Aero Bridge - MSO Defined CF | 1.00 | ■■■ | USD |
| MC0005E | MSO Defined Ext Paint - Abyss Black | 1.00 | ■■■ | USD |
| CF_DOORUPPER | Exterior Door Upper - Carbon Fibre | 1.00 | ■■■ | USD |
| ROOF_SCOOP_CF | Roof Scoop - MSO Defined Carbon Fibre | 1.00 | ■■■ | USD |
| SHADWPK | Stealth Pack | 1.00 | ■■■ | USD |
| CF_SPLT | Front Splitter - Carbon Fibre | 1.00 | ■■■ | USD |
| CF_RRBUMP | Rear Bumper - Carbon Fibre | 1.00 | ■■■ | USD |
| CF_FR_FENDER_LOU | Front Fender - MSO Defined CF Louvres | 1.00 | ■■■ | USD |
| CF_SSKIRT | Side Skirt - Carbon Fibre | 1.00 | ■■■ | USD |
| CF_DIFF | Diffuser - Carbon Fibre | 1.00 | ■■■ | USD |
| | **Interior** | | | |
| THEME_LT4 | By McLaren - Blk & Midnight Blue Alc | 1.00 | ■■■ | USD |
| CF_ROCK_MSO | Sill Panel - MSO Defined CF Satin | 1.00 | ■■■ | USD |
| SEAT_PASS_ADJ | Passenger Seat Position - Adjustable | 1.00 | ■■■ | USD |
| CF_SECONDARY_COMP | Secondary Interior Components - CF | 1.00 | ■■■ | USD |
| CF_FASCIA_VENT | Fascia Vent - MSO Defined CF | 1.00 | ■■■ | USD |
| 0001ASW_BLU12 | Steering Wheel - Carbon Black/Blue 12 | 1.00 | ■■■ | USD |
| ENG_WINDOW_DG | Engine Window - Double Glazed | 1.00 | ■■■ | USD |

McLAREN AUTOMOTIVE INCORPORATED

NORTH AMERICAN REGION
1405 SOUTH BELTLINE ROAD
SUITE 100
COPPELL, TX 75019
USA

McLAREN TECHNOLOGY CENTRE
CHERTSEY ROAD
WOKING
SURREY GU21 4YH
ENGLAND

cars.mclaren.com



| | | | | |
|---|---|---|---|---|
| **Original Invoice** | | | **Invoice No. / Date** | |
| Page 2 of 2 | | | 9100006142 / 27. October 2020 | |
| | | | **Taxpoint Date / Pricing Effectivity Date** | |
| | | | 27. October 2020 / 19. July 2020 | |

| Code | Vehicle / Option Description | Qty | Total Price | Currency |
|---|---|---|---|---|
| | **Wheels and Brakes** | | | |
| WHLFIN_PGLE | Wheel Finish - Stealth Laser Etched | 1.00 | ▇ | USD |
| CALI_CLR_BB | Calipers - Azura Blue | 1.00 | ▇ | USD |
| | **Entertainment** | | | |
| AUDIO12 | Audio System - 12 Speaker | 1.00 | ▇ | USD |
| | **Safety and Security** | | | |
| PSREVCAM | Parking Sensors & Rear Parking Camera | 1.00 | ▇ | USD |
| VEHICLE_LIFT | Vehicle Lift | 1.00 | ▇ | USD |
| | **Practical** | | | |
| CARCVR | Car Cover | 1.00 | ▇ | USD |
| BATCHRG | Battery Charger - Lithium-ion | 1.00 | ▇ | USD |
| | **Other** | | | |
| | Gas Guzzler Tax | 1.00 | ▇ | USD |

Title to product remains with the company McLaren Automotive Incorporated until payment is received in full.

| | | |
|---|---|---|
| Sub Total | ▇ | USD |
| Vehicle Freight | ▇ | USD |
| Total | ▇ | USD |

I certify this invoice to be true and correct and in accordance with our books; also that the goods referred to are of origin, manufacture and production of the United Kingdom.
In accordance with Incoterms 2010.

Signed for and on behalf of McLaren Automotive Incorporated



| McLAREN AUTOMOTIVE INCORPORATED | NORTH AMERICAN REGION<br>1405 SOUTH BELTLINE ROAD<br>SUITE 100<br>COPPELL, TX 75019<br>USA | McLAREN TECHNOLOGY CENTRE<br>CHERTSEY ROAD<br>WOKING<br>SURREY GU21 4YH<br>ENGLAND | cars.mclaren.com |