# EXHIBIT 2

# In The Matter Of:

*American Family Insurance, et al. v.*
*McLaren Automotive, et al.*

*Brandon Saszi*
*February 27, 2023*
*Video Deposition*

*Regency-Brentano, Inc.*
*13 Corporate Square*
*Suite 140*
*Atlanta, Georgia 30329*
*404.321.3333*



REGENCY-BRENTANO, INC.
Certified Court Reporters

**Min-U-Script® with Word Index**

Video Deposition

```
 1           IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION

 3

 4

 5   AMERICAN FAMILY HOME
     INSURANCE COMPANY, as
 6   Subrogee of Adrian Biesecker,

 7        Plaintiff,
                                        CIVIL NO.:
 8   vs.                                1:22-CV-01392-LMM

 9   MCLAREN AUTOMOTIVE, INC.,
     and KRAUSE FAMILY MOTORCARS, LLC,
10
          Defendants.
11
       ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
12                VIDEOTAPED DEPOSITION OF
                       BRANDON SASZI
13

14                    February 27, 2023
                         2:27 p.m.
15

16            Miller Insurance Law Enterprise
                115 Perimeter Center Place
17               South Terraces, Suite 430
                     Atlanta, Georgia
18

19         Michelle R. Lowe, RPR, CCR-2748

20

21              REGENCY-BRENTANO, INC.
               CERTIFIED COURT REPORTERS
22                13 Corporate Square
                       Suite 140
23              Atlanta, Georgia 30329
                    404-321-3333
24

25
```

**Regency-Brentano, Inc.**

**Brandon Saszi - February 27, 2023**
**Video Deposition**

2

```
 1   APPEARANCE OF COUNSEL:
 2   On behalf of the Plaintiff:
 3           MARIE CHEUNG-TRUSLOW
 4           Attorney at Law
 5           LAW OFFICES OF MARIE CHEUNG-TRUSLOW
 6           101 Arch Street, 8th Floor
 7           Boston, Massachusetts  02110
 8           617-539-8674
 9           marie@cheungtruslowlaw.com
10
11   On behalf of the Defendant, McLaren Automotive,
12   Inc.:
13           RYAN E. COSGROVE
14           Attorney at Law
15           NELSON MULLINS
16           Pacific Gateway, Suite 900
17           19191 South Vermont Avenue
18           Torrance, California  90502
19           424-221-7404
20           ryan.cosgrove@nelsonmullins.com
21
22
23
24
25
```

```
 1   CONTINUED APPEARANCE OF COUNSEL:
 2   On behalf of the Defendant, Krause Family Motorcars,
 3   LLC:
 4            ADAM KLEIN
 5            Attorney at Law
 6            FAIN MAJOR & BRENNAN PC
 7            5605 Glenridge Drive
 8            Suite 900
 9            Atlanta, Georgia 30342
10            404-688-6633
11            aklein@fainmajor.com
12
13   Also Present:
14            Henry Stewart, Videographer
              Atlanta Legal Media
15
16
17
18
19
20
21
22
23
24
25
```

**Brandon Saszi - February 27, 2023** 14
**Video Deposition**

```
 1   first part of the question.
 2       Q    The employees who were involved in the
 3   servicing of the McLaren 765 which is the subject
 4   vehicle of this litigation.
 5       A    It would be those three.
 6       Q    Okay.
 7       A    It -- I -- Derick was the only one who
 8   actually touched the car.  But --
 9       Q    Right.
10       A    -- the service director and the service
11   advisor would have had a part in the car being in
12   the shop.
13       Q    Did you personally observe any damage to
14   the McLaren vehicle resulting from rat stuff?
15       A    Rodent, yes, I did.
16       Q    Rodent damage.
17       A    I did, yes.
18       Q    You did.  Okay.
19            Did you take any photographs?
20       A    No, ma'am.
21       Q    Do you know who took photographs of it?
22       A    I would assume just the tech, but I don't
23   know exact -- if anybody else may have.
24       Q    Did you see those photographs?
25       A    I did.
```

1   Q   Do you understand the difference between
2 two?  It's fine if you don't.
3   A   I mean, when you ask it like that, no.
4   Q   Okay.  In the dealer agreement there's
5 obviously a lot of terms and different things about
6 the general relationship between McLaren Automotive,
7 Inc. and Krause Family MotorCars; correct?
8   A   Yes.
9   Q   And there's something similar with the
10 other manufacturers and distributors that you work
11 with; is that correct?
12   A   Yes.
13   Q   Even though there's this agreement, Krause
14 Family MotorCars is a separate entity from McLaren
15 Automotive, Inc.; is that correct?
16   A   Yes.
17   Q   And McLaren Automotive, Inc. doesn't barge
18 through your door and tell you, you have to do this
19 right now, because we're in charge of you; right?
20   A   Yes, they don't.
21   Q   I believe you mentioned there before when
22 we were talking about the repair to the vehicle
23 that's at issue and you said that the only thing
24 that -- that was reimbursed was for the recall work;
25 is that right?

1      A    Yes.
2      Q    And that's not unusual, right, that
3  there's some things that will be warranty or recall
4  that's reimbursed and there will be other things
5  that are nonwarranty items; right?
6      A    Yes.
7      Q    The rodent damage that was repaired in
8  this -- this repair was not a warranty repair; is
9  that correct?
10     A    Correct.
11     Q    Have you ever had rodent damage as a
12 warranty repair with a dealer?
13     A    Not that I can ever recall.
14     Q    Because that's not something that's a
15 manufacturer covered --
16     A    It's -- yeah, it's a not manufacturer
17 defect or failure.
18     Q    Right.  And you were also asked some
19 questions about the McLaren warranty.  Do you recall
20 that?
21     A    Yes.
22     Q    And you were asked about it being bumper
23 to bumper and you said that that covers everything
24 on the vehicle essentially?
25     A    Yes.

```
 1        Q    There are exclusions and limitations to
 2   that, though; right?
 3        A    Absolutely.
 4        Q    For instance, here, rodent damage is
 5   something that would not be included in the
 6   warranty?
 7        A    Outside influence, yes.
 8        Q    Right.  So even though it's so-called
 9   bumper to bumper, that doesn't mean that everything
10   and everything under the sun will be covered on that
11   vehicle; right?
12        A    No, sir.  As I said, manufacturer defect
13   or failure.
14        Q    So what I said is correct?
15        A    Yes.
16             And just -- I don't know if I can add to
17   that, but there is exclusions in the back of the
18   warranty book that say what's excluded and, you
19   know, if you track a car without an inspection
20   there's a lot of things that can -- you know, if you
21   put aftermarket parts on that are not approved by
22   the manufacturer, things like that.  There are
23   things in the warranty book that I don't know if
24   they're in there.
25             MR. KLEIN:  But what if they look really
```

```
 1   cool?
 2           THE WITNESS:  Yeah.  They still won't
 3   cover them, yeah.
 4   BY MR. COSGROVE:
 5       Q    When it comes to the day-to-day operations
 6   at the dealership, the dealership is in control of
 7   itself; correct?
 8       A    Yes.
 9       Q    And you guys, whether it's you or someone
10   else at the dealership, makes the decisions of what
11   to do on that particular day, how to do it, things
12   like that?
13       A    Yes.
14       Q    Do you know if McLaren Automotive, Inc.
15   has any type of representative in Atlanta, or
16   Georgia even?
17       A    No.
18       Q    No, they don't, or, no, you don't know?
19       A    They don't.
20            Well, that we deal with at -- the
21   representatives that we deal with are not.
22       Q    Right.  Is your understanding that McLaren
23   Automotive, Inc. is actually a relatively small
24   number of employees that they have?
25       A    Yes.
```