# EXHIBIT 3

Motorcars of Jackson LLC
6105 I-55 North
Jackson, Mississippi 39213
769.243.8568 phone
601.500.5255 fax

SALESPERSON _____

**CASH RETAIL BUYERS ORDER AND INVOICE**
WORKSHEET ONLY FOR CREDIT TRANSACTIONS

BUYER'S NAME: James Adrian Biesecker
ADDRESS: 809 Brushtown Rd
CITY: Ambler
STATE: Pennsylvania
DATE: 03/23/2021
RES. PHONE:
BUSINESS PHONE:
ZIP CODE: 19002
MBL. PHONE: 425-238-2563
FAX NUMBER:
COUNTRY: United States

Any warranties on the products sold hereby are those made by the manufacturer. The Seller hereby expressly disclaims and Buyer acknowledges all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose. Said Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said vehicle, except to the extent of any limited warranty executed separately by the dealer.

Acknowledgment of Buyer X _[signed]_ 485718CA692F454...

PLEASE ENTER MY ORDER FOR THE FOLLOWING

STOCK NO: MW765597
YEAR: 2021
MAKE: McLaren
CYL:
MODEL: 765LT Coupe
BODY STYLE: Coupe
COLOR: Abyss Black
SERIAL #: SBM14RCAXMW765597
TRIM:
LIC NO.:
LIC. TAB AND DATE:
MILEAGE: 138

LIEN TO
Name:
Address:
City, State Zip:
Lien Date:

Purchaser acknowledges that the balance owed on the trade-in vehicle (the payoff amount) is an estimate. In the event the actual payoff amount is greater, Purchaser shall pay in cash to Seller the difference between the actual payoff amount and the estimated payoff amount on or before three days after Seller notifies Purchaser of such difference.

| | Amount |
|---|---|
| Price of Car as Equipped | $529,900.00 |
| Additional Equipment | |
| | |
| | |
| | |
| | |
| SUB-TOTAL | $529,900.00 |
| Trade-In Allowance | |
| Taxable Sale Price / Difference | $529,900.00 |
| Sales Tax | |
| Administration Fee | |
| DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED FOR HANDLING DOCUMENTS AND PERFORMING SERVICES RELATED TO THE CLOSING OF A SALE. THIS NOTICE IS REQUIRED BY LAW | |
| License Transfer | |
| Title Registration Fee | |
| Dealer Service Fee | |
| State Inspection Fee | |
| Vehicle Inventory Tax | |
| BALANCE OWED ON TRADE-IN | |
| TOTAL | $529,900.00 |
| SHIPPING | |
| SERVICE CONTRACT | |
| DOWN PAYMENT | |
| DEPOSIT | |
| AMOUNT DUE | $529,900.00 |

TRADE-IN-TITLE REC.   STOCK #
YEAR | MAKE | CYL | COLOR | SERIES NAME | BODY TYPE
SERIAL # | LIC YR. | LIC STATE
PAY-OFF AMT: | LIC MO.
LIC NO. | LIC TAB | MILEAGE
PAY-OFF TO:

2ND TRADE-IN-TITLE REC.   STOCK #
YEAR | MAKE | CYL | COLOR | SERIES NAME | BODY TYPE
SERIAL # | LIC YR. | LIC STATE
PAY-OFF AMT: | LIC MO.
LIC NO. | LIC TAB | MILEAGE
PAY-OFF TO:

I have read the matter printed in the document package hereof and agree to it as a part of this order the same as if it were printed above my signature. Entire Agreement is expressed herein in writing. No other terms or conditions, oral or written, will be recognized. All used cars are sold "AS IS" and without guarantee as to condition, mileage, year or model, unless specified in writing. Salesman cannot accept this order or obligate Seller in any manner whatsoever. Order is not binding on Seller until accepted in writing by officer, or Sales Manager or Seller, and until Purchaser's monies have been received. I certify that I am of legal age, have read the foregoing order in full and acknowledge receipt of copy of same and agree to sign a Contract of Conditional Sale covering this order, by my signature below. This is an offer to purchase only – no contractual relationship is created hereby. The Buyer hereby acknowledges that they have been in no way fraudulently induced to enter into this Agreement, nor has Buyer in anyway relied upon the representatives of the Seller, or any of their agents or assigns, as a basis for entering into this Agreement.

ACCEPTED BY (Seller) _Wendy Chudy, CEO_  61AEE75A36B1440...
TITLE: CEO

I ACKNOWLEDGE RECEIPT OF A COPY OF THIS ORDER (Buyer)
X _[signed]_ 485718CA692F454...
PURCHASER'S SIGNATURE (S)

AFHIC_0001