# EXHIBIT 6

## In The Matter Of:
*American Family Insurance, et al. v.*
*McLaren Automotive, et al.*

*Max Landes*
*February 27, 2023*
*Video Deposition*

*Regency-Brentano, Inc.*
*13 Corporate Square*
*Suite 140*
*Atlanta, Georgia 30329*
*404.321.3333*



**REGENCY-BRENTANO, INC.**
*Certified Court Reporters*

**Min-U-Script® with Word Index**

Video Deposition

```
 1           IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION

 3

 4

 5   AMERICAN FAMILY HOME
     INSURANCE COMPANY, as
 6   Subrogee of Adrian Biesecker,

 7        Plaintiff,
                                          CIVIL NO.:
 8   vs.                                  1:22-CV-01392-LMM

 9   MCLAREN AUTOMOTIVE, INC.,
     and KRAUSE FAMILY MOTORCARS, LLC,
10
          Defendants.
11
      ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
12                VIDEOTAPED DEPOSITION OF
                        MAX LANDES
13

14                   February 27, 2023
                         1:29 p.m.
15

16           Miller Insurance Law Enterprise
              115 Perimeter Center Place
17             South Terraces, Suite 430
                   Atlanta, Georgia
18

19         Michelle R. Lowe, RPR, CCR-2748

20

21              REGENCY-BRENTANO, INC.
              CERTIFIED COURT REPORTERS
22               13 Corporate Square
                      Suite 140
23             Atlanta, Georgia 30329
                    404-321-3333
24

25
```

**Regency-Brentano, Inc.**

```
 1  APPEARANCE OF COUNSEL:
 2  On behalf of the Plaintiff:
 3          MARIE CHEUNG-TRUSLOW
 4          Attorney at Law
 5          LAW OFFICES OF MARIE CHEUNG-TRUSLOW
 6          101 Arch Street, 8th Floor
 7          Boston, Massachusetts  02110
 8          617-539-8674
 9          marie@cheungtruslowlaw.com
10
11  On behalf of the Defendant, McLaren Automotive,
12  Inc.:
13          RYAN E. COSGROVE
14          Attorney at Law
15          NELSON MULLINS
16          Pacific Gateway, Suite 900
17          19191 South Vermont Avenue
18          Torrance, California  90502
19          424-221-7404
20          ryan.cosgrove@nelsonmullins.com
21
22
23
24
25
```

```
 1   CONTINUED APPEARANCE OF COUNSEL:
 2   On behalf of the Defendant, Krause Family Motorcars,
 3   LLC:
 4           ADAM KLEIN
 5           Attorney at Law
 6           FAIN MAJOR & BRENNAN PC
 7           5605 Glenridge Drive
 8           Suite 900
 9           Atlanta, Georgia 30342
10           404-688-6633
11           aklein@fainmajor.com
12
13   Also Present:
14           Henry Stewart, Videographer
             Atlanta Legal Media
15
16
17
18
19
20
21
22
23
24
25
```

```
1      A    Puerto Rican.
2      Q    Was that a question?
3      A    Huh?
4      Q    Was that a question?
5      A    Sorry.  I never asked.
6      Q    Okay.  All right.  You wouldn't, by any
7  chance, know his telephone number?
8      A    In my phone, yes, ma'am.
9      Q    Can you give that to me.
10     A    Yes, ma'am.
11          404-319-0828.
12     Q    404-319?
13     A    0828.
14     Q    Thank you.
15          And what involvement did you have with the
16  work that Derick performed?
17     A    At the time the car was new.  It was a
18  765.  And it came in for fuel fault.  And upon
19  inspection there was rodent damage.
20          So in those situations, I was notified.
21  It was -- those issues are not a warrantable item --
22     Q    What --
23     A    -- so --
24     Q    What does that mean, warrantable --
25     A    Failure --
```

```
 1        Q    -- item?
 2        A    Failure of parts and materials that would
 3   be McLaren's responsibility is a warrantable item.
 4        Q    I see.
 5        A    But something that's caused by outside
 6   influence, that's not a failure of parts and
 7   materials or is caused by an outside influence is
 8   customer pay.
 9        Q    I see.
10             And do you know whether the customer paid
11   for those services?
12        A    I know the customer paid for the repairs,
13   yes, ma'am.
14        Q    Okay.  And who was your customer?
15        A    MotorCars of Jackson.
16        Q    Did you know at the time that Adrian
17   Biesecker owned the car?
18        A    No, ma'am.
19             The original repair was -- repair order
20   was written up by Branton, I believe.  James
21   Branton.
22        Q    Right.  I think he was the very first
23   owner of the vehicle.
24             All right.  Are you involved with ordering
25   parts?
```

1            THE WITNESS:  That was easy.
2            MR. COSGROVE:  I don't think I have any
3    questions for you, but I'll just ask a couple to
4    make yourself feel more important.
5            THE WITNESS:  How nice of you.  I
6    appreciate that.
7         EXAMINATION BY COUNSEL FOR THE DEFENDANTS
8    BY MR. COSGROVE:
9         Q    So you were mentioning that you noticed --
10   not you personally, but Derick noticed there was
11   rodent damage to the vehicle; correct?
12        A    Yes.
13        Q    And that is a not a warrantable item
14   because it's not a failure of parts and materials?
15        A    Yes.  On McLaren's part, correct.
16        Q    Right.  So McLaren was not involved in
17   that repair; is that --
18        A    Negative.
19        Q    -- correct?
20        A    That's correct, sir.
21        Q    And so it was a repair that the dealership
22   handled on its own; is that right?
23        A    Yes, sir.
24            MR. COSGROVE:  That's all I have.  Thank
25   you.