# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of Adrian Biesecker, )))) | |
| Plaintiff, )) | |
| v. )) | Civil Action No. 1:22-cv-01392-LMM |
| MCLAREN AUTOMOTIVE, INC.; and KRAUSE FAMILY MOTORCARS, LLC, )))) | |
| Defendants. ))) | |

## NOTICE OF FILING DEPOSITION TRANSCRIPTS

COME NOW THE Defendant McLaren Automotive, Inc. and in support of its Motion for Summary Judgment files the complete deposition transcripts of the following individuals:

- Max Landes (February 27, 2023)
- Derick M. Kee (February 27, 2023)
- Brandon Saszi (February 27, 2023)

DATED: This 5th day of April, 2023

/s/ *Christopher Shaun Polston*
Christopher Shaun Polston
Georgia Bar No. 737821
*Attorney for Defendant, McLaren Automotive, Inc.*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
Email: shaun.polston@nelsonmullins.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2023, a true and correct copy of the foregoing document was served on the following counsel of record via email:

Marie Cheung-Truslow
Clinton Judd McCord
Law Offices of Marie Cheung-Truslow
101 Arch St
8th Floor
Boston, MA 02110
marie@cheungtruslowlaw.com
clint@cheungtruslowlaw.com

Eric David Miller
Miller Insurance Law Enterprise
115 Perimeter Center Place
South Terraces, Suite 430
Atlanta, GA 30346
emiller@millerbonham.com

Adam Klein
Fain, Major & Brennan
One Premier Plaza
5605 Glenridge Drive NE
Suite 900
Atlanta, GA 30342
aklein@adamkleinlaw.com

This 5th day of April, 2023.

/s/ *Christopher Shaun Polston*
Christopher Shaun Polston
Georgia Bar No. 737821
*Attorney for*
*Defendant McLaren Automotive, Inc.*