**In The Matter Of:**

*American Family Insurance, et al. v.*
*McLaren Automotive, et al.*

---

*Max Landes*
*February 27, 2023*
*Video Deposition*

---

*Regency-Brentano, Inc.*
*13 Corporate Square*
*Suite 140*
*Atlanta, Georgia 30329*
*404.321.3333*



REGENCY-BRENTANO, INC.
Certified Court Reporters

Min-U-Script® with Word Index

**Video Deposition**

```
1              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
2                        ATLANTA DIVISION

3

4

5    AMERICAN FAMILY HOME
     INSURANCE COMPANY, as
6    Subrogee of Adrian Biesecker,

7        Plaintiff,
                                        CIVIL NO.:
8    vs.                                1:22-CV-01392-LMM

9    MCLAREN AUTOMOTIVE, INC.,
     and KRAUSE FAMILY MOTORCARS, LLC,
10
         Defendants.
11
     ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
12               VIDEOTAPED DEPOSITION OF
                        MAX LANDES
13

14                   February 27, 2023
                        1:29 p.m.
15

16           Miller Insurance Law Enterprise
                115 Perimeter Center Place
17               South Terraces, Suite 430
                     Atlanta, Georgia
18

19         Michelle R. Lowe, RPR, CCR-2748

20

21               REGENCY-BRENTANO, INC.
                CERTIFIED COURT REPORTERS
22                  13 Corporate Square
                         Suite 140
23                Atlanta, Georgia 30329
                       404-321-3333
24

25
```

**Regency-Brentano, Inc.**

```
 1   APPEARANCE OF COUNSEL:
 2   On behalf of the Plaintiff:
 3            MARIE CHEUNG-TRUSLOW
 4            Attorney at Law
 5            LAW OFFICES OF MARIE CHEUNG-TRUSLOW
 6            101 Arch Street, 8th Floor
 7            Boston, Massachusetts  02110
 8            617-539-8674
 9            marie@cheungtruslowlaw.com
10
11   On behalf of the Defendant, McLaren Automotive,
12   Inc.:
13            RYAN E. COSGROVE
14            Attorney at Law
15            NELSON MULLINS
16            Pacific Gateway, Suite 900
17            19191 South Vermont Avenue
18            Torrance, California  90502
19            424-221-7404
20            ryan.cosgrove@nelsonmullins.com
21
22
23
24
25
```

**Video Deposition**                                    **3**

```
1   CONTINUED APPEARANCE OF COUNSEL:

2   On behalf of the Defendant, Krause Family Motorcars,

3   LLC:

4            ADAM KLEIN

5            Attorney at Law

6            FAIN MAJOR & BRENNAN PC

7            5605 Glenridge Drive

8            Suite 900

9            Atlanta, Georgia 30342

10           404-688-6633

11           aklein@fainmajor.com

12

13  Also Present:

14           Henry Stewart, Videographer
             Atlanta Legal Media
15

16

17

18

19

20

21

22

23

24

25
```

**Regency-Brentano, Inc.**

Video Deposition                                    4

1   INDEX TO EXAMINATIONS                          PAGE

2   Examination by Ms. Cheung-Truslow:              6

3   Examination by Mr. Cosgrove:                   31

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Video Deposition** 5

1              INDEX OF EXHIBITS

2    For the Plaintiff:

3    EXHIBIT   DESCRIPTION                       PAGE

4      P-5     December 22, 2022, Fire Origin and   12

5              Cause Report

6      P-20    June 7, 2021, NEFCO Vehicle Analysis   11

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Regency-Brentano, Inc.**

1           THE VIDEOGRAPHER:  Today is February 27th,

2    2023.  The time is 1:29 p.m.  We're on the record.

3           Will the court reporter please swear in

4    the witness.

5                    MAX LANDES,

6    being first duly sworn or affirmed to testify to the

7    truth, the whole truth, and nothing but the truth,

8    was examined and testified as follows:

9         EXAMINATION BY COUNSEL FOR THE PLAINTIFF

10   BY MS. CHEUNG-TRUSLOW:

11        Q    Good afternoon, Max.

12        A    Good afternoon.

13        Q    Can you state your full name.

14        A    Max Landes, L-A-N-D-E-S.

15        Q    And what is your middle initial?

16        A    E, Elliot.

17        Q    Ellie?

18        A    Elliot.

19        Q    Elliot?

20        A    Yes, ma'am.

21        Q    May I call you Max?

22        A    Please.

23        Q    Please.

24           Max, my name is Marie Cheung-Truslow and I

25   represent American Modern in regards to a litigation

1   that we have in which MotorCars of Atlanta is a

2   defendant in this case.  And I'm going to be asking

3   you lots of questions today.  To the extent you

4   don't understand my question, just stop me and say,

5   Marie, I don't understand your question, because I

6   will be more than happy to rephrase my --

7        A    Sure.

8        Q    -- question.

9             And please make all your answers audible.

10  All right?

11            You are being videotaped today and what

12  you are stating today will also be recorded.

13       A    Yes, ma'am.

14       Q    Okay.  What did you do to prepare for the

15  deposition?

16       A    Not much.

17       Q    Okay.  Did you speak with counsel?

18       A    Just briefly when we just met right now.

19       Q    Okay.  Did you speak with Derick?

20       A    About the deposition?  No.

21       Q    Yes.

22            Did you speak with Derick about his

23  deposition?

24       A    No.

25       Q    Did you speak with anyone at your employer

1   about coming to the deposition?

2        A    Yes.

3        Q    Okay.  Who did you speak with?

4        A    Brandon Saszi, my boss.

5        Q    All right.  And what did you guys talk

6   about?

7        A    Just that the deposition was -- Derick was

8   late; spoke to him this morning about it.  Derick

9   was late and he was hung up getting -- working on a

10  Speedtail.  And so I got him out as quickly as I

11  could.  And I'm sorry for the inconvenience it may

12  have caused you guys.

13            And I told him that I'd be here at 1:30.

14  He asked when he needed to be here.  I said 1:30

15  tomorrow.

16       Q    Okay.  Are you talking about --

17            MR. KLEIN:  Let the record reflect --

18  BY MS. CHEUNG-TRUSLOW:

19       Q    -- Brandon?

20            MR. KLEIN:  -- he got here really damn

21  fast.

22            MS. CHEUNG-TRUSLOW:  I'm sorry?

23            MR. KLEIN:  Let the record he got here

24  really fast.

25  BY MS. CHEUNG-TRUSLOW:

1       Q    So did you talk to Brandon Saszi about

2   anything else about your deposition?

3       A    No.

4       Q    Do you know what to expect during your

5   deposition?

6       A    Never been in one of these, no, ma'am.

7       Q    Okay.  Do you know what the nature of the

8   lawsuit is?

9       A    Yes.  It pertain to a 765LT that had a

10  fire incident -- I don't recall -- maybe a couple of

11  years ago.

12      Q    2021.

13           And what do you know about it?

14      A    Just the actual bullet points for the

15  repair that happened when the car was in the shop.

16  I don't know anything about what happened -- where

17  it went from there.  I believe it was Philadelphia

18  or somewhere out of state.

19      Q    Were you at all interviewed by a gentleman

20  named Pat Earley from JS Held?

21      A    Interviewed?  No.

22      Q    Okay.  Did you speak with any fire

23  investigators as a result of the fire?

24      A    No.  I only read the fire investigation.

25      Q    Okay.

```
 1        A     It was a PDF document.

 2        Q     From Pat -- from Pat Earley?

 3        A     I believe that's where I recognize the

 4    name.

 5        Q     Okay.  And when did you read that?

 6        A     I can't recall.  It was -- it was shortly

 7    after he completed it.

 8        Q     Okay.  And what was the purpose of you

 9    reading it?

10        A     I mean, it was shared with us

11    postinspection.  Beyond that, I don't know what

12    their intent was.

13        Q     And who shared it with you?

14        A     Brandon Saszi, my boss.

15        Q     Okay.  And did you make any comments about

16    that to anyone?

17        A     Sure, yeah, to Brandon directly.

18        Q     And what did you say?

19        A     I believe I just sent an e-mail that I

20    didn't feel that his conclusion of the inspection

21    was correct, but I'm not a fire investigator.  I

22    made that clear.

23        Q     Tell me why you thought so.

24        A     Because the car was so badly burnt and --

25    and the condition of the car and the -- some of the
```

```
 1  things that -- that he had in his report didn't make
 2  sense to me.  The -- where he had the arrow
 3  positioned on the -- where he said the failure was
 4  isn't the same position as where the actual
 5  quick-disconnect line is that we installed.
 6            There was just -- there was some
 7  irregularities in it that I just -- I didn't feel
 8  was conclusive.
 9      Q    I just want to make sure we're talking
10  about the same report.
11      A    Uh-huh.
12      Q    All right.  So take a look at Exhibit
13  Number -- hold on for a sec -- 19.  It's on the
14  stack of documents you have.
15      A    Sure.
16            Exhibit 2, 3 -- this only goes to 6.
17      Q    I'm sorry.  20.  Exhibit Number 20.
18            (Krause Deposition Exhibit P-20 was marked
19  for identification and attached to the transcript.)
20  BY MS. CHEUNG-TRUSLOW:
21      Q    Is this what you're referring to?
22      A    Yeah, I believe so.
23      Q    Okay.  And -- and also take a look at
24  Exhibit --
25      A    Yes --
```

```
 1        Q     -- Number 5.
 2        A     -- I remember -- I remember these
 3   pictures.
 4        Q     Okay.  Look at Exhibit Number 5.
 5              (Krause Deposition Exhibit P-5 was marked
 6   for identification and attached to the transcript.)
 7        A     Now we're going back.
 8   BY MS. CHEUNG-TRUSLOW:
 9        Q     So that's Pat -- Pat Earley's report,
10   which I was asking you questions about.
11        A     Ah, no.  This is not the same.
12        Q     Okay.  So I'm only asking you questions
13   about Pat Earley's report.
14        A     Okay.
15        Q     You said that you read --
16        A     I did not read this.
17        Q     Okay.
18        A     I've never seen this.
19        Q     All right.  So you have not seen Pat
20   Earley's report which is Exhibit Number 5; correct?
21        A     Correct.
22        Q     All right.  What you were referring to
23   earlier --
24        A     NEFCO.  This one.
25              THE COURT REPORTER:  You have to let her
```

1   finish the question.  You can't talk at the same

2   time.

3   BY MS. CHEUNG-TRUSLOW:

4        Q    What you were referring to earlier was

5   NEFCO's report, which is Exhibit Number 20; correct?

6        A    Yes, ma'am.

7        Q    All right.  And you said that Brandon gave

8   that to you?

9        A    Yes, ma'am.

10       Q    All right.  And what -- what was the

11   purpose of him giving you NEFCO's report?

12       A    I believe at that point in time it was

13   just the information -- we knew about the situation.

14   It happened in my department.  It was relevant

15   information; so he shared it.

16       Q    Okay.  And do you know who gave that to

17   Brandon?

18       A    I do not.

19       Q    All right.  Let's talk about what you said

20   earlier that you didn't agree with the inspection.

21            Let's go through that report and if you

22   could identify for me where do you disagree.  You

23   said there was an arrow or some sort or some

24   photographs.

25       A    I'm trying to remember.  This was a long

1   time ago.

2             Now I wish I had brought mine.

3        Q    Do you have a copy where you have marked

4   it up?

5        A    I haven't marked anything, but I --

6   this -- I don't -- my -- the e-mail that I received

7   is different than this.  There weren't this many

8   pictures and -- may I use my phone?

9        Q    I'm sorry.  What do you need?

10       A    May I use my phone?

11       Q    Do you want to look something up?

12       A    Yes.

13       Q    What would you like to --

14       A    I was going to try to look up the e-mail

15  that was sent to me.

16       Q    Yes, please.

17            MS. CHEUNG-TRUSLOW:  If you don't mind.

18            MR. KLEIN:  No.

19       A    So in his conclusion --

20  BY MS. CHEUNG-TRUSLOW:

21       Q    Can you identify the page.

22       A    This is Page 5 of Exhibit 20.

23       Q    You're really getting the hang of it, 5 of

24  20.

25       A    Yes, ma'am.

1              In his conclusion section, he said that --

2    what is the second paragraph down:  It is my

3    opinion, held to a reasonable degree of scientific

4    certainty, that the fuel filler hose had not been

5    properly installed in the vehicle when the fuel tank

6    was reinstalled by MotorCars of Atlanta.  I believe

7    that MotorCars of Atlanta had failed to secure the

8    filler hose with a second hose clamp, which allowed

9    gasoline to leak from the fuel tank during refueling

10   and caused a hot surface ignition of the fuel

11   vapors.

12              That didn't make sense to me.

13        Q    Okay.  What -- why did it not make sense?

14        A    Because it's a quick-disconnect.

15              So it -- are you -- if you're familiar

16   with fuel lines, the connection to the fuel tank

17   itself is part of the part that's sent to you.  And

18   it is a -- it is called a quick-disconnect because

19   it is a tab that is pressed and it creates a lock.

20              And there's no way that we could have not

21   installed that properly, because it was not leaking

22   fuel when it left.

23              If it was installed improperly -- fuel is

24   a pressurized system -- it would pop off and there

25   would -- it would have -- there -- we would have

1   known it, because part of Derick's repair

2   instructions is to inspect the car postrepair to

3   make sure that there's no leaks.  It says that

4   explicitly.  And at the time of repair there was no

5   further leaks and the fault that was on the dash

6   when the car had come in was gone.

7        Q    Okay.  So I want to make sure also we're

8   talking about clip and clamp.  All right.  Is there

9   a difference between --

10       A    Yes.

11       Q    -- the plastic clips and the metal clamps?

12       A    Yes, ma'am.

13       Q    All right.  So the filler -- the fuel

14  filler hose come with both plastic clips and metal

15  clamp; correct?

16       A    An Oetiker clamp, yes.

17       Q    I'm sorry?

18       A    Oetiker clamp, yeah.

19       Q    Can you spell that.

20       A    O-T-I-C-U-R [sic], I believe.  Oetiker.

21       Q    Oetiker clamp?

22       A    Yeah.  It's a type of clamp.

23       Q    It's the metal?

24       A    Yes, metal.

25       Q    Okay.  So what is your understanding as to

1   what NEFCO is saying on Page 5 as to what was

2   missing?  Was it the Oetiker clamp or the plastic

3   clamp --

4         A    The --

5         Q    -- and the plastic clip?

6         A    Yeah.  When I read that, he's -- he's

7   referring to the quick-disconnect not properly

8   installed.

9         Q    I see.  Okay.

10             And where does it say it's the clip that

11   he's referring to?

12        A    I don't know, because we didn't -- as

13   far -- again, I'm not the technician.  But as far as

14   I know, we didn't replace any clamps.

15        Q    Right.  Okay.  I'm reading on Page 5,

16   conclusion, where you were reading.  And it says

17   that the fuel filler hose had not been properly

18   installed in the vehicle when the fuel tank was

19   reinstalled by MotorCars of Atlanta.

20             And he says:  I believe that MotorCars of

21   Atlanta had failed to secure the filler hose with a

22   second hose clamp, which allowed gasoline to leak.

23             And so forth.

24             He's talking about the clamp, a metal

25   clamp?

```
 1        A     Uh-huh.  I don't know that to be part of
 2    the repair that -- you'd have to default to Derick.
 3        Q     Okay.  All right.  So that's what he's
 4    saying is the metal clamp, not the clip --
 5        A     Yeah.
 6        Q     -- right?
 7        A     I read this as -- because, yeah --
 8        Q     Because --
 9        A     -- as far as I know, there wasn't a clamp
10    replaced.
11        Q     Right.
12        A     You just -- you disconnect it from the
13    fuel tank, drop the fuel tank, perform the repair,
14    put the fuel tank back in, and you --
15        Q     Clip it?
16        A     Yeah.
17        Q     Right.  So part --
18        A     Connect it.
19        Q     -- of the repair did not include any work
20    on the metal clamp.  Is that what you're saying?
21        A     Not that I -- not to my knowledge.
22        Q     Okay.  And do you know whether he secured
23    the metal clamp at all -- at --
24        A     I don't know.
25        Q     -- the filler?
```

1        A     Not to my knowledge.

2        Q     Okay.  So your understanding of why you --

3   the reason why you didn't agree with this conclusion

4   was that you're saying that it wouldn't have been

5   possible to leave the shop without properly clipping

6   on the fuel -- fuel --

7        A     Fuel filler neck.

8        Q     -- filler hose?

9        A     Yeah.

10       Q     Okay.  You're talking about the clip?

11       A     Uh-huh.

12       Q     You're not talking about the clamp?

13       A     Yeah.

14       Q     All right.  So since this is about the

15   clamp, do you have a position about that?

16       A     I couldn't say.

17       Q     Okay.  So it's different now.  You're not

18   really disagreeing; correct?

19       A     Again, as stated before, either way, the

20   car would be leaking fuel.

21       Q     Well, if the clamp -- have you ever been

22   involved in some type of failure analysis of --

23       A     Negative, ma'am.

24       Q     -- a vehicle?

25             Okay.  I just want to make sure you're not

1   schooled in that.

2       A    No --

3       Q    Okay.

4       A    -- I'm not.  Like, I'm just answering your

5   questions honestly.

6       Q    Yes.  I definitely want --

7       A    I just -- I remember answering that was my

8   take.

9       Q    Okay.  So now that I've explained to you

10  that the paragraph is talking about the metal clamp,

11  does that change your position that NEFCO was not

12  correct?

13      A    I don't think it changes my position.

14      Q    Okay.

15      A    I -- I -- again, this is -- this is all

16  just opinion.  But I don't feel that this conclusion

17  is correct.

18      Q    Okay.  Is it possible for a technician --

19  not necessarily Derick, okay -- a technician to not

20  properly secure a metal clamp along the fuel filler

21  neck?  Is it possible?

22      A    Are -- you're asking me if it's possible

23  to --

24      Q    Yeah.  To kind of, you know, not do a --

25  you know, a full, complete clamp?

1        A     No.  I mean, the clamp is either installed
2   or it's not.
3        Q     Okay.
4        A     I mean, it would be loose.
5        Q     Okay.  So can a clamp be installed
6   loosely?
7        A     If it's an adjustable clamp, yes.
8        Q     Do you know whether the clamp that was
9   used in the --
10       A     I don't know that there was a clamp used.
11       Q     If you could just let me finish --
12       A     Yes, ma'am.
13       Q     -- my question.  I know.  I do that all
14   the time too.  I just finish people's sentences.
15   And we're not even married.  So let me just finish
16   my question.
17       A     Yes, ma'am.
18       Q     Is it possible to have a metal clamps
19   fitted loosely on a hose?
20       A     Anything is possible, ma'am.
21       Q     Okay.  Do you know whether the metal clamp
22   was fitted loosely on the hose when it left McLaren
23   of Atlanta shop?
24       A     No, ma'am.  I do not know for a fact.
25       Q     Do you know whether there -- whether

1  Derick installed or made sure that there was a metal

2  clamp on the fuel filler neck?

3      A    Derick is trained to follow the repair

4  instructions completely every time.

5      Q    Okay.

6      A    Sometimes things change, but,

7  nevertheless, he pulls up repair instructions during

8  every repair and he follows them to a T.

9           I simply asked him were the repair

10  instructions completed per the manufacturer

11  requirement.  He said yes.

12      Q    Okay.  Are you aware that the repair

13  instruction for McLarens does not in any way

14  reference the metal clamps?

15      A    Like I said, I don't know there to be

16  metal clamps, no, ma'am.

17      Q    Okay.  So, again, the question is:  Do

18  you -- are you aware whether the instructions from

19  McLaren in regards to the repair does not include

20  any metal clamps?  No mention of it?

21      A    I didn't memorize the repair instructions,

22  but I remember explicitly the quick-disconnect --

23      Q    Okay.

24      A    -- that goes to the --

25      Q    Two different things; right?

1        A     Yes, ma'am.

2        Q     Okay.  I'm just asking you about the metal

3   clamps.

4        A     Then I don't know.

5        Q     All right.  Did you see anything else in

6   NEFCO's report that you thought, well, factually

7   speaking, that's not what occurred or is inaccurate,

8   just factually speaking?

9        A     No.  Everything else seemed to be his

10  opinion of what happened.

11       Q     Yes, it is.

12             But then I just want to make sure that,

13  since you reviewed it, whether there's any factual

14  recitation that you don't agree with in his report,

15  not his opinion, but his factual recitation.

16       A     No, ma'am.  I'm -- I'm -- he's a fire

17  investigator; I'm not.

18       Q     All right.  Did you take a look at Exhibit

19  Number 5?

20       A     You just gave it to me.

21       Q     Yes.

22       A     I have not seen this before.

23             Do you want me to --

24       Q     No.  I don't need you to.

25       A     Okay.

Max Landes - February 27, 2023                    24
Video Deposition

```
 1        Q    No.  As you say, you had mentioned you saw
 2   something and I wanted to follow through with that.
 3             What is your role at McLaren of --
 4   McLaren --
 5        A    I'm the parts and --
 6        Q    Sorry.  Let me --
 7        A    -- service director.
 8        Q    I didn't -- that was a bad question.
 9             What is your role at MotorCars of Atlanta?
10        A    I knew where you were going.  I'm the
11   parts and service director.
12        Q    And what are your primary
13   responsibilities?
14        A    Oversight of the service department,
15   advisors, technicians, and the parts department.
16        Q    So are you Derick's supervisor?
17        A    Yes.
18        Q    Is Isaac Robles still with your employer?
19        A    Robles.  No, ma'am.
20        Q    Robles.
21             When did he leave?
22        A    Year-and-a-half ago.
23        Q    Where did he go to work?
24        A    To TRUE Automotive.
25        Q    Where -- which one?
```

Regency-Brentano, Inc.

1        A    I believe it was a -- it was -- he was

2    going to be a service manager of a new opening TRUE

3    and I believe it was on Roswell Road near -- near

4    here.

5        Q    Atlanta?

6        A    Dunwoody.

7        Q    So on Roswell Road in Atlanta?

8        A    Yeah.

9        Q    Okay.  To be the new service manager?

10       A    That's what I understood, yes, ma'am.

11       Q    Do you know whether he's still there?

12       A    He reached out to me -- I don't know -- a

13   month ago, because he wanted a letter of

14   recommendation.  I think he wants to go into real

15   estate.  So I don't know him to still be there.  I

16   think he may have left.

17       Q    All right.  Do you know where he lives?

18       A    No, no, ma'am.

19       Q    Like, the town?

20       A    Like, I believe he's in Marietta

21   somewhere.

22       Q    Marietta.  Okay.

23            Approximately how old is he?

24       A    30.

25       Q    Race?

```
 1       A    Puerto Rican.

 2       Q    Was that a question?

 3       A    Huh?

 4       Q    Was that a question?

 5       A    Sorry.  I never asked.

 6       Q    Okay.  All right.  You wouldn't, by any

 7  chance, know his telephone number?

 8       A    In my phone, yes, ma'am.

 9       Q    Can you give that to me.

10       A    Yes, ma'am.

11            404-319-0828.

12       Q    404-319?

13       A    0828.

14       Q    Thank you.

15            And what involvement did you have with the

16  work that Derick performed?

17       A    At the time the car was new.  It was a

18  765.  And it came in for fuel fault.  And upon

19  inspection there was rodent damage.

20            So in those situations, I was notified.

21  It was -- those issues are not a warrantable item --

22       Q    What --

23       A    -- so --

24       Q    What does that mean, warrantable --

25       A    Failure --
```

1        Q     -- item?

2        A     Failure of parts and materials that would

3    be McLaren's responsibility is a warrantable item.

4        Q     I see.

5        A     But something that's caused by outside

6    influence, that's not a failure of parts and

7    materials or is caused by an outside influence is

8    customer pay.

9        Q     I see.

10             And do you know whether the customer paid

11   for those services?

12       A     I know the customer paid for the repairs,

13   yes, ma'am.

14       Q     Okay.  And who was your customer?

15       A     MotorCars of Jackson.

16       Q     Did you know at the time that Adrian

17   Biesecker owned the car?

18       A     No, ma'am.

19             The original repair was -- repair order

20   was written up by Branton, I believe.  James

21   Branton.

22       Q     Right.  I think he was the very first

23   owner of the vehicle.

24             All right.  Are you involved with ordering

25   parts?

1       A    No.

2       Q    Okay.  Who --

3       A    I have parts -- parts counterpeople who

4   order the parts.

5       Q    All right.  And what other involvement did

6   you have?

7       A    There was an issue getting parts at one

8   point.  I was -- I was notified that they were

9   having trouble getting the parts to arrive.  I think

10  the customer was speaking to Isaac about when -- is

11  it here, do you have a tracking number, is it -- you

12  know.

13           So I did go back to parts at that point in

14  time and try to expedite, you know, any way that I

15  could.

16      Q    Do you know which part was --

17      A    I don't.

18      Q    -- at issue?

19      A    I don't recall anymore.

20      Q    All right.  And do you access the McLaren

21  SIS during your work?

22      A    No.  It's not -- it's only for specific

23  issues.  Like, if we're doing a differential

24  diagnosis and we need to, you know, discuss, then

25  we'll -- we'll use that as supplementary material.

Max Landes - February 27, 2023                    29
Video Deposition

```
 1              But my day-to-day doesn't involve --
 2     that's -- that's what Derick would do.
 3         Q    Okay.  Are you -- are you a certified --
 4         A    No, ma'am.
 5         Q    -- mechanic?
 6         A    No, ma'am.
 7         Q    Do you have any special training in
 8     automotive mechanics?
 9         A    No, ma'am.
10         Q    What is your professional background?
11         A    My whole life story, or just -- just
12     automotive- --
13         Q    Well --
14         A    -- related?
15         Q    -- we only have five minutes.  No.
16         A    I spent ten years with BMW as a service
17     advisor and a service manager; six years with
18     Porsche as a service advisor and assistant manager;
19     and then I've been here for four years at MotorCars
20     of Atlanta as a service director.
21         Q    Okay.  And part of the service is really
22     customer service?
23         A    It's all administrative mostly, yes,
24     ma'am.
25         Q    Okay.  So administrative, meaning what?
```

1      A      Communication, managing the repair orders,

2  I mean, dealing with parts issues, you know, helping

3  facilitate getting work through the shop, planning

4  and prioritizing what work needs to go in next, that

5  kind of stuff.

6      Q      Were you involved in the transport of the

7  McLaren 765 to Adrian Biesecker?

8      A      No, ma'am.

9      Q      Who was involved with that?

10      A      Isaac.

11      Q      Are you involved at all in the corporate

12  work of MotorCars of Atlanta?

13      A      No.

14      Q      You're not involved in, like, the

15  agreements between the MotorCars of Atlanta and,

16  let's say, McLaren?

17      A      No, ma'am.  That would be Brandon.

18      Q      Brandon.  Okay.

19      A      Yeah, the general manager, yes.

20      Q      All right.  Is there anything that I have

21  not asked you today that you believe assists you

22  with defending the case?

23      A      Not that I recall.

24              MS. CHEUNG-TRUSLOW:  That's all the

25  questions I have for you.

```
 1              THE WITNESS:  That was easy.
 2              MR. COSGROVE:  I don't think I have any
 3    questions for you, but I'll just ask a couple to
 4    make yourself feel more important.
 5              THE WITNESS:  How nice of you.  I
 6    appreciate that.
 7         EXAMINATION BY COUNSEL FOR THE DEFENDANTS
 8    BY MR. COSGROVE:
 9         Q    So you were mentioning that you noticed --
10    not you personally, but Derick noticed there was
11    rodent damage to the vehicle; correct?
12         A    Yes.
13         Q    And that is a not a warrantable item
14    because it's not a failure of parts and materials?
15         A    Yes.  On McLaren's part, correct.
16         Q    Right.  So McLaren was not involved in
17    that repair; is that --
18         A    Negative.
19         Q    -- correct?
20         A    That's correct, sir.
21         Q    And so it was a repair that the dealership
22    handled on its own; is that right?
23         A    Yes, sir.
24              MR. COSGROVE:  That's all I have.  Thank
25    you.
```

1               MR. KLEIN:  Nothing from me.

2               MS. CHEUNG-TRUSLOW:  You're a free man.

3               THE WITNESS:  Oh, thank you.

4               THE VIDEOGRAPHER:  1:55 p.m.  We're off

5    the record.

6               (Deposition concluded 1:55 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          CERTIFICATE OF COURT REPORTER

2

3    STATE OF GEORGIA:

4    COUNTY OF COBB:

5

6            I hereby certify that the foregoing

7    transcript was taken down, as stated in the caption,

8    and the questions and answers were reduced to

9    typewriting under my direction; that the foregoing

10   32 pages represent a true and correct transcript of

11   the evidence given upon said proceeding.

12

13           This the 13th day of March 2023.

14

15

16   _____

17       MICHELLE LOWE, RPR, CCR-2748

18

19

20

21

22

23

24

25

```
 1              DISCLOSURE OF COURT REPORTER

 2

 3              Pursuant to Article 10.B of the Rules and

 4    Regulations of the Board Of Court Reporting of the

 5    Judicial Council of Georgia, I make the following

 6    disclosures:

 7              That I am not disqualified for a

 8    relationship of interest under the provisions of

 9    OCGA Section 9-11-28(c); that I am a Georgia

10    Certified Court Reporter; that I am a representative

11    of MLowe Reporting, LLC; that MLowe Reporting, LLC,

12    was contacted by Regency-Brentano, Inc. to provide

13    court reporting services for this deposition; that

14    all financial arrangements beyond the usual and

15    customary rates have been disclosed and offered to

16    all parties; and that I will not be taking this

17    deposition under any contract prohibited by Georgia

18    law.

19

20              This the 27th day of February 2023.

21

22

23

24         MICHELLE LOWE, RPR, CCR-2748

25
```

Case 1:22-cv-01392-LMM   Document 52-1   Filed 04/05/23   Page 36 of 40
American Family Insurance, et al. v.
McLaren Automotive, et al.
Video Deposition
Max Landes
February 27, 2023

**[**

[sic] (1)
16:20

**A**

access (1)
28:20
actual (2)
9:14;11:4
adjustable (1)
21:7
administrative (2)
29:23,25
Adrian (2)
27:16;30:7
advisor (2)
29:17,18
advisors (1)
24:15
affirmed (1)
6:6
afternoon (2)
6:11,12
again (4)
17:13;19:19;20:15;
22:17
ago (4)
9:11;14:1;24:22;
25:13
agree (3)
13:20;19:3;23:14
agreements (1)
30:15
Ah (1)
12:11
allowed (2)
15:8;17:22
along (1)
20:20
American (1)
6:25
analysis (1)
19:22
anymore (1)
28:19
APPEARANCE (1)
2:1
appreciate (1)
31:6
Approximately (1)
25:23
Arch (1)
2:6
arrive (1)
28:9
arrow (2)
11:2;13:23
assistant (1)
29:18
assists (1)

**30:21**
Atlanta (12)
7:1;15:6,7;17:19,
21;21:23;24:9;25:5,7;
29:20;30:12,15
attached (2)
11:19;12:6
Attorney (2)
2:4,14
audible (1)
7:9
Automotive (3)
2:11;24:24;29:8
automotive- (1)
29:12
Avenue (1)
2:17
aware (2)
22:12,18

**B**

back (3)
12:7;18:14;28:13
background (1)
29:10
bad (1)
24:8
badly (1)
10:24
behalf (2)
2:2,11
Beyond (1)
10:11
Biesecker (2)
27:17;30:7
BMW (1)
29:16
boss (2)
8:4;10:14
Boston (1)
2:7
both (1)
16:14
Brandon (9)
8:4,19;9:1;10:14,
17;13:7,17;30:17,18
Branton (2)
27:20,21
briefly (1)
7:18
brought (1)
14:2
bullet (1)
9:14
burnt (1)
10:24

**C**

California (1)
2:18
call (1)

**6:21**
called (1)
15:18
came (1)
26:18
Can (5)
6:13;14:21;16:19;
21:5;26:9
car (8)
9:15;10:24,25;16:2,
6;19:20;26:17;27:17
case (2)
7:2;30:22
caused (4)
8:12;15:10;27:5,7
certainty (1)
15:4
certified (1)
29:3
chance (1)
26:7
change (2)
20:11;22:6
changes (1)
20:13
CHEUNG-TRUSLOW (14)
2:3,5;6:10,24;8:18,
22,25;11:20;12:8;
13:3;14:17,20;30:24;
32:2
clamp (29)
15:8;16:8,15,16,18,
21,22;17:2,3,22,24,
25;18:4,9,20,23;
19:12,15,21;20:10,20,
25;21:1,5,7,8,10,21;
22:2
clamps (7)
16:11;17:14;21:18;
22:14,16,20;23:3
clear (1)
10:22
clip (6)
16:8;17:5,10;18:4,
15;19:10
clipping (1)
19:5
clips (2)
16:11,14
coming (1)
8:1
comments (1)
10:15
Communication (1)
30:1
complete (1)
20:25
completed (2)
10:7;22:10
completely (1)
22:4
concluded (1)
32:6

conclusion (6)
10:20;14:19;15:1;
17:16;19:3;20:16
conclusive (1)
11:8
condition (1)
10:25
Connect (1)
18:18
connection (1)
15:16
copy (1)
14:3
corporate (1)
30:11
COSGROVE (4)
2:13;31:2,8,24
COUNSEL (4)
2:1;6:9;7:17;31:7
counterpeople (1)
28:3
couple (2)
9:10;31:3
court (2)
6:3;12:25
creates (1)
15:19
customer (6)
27:8,10,12,14;
28:10;29:22

**D**

damage (2)
26:19;31:11
damn (1)
8:20
dash (1)
16:5
day-to-day (1)
29:1
dealership (1)
31:21
dealing (1)
30:2
default (1)
18:2
Defendant (2)
2:11;7:2
DEFENDANTS (1)
31:7
defending (1)
30:22
definitely (1)
20:6
degree (1)
15:3
department (3)
13:14;24:14,15
deposition (10)
7:15,20,23;8:1,7;
9:2,5;11:18;12:5;32:6
Derick (11)

7:19,22;8:7,8;18:2;
20:19;22:1,3;26:16;
29:2;31:10
Derick's (2)
16:1;24:16
diagnosis (1)
28:24
difference (1)
16:9
different (3)
14:7;19:17;22:25
differential (1)
28:23
directly (1)
10:17
director (3)
24:7,11;29:20
disagree (1)
13:22
disagreeing (1)
19:18
disconnect (1)
18:12
discuss (1)
28:24
document (1)
10:1
documents (1)
11:14
down (1)
15:2
drop (1)
18:13
duly (1)
6:6
Dunwoody (1)
25:6
during (4)
9:4;15:9;22:7;
28:21

**E**

Earley (2)
9:20;10:2
Earley's (3)
12:9,13,20
earlier (3)
12:23;13:4,20
easy (1)
31:1
either (2)
19:19;21:1
Ellie (1)
6:17
Elliot (3)
6:16,18,19
else (3)
9:2;23:5,9
e-mail (3)
10:19;14:6,14
employer (2)
7:25;24:18

Case 1:22-cv-01392-LMM   Document 52-1   Filed 04/05/23   Page 37 of 40
American Family Insurance, et al. v.
McLaren Automotive, et al.
Video Deposition
Max Landes
February 27, 2023

**estate (1)**
25:15
**even (1)**
21:15
**EXAMINATION (2)**
6:9;31:7
**examined (1)**
6:8
**Exhibit (11)**
11:12,16,17,18,24;
12:4,5,20;13:5;14:22;
23:18
**expect (1)**
9:4
**expedite (1)**
28:14
**explained (1)**
20:9
**explicitly (2)**
16:4;22:22
**extent (1)**
7:3

**F**

**facilitate (1)**
30:3
**fact (1)**
21:24
**factual (2)**
23:13,15
**factually (2)**
23:6,8
**failed (2)**
15:7;17:21
**failure (6)**
11:3;19:22;26:25;
27:2,6;31:14
**familiar (1)**
15:15
**far (3)**
17:13,13;18:9
**fast (2)**
8:21,24
**fault (2)**
16:5;26:18
**February (1)**
6:1
**feel (4)**
10:20;11:7;20:16;
31:4
**filler (11)**
15:4,8;16:13,14;
17:17,21;18:25;19:7,
8;20:20;22:2
**finish (4)**
13:1;21:11,14,15
**fire (6)**
9:10,22,23,24;
10:21;23:16
**first (2)**
6:6;27:22
**fitted (2)**

21:19,22
**five (1)**
29:15
**Floor (1)**
2:6
**follow (2)**
22:3;24:2
**follows (2)**
6:8;22:8
**forth (1)**
17:23
**four (1)**
29:19
**free (1)**
32:2
**fuel (21)**
15:4,5,9,10,16,16,
22,23;16:13;17:17,
18;18:13,13,14;19:6,
6,7,20;20:20;22:2;
26:18
**full (2)**
6:13;20:25
**further (1)**
16:5

**G**

**gasoline (2)**
15:9;17:22
**Gateway (1)**
2:16
**gave (3)**
13:7,16;23:20
**general (1)**
30:19
**gentleman (1)**
9:19
**giving (1)**
13:11
**goes (2)**
11:16;22:24
**Good (2)**
6:11,12
**guys (2)**
8:5,12

**H**

**handled (1)**
31:22
**hang (1)**
14:23
**happened (4)**
9:15,16;13:14;
23:10
**happy (1)**
7:6
**Held (2)**
9:20;15:3
**helping (1)**
30:2
**hold (1)**

11:13
**honestly (1)**
20:5
**hose (10)**
15:4,8,8;16:14;
17:17,21,22;19:8;
21:19,22
**hot (1)**
15:10
**Huh (1)**
26:3
**hung (1)**
8:9

**I**

**identification (2)**
11:19;12:6
**identify (2)**
13:22;14:21
**ignition (1)**
15:10
**important (1)**
31:4
**improperly (1)**
15:23
**inaccurate (1)**
23:7
**Inc (1)**
2:12
**incident (1)**
9:10
**include (2)**
18:19;22:19
**inconvenience (1)**
8:11
**influence (2)**
27:6,7
**information (2)**
13:13,15
**initial (1)**
6:15
**inspect (1)**
16:2
**inspection (3)**
10:20;13:20;26:19
**installed (9)**
11:5;15:5,21,23;
17:8,18;21:1,5;22:1
**instruction (1)**
22:13
**instructions (6)**
16:2;22:4,7,10,18,
21
**intent (1)**
10:12
**interviewed (2)**
9:19,21
**into (1)**
25:14
**investigation (1)**
9:24
**investigator (2)**

10:21;23:17
**investigators (1)**
9:23
**involve (1)**
29:1
**involved (7)**
19:22;27:24;30:6,9,
9,11,14;31:16
**involvement (2)**
26:15;28:5
**irregularities (1)**
11:7
**Isaac (3)**
24:18;28:10;30:10
**issue (2)**
28:7,18
**issues (3)**
26:21;28:23;30:2
**item (4)**
26:21;27:1,3;31:13

**J**

**Jackson (1)**
27:15
**James (1)**
27:20
**JS (1)**
9:20

**K**

**kind (2)**
20:24;30:5
**KLEIN (5)**
8:17,20,23;14:18;
32:1
**knew (2)**
13:13;24:10
**knowledge (2)**
18:21;19:1
**known (1)**
16:1
**Krause (2)**
11:18;12:5

**L**

**LANDES (2)**
6:5,14
**L-A-N-D-E-S (1)**
6:14
**late (2)**
8:8,9
**Law (3)**
2:4,5,14
**lawsuit (1)**
9:8
**leak (2)**
15:9;17:22
**leaking (2)**
15:21;19:20
**leaks (2)**

16:3,5
**leave (1)**
19:5;24:21
**left (3)**
15:22;21:22;25:16
**letter (1)**
25:13
**life (1)**
29:11
**line (1)**
11:5
**lines (1)**
15:16
**litigation (1)**
6:25
**lives (1)**
25:17
**lock (1)**
15:19
**long (1)**
13:25
**look (6)**
11:12,23;12:4;
14:11,14;23:18
**loose (1)**
21:4
**loosely (3)**
21:6,19,22
**lots (1)**
7:3

**M**

**ma'am (28)**
6:20;7:13;9:6;13:6,
9;14:25;16:12;19:23;
21:12,17,20,24;22:16;
23:1,16;24:19;25:10,
18;26:8,10;27:13,18;
29:4,6,9,24;30:8,17
**man (1)**
32:2
**manager (5)**
25:2,9;29:17,18;
30:19
**managing (1)**
30:1
**manufacturer (1)**
22:10
**many (1)**
14:7
**MARIE (4)**
2:3,5;6:24;7:5
marie@cheungtruslowlawcom (1)
2:9
**Marietta (2)**
25:20,22
**marked (4)**
11:18;12:5;14:3,5
**married (1)**
21:15
**Massachusetts (1)**
2:7

American Family Insurance, et al. v.
McLaren Automotive, et al.

Video Deposition

Max Landes
February 27, 2023

**material (1)**
28:25
**materials (1)**
27:2,7;31:14
**MAX (5)**
6:5,11,14,21,24
**May (5)**
6:21;8:11;14:8,10;
25:16
**maybe (1)**
9:10
**McLaren (9)**
2:11;21:22;22:19;
24:3,4;28:20;30:7,16;
31:16
**McLarens (1)**
22:13
**McLaren's (2)**
27:3;31:15
**mean (5)**
10:10;21:1,4;26:24;
30:2
**meaning (1)**
29:25
**mechanic (1)**
29:5
**mechanics (1)**
29:8
**memorize (1)**
22:21
**mention (1)**
22:20
**mentioned (1)**
24:1
**mentioning (1)**
31:9
**met (1)**
7:18
**metal (17)**
16:11,14,23,24;
17:24;18:4,20,23;
20:10,20;21:18,21;
22:1,14,16,20;23:2
**middle (1)**
6:15
**mind (1)**
14:17
**mine (1)**
14:2
**minutes (1)**
29:15
**missing (1)**
17:2
**Modern (1)**
6:25
**month (1)**
25:13
**more (2)**
7:6;31:4
**morning (1)**
8:8
**mostly (1)**
29:23

**MotorCars (10)**
7:1;15:6,7;17:19,
20;24:9;27:15;29:19;
30:12,15
**much (1)**
7:16
**MULLINS (1)**
2:15

## N

**name (3)**
6:13,24;10:4
**named (1)**
9:20
**nature (1)**
9:7
**near (2)**
25:3,3
**necessarily (1)**
20:19
**neck (3)**
19:7;20:21;22:2
**need (3)**
14:9;23:24;28:24
**needed (1)**
8:14
**needs (1)**
30:4
**NEFCO (3)**
12:24;17:1;20:11
**NEFCO's (3)**
13:5,11;23:6
**Negative (2)**
19:23;31:18
**NELSON (1)**
2:15
**nevertheless (1)**
22:7
**new (3)**
25:2,9;26:17
**next (1)**
30:4
**nice (1)**
31:5
**noticed (2)**
31:9,10
**notified (2)**
26:20;28:8
**Number (9)**
11:13,17;12:1,4,20;
13:5;23:19;26:7;
28:11

## O

**occurred (1)**
23:7
**Oetiker (5)**
16:16,18,20,21;
17:2
**off (2)**
15:24;32:4

**OFFICES (1)**
2:5
**old (1)**
25:23
**one (4)**
9:6;12:24;24:25;
28:7
**only (5)**
9:24;11:16;12:12;
28:22;29:15
**opening (1)**
25:2
**opinion (4)**
15:3;20:16;23:10,
15
**order (2)**
27:19;28:4
**ordering (1)**
27:24
**orders (1)**
30:1
**original (1)**
27:19
**O-T-I-C-U-R (1)**
16:20
**out (3)**
8:10;9:18;25:12
**outside (2)**
27:5,7
**Oversight (1)**
24:14
**own (1)**
31:22
**owned (1)**
27:17
**owner (1)**
27:23

## P

**P-20 (1)**
11:18
**P-5 (1)**
12:5
**Pacific (1)**
2:16
**page (4)**
14:21,22;17:1,15
**paid (2)**
27:10,12
**paragraph (2)**
15:2;20:10
**part (8)**
15:17,17;16:1;18:1,
17;28:16;29:21;31:15
**parts (14)**
24:5,11,15;27:2,6,
25;28:3,3,4,7,9,13;
30:2;31:14
**Pat (7)**
9:20;10:2,2;12:9,9,
13,19
**pay (1)**

27:8
**PDF (1)**
10:1
**people's (1)**
21:14
**per (1)**
22:10
**perform (1)**
18:13
**performed (1)**
26:16
**personally (1)**
31:10
**pertain (1)**
9:9
**Philadelphia (1)**
9:17
**phone (3)**
14:8,10;26:8
**photographs (1)**
13:24
**pictures (2)**
12:3;14:8
**Plaintiff (2)**
2:2;6:9
**planning (1)**
30:3
**plastic (4)**
16:11,14;17:2,5
**please (5)**
6:3,22,23;7:9;14:16
**pm (3)**
6:2;32:4,6
**point (3)**
13:12;28:8,13
**points (1)**
9:14
**pop (1)**
15:24
**Porsche (1)**
29:18
**position (4)**
11:4;19:15;20:11,
13
**positioned (1)**
11:3
**possible (6)**
19:5;20:18,21,22;
21:18,20
**postinspection (1)**
10:11
**postrepair (1)**
16:2
**prepare (1)**
7:14
**pressed (1)**
15:19
**pressurized (1)**
15:24
**primary (1)**
24:12
**prioritizing (1)**
30:4

**professional (1)**
29:10
**properly (6)**
15:5,21;17:7,17;
19:5;20:20
**Puerto (1)**
26:1
**pulls (1)**
22:7
**purpose (2)**
10:8;13:11
**put (1)**
18:14

## Q

**quick-disconnect (5)**
11:5;15:14,18;17:7;
22:22
**quickly (1)**
8:10

## R

**Race (1)**
25:25
**reached (1)**
25:12
**read (6)**
9:24;10:5;12:15,16;
17:6;18:7
**reading (3)**
10:9;17:15,16
**real (1)**
25:14
**really (5)**
8:20,24;14:23;
19:18;29:21
**reason (1)**
19:3
**reasonable (1)**
15:3
**recall (4)**
9:10;10:6;28:19;
30:23
**received (1)**
14:6
**recitation (2)**
23:14,15
**recognize (1)**
10:3
**recommendation (1)**
25:14
**record (4)**
6:2;8:17,23;32:5
**recorded (1)**
7:12
**reference (1)**
22:14
**referring (5)**
11:21;12:22;13:4;
17:7,11
**reflect (1)**

Case 1:22-cv-01392-LMM   Document 52-1   Filed 04/05/23   Page 39 of 40

American Family Insurance, et al. v.
McLaren Automotive, et al.

Video Deposition

Max Landes
February 27, 2023

8:17
**refueling (1)**
  15:9
**regards (2)**
  6:25;22:19
**reinstalled (2)**
  15:6;17:19
**related (1)**
  29:14
**relevant (1)**
  13:14
**remember (5)**
  12:2,2;13:25;20:7;
  22:22
**repair (18)**
  9:15;16:1,4;18:2,
  13,19;22:3,7,8,9,12,
  19,21;27:19,19;30:1;
  31:17,21
**repairs (1)**
  27:12
**rephrase (1)**
  7:6
**replace (1)**
  17:14
**replaced (1)**
  18:10
**report (10)**
  11:1,10;12:9,13,20;
  13:5,11,21;23:6,14
**reporter (2)**
  6:3;12:25
**represent (1)**
  6:25
**requirement (1)**
  22:11
**responsibilities (1)**
  24:13
**responsibility (1)**
  27:3
**result (1)**
  9:23
**reviewed (1)**
  23:13
**Rican (1)**
  26:1
**right (29)**
  7:10,18;8:5;11:12;
  12:19,22;13:7,10,19;
  16:8,13;17:15;18:3,6,
  11,17;19:14;22:25;
  23:5,18;25:17;26:6;
  27:22,24;28:5,20;
  30:20;31:16,22
**Road (2)**
  25:3,7
**Robles (3)**
  24:18,19,20
**rodent (2)**
  26:19;31:11
**role (2)**
  24:3,9
**Roswell (2)**

25:3,7
**RYAN (1)**
  2:13
ryancosgrove@nelsonmullinscom (1)
  2:20

**S**

**same (4)**
  11:4,10;12:11;13:1
**Saszi (3)**
  8:4;9:1;10:14
**saw (1)**
  24:1
**saying (4)**
  17:1;18:4,20;19:4
**schooled (1)**
  20:1
**scientific (1)**
  15:3
**sec (1)**
  11:13
**second (3)**
  15:2,8;17:22
**section (1)**
  15:1
**secure (3)**
  15:7;17:21;20:20
**secured (1)**
  18:22
**seemed (1)**
  23:9
**sense (3)**
  11:2;15:12,13
**sent (3)**
  10:19;14:15;15:17
**sentences (1)**
  21:14
**service (11)**
  24:7,11,14;25:2,9;
  29:16,17,18,20,21,22
**services (1)**
  27:11
**shared (3)**
  10:10,13;13:15
**shop (4)**
  9:15;19:5;21:23;
  30:3
**shortly (1)**
  10:6
**simply (1)**
  22:9
**SIS (1)**
  28:21
**situation (1)**
  13:13
**situations (1)**
  26:20
**six (1)**
  29:17
**Sometimes (1)**
  22:6
**somewhere (2)**

9:18;25:21
**sorry (7)**
  8:11;22;11:17;14:9;
  16:17;24:6;26:5
**sort (1)**
  13:23
**South (1)**
  2:17
**speak (6)**
  7:17,19,22,25;8:3;
  9:22
**speaking (3)**
  23:7,8;28:10
**special (1)**
  29:7
**specific (1)**
  28:22
**Speedtail (1)**
  8:10
**spell (1)**
  16:19
**spent (1)**
  29:16
**spoke (1)**
  8:8
**stack (1)**
  11:14
**state (2)**
  6:13;9:18
**stated (1)**
  19:19
**stating (1)**
  7:12
**still (3)**
  24:18;25:11,15
**stop (1)**
  7:4
**story (1)**
  29:11
**Street (1)**
  2:6
**stuff (1)**
  30:5
**Suite (1)**
  2:16
**supervisor (1)**
  24:16
**supplementary (1)**
  28:25
**Sure (9)**
  7:7;10:17;11:9,15;
  16:3,7;19:25;22:1;
  23:12
**surface (1)**
  15:10
**swear (1)**
  6:3
**sworn (1)**
  6:6
**system (1)**
  15:24

**T**

**tab (1)**
  15:19
**talk (4)**
  8:5;9:1;13:1,19
**talking (7)**
  8:16;11:9;16:8;
  17:24;19:10,12;20:10
**tank (7)**
  15:5,9,16;17:18;
  18:13,13,14
**technician (3)**
  17:13;20:18,19
**technicians (1)**
  24:15
**telephone (1)**
  26:7
**ten (1)**
  29:16
**testified (1)**
  6:8
**testify (1)**
  6:6
**thought (2)**
  10:23;23:6
**Today (5)**
  6:1;7:3,11,12;30:21
**told (1)**
  8:13
**tomorrow (1)**
  8:15
**Torrance (1)**
  2:18
**town (1)**
  25:19
**tracking (1)**
  28:11
**trained (1)**
  22:3
**training (1)**
  29:7
**transcript (2)**
  11:19;12:6
**transport (1)**
  30:6
**trouble (1)**
  28:9
**TRUE (2)**
  24:24;25:2
**truth (3)**
  6:7,7,7
**try (2)**
  14:14;28:14
**trying (1)**
  13:25
**Two (1)**
  22:25
**type (2)**
  16:22;19:22

**U**

**understood (1)**
  25:10
**up (6)**
  8:9;14:4,11,14;
  22:7;27:20
**upon (1)**
  26:18
**use (3)**
  14:8,10;28:25
**used (2)**
  21:9,10

**V**

**vapors (1)**
  15:11
**vehicle (5)**
  15:5;17:18;19:24;
  27:23;31:11
**Vermont (1)**
  2:17
**VIDEOGRAPHER (2)**
  6:1;32:4
**videotaped (1)**
  7:11

**W**

**wants (1)**
  25:14
**warrantable (4)**
  26:21,24;27:3;
  31:13
**way (4)**
  15:20;19:19;22:13;
  28:14
**weren't (1)**
  14:7
**whole (2)**
  6:7;29:11
**wish (1)**
  14:2
**without (1)**
  19:5
**witness (4)**
  6:4;31:1,5;32:3
**work (7)**
  18:19;24:23;26:16;
  28:21;30:3,4,12
**working (1)**
  8:9
**written (1)**
  27:20

**Y**

**Year-and-a-half (1)**
  24:22
**years (4)**
  9:11;29:16,17,19

American Family Insurance, et al. v.
McLaren Automotive, et al.

Video Deposition

Max Landes
February 27, 2023

**0**

**02110 (1)**
2:7
**0828 (1)**
26:13

**1**

**1:29 (1)**
6:2
**1:30 (2)**
8:13,14
**1:55 (2)**
32:4,6
**101 (1)**
2:6
**19 (1)**
11:13
**19191 (1)**
2:17

**2**

**2 (1)**
11:16
**20 (5)**
11:17,17;13:5;
14:22,24
**2021 (1)**
9:12
**2023 (1)**
6:2
**27th (1)**
6:1

**3**

**3 (1)**
11:16
**30 (1)**
25:24

**4**

**404-319 (1)**
26:12
**404-319-0828 (1)**
26:11
**424-221-7404 (1)**
2:19

**5**

**5 (8)**
12:1,4,20;14:22,23;
17:1,15;23:19

**6**

**6 (1)**
11:16

**617-539-8674 (1)**
2:8

**7**

**765 (2)**
26:18;30:7
**765LT (1)**
9:9

**8**

**8th (1)**
2:6

**9**

**900 (1)**
2:16
**90502 (1)**
2:18