# In The Matter Of:

*American Family Insurance, et al. v.*
*McLaren Automotive, et al.*

---

*Derick M. Lee*
*February 27, 2023*
*Video Deposition*

---

*Regency-Brentano, Inc.*
*13 Corporate Square*
*Suite 140*
*Atlanta, Georgia 30329*
*404.321.3333*



**REGENCY-BRENTANO, INC.**
*Certified Court Reporters*

Min-U-Script® with Word Index

**Video Deposition**

```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
 2                     ATLANTA DIVISION

 3

 4

 5   AMERICAN FAMILY HOME
     INSURANCE COMPANY, as
 6   Subrogee of Adrian Biesecker,

 7        Plaintiff,
                                    CIVIL NO.:
 8   vs.                            1:22-CV-01392-LMM

 9   MCLAREN AUTOMOTIVE, INC.,
     and KRAUSE FAMILY MOTORCARS, LLC,
10
          Defendants.
11
     ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
12              VIDEOTAPED DEPOSITION OF
                    DERICK M. LEE
13

14               February 27, 2023
                    10:17 a.m.
15

16          Miller Insurance Law Enterprise
             115 Perimeter Center Place
17            South Terraces, Suite 430
                 Atlanta, Georgia
18

19         Michelle R. Lowe, RPR, CCR-2748

20

21            REGENCY-BRENTANO, INC.
             CERTIFIED COURT REPORTERS
22              13 Corporate Square
                   Suite 140
23            Atlanta, Georgia 30329
                 404-321-3333
24

25
```

**Regency-Brentano, Inc.**

```
 1   APPEARANCE OF COUNSEL:

 2   On behalf of the Plaintiff:

 3             MARIE CHEUNG-TRUSLOW

 4             Attorney at Law

 5             LAW OFFICES OF MARIE CHEUNG-TRUSLOW

 6             101 Arch Street, 8th Floor

 7             Boston, Massachusetts  02110

 8             617-539-8674

 9             marie@cheungtruslowlaw.com

10

11   On behalf of the Defendant, McLaren Automotive,

12   Inc.:

13             RYAN E. COSGROVE

14             Attorney at Law

15             NELSON MULLINS

16             Pacific Gateway, Suite 900

17             19191 South Vermont Avenue

18             Torrance, California  90502

19             424-221-7404

20             ryan.cosgrove@nelsonmullins.com

21

22

23

24

25
```

**Regency-Brentano, Inc.**

**Video Deposition**          **3**

```
 1   CONTINUED APPEARANCE OF COUNSEL:

 2   On behalf of the Defendant, Krause Family Motorcars,

 3   LLC:

 4            ADAM KLEIN

 5            Attorney at Law

 6            FAIN MAJOR & BRENNAN PC

 7            5605 Glenridge Drive

 8            Suite 900

 9            Atlanta, Georgia 30342

10            404-688-6633

11            aklein@fainmajor.com

12

13   Also Present:

14            Henry Stewart, Videographer
             Atlanta Legal Media
15

16

17

18

19

20

21

22

23

24

25
```

**Regency-Brentano, Inc.**

Video Deposition                                    4

1    INDEX TO EXAMINATIONS                      PAGE

2    Examination by Ms. Cheung-Truslow:           6

3    Examination by Mr. Cosgrove:               139

4    Examination by Mr. Klein:                  142

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Regency-Brentano, Inc.**

```
1                    INDEX OF EXHIBITS

2    For the Plaintiff:

3    EXHIBIT    DESCRIPTION                    PAGE

4      P-7      Invoice                          85

5      P-9      Order Management                129

6     P-11      Color photographs                93

7     P-13      Fuel Hose Replacement; Fuel Tank 126

8               To Engine Work Instruction

9     P-14      Clutch Cooler Hose Rework       126

10              Instructions

11    P-15      Course listing                  134

12    P-21      Color photograph                 73

13    P-22      Color photograph                 73

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              THE VIDEOGRAPHER:  Today is February 27th,
 2   2023.  The time is 10:17 a.m.  We're on the record.
 3              Will the court reporter please swear in
 4   the witness.
 5                      DERICK LEE,
 6   being first duly sworn or affirmed to testify to the
 7   truth, the whole truth, and nothing but the truth,
 8   was examined and testified as follows:
 9        EXAMINATION BY COUNSEL FOR THE PLAINTIFF
10   BY MS. CHEUNG-TRUSLOW:
11        Q    Good morning.
12             My name is Marie Cheung-Truslow.
13             Can you please state your name.
14        A    My name is Derick, D-E-R-I-C-K; last name
15   is Lee, L-E-E.
16        Q    And do you have a middle initial?
17        A    I do.  M.
18        Q    What does it stand for?
19        A    Michael.
20        Q    May I call you Derick?
21        A    Yes.
22        Q    Derick, I'm going to be asking you lots of
23   questions today.  And to the extent that you don't
24   understand my question, Derick, just say, Marie, I
25   don't understand your question, because I'll be
```

```
 1   happy to rephrase my question so that you do
 2   understand it.  All right?
 3        A    Yes.
 4        Q    And please make your answers audible.  So
 5   I know that this is being videographed but however
 6   you still need to state your answers audibly.  Okay?
 7        A    Yes.
 8        Q    All right.  If you need to take a break,
 9   Derick, just let me know; I'll be more than happy to
10   accommodate that.  But please answer any pending
11   questions there might be before you.  All right?
12        A    Okay.
13        Q    All right.  Derick, what did you do
14   today -- what did you do to prepare for your
15   deposition today?
16        A    To be honest, nothing, nothing at all.
17        Q    Okay.  Did you speak with an attorney?
18        A    No.
19        Q    Did you speak with anyone at work?
20        A    No.  They -- only told I'm coming here
21   today.
22        Q    All right.  Did you look at any documents?
23        A    No.
24        Q    Do you know what the nature of this
25   litigation is?
```

```
 1        A     Yes.
 2        Q     And what is your understanding as to the
 3   nature of the litigation?
 4        A     To the point of, I guess, there is --
 5   actually, you know, I would rather know from you
 6   fully from -- instead of what I've heard.  I would
 7   rather know, like, specifics.
 8        Q     You will learn all that --
 9        A     Yes.
10        Q     -- as we go through your deposition today.
11              But I do want to know what is your
12   understanding as to what the nature of the
13   litigation is.
14        A     Correct.  I believe from what I have been
15   told that we have been told that there is a vehicle
16   that had had a combustion issue that was last in our
17   presence.  And that's essentially really it.
18        Q     When you say combustion issue, what do you
19   mean?
20        A     Fire.
21        Q     Fire.  Okay.
22              All right.  And do you know specifically
23   which vehicle?
24        A     Yes.
25        Q     Which vehicle is that?
```

```
1        A      That is a McLaren 765LT.

2        Q      And did you work on that?

3        A      Yes.

4        Q      All right.  And what is your -- who is

5   your employer?

6        A      MotorCars of Atlanta.

7        Q      Do they go by a different name?

8        A      I believe just the subname of McLaren

9   Atlanta for that particular brand.  Every brand has

10  one.

11       Q      Okay.  So what other brands does it go

12  under?

13       A      So it would be McLaren Aston Martin,

14  McLaren Rolls-Royce, or McLaren -- sorry -- McLaren.

15              Lotus of Atlanta, McLaren of Atlanta,

16  Aston Martin of Atlanta, Rolls-Royce of Atlanta,

17  Koenigsegg of Atlanta, Lamborghini of Atlanta.

18       Q      And where is the place of -- your place of

19  employment?

20       A      7865 Roswell Road.

21       Q      Is that the only facility that

22  MotorCars of Jack -- of Jack -- MotorCars of Atlanta

23  has?

24       A      Yes.

25       Q      And which -- what types of vehicles are at
```

1  that particular facility?

2       A    They would be considered as higher-end

3  exotic vehicles.

4       Q    And how long have you been employed by

5  MotorCars of Atlanta?

6       A    About five-and-a-half years.

7       Q    And when you first were employed by

8  MotorCars of Atlanta, what was your position?

9       A    Prior or initially?

10      Q    When you -- when you were first --

11      A    When I first started.  Sorry.

12           It -- my position as of right now, same

13  thing:  Lead McLaren technician.

14      Q    Okay.  So do you work solely on McLaren

15  vehicles?

16      A    I do not.  I work on others.

17      Q    Okay.  Although your title is McLaren

18  technician?

19      A    Yes.

20      Q    And what other types -- what other

21  vehicles do you work on?

22      A    So I'm also certified in the Aston

23  Martins, Lamborghinis, Rolls-Royces, Lotus, and

24  Koenigsegg.

25      Q    Let's talk a little bit about your

1    experience in automotive mechanics.  Can you tell us

2    what that is.

3         A    Sure.  So I have been working on vehicles

4    since 2010.  Initially started off at a Infiniti

5    dealership, worked there for about five-and-a-half,

6    almost six years.  I left there and proceeded to

7    work for another dealership.  That was a Cadillac,

8    but also McLaren, Aston Martin, Rolls-Royces, and

9    Bentley dealership.  I worked there for about a

10   year-and-a-half, give or take -- yeah, about a

11   year-and-a-half, almost two years.  And then from

12   there I relocated to this dealership up here.

13        Q    Okay.  And approximately how old are you?

14        A    So this year I will be turning 33.

15        Q    And how long --

16        A    I'm currently 32.

17        Q    -- have you been a mechanic?

18        A    Since the end of 2011.

19        Q    And did you receive any formal training in

20   mechanics?

21        A    Yes.

22        Q    And what was that?

23        A    So I went to a private-owned institute

24   called Universal Technical Institute where I

25   specialized in the Nissan Infiniti program.

1      Q     And how long is that program?

2      A     About a year-and-a-half.

3      Q     And did you receive any other formal

4  training?

5      A     Other than brand training, no.

6      Q     What do you mean, brand training?

7      A     Specific to the brands that I specified to

8  you that I am certified within.

9      Q     Okay.  And how did you receive your brand

10 training for McLaren vehicles?

11     A     So basically what it is is there is both

12 online and physical training.  You will have to

13 travel to the facilities in which to learn about the

14 vehicles, hands-on.  And then also there is virtual.

15     Q     All right.  Let's talk about the physical

16 training.  Where'd you go?

17     A     So most of my training has been here

18 stateside, which was in Dallas, Texas.  And then

19 I've also been over to the U.K. at the actual

20 McLaren headquarters and worked there.

21     Q     In terms of the stateside training,

22 where -- where is the facility?

23     A     So initially it was at Park Place in

24 Dallas, which is one of the dealerships there that

25 McLaren had worked out of.  And just recently they

1    have gotten to a new facility.

2        Q    And where's the new facility?

3        A    It's in Dallas.  I don't know the exact

4    address of it.

5        Q    Can you describe the training you

6    received.

7        A    Both?  You want the virtual and the

8    hands-on --

9        Q    The hands-on.

10       A    -- or just the hands-on?

11       Q    We're talking about the hands-on.

12       A    So ultimately when you sit down, they give

13   you a full overview of the vehicle -- they let you

14   know -- depending on what curriculum that you're

15   studying at the time.

16            So giving an example, let's say if there's

17   something that is like new-vehicle-related, they

18   want you to know the specifics of the this new

19   vehicle, such as these things have changed.  The

20   computer system will now look at these parts instead

21   of maybe this other part.  This vehicle is capable

22   of this, outside of other vehicles, so on and so

23   forth.

24            So they just basically go as deep as need

25   be on the changes that have happened to the new

1  model.

2      Q    So it's a high level kind of overview of

3  the changes?

4      A    Very much.

5      Q    Okay.  What about the -- is there any

6  training related to repairs of the vehicles?

7      A    Not necessarily because they wouldn't

8  necessarily know what is failing.  So they just want

9  to make sure that you understand the vehicle.  And

10 obviously when we're in the classroom, if there's

11 something that looks out of sort that we're un --

12 unsure of, then we will ask those questions.  And

13 they would say, if you needed to access this part,

14 this is what you would do.  If you need to access

15 this part, that's what you need to do.

16     Q    Okay.  But --

17     A    But primarily they instruct us to follow

18 the steps that are given by the service manual.  The

19 service manual is extremely in depth.  It tells you

20 every little piece of every little part that would

21 need to be touched during whichever repair that you

22 would need.

23     Q    Okay.

24     A    So primarily if there's a new vehicle,

25 towards the end of the class, they would start to

1   train you and test you on various instances of

2   looking up a component if need to be replaced.  You

3   would need to provide the repair instructions for

4   that.

5        Q    Let's talk about the service manual.  Is

6   the service manual a physical service manual, or is

7   this online?

8        A    It's an online.  Some vehicles -- older

9   vehicles do have a -- like an actual book.  But in

10  this vehicle, per instance, it is all online.

11       Q    All right.  When you say online, is that

12  the online service produced by McLaren?

13       A    Yes.

14       Q    As in McLaren Automotive?

15       A    Yes.

16       Q    Okay.  All right.  So how do you -- do you

17  know which module and service manual you go to if

18  you have a certain issue?

19       A    So if I'm looking at a particular

20  instance, let's say -- let's say I need to take the

21  wheel off.  I will actually have a series of

22  drop-down menus that I will select until I get to

23  the wheel.  The wheel instructions will be within

24  there.  That will give you all of the parameters

25  that are required to remove the wheel.  So if I need

1    to place the vehicle on the lift, they will show me

2    where all of the lift points are.  I will place the

3    lift points there.  I will raise the vehicle to the

4    proper height.  I will remove the wheel with the

5    proper tooling that is required per the

6    instructions.  And then reinstall as well per the

7    instructions.

8         Q    Okay.  And what is this service manual

9    called online?  Is there a name?

10        A    We refer to it just as the SIS.  That

11   particular section is McLaren SIS.

12        Q    All right.  And what --

13        A    Which Service -- sorry.

14        Q    What does SIS stand for?

15        A    Service Instruction Services.

16        Q    So this is a program on the computer that

17   you can access in order to get to the modules you

18   need to effectuate a repair?

19        A    Correct.

20        Q    So it's called the McLaren SIS.  Does the

21   McLaren SIS get updated as new information is

22   available for whatever cars that are new to the --

23        A    Correct.

24        Q    -- market?

25        A    Correct.

1       Q     Okay.  Were you able to use -- utilize the

2  McLaren SIS for the repairs for the McLaren 765LT?

3       A     Yes.

4       Q     All right.  And which modules did you use

5  to refer?

6       A     So in this instance the vehicle -- it was

7  kind of a gamble in the instance of trying to figure

8  out what was the issue.  So we needed to drop the

9  gas tank to then find out where the further damage

10 was located.  So the repair instructions have a

11 specific tab for that.  So I accessed the fuel tank

12 and followed the instructions from there.

13          THE VIDEOGRAPHER:  Excuse me.  Can we go

14 off the record for a second?  Can we go off the

15 record?

16          MS. CHEUNG-TRUSLOW:  Yes.  We're off the

17 record.

18          THE VIDEOGRAPHER:  10:28 a.m., we're off

19 the record.

20          (Off-the-record discussion.)

21          THE VIDEOGRAPHER:  We're on the video

22 record.

23          MS. CHEUNG-TRUSLOW:  We were just advised

24 that the video did not take for the first nine

25 minutes of our deposition today; so we're just going

1   to go forward with the rest of the deposition on

2   video.

3   BY MS. CHEUNG-TRUSLOW:

4        Q    All right.  So let's talk about the actual

5   part of the McLaren SIS that you used to effectuate

6   the repairs to the McLaren 765.

7        A    Okay.

8        Q    So you went -- so you knew that you needed

9   to drop the gas tank so you went into the module for

10  effectuating the drop-drown of the gas tank?

11       A    Yes.

12       Q    Okay.  What is that section called?

13       A    It's very minimal.  It will just say fuel

14  tank.

15       Q    Fuel tank.

16            Okay.  And then what specific submodules

17  did you use for dropping the fuel tank?

18       A    There would be only two; so it would be

19  chassis, then fuel tank.

20       Q    Okay.  So you will look up the chassis and

21  then the fuel tank?

22       A    Yes.

23            MS. CHEUNG-TRUSLOW:  All right.  I'm going

24  to ask that those modules for the drop of the fuel

25  tank from the McLaren SIS be produced to us, because

1  those were not produced to us.

2  BY MS. CHEUNG-TRUSLOW:

3      Q    Is that still available on the McLaren SIS

4  at work?

5      A    Should be.

6      Q    Okay.  So in order to do a physical

7  printout of that, what would that require?

8      A    I've never done a physical printout of

9  one.

10      Q    Okay.  And so when you're doing the

11  work -- so you're relying on looking at the online

12  instructions.  You -- what -- do you commit it to

13  memory and then do the work, or you kind of --

14      A    It's right there next to me while I'm

15  working.  I keep it consistently up during the

16  entire duration.

17      Q    Okay.  So then the online system -- the

18  McLaren SIS -- is that something that you can see

19  like, for example, on an iPad or something like

20  that?

21      A    Yes.

22      Q    Okay.  So you access that through your

23  iPad?

24      A    Laptop, yes.

25      Q    Laptop.

Derick M. Lee - February 27, 2023                    20
Video Deposition

1              Okay.  And what kind of laptop do you use
2    for -- to access McLaren SIS?
3        A    The actual model, you're asking?
4        Q    No, no.  What kind of laptop?  Yeah, yeah.
5        A    It's a Surface Pro.  What is it?
6    Microsoft Surface Pro.
7        Q    Okay.  All right.  So you access the
8    module for the chassis and the fuel tank?
9        A    Yes.
10             MS. CHEUNG-TRUSLOW:  All right.  Again,
11   I'm going to ask for the production of the
12   screenshot or however you need to print for the
13   directions on the chassis and the fuel tank
14   drop-down.
15   BY MS. CHEUNG-TRUSLOW:
16       Q    What is the chassis?
17       A    I don't understand.
18       Q    Yeah.  What is a chassis?
19       A    Oh, like the actual fundamental --
20       Q    Yes.
21       A    -- of a chassis?
22             It's basically just the substructure of
23   the vehicle.  It's divided, in McLaren's sense, into
24   three sections.  You have a front, a middle, and a
25   rear section.  So once you access that chassis, you

1   can find all of the components that are attached to

2   the chassis.

3       Q    Okay.  So when you say chassis, what are

4   you referring to?

5       A    So in this instance, the rear sections --

6   middle to rear section of the vehicle for the

7   general repair.

8       Q    Okay.

9       A    Once I select chassis, there will be the

10  subsection that I would need, whatever I'm working

11  on at the time.

12      Q    Okay.  And then the chassis, though, you

13  referred to and looked at was the rear?

14      A    Yes.

15      Q    All right.  Any other McLaren SIS modules

16  you looked at in order to effectuate your repair for

17  the McLaren 765?

18      A    No.

19      Q    So you only looked at the fuel tank and

20  the chassis?

21      A    Yeah.  So basically what happens is when

22  you select fuel tank -- when you select chassis and

23  fuel tank, there are subsections that are required

24  that you need to do to remove the fuel tank.

25           So, for instance, it tells you, you must

1   remove the battery -- disconnect the battery, must

2   place the vehicle on the lift, must make sure that

3   it --

4       Q    Okay.

5       A    All of those things.  And there's

6   drop-downs that lead you to removal of the tank.

7       Q    Let's talk about that.  Let's go through

8   the details of what you did --

9       A    Okay.

10      Q    -- versus what was on the S -- McLaren

11  SIS.  So you look at the McLaren SIS, go into

12  chassis, and then there's more drop-down, you

13  finally get to the fuel tank; right?

14      A    Sure.

15      Q    Fuel tank is a subset of the chassis in

16  the rear --

17      A    Correct.

18      Q    -- right?

19           I just wanted to make sure --

20      A    Yes.

21      Q    -- I understand that.

22      A    Yes, yes.

23      Q    Okay.  So that you have chassis and you

24  drop down, you get to the fuel tank, and then it

25  tells you how to remove the fuel tank?

```
1        A    Correct.

2        Q    All right.

3        A    And the steps that are required.

4        Q    Okay.  So what steps are taken from the

5   chassis to the fuel tank?

6        A    To be honest, I don't -- I never just

7   guess.  I always refer to it for the instance of

8   changes.  If McLaren requires a change, I wouldn't

9   know unless I looked at the book.  So if I tell you

10  right now, it would be -- I wouldn't know exactly if

11  there's a change --

12       Q    Okay.

13       A    -- that is required.

14       Q    All right.  So do you know what would

15  appear on the McLaren SIS once you get to the rear

16  chassis, all the different subsets, modules that you

17  have to look at before you get to the fuel tank?

18       A    I mean, there's so many.  That's, again,

19  why I go step by step by step by step.  I never

20  assume; I never guess; I never --

21       Q    Of course.

22       A    Never.  So instead of even guessing my

23  steps to you right now, I resort back to the -- the

24  manual.  And I do everything by Step 1 until Step

25  50, whatever it is.
```

```
 1        Q    Derick, you wouldn't by any chance have
 2   your computer with you today?
 3        A    I do.
 4        Q    Can we take a look at that so that you can
 5   walk me through the McLaren SIS, the steps you would
 6   have taken.
 7        A    Sure.
 8        Q    Okay.
 9        A    If that's okay.
10             MS. CHEUNG-TRUSLOW:  Do you mind?
11             MR. KLEIN:  No objection.
12             MS. CHEUNG-TRUSLOW:  I mean, might as
13   well, you know; right?
14             MR. KLEIN:  Yeah.
15             MS. CHEUNG-TRUSLOW:  Okay.
16             THE WITNESS:  Yes.
17             MR. COSGROVE:  I guess I'll just assert an
18   objection that it may not be in the exact same form
19   as the time he performed the repair.  As he said, it
20   sometimes gets updated.
21             MS. CHEUNG-TRUSLOW:  Yeah.
22             THE WITNESS:  That's exactly --
23             MS. CHEUNG-TRUSLOW:  So that's one of
24   the --
25             THE WITNESS:  -- why the online.
```

1              MS. CHEUNG-TRUSLOW:  -- questions I will

2    have for him.

3              THE WITNESS:  Yeah.  And that's why it's

4    all online.  So if it's in a paper book, we would

5    have to rely on an update that would be, you know,

6    sent via paperwork.  But every -- that's why we

7    never -- if I've taken a wheel off of a McLaren

8    every time, that doesn't mean that I just keep doing

9    that.  I follow by the instructions.

10             If McLaren feels that last week a torque

11   spec needed to be changed for something that they've

12   seen, I need to know that every single time.

13             So never assume.  Never ever assume.

14   BY MS. CHEUNG-TRUSLOW:

15        Q    Okay.  So we're looking at the McLaren SIS

16   on your --

17        A    I'm sorry --

18        Q    -- Surface Pro.

19        A    -- to interrupt.  Do we have Internet

20   access or Wi-Fi?

21             Thank you.

22             I'm sorry.  Your question?

23        Q    Go ahead.  I know you need access to the

24   Wi-Fi.

25        A    Now, one of the items that I do know that

1   I hold to a promise to McLaren by -- so I guess this

2   would be a question to you then -- is allowing the

3   information to be shared.

4           MR. COSGROVE:  Given that we're in the

5   lawsuit about this, it's part of the lawsuit.

6           THE WITNESS:  Okay.  I just want to make

7   sure, because I -- I stand very firm with that.  I

8   don't like to give information if not authorized.

9           MR. COSGROVE:  I appreciate that.

10          MS. CHEUNG-TRUSLOW:  I'm not sure whether

11  we have a confidentiality agreement on this one.  I

12  don't remember.  I think we do --

13          MR. KLEIN:  I don't think we do.

14          MS. CHEUNG-TRUSLOW:  -- right?

15          MR. COSGROVE:  I don't believe we do.

16          MS. CHEUNG-TRUSLOW:  Oh, okay.

17          MR. COSGROVE:  I don't think you asked for

18  anything from us that required one.

19      A    And you are wanting to see the actual

20  vehicle that we are referring to today; correct?

21  BY MS. CHEUNG-TRUSLOW:

22      Q    Yes.

23      A    The 765.

24      Q    765LT.

25      A    Understood.

```
1              Okay.

2         Q    Are you in the program?

3         A    I am.

4         Q    Okay.

5         A    So I don't know how the best would be here

6    for --

7         Q    Yeah.  If you could kind of show it to us.

8         A    Okay.

9              So initially this is the process that I

10   would take to -- sorry.  Am I still --

11             THE VIDEOGRAPHER:  You're good.

12   BY MS. CHEUNG-TRUSLOW:

13        Q    You're good.

14        A    So initially this is where I would go

15   ahead and start my process for the service repairs.

16             In here you'll see the subsections that I

17   was referring to, which is on the side.

18        Q    Okay.  On the left side?

19        A    Correct.

20        Q    Okay.  And what does it say?  Because I

21   can't see.

22        A    So it starts off as body structure, body

23   panels and closures, body exterior, chassis,

24   powertrain, electrical, interior, PDI service track

25   technical sheets, paint technical data sheets,
```

1  wiring schematics, accessories, and customer

2  service.

3        Q      So those are the major -- major sections

4  of the SIS?

5        A      That is correct.

6        Q      And then you have to choose where you want

7  to go?

8        A      Correct.

9        Q      All right.  So where did you choose?

10       A      So in this case, given the situation, I

11  would select chassis.

12       Q      Okay.

13       A      So now you have the drop-down system here.

14       Q      And what does it say?

15       A      So at the top it will say suspension

16  front, suspension rear, suspension systems.  You

17  have suspension, wheel, and tire, front; suspension,

18  wheel, and tire, rear; brakes, front; brakes, rear;

19  brake system; brakes; parking brake; steering; and

20  fuel tank.  Fuel system, cooling, high temperature;

21  cooling, low temperature; and HVAC system.

22       Q      Okay.  And then where -- where did you

23  pick?

24       A      I picked fuel tank.

25       Q      Okay.  Good choice.

1              Go ahead.  And then when you pick fuel
2    tank, what are the drop-downs?
3         A    So there is a fuel service and procedures,
4    which is the very first thing I always select,
5    because I need to know what procedures are required
6    to do the repair if there are any specifics that are
7    within that tab.
8         Q    Okay.  And then what -- and then when you
9    click on to that tab, what do you get?
10        A    So immediately you have the operation
11   code.  You have what is called drain and fill of the
12   fuel system itself.  You have removal/installation
13   of fuel tank, and removal and installation of the
14   filler -- sorry -- filter, slash, fuel.
15        Q    Okay.  And where do you go from there?
16        A    So in the instance I went in to fuel tank.
17        Q    Okay.
18        A    Excuse me.
19        Q    And is there a separate drop-down now
20   for --
21        A    Yeah.
22        Q    -- fuel tank?
23        A    So it brings you to this prompt here.
24   These are all your warnings that would need to be
25   all followed.  Normally since this is a situation

1  that would require access to the battery and also

2  access to possible fluids, you would go ahead and

3  you would review all of this.

4        Q     All right.

5        A     So from here, what you would do is you

6  would go up to the tools and equipment, if there are

7  any, which would basically state if there's a

8  special tool that is needed to do the job.  In the

9  instance, there was not.  A special tool is one that

10 is required from McLaren themselves to do the

11 repair.  So there is no -- no removal special

12 toolwise from McLaren that is needed to do this job.

13       Q     Okay.  And where did you go from there?

14       A     So sometimes what you can do -- if I don't

15 see this inside of the repair instructions, I will

16 then resort back to the actual torque specifications

17 or torque settings.  But normally McLaren is pretty

18 good at giving you the instructions on the torque

19 settings during the repair.  But if they don't, I

20 would resort back to the torque settings; so that's

21 another tab that I would -- I would visit just in

22 case.

23       Q     Okay.  And when would you need to refer to

24 the torque setting?

25       A     If I'm installing the -- the items that

1   are going back on to the vehicle at that time.

2        Q    Okay.  And what is the torque setting for?

3        A    So if -- let's say you have a bolt that is

4   holding a bracket down.  I would need to make sure

5   that I know what specific torque that is.  McLaren

6   will state that if there is a specific torque

7   setting that is needed for a component, they have an

8   item list that is available.  And if the bolt and

9   the bracket is on there, then there is a specific

10  setting.

11            So, again, if McLaren changes something, I

12  resort to this every single time.

13       Q    Okay.  And does the -- is there a special

14  tool to measure the amount of torque?

15       A    Yeah, there is a torque wrench.

16       Q    Okay.  And do you guys have torque

17  wrenches --

18       A    Yes.

19       Q    -- on -- in your --

20       A    Yes.

21       Q    -- facility?

22       A    Yes.

23       Q    Okay.  And is it just a simple name?

24  Torque wrench?

25       A    Yeah, yes.

```
 1        Q    Does it come in different sizes?
 2        A    Yeah, if you need to, based on whatever
 3   the torque setting is or torque specification, there
 4   are specific sizes if -- obviously if I have a tiny
 5   bolt, there would be a smaller torque wrench.  I
 6   wouldn't use a smaller torque wrench to take a wheel
 7   off.
 8        Q    Okay.  And what does a torque wrench look
 9   like?
10        A    It looks like a high-tech ratchet.
11   Basically it calibrates how much tension is going on
12   in the motion.
13        Q    So you actually calibrate it first; right?
14   And then --
15        A    Yes.
16        Q    -- you apply the amount -- the torque to
17   the -- whatever the bolt?
18        A    That is correct.
19        Q    Okay.  And so now does -- it doesn't like
20   a reading?
21        A    Yes.
22        Q    It does?
23        A    There is a setting.  So you'll adjust to
24   the setting that is required and then you'll
25   actually -- it will give you either a tone or a
```

1    click to let you know when you're where you need to

2    be.

3         Q    Okay.  So it's a digital reading?

4         A    Digital or mechanical.

5         Q    So which one do you use?  The digital or

6    the mechanical one?

7         A    Depending on, again, what the service

8    instructions state.  If it's a component that is

9    smaller, in this instance, then I would use my

10   smaller one.  I don't recall which one I used

11   exactly.

12        Q    Okay.

13        A    I would probably in this case maybe use

14   two of the ones that I have.  The larger one is

15   mainly for taking wheels off; so I wouldn't use a

16   torque wrench to take a wheel off to take a fuel

17   tank out of a car.

18        Q    Okay.  And did you --

19        A    Unless the instructions require.

20        Q    Do you know whether you referred to the

21   torque settings at all for the work you did for the

22   fuel tank?

23        A    If the instructions require it, yes.

24        Q    Do you remember?

25        A    Yes, because I always do what it says, no

1  matter what, to the T.

2       Q    Okay.  So in terms of the instructions

3  that you have for the torque setting, which one did

4  you use?

5       A    Say that one more time.

6       Q    Sure.

7            In terms of the torque settings

8  instructions did you -- which ones did you use for

9  the repairs at the time -- the removal of the tank?

10      A    So the repair instructions will actually

11 inform you which settings that they want.  So if it

12 says -- I want to say newton-meters is -- is the

13 common usage, that is what will be used.

14      Q    Okay.  Can you say that again.

15      A    Newton-meters.

16      Q    Spell it.

17      A    N-U-T -- I don't know how.  I think that

18 they have, like, a specific terminology or spelling

19 for it, actually, I think.  I don't know if it's all

20 one word.  Newton- -- N-U-T-I-O-N [sic] M-E-T-E-R-S.

21      Q    Okay.

22      A    So I don't know if they're actually using

23 it for the same way we use it.  They even spell

24 tires different than we do, with a Y.

25      Q    When you say they, you mean the U.K.?

```
 1        A     McLaren, yeah.  It's -- their spelling is
 2   way different than ours in certain sen -- certain
 3   senses.  So I don't want to get their terminology
 4   and spelling incorrect.
 5        Q     Okay.
 6        A     We just use the abbreviation, NM.
 7        Q     Okay.  So let's go further down into the
 8   drop -- into the menu here.  So where'd you go
 9   after --
10        A     So I will select the instructions.
11        Q     Okay.  Instructions for?
12        A     Fuel tank.
13        Q     Okay.
14        A     So at the very top, you'll see preparation
15   work.
16        Q     Okay.
17        A     So you will start at Step 1 for
18   preparation work.
19        Q     All right.  What does --
20        A     Preparation --
21        Q     -- it say?
22        A     -- work states that they want you to
23   secure the vehicle on the lift platform.
24        Q     What is the name on the top of the
25   instruction?
```

1      A    So in this case it will say chassis, which

2   is our main subtitle that we're in; fuel tank, which

3   is the one that we've selected inside of the main

4   subtitle; and then the fuel service and procedures

5   that we had selected for removal of the fuel tank.

6      Q    Okay.  And is there a -- like a repair

7   instruction number or anything like that?

8      A    Yeah.  So there is what is called a --

9   what -- goodness gracious, I'm drawing a blank right

10  now -- an operation code.

11     Q    Okay.  Is that the same thing as the

12  repair instruction number?

13     A    Yes.

14     Q    Okay.  Operation code.  Okay.

15          And what do we -- is there a specific

16  operation code that you're looking at?

17     A    Yeah.  So for the fuel tank so --

18     Q    What is it?

19     A    It would be DA-RM-04K001-01-001.

20     Q    Okay.  All right.  And what does that

21  repair instruction say?

22     A    That is just for removal of fuel tank.

23     Q    Okay.  And can we go into that module?

24     A    That's what we're in.

25     Q    Oh, I see.  Okay.

1      A     Now, each one of the subjects that are on

2    here -- one, two, three, four -- all the way down,

3    which are the preparation work -- each one of those

4    will have its own operation code.

5      Q     Okay.

6      A     So there is one operation code for

7    securing the vehicle in the lift.  The next one

8    would be removal and installation of the access

9    hatch, disconnecting of the lithium battery, removal

10   of the wheels -- so in this case we would be

11   removing of the wheels -- the removal of the floor

12   panel, rear -- rear extition [sic] there, the

13   removal of the floor panel for the engine, and then

14   to drain and fill of the fuel tank.

15     Q     Okay.  And is there approximate repair

16   time?

17     A     Yes.

18     Q     And what is that?

19     A     So up top here there's a tab that would

20   give you that for the operation code that I gave

21   you, and it is 1.90.

22     Q     And then are there certain part numbers

23   that are associated with this?

24     A     What do you mean?

25     Q     Yeah.  I mean, in other words, when you're

1  trying to effectuate any repairs to that particular

2  module, do they come with parts that you might need?

3        A    So basically in this instance I'm just

4  dropping of the tank so I haven't even gotten to --

5        Q    Okay.

6        A    -- needed parts yet.

7        Q    Okay.  So what you described with that

8  particular repair operation number is just dropping

9  the tank down?  Okay.

10       A    Yes.

11       Q    What do you -- and then where do you go?

12       A    After I have dropped the tank?

13       Q    Yes.

14       A    So in the instance we were assessing the

15  damage.  We were told that -- basically the customer

16  concern was that the vehicle was not running.

17            Once I was able to bring the vehicle into

18  the shop, I scanned the vehicle with -- what we have

19  is a diagnostics tool.  The faults that I ended up

20  having basically were instructing me that there was

21  no fuel delivery from the vehicle.  I do not know

22  the faults offhand, but it basically was leading us

23  right to that point.

24            Once we had gotten to that -- I'm trying

25  to think back.  I believe we reached out to McLaren

1  personally and gave them a heads-up on what we were

2  doing, because the car was so new at the time.

3  Normally when we have a vehicle that's fairly new we

4  will reach out to them and get the okay or maybe

5  there's something -- if there's software relation

6  again.  If there's something that we're unsure of,

7  they will inform us.

8          In this instance, there wasn't any.  And

9  based on the faults that were recorded it required

10 us to pull the tank down and inspect.

11         Once the engine floor was removed in the

12 process to get to the fuel tank, we noticed that

13 there was damage outsource -- or outside -- out --

14 outside influence.  I'm sorry.  Which we were able

15 to identify that there was a rodent of some sort

16 that had gotten inside of the vehicle.

17         So from there that led us to the okay to

18 drop the fuel tank and see if we could find further

19 damage.

20     Q    Okay.  So let's go through -- if you want

21 to rely on the instructions, feel free to do so.

22 Let's talk about dropping down the tank.  Let's go

23 through each step that you took to --

24     A    Okay.

25     Q    -- drop down the tank.

1        A    Okay.

2        Q    The tank is in the rear of the car; right?

3        A    Middle of the car.

4        Q    Middle of the car?

5        A    Yes.

6        Q    Okay.

7        A    So, again, I would resort back to my

8    instruction drop-down list.  Do you want me to

9    reread those off again?

10       Q    If it's helpful to you --

11       A    Yes, definitely.

12       Q    -- in elaborating what was specifically

13   done to drop the tank down.

14       A    Correct.  So, yes.  Place the vehicle on

15   lifting platform.  States to remove the luggage bin

16   in the front of the vehicle, to access the battery.

17   So I was capable of removing the bin -- luggage bin

18   in the front of the vehicle, disabling the lithium

19   battery.

20       Q    And what does the lithium battery operate?

21       A    The entire vehicle, 12-volt system.

22            I removed the wheels that are required,

23   per the instructions.

24       Q    Which wheels?

25       A    The rear wheels.

1        Q     Both rear --

2        A     Yes.

3        Q     -- wheels?

4        A     Yeah.

5        Q     Okay.

6        A     It's -- it doesn't state single so you

7   remove both.

8        Q     All right.

9        A     You will go ahead and then remove --

10  excuse me -- the floor panel --

11       Q     And where is the floor --

12       A     -- at the rear.

13       Q     -- panel?

14       A     Underneath the vehicle.

15             There's two floor panels that are at the

16  rear of the vehicle.  You'll have one that is

17  accessing essentially, like, the transmission area

18  and then you'll have one that is removal of the

19  engine area.

20       Q     So the floor panel is above the tank?

21       A     Yes, yes.

22             So -- and then there is remove -- or drain

23  and fill -- sorry -- of the tank.

24       Q     And how do you go about doing that?

25       A     So there's no separate drain system; so we

1  use a siphon.  Basically it's a tube that will go

2  down into the filler neck and you'll go ahead and

3  access to drain that fuel out from there.

4        Q    Okay.  So you actually siphon the --

5  whatever --

6        A    Yes.

7        Q    -- gasoline --

8        A    The fuel that's --

9        Q    -- fuel?

10       A    -- in there.

11            Yes.

12       Q    By siphoning it through the fuel neck?

13       A    Yes.

14       Q    Okay.

15       A    Yes.

16            So then that's -- basically you'll fill it

17  to the point -- because removal of any of the hoses,

18  you'll get fuel everywhere.  So you would obviously

19  not want to have a situation -- especially in this

20  instance, for the code, we didn't know how much fuel

21  was in there.  The fault wouldn't display for us

22  what the level of fuel was.  So we drained out as

23  much fuel as possible out of the tank.

24       Q    By siphoning it?

25       A    Correct.

1      Q    Okay.

2      A    Once the fuel is removed, then we start

3   through the process of the removal of the tank.

4           So there are warning steps that are on

5   here.  I don't know if you want --

6      Q    Yeah, please.

7      A    -- me to continue to show or --

8      Q    Sure, of course.

9           I mean, I can't see it so --

10     A    Sure.

11     Q    -- please refer to yourself or --

12     A    Yeah.  So --

13     Q    I'm sorry.

14     A    Definitely.

15          So you follow the warnings that are

16  assessed in this -- or associated in this, which are

17  risk of explosions or poison injury to the -- from

18  the fueling system.  You'll just kind of brief --

19  make sure that all of this stuff is -- is listed in

20  here.  If there's anything that doesn't look right,

21  you would obviously reach out to McLaren.  They are

22  the ones make the instructions so if anything is not

23  of sense you would just resort to them.

24          So I would follow all of the warning steps

25  that are required.

1           Once I am done with that, you would look

2    for the possible spill requirements from the vehicle

3    system, during the draining process, make sure that

4    you are using the proper contained items, containing

5    cans -- fuel cans to remove the fuel system.  The

6    siphon system that you're using is the proper siphon

7    system to use for that particular item.

8           Once all that has been addressed --

9    Q    When you took out the fuel through the

10   neck -- fuel neck, did you notice anything unusual

11   about the fuel --

12   A    No.

13   Q    -- in the tank?

14   A    No.  Everything looked -- looked perfect.

15   Q    Go ahead.

16   A    So right away it's going to be hard to

17   kind of get the images, but they do show some images

18   here.

19           Firstly, they just say, use a suitable

20   container to collect any of the fuel.  That's one of

21   the care points when you're removing this next hose

22   that they require, per the image.  So you'll

23   disconnect this service hose that is on here.

24   Normally the hoses have a quick-disconnect.  There

25   is no wrenches or anything that's needed to remove

1   this hose.  So there's two tabs on either side of
2   the hose that you will then press and then remove
3   the hose from there.
4        Q    And can you -- can you be more specific
5   about -- because I missed something.
6        A    Okay.
7        Q    What hose are you talking about?
8        A    So in this case it looks to be one of the
9   vacuum lines in the image that it's showing here,
10  for the evaporative system.
11       Q    All right.  So you siphon out the fuel?
12       A    Correct.
13       Q    And after you do that, what did you say
14  you did next?
15       A    So the first step here that they -- that
16  the service instructions state is -- it just states
17  to disconnect Hose 1, the one that shows in the
18  diagram.
19       Q    Okay.  Hose 1 would be the vacuum liner?
20       A    It would be the emissions hose or
21  evaporative system hose.
22       Q    Evaporative system --
23       A    Correct.
24       Q    -- hose.
25            And how is that connected?

1     A    It's basically off of the fuel system, off

2    of the top of the fuel tank.  So --

3     Q    Okay.

4     A    -- it's going back into the engine where

5    the emissions containment system is.

6     Q    I see.

7          So you're essentially removing whatever

8    hoses are -- the tank is connected to anything on

9    the body vehicle?

10    A    Correct.

11    Q    Essentially that's what you're trying to

12   do is --

13    A    Yes, ma'am.

14    Q    -- detach all hoses --

15    A    Correct.

16    Q    -- that -- that the tank is connected

17   to --

18    A    Yes.

19    Q    -- so you can remove it?

20    A    Yes.

21    Q    So one of them would be the evaporative --

22    A    Uh-huh.

23    Q    What is it called?  Evaporative?

24    A    Yeah.  The evap -- evap vacuum.

25    Q    Vacuum.

```
1       A     Yeah.  There's, again, tons of different
2  terminologies.  I would have to go and look at their
3  terminology.
4       Q     Where -- where is that located?
5       A     Is it against the firewall, against the
6  backside of the fuel tank.
7       Q     All right.  And what's the purpose?
8       A     Basically what happens is that this system
9  will go ahead and check the pressure of the
10 emissions or the -- not the emissions, sorry -- the
11 evaporative -- eva -- goodness gracious, I can't
12 even say it right.
13      Q     You need some water?
14      A     The vapors --
15            No, I'm okay.
16            The vapors that are inside of the tank.
17 The charcoal canister will then discharge the vapors
18 out of the vehicle through that -- through that line
19 there.
20      Q     Is -- that's part of the emission system?
21      A     Yes.
22      Q     Okay.  All right.  So -- all right.  So
23 you disconnect that.  Now --
24      A     Yes.
25      Q     -- what do you do?
```

1        A    The next step it shows another hose that

2   states disconnect Hose Number 2.  This hose here is

3   actually the fuel line for Hose 2.

4        Q    All right.  And what is the fuel line?

5        A    The fuel line is, again, just the

6   disconnect to drop the fuel or fuel tank itself.  It

7   basically takes the fuel from the tank and puts it

8   into the engine.

9        Q    Okay.  So this -- do you call that a fuel

10  line?  So the --

11       A    Fuel feed.  I'm sorry.

12       Q    What is it called?

13       A    Fuel feed line.

14       Q    Fuel --

15       A    See, you're having the same issue.

16       Q    Fuel feed.  Fuel feed.  I can't say it --

17       A    Fuel feed line.

18       Q    -- more than twice.

19       A    Yes.

20       Q    All right.  The fuel feed line that goes

21  from the gas tank into the engine?

22       A    Yes.

23       Q    All right.  And it's called a fuel feed --

24  fuel feed line?

25       A    Yes.

1       Q     Okay.  Great.  All right.

2             And how does one accomplish the removal --

3       A     Same thing.  There's two tabs that you'll

4    basically depress together, slide the tab forward,

5    and then removal of the line.

6       Q     Okay.  And do you remove the -- both ends

7    of the fuel feed -- fuel feed line?

8       A     Just at that disconnect.  So it's --

9       Q     To the tank?

10      A     -- just disconnection.

11            Yeah.

12      Q     Okay.  So it's -- you just disconnect it

13   only at the tank --

14      A     Yes.

15      Q     -- connection?

16      A     Yeah.

17      Q     Okay.

18      A     And they have it right -- right there.

19   Like I was saying at the fuel, there's a firewall

20   right at the back of the fuel tank, same as the

21   first hose; so they're all even right there.

22      Q     Okay.  All right.  And what do you do

23   next?

24      A     Okay.  Next step is to disengage the

25   canister from the clip.  So in the image, if you can

```
 1   see, there is a what is called a charcoal canister.
 2   I don't know if you're able to see it.
 3        Q    I am not, but go ahead.
 4        A    But in the image it shows that there --
 5   they just want you to make sure that you're actually
 6   removing that clip there that is holding the line
 7   onto the canister.
 8        Q    All right.  So you're removing the line
 9   that attaches the tank to the charcoal --
10        A    Canister, yes.
11        Q    -- canister?
12        A    Yeah.
13             Okay.
14        Q    And what is this charcoal canister for?
15        A    So basically what it's there for is any
16   harmful vapors -- fuel vapors.  It will try to catch
17   it into there basically so it doesn't allow -- one,
18   for overpressure inside of the tank, but also it's
19   basically trying to lower as much pressure as
20   possible inside of the tank, by removing the vapors.
21   And over time the charcoal canister will then
22   discharge the vapors and basically depress the
23   system out --
24        Q    And --
25        A    -- and depressurize itself.
```

1      Q     -- is this part of the emission system?

2      A     Yes.

3      Q     All right.  And how -- what does -- what

4   does this clip look like?

5      A     It's basically a kind of round metal clip

6   or half-moon-style clip.  It's hard to kind of

7   describe.

8      Q     It's -- you think it's a half-moon clip?

9      A     Yeah.

10      Q     And does it show on your computer?

11      A     Yeah, it shows.  Yeah, it's -- like I

12   said, it's very hard to see it in the image.  You'll

13   just kind of see right where -- actually, no, I

14   think I can kind of blow it up a little bit.  See

15   how it's kind of just securing it, if you will.

16      Q     Okay.

17      A     It's very hard to describe.  But it's --

18   it just holds the -- the canister into place.

19      Q     Okay.

20      A     Or the -- yeah, the canister end into

21   place.

22      Q     So, again, you called that a clip; right?

23      A     Yeah.  That's per the instructions.  They

24   refer to it as a -- as a clip.

25      Q     Okay.  And so to -- so you only remove the

Derick M. Lee - February 27, 2023          52
Video Deposition

1  clip where it attached -- the connection where it
2  attaches the tank to the charcoal canister; right?
3       A    Where the -- the actual -- the canister is
4  actually on to the back of -- yes, on the back of
5  the tank there.  There's a bracket where it attaches
6  to.
7       Q    Okay.  And are you saying the clip is a --
8  kind of a like -- it's a metal --
9       A    Yes.
10      Q    -- and it's, like, half-moon?
11      A    Yeah.  It's like that.
12      Q    Okay.
13      A    Like I said, it's the only real way to say
14  it, half-moon or I don't know.  C-clip.  I guess
15  that's a better term, possibly.  Half-moon, C-clip.
16      Q    How is it fastened to the canister?  I
17  mean, by just pressure?
18      A    It's actually attached to a bracket,
19  which -- I believe it's used by like a rivet or like
20  a spot weld that it's attached to.
21      Q    Okay.  All right.  So next where -- what
22  do you do?
23      A    Okay.  The next one is disconnect fuel --
24  disconnect Hose 4.  So it's actually showing two
25  hoses in this image.  This one here is the actual

1   vent for the -- the tank and also it works as like

2   the -- like if you're filling -- if you're

3   overfilling your -- your gas.  There's a filler bowl

4   outside of the car; so -- so you don't get it all

5   over the floor.  It will allow it to travel back

6   down into the tank, like an emergency situation.  So

7   it feeds that way, but also it acts as a vent as

8   well.

9           And then also it has you removing of the

10  actual filler neck itself.

11      Q    Okay.  Let's talk about the vent to the

12  tank.  Is that what it's called?

13      A    It's both.  It's used as like an overflew

14  line and a vent; so it works both ways.

15      Q    And what is this hose called?

16      A    I do not know the actual term it is used

17  for.

18      Q    Well, how would you describe it?

19      A    Like I was saying, the vent or the like --

20  I guess, like, the overflow return to tank.

21      Q    Okay.  And how is that fastened to --

22      A    The same as the other two hoses, with two

23  quick-disconnect ends.  You'll depress on both sides

24  and remove.  And these are detent too; so when you

25  push them back on, you will actually feel and hear

1  the connection.

2       Q    Okay.  So essentially you --

3       A    Squeeze.

4       Q    -- you press -- you squeeze the clip and

5  then it comes off.  And when you put it back on, it

6  clips, you hear it click?

7       A    Yes.

8       Q    Okay.  And what materials is this made of?

9       A    A plastic composite.

10       Q    Okay.  It's not metal; right?

11       A    No.

12       Q    So the only one --

13       A    The tank is metal.  It connects into a

14  metal -- metal end --

15       Q    Yes, right.

16       A    -- but the hose is plastic.

17       Q    No.  I meant the clip.

18       A    Yeah, the clip is all plastic everything.

19       Q    Okay.  The only metal then we're looking

20  so far that we've talked about so far is for the

21  charcoal canister?

22       A    Yeah.

23       Q    Okay.  All right.  All right.  Next one?

24       A    So the one next to it in the diagram there

25  is the actual fuel filler neck.

1        Q     Fuel filler neck?

2        A     Yes.  So that is how the fuel gets into

3    the tank.

4        Q     Filler?

5        A     And the same goes for that too.  There's

6    two tabs on either side of the hose.  You'll squeeze

7    and then slide the hose back.

8        Q     Okay.  So the fuel filler neck is also

9    fastened on both ends by the clip, you said?

10       A     Yes, I believe, if I'm not mistaken how

11   you're saying it.  So, yes, two sides of the hose

12   you'll squeeze together and then slide it back, yes,

13   yes.

14       Q     So it's the same kind of clip system as

15   the other hoses?

16       A     Yes.  They refer to those as a

17   quick-disconnect.

18       Q     Quick-disconnect?

19       A     Yes.

20       Q     Okay.  Plastic?

21       A     Yeah.

22       Q     All right.  So the fuel -- fuel filler

23   neck is the hose that goes from the -- where you put

24   the gas --

25       A     Nozzle in.

1      Q     -- the nozzle in and there's a hose that
2  goes into the tank?

3      A     Yes.

4      Q     Okay.  So do you remove both ends of the
5  hose?

6      A     No.  You would just do it where it shows
7  in the description, per SIS.

8      Q     Okay.  So you would only disconnect it
9  where the fill -- fuel filler neck connects to the
10 tank?

11     A     The quick-disconnect, yes.

12     Q     Okay.  And then you leave the other end
13 in --

14     A     If it -- yeah, it does not show to remove
15 it from the other end; so do not touch that.

16     Q     Okay.  All right.  So -- so the -- the --
17 the clips -- do they stay on the hose?

18     A     Yeah.  They're built into the hose.

19     Q     Okay.  They're built.

20           So it's not some -- a part that you
21 remove?

22     A     Uh-uh.

23     Q     All right.  So now that you've done the
24 removal of these hoses, are there any parts that you
25 actually remove from the --

```
 1        A     No.

 2        Q     -- removal?

 3              Okay.  So so far everything is clipped --

 4        A     Uh-huh.

 5        Q     -- and then you --

 6        A     Yeah.

 7        Q     -- it stays?

 8        A     That's it.

 9        Q     All right.  So there aren't any parts yet

10   that you have removed and you set aside?

11        A     No.

12        Q     Okay.  All right.  Let's go on to the next

13   step.

14        A     Okay.  So it says here disconnect the

15   electrical connector in this Image 5.  In this

16   instance this is the connection from the body of the

17   car to the electronics on the fuel tank.

18        Q     Okay.  And how -- how do you accomplish

19   that?

20        A     So there is a tab that is on the

21   connector.  You'll just, again, depress and remove.

22        Q     Okay.  And what is this called?  What is

23   this part of the --

24        A     It would just be the fuel tank electrical

25   connection.
```

1       Q    Is -- that's what it's called?

2       A    It doesn't have a specific connection.

3    There's -- I would have to go and look in the

4    electrical wiring diagram for the exact McLaren

5    terminology for it again.

6       Q    But you would call it just --

7       A    I would just call it --

8       Q    -- fuel tank electrical --

9       A    Yeah, primary.

10           THE COURT REPORTER:  Okay.

11           THE WITNESS:  Sorry.

12           THE COURT REPORTER:  You can't talk at the

13   same time.  You have to slow down.

14           THE WITNESS:  Sorry.

15           THE COURT REPORTER:  Let her finish.

16           THE WITNESS:  Gotcha.  I apologize.

17   BY MS. CHEUNG-TRUSLOW:

18      Q    So you would call this fuel tank

19   electrical connection?

20      A    Yes.

21      Q    Okay.  I just want to make sure we --

22   we're talking with the same language.

23      A    Yes.

24      Q    Okay.  You don't want me throwing legalese

25   at you; right?  And you're like, what?

```
 1        A     Gotcha.

 2        Q     All right.  So -- and how is that

 3   accomplished?  The removal of the fuel tank

 4   electrical connections.  Just tab, snap, and remove?

 5        A     Yes.

 6        Q     Again, there's no parts --

 7        A     No.

 8        Q     -- that are taken out?

 9              Okay.  All right.

10        A     No.

11        Q     Next step?

12        A     The next step here -- this will go back to

13   the description that I was explaining to you about

14   the torque specifications.  It says removal of the

15   nut in Image 6.  It is an M6 nut, requires five

16   newton-meters and it states to disconnect the ground

17   cable.

18        Q     Okay.  And how did you accomplish that?

19        A     So I will use a 10-millimeter ratcheting

20   wrench or ratchet, if you want to call it, to then

21   remove the -- remove the nut.  And then I would

22   slide the ground strap off of the stud that is

23   there.

24        Q     Okay.  And did you do that?

25        A     Yes.
```

1        Q     All right.  And then we're on Step --

2        A     That is Step 6.

3        Q     Okay.  And now we're on to Step 7.  Can

4   you describe what Step 7 is.

5        A     Yeah.  So Step 7 states -- first off, it's

6   a care point.  It says:  Use the support platform to

7   hold the fuel tank before you do the following

8   steps.

9              So we have a -- a universal tool that is

10  in the shop that we will actually use to help remove

11  the fuel tank down.  So it basically will sit

12  underneath the fuel tank to allow us to pull it

13  down.  You would never hold it to try to remove it

14  yourself.  You would use a jack system to do so.

15       Q     Okay.

16       A     So for Step 7 it says to remove the bolts

17  in Image 7 that are held on by torque spec to 9

18  newton-meters.  Removal of the fuel tank restraining

19  straps.  So there are a total of 16 of those -- or

20  I'm sorry -- eight of those.  I'm over here

21  miscounting.

22       Q     Eight bolts, you mean?

23       A     Yes.

24       Q     Okay.  All right.  And what do you do

25  next?

1       A    From there I follow the next part which it

2   says -- it's a care point.  It says:  You must have

3   an aid or another person to help assist you in the

4   following steps.

5            The next care point is:  Do not lift any

6   of the pipes or the harnesses -- or do not let any

7   of the pipes or the harness catch when you are

8   removing the fuel tank.

9            So basically you would have another

10  assistant or other body in the shop of equal

11  knowledge to understand to make sure you do not have

12  any issues when removal of the tank.

13      Q    Okay.  And what's the next step?

14      A    Removal of the fuel tank.

15      Q    Okay.  And how do you accomplish that?

16      A    The jack has a section where you can just

17  release the pressure and it will come down.

18      Q    Okay.  So you put the jack underneath it

19  and then it comes down?

20      A    Correct.

21      Q    Okay.  All right.  And then next?

22      A    The tank is out.

23      Q    All right.  And where do you keep the tank

24  when you're working on the tank?

25      A    So at this time I have it underneath the

1   car with me as I'm examining the -- the issue, the

2   damage.

3       Q    Okay.  I just want to go back.

4            Do you -- in the -- in the clamps or clips

5   that are used in the disconnection of the tank, are

6   there any metal, fully round clamps that are used?

7       A    No.

8       Q    In your -- are there any metal round

9   clamps used in the McLaren vehicle?

10      A    Yes.

11      Q    And where would they be located?

12      A    All throughout the vehicle.

13      Q    How about in the -- are there any metal

14  round clamps used in the McLaren vehicle to -- in

15  the metal part of the vehicle?

16      A    Yes, many.

17      Q    And what would they be used for?

18      A    Holding hoses to other components.

19  Normally you'll use a metal clamp for a hose to a

20  tube.

21      Q    Like what?  What do you mean?  What kind

22  of hose to a tube?

23      A    It could be coolant.  That's primarily

24  what we'll see it for.  Sometimes they are for oil.

25  Sometimes they are for vacuum lines.  So any

1    pressure lines that are from -- like the air system.

2    The vehicle has a pretty vast intake system, due to

3    its construction.  So it will have tons of different

4    air -- air fittings that would require those --

5    those clamps.

6         Q    Okay.  Do you know what the -- what the

7    properties are of these clips that are used for the

8    connections on the hoses?

9         A    Describe, like, properties.  What are you

10   referring to?

11        Q    You know, like what kind of plastic is it.

12        A    No.

13        Q    What kind of polymer it is?

14        A    Uh-uh, no.

15        Q    You know, how much heat can it withstand?

16        A    No.

17        Q    Whether it's subject to any type of creep

18   damage?

19        A    No.

20        Q    Do you -- do you have any knowledge or

21   specialized training in plastics?

22        A    No.

23        Q    Okay.  When you were working with these

24   clips to reconnect, did you find any issues with the

25   quality or the condition of the clips?

1        A     No.

2        Q     Okay.  So you thought that they were in

3    working order?

4        A     They were in working order.

5        Q     Okay.  Did you in any way examine the

6    clips closely for any fracture?

7        A     Yes.  When you reinstall, that's part of

8    the process on making sure the connection is

9    suitable.  So when you connect the hose back on,

10   you'll put a little tension on it, first obviously

11   to make sure that you heard the connection is full

12   and complete, and then you'll put the tension on the

13   lines to make sure that they are correct.

14       Q     And when you say, tension by pulling?

15       A     Not even really pulling.  You'll just

16   more, I guess, put the -- put the pressure against

17   the clip a little bit to make sure that it actually

18   is seated properly.  So I wouldn't necessarily saw

19   pull.  I don't -- I wouldn't use that word.

20       Q     What do you -- how do you put pressure on

21   the clip to make sure it's seated properly?

22       A     Basically I would kind turn the connection

23   whatnot, as like it has the pressure -- because it

24   has its own natural pressure to itself.  The hoses

25   are not just loose sitting there; so there's its own

```
 1   natural tension that it has.  So what I would do is
 2   I would just kind of move the connection back,
 3   making sure it's seated properly.
 4        Q    Sort of like a lid to a can -- a bottle or
 5   something?  You make sure --
 6        A    Yes.
 7        Q    -- that it is actually -- it has all the
 8   grooves and it's properly screwed on?
 9        A    Yes.
10        Q    So --
11        A    In that example, yes.
12        Q    Okay.  Can you describe these clips, to
13   the best of your ability.  What does it look like
14   and how does it work?
15        A    So they are internal to the hose.  It is a
16   plastic fitting that houses, if you will -- when you
17   squeeze the tab together, it actually spreads the
18   connection, the inside retaining portion of it open
19   to allow you to then remove the hose.
20             So if you're turning it, it would -- if
21   it's not seated properly, it would just back itself
22   right off.  So making sure that it has a nice, full,
23   and complete compression with a click.  It would not
24   be able to click if it was off, by any means.
25             So you make sure that you have a nice
```

1    amount of pressure when you go ahead and reconnect

2    it and then turning it verifies that it's not

3    walking itself off.

4        Q    Do you do any additional testing to make

5    sure that the clips are on securely?

6        A    After the -- after the repair is

7    completed, we would go ahead and obviously drive the

8    vehicle and monitor the levels to make sure that all

9    of the pressures have been met that are shown inside

10   of the scanner.  The scanner has the properties to

11   show us if there is any leaks of any sort.

12       Q    If there is a loose clip to the fuel feed

13   neck, will a fuel sensor light come on?

14       A    There will be a fault that will be

15   generated to the scan tool.

16       Q    Okay.  So it --

17       A    That will show an under pressure.

18       Q    So even if -- so if a fuel filler neck

19   clip is loose, you're saying that --

20       A    A fuel filler or fuel feed?  Because you

21   said --

22       Q    Fuel filler.

23       A    -- feed.

24            So fuel filler --

25       Q    Fuel filler neck clip.

```
 1        A     So prior to that, per the instructions on
 2   filling and -- the removal of fuel and refilling of
 3   the fuel, which is part of that, you would actually
 4   see fuel coming out if it's not set correctly,
 5   because I would have to put the fuel back inside of
 6   the tank during installation.
 7        Q     Okay.
 8        A     So you would -- you would see fuel coming
 9   out if it's not connected properly.
10        Q     All right.  So let's say that the clip on
11   the fuel filler neck --
12        A     Okay.
13        Q     -- was not completely secure, but not
14   loose.  I mean, not dangling, in other words.  Okay?
15   So just not completely secure.  Will the fuel sensor
16   light come on?
17        A     I don't know.
18        Q     Okay.  So at some point, though, depending
19   on how loose it is, the clip, will a sensor light
20   come on?
21        A     There -- depending on how the system is
22   responding to the -- to the disconnect, it will --
23        Q     Okay.
24        A     -- it will result.
25        Q     At what point in time will the fuel sensor
```

1   light come on if there's an issue with the

2   connection of the filler -- fuel filler neck to the

3   tank?

4        A    I don't know approximate time.

5        Q    Not -- not time, but at what occasion?

6   What condition would cause the fuel sensor light to

7   come on if the connection of the fuel filler neck

8   and the tank is somewhat loose?

9        A    So after the system would actually do its

10  run, it -- once the tank is pressurized back up

11  again, it will notice that there's a leak and it

12  will throw a check engine light for -- which is like

13  the canister that I was explaining to you in the

14  beginning.  It's not holding pressure.  There's

15  something that is -- that's causing a leak.

16           So after the vehicle -- once I'm done

17  working on the vehicle, we'll run the vehicle up to

18  operating temperature to help build the pressure and

19  then we'll shut the vehicle off to make sure that

20  everything is doing its job.

21           So at that point in time it would notice

22  that there is a leak somewhere.

23       Q    Okay.

24       A    And it goes -- it doesn't necessarily give

25  us an exact reading, but it shows us up to 20,000ths

1  of a leak.  I don't know what measurement that that

2  is in.  To 40 -- or, yeah to 40,000ths of a leak.

3  So 20 would be the smallest; 40 would be obviously a

4  little bit larger.  It would indicate immediately if

5  there is a leak.

6       Q    Okay.  So how -- how loose does the fuel

7  filler neck has to be to the tank before the fuel

8  sensor light comes on?

9       A    I don't know.

10      Q    Does it essentially have to be off?

11 Completely --

12      A    I have no idea.

13      Q    -- unconnected?  Okay.

14      A    I mean, at 20,000ths of a leak that's --

15      Q    Yeah.  What is that?

16      A    Again, like I said, I don't know what the

17 measurement is.  But 20,000 sounds pretty small to

18 me.  So I would assume very quickly.

19      Q    All right.

20      A    That's just an assumption --

21      Q    Have you ever --

22      A    -- but I do not know.

23      Q    -- in your career as -- in mechanic -- in

24 mechanics for McLaren vehicles seen issues with the

25 plastic clip on the fuel filler neck?

```
 1        A     No.

 2              MR. COSGROVE:  Object to form.  Vague and

 3   ambiguous.

 4              THE WITNESS:  What's that?

 5              MR. COSGROVE:  Object to form.  Vague and

 6   ambiguous.  I'm objecting to her question.

 7              THE WITNESS:  Understood.  I'm sorry.

 8              MR. KLEIN:  You can answer.

 9              MR. COSGROVE:  You can still answer.

10              THE WITNESS:  Okay.  Sorry.

11        A     No.  I mean, I personally have never ran

12   into issues.

13   BY MS. CHEUNG-TRUSLOW:

14        Q     Okay.  Have any of your colleagues ran

15   into any issues?

16        A     None that I am aware of.

17        Q     Okay.  Has there been any type of bulletin

18   you've seen from McLaren identifying issues with the

19   clip --

20        A     None --

21        Q     Let me finish.

22        A     Sorry.  Go ahead.

23        Q     -- the clip associated with the fuel

24   filler neck?

25        A     None that I'm aware of currently.
```

```
 1       Q    Okay.  I'm actually going to show you the
 2  last two photographs of this package, if you could
 3  kind of dig through those --
 4       A    Am I okay --
 5       Q    -- documents.
 6       A    -- with this here?  Do you still need
 7  this?
 8       Q    At some point, yes.
 9       A    Okay.  We'll set it off to the side.
10       Q    It's the last two pages of the last two --
11  no, not -- on the bottom of the stack.
12       A    Okay.
13       Q    There's two photographs.
14       A    Okay.
15       Q    And I'm just going to tell you these are
16  photographs of the debris from the McLaren 765.  Do
17  you see the metal clamp?
18       A    Yes.
19            MR. KLEIN:  Are these numbered?  I'm
20  sorry.
21            MS. CHEUNG-TRUSLOW:  They're not.  They're
22  going to -- once he --
23            MR. KLEIN:  Okay.  Just making sure.
24       A    Yes.  I'm sorry.  I didn't --
25  BY MS. CHEUNG-TRUSLOW:
```

1      Q     No.

2            Do you see the metal clamp in the

3   photographs?

4      A     I do.

5      Q     Okay.  They're both -- in the -- both

6   photographs; correct?

7      A     Yes.

8            MS. CHEUNG-TRUSLOW:  All right.  I'm going

9   to identify those as Exhibit Number 21 and 22 --

10           MR. COSGROVE:  Just I think --

11           MS. CHEUNG-TRUSLOW:  -- for our record.

12           MR. COSGROVE:  I think he's got the same

13  photograph.

14           MS. CHEUNG-TRUSLOW:  Okay.  Can you switch

15  it?

16           (Crosstalk.)

17           MR. KLEIN:  They looked really similar.

18           THE WITNESS:  I was like, is there a

19  difference.

20           MR. KLEIN:  It's like I'm reading

21  Highlights for Children again, circle the

22  differences.

23           MS. CHEUNG-TRUSLOW:  So if you want to

24  mark -- those are the only ones I'm marking.

25           MR. COSGROVE:  I'm sorry.  What -- did you

```
 1   put numbers on these?  What -- what exhibits did you
 2   say?
 3              MS. CHEUNG-TRUSLOW:  21 and 22.
 4              MR. COSGROVE:  Do we have any idea --
 5              MR. KLEIN:  Which is which.
 6              MR. COSGROVE:  -- which is which?
 7              THE COURT REPORTER:  You all have to stop
 8   talking if you want me to mark them.
 9              MS. CHEUNG-TRUSLOW:  Yeah.  Go ahead.
10              (Krause Deposition Exhibit Numbers P-21
11   and P-22 were marked for identification and attached
12   to the transcript.)
13              MR. KLEIN:  21 is the one that's face-on.
14   22 is the one that's edge-on.
15   BY MS. CHEUNG-TRUSLOW:
16       Q    All right.  We're looking at Exhibit
17   Number 21.  Derick, do you see the metal clip in the
18   photograph?
19       A    Yes.
20       Q    Do you know where that metal clip goes to
21   in the McLaren 765?
22       A    No, not offhand.
23       Q    Okay.  And what about Exhibit Number 22?
24   Do you see the metal clip in that photograph?
25       A    Yes.
```

**Regency-Brentano, Inc.**

```
1        Q    I should call it clamp; right?  These are
2   clamps?
3        A    These are clamps.
4        Q    Okay.  Do you know where that clamp goes
5   to?
6        A    I do not.
7        Q    Okay.  Do you know whether the metal
8   clamps in these two photographs are in any way used
9   for the connections of the -- to the tank?
10       A    I do not.
11       Q    Do you know whether there are connections
12  to the tank that does use a metal clip like this?
13       A    At the tank, you're saying, or
14  throughout --
15       Q    Yeah.
16       A    -- the fuel system?
17       Q    No.  At the tank.
18       A    No.
19       Q    So no metal clamps at the tank?
20       A    Not at the tank, no.
21       Q    Okay.  And then what about the rest of the
22  fuel system?  Any use for these clamps?
23       A    Yes.
24       Q    Okay.  Where would they be located?
25       A    On the very top section of where the
```

1  filler neck is and at the very bottom where it goes

2  into where that quick-disconnect that I referred to

3  is.

4      Q    Okay.  All right.  So let's go through

5  that.  I'm just --

6      A    Yes.

7      Q    All right.  So can you describe where a

8  metal clamp like this would be at the -- you said

9  the fuel filler neck?

10     A    At the very top of the bolt where you put

11 the nozzle in.

12     Q    Okay.  You know, can you do me a big

13 favor?

14     A    Yes.

15     Q    I'm visually more --

16     A    Sure.

17     Q    It's friendlier for me to figure -- look

18 at things than to try to --

19     A    I might --

20     Q    -- figure out what you --

21     A    -- I have -- I think I might have an image

22 of one.

23     Q    Oh, that would be --

24          MR. KLEIN:  Whatever makes it easier.

25 BY MS. CHEUNG-TRUSLOW:

```
 1        Q    -- fantastic.
 2             Yeah, that would be fantastic.  I just
 3   don't have any images of it from the production; so
 4   I'm at a loss as to -- so thank you.
 5        A    Yes.
 6        Q    I'm glad you brought your computer.
 7        A    I thought about it before I left; I
 8   wondered if it would be a good idea or not.
 9        Q    It's almost making it a lot easier to
10   figure out what happened.
11        A    So what I'm going to is this -- I thought
12   I had one, but I do have a image of what that filler
13   neck looks like through our McLaren site.
14             Okay.
15             THE WITNESS:  Is that okay?
16             MR. KLEIN:  Yeah.
17        A    So in this image here, that is the
18   complete fuel filler neck from the top where the
19   nozzle would go into.
20   BY MS. CHEUNG-TRUSLOW:
21        Q    Now, first of all, is this for the 765?
22        A    This is for the --
23        Q    I just want to make sure.
24        A    -- 765LT, yes.
25        Q    All right.
```

```
 1      A    So at the top here is where the fuel
 2  nozzle will go into to add the fuel into the
 3  vehicle.  And down here is where it would -- where
 4  it would connect into the actual fuel tank.
 5           So if you look carefully, that very top
 6  portion -- if I can find my mouse -- that little
 7  point right there where my mouse is is the
 8  quick-disconnect, one of them.  The other side --
 9  the detent is on the other side.  That's what you
10  would squeeze to then remove.
11      Q    Okay.  So the plastic clip is what you're
12  showing me?
13      A    Correct.
14           Now, what I'm actually getting at is that
15  for these clamps here, underneath this heat wrap,
16  there is one of these -- I'm not sure the size or
17  which not -- we never touch those clamps in these
18  instances.  But there is one that would be located
19  around here in this area and there would be one that
20  is somewhere in that area there.
21      Q    And what's the purpose of the metal
22  clamps?
23      A    To keep the -- the entire hose together,
24  like as one contained unit.
25      Q    What do you mean together?
```

```
 1        A     So when I order --

 2        Q     To keep it from moving?

 3        A     Not necessarily.

 4              So when I select -- if I were to order

 5   this part -- let's say I have a damaged fuel filler

 6   neck.  I would order a fuel filler neck and it would

 7   come complete, from this very bottom section here,

 8   all the way to this very top section here, as one

 9   piece.

10        Q     Okay.  And the metal clamp would be

11   located approximately where towards the tank side of

12   the hose?

13        A     You're asking where --

14        Q     Yeah.

15        A     -- would it be?

16              Further back off of the plastic

17   disconnect.  And then there would be another one

18   that would be back over here somewhere.

19        Q     What's the purpose of the clamping in

20   those locations?

21        A     That's -- that's McLaren.  That would be a

22   question for them.

23        Q     In other words, is it to support the hose?

24        A     It's just to keep it connected, just both

25   ends connected.
```

1       Q    How does it keep both ends connected when
2   the clamp is on the hose itself?
3       A    So the inside of these have a sleeve, like
4   a collar, and the hose would go over that, and then
5   the clamp would hold them together.
6       Q    I don't think I understand.
7            So the metal clamps are inside the
8   sleeves?
9       A    No.  They're on the outside -- outside of
10  the hose.  And then the hose would go over the
11  plastic end that is right here that would go into
12  the -- that would connect to the gas tank.
13      Q    So -- I see; I see.
14           So what we're looking at, the filler hose
15  itself -- it's actually two tubes.  Is it two tubes?
16      A    No, it's one.
17      Q    It's one tube.
18      A    One whole tube, yeah.
19      Q    Okay.
20      A    So imagine a hose and you just have two of
21  these clamps holding the two ends together.  And the
22  hose would sleeve over both ends and the clamp will
23  hold it together.
24      Q    Okay.  And so if there's a missing hose --
25  a missing clamp -- metal clamp from either end, does

1    it in any way impact the performance of the hose?

2          A    I -- it possibly could.

3          Q    In what way?

4          A    There would be -- fuel would be leaking

5    out of them, I could definitely say, because it's

6    not making -- the hose is not connecting to the end

7    of the tube properly so you would have a large

8    amount of the fuel that would come out.  So we would

9    see that if that were this instance when I would

10   fill the fuel.

11         Q    Yeah.  I'm still a little confused.  And

12   I -- I apologize for my -- it's my --

13         A    You're okay.

14         Q    -- own confusion --

15         A    It's okay.

16         Q    -- because I don't work on these parts.

17         A    Sure.  No, no, no.  It's okay.

18         Q    All right.  So you --

19         A    Can I show you a different image that

20   may --

21         Q    Yes, of course.

22         A    -- explain it better.

23              Now, the image I will show you is nothing

24   to do with fuel system.  It's just to give you an

25   example.

1      Q     Yes.

2      A     Okay.

3      Q     Thank you.

4      A     I just wanted to clarify.

5      Q     Thank you, by the way, Derick.

6      A     You are welcome.

7            Okay.  So this here example that I am

8    showing you is a coolant hose.

9      Q     Okay.

10     A     Okay.  So in this image here there is the

11   clamp and it would slide over the hose and it would

12   actually connect to this other hose here.

13           So it would be on the outside of the hose.

14   The hose would then go over the tube and then the

15   clamp would then hold it down together.

16     Q     Okay.

17     A     So it would mate the hose to whichever end

18   it would need to be connected to.

19     Q     Okay.  And in our situation with the fuel

20   filler neck, how is that -- how does that work?

21     A     So, again, the quick-disconnect -- imagine

22   it being -- I wish I had something like I could use

23   as an example.

24           May I please borrow your pen.

25     Q     Of course.

1      A     So imagine if my hand here was a hose and

2  this is tube at the fuel --

3      Q     The hose and the --

4      A     -- quick-disconnect.

5      Q     -- tube?

6      A     Yes.

7      Q     What is the difference between the hose

8  and the tube?

9      A     So this side here would be our disconnect

10  that would attach to the fuel tank, right.  So it's

11  a plastic piece.  This is all plastic.  There's a

12  quick-disconnect you would squeeze and then this is

13  what you would remove from the actual fuel tank.

14          Now, the hose would slide over this and it

15  would clamp down; so it would be part of this now.

16      Q     I see.

17      A     Now, I'm still using the quick-disconnect

18  to do what I needed to do, but the hose is now

19  secured here.

20      Q     Okay.  So if the clamp is not on the hose

21  for whatever reason it may disengage from the tube?

22      A     Yes.

23      Q     Okay.  And therefore fuel could spill out?

24      A     Sure.

25      Q     Okay.  Got it.  Thank you.

```
 1        A     Here's your pen.  I am sorry.

 2        Q     Oh, keep it for now.

 3        A     Okay.

 4        Q     All right.  So how many metal clips or the

 5   clamps would there be as part of the fuel filler

 6   neck system?

 7        A     Two.

 8        Q     Two.  All right.

 9              And the picture that you saw, Exhibit

10   Number 21 and 22, are those the type of metal clamps

11   that are part of the fuel filler neck system?

12        A     In those two clamps that I'm referring to,

13   yes, they could be.

14        Q     Okay.  Can you tell whether they are?

15        A     I cannot.

16        Q     All right.  But they are the types that

17   you would find, you're saying?

18        A     Yes.  It is a very commonly used clamp

19   throughout the entire vehicle.

20        Q     Okay.  And do you have any specific memory

21   of seeing the metal clamp at the tank side?

22        A     Yes.

23        Q     You saw it?

24        A     Yes.

25        Q     Did you take -- do you take photographs
```

Derick M. Lee - February 27, 2023                    84
Video Deposition

1    during your repair work?

2        A    I -- there are images, but I don't have

3    them, no.

4        Q    When you say images?

5        A    I believe that they -- I think my service

6    manager -- since the severity of the vehicle, when I

7    showed them the damage, I had them come out and take

8    the images; so they have it for their record, I

9    believe.

10       Q    Okay.  So they may have images of the --

11   what I'm asking is:  Do you have --

12       A    I do --

13       Q    -- photographs?

14       A    I do not have photographs of --

15       Q    Okay.

16       A    -- of that, no.

17       Q    No.

18            My -- my question is:  Do you have

19   photographs of the repair work you're doing?

20       A    Like personally, like me actually doing

21   the work?

22       Q    Right.  So you're doing some work, you

23   take some photographs?

24       A    No.

25       Q    Okay.  You don't do that.  All right.

```
 1    Okay.  Thank you.

 2              Do you need to take a break at all?

 3       A    No.

 4       Q    Okay.  Let's go on to the actual invoices

 5    for this work, and it's Exhibit Number 7.

 6              (Krause Deposition Exhibit P-7 was marked

 7    for identification and attached to the transcript.)

 8    BY MS. CHEUNG-TRUSLOW:

 9       Q    You want to -- here.

10       A    I'm all mixed up here.

11       Q    It's a three-page document.

12       A    Okay.

13       Q    Okay.  All right.  So how did you get

14    involved with this -- this work?  Were you -- was it

15    your turn to have an assignment that day, or what?

16       A    So normally -- I'm the lead McLaren

17    technician.  In this particular instance the car was

18    essentially considered, in our eyes, as a brand --

19    newer -- brand-new vehicle or newer vehicle.  And

20    when we have a new model -- this car had just came

21    out, very new at that time, they would give it to

22    me, seeing as though I'm the lead.  And what we

23    would do is we would contact McLaren, because of the

24    vehicle's newness, if there is something that has

25    come up so they know about the vehicle ahead of
```

1    time.

2         Q    Okay.

3         A    So they would then, you know, require me

4    to get that information, seeing as though I'm the

5    lead of -- of that brand.

6         Q    I see.

7              And what information did you give to

8    McLaren?

9         A    Exactly what we have already talked about.

10   I showed them the damage -- the moment that we

11   pulled the engine floor and we seen that there was

12   outside influence, McLaren 765 was like, we're done

13   here.  Which makes sense.  They -- they didn't -- a

14   rodent or any sort of outside influence has nothing

15   to do with McLaren.

16        Q    Okay.  We'll talk about the poor rodent.

17        A    Sure.

18        Q    I actually saw the skeleton.

19        A    Isn't that weird?

20        Q    All right.  How did the service call come

21   to -- do you know how the service call came to

22   MotorCars of Atlanta?

23        A    I do not.

24        Q    All right.  So all you know is that you

25   have this assignment and you're going to go with the

1   work.

2           What was -- what were you tasked to do?

3       A   Ultimately just diagnose why the vehicle

4   is not starting and the required fault that was

5   on -- on the vehicle.

6       Q   What was -- what was the issue presented?

7   What was the presented issue when you started with

8   the assignment?

9       A   So vehicle would not start.  And then I

10  seen on the display or the cluster that the fuel

11  level showed that it was faulty.

12      Q   Okay.  And so you're looking at what?  The

13  computer?

14      A   At this time, no.

15      Q   So the -- it just wouldn't start?  You

16  mean like it just wouldn't crank up?

17      A   Correct.

18      Q   All right.  Is that in the Exhibit Number

19  7?  Some type of indicator that it wouldn't start?

20  You could just take a look at Exhibit 7.

21      A   Yeah, I'm reading.

22          I don't see -- I do not see that in here

23  that the vehicle would not start.

24      Q   But you remember that being one of the

25  issues?

```
 1       A     Correct.

 2       Q     Okay.  So it wouldn't start?

 3       A     Or I think they were -- I'm trying to

 4  recall if I was instructed not to start, or what

 5  have you, but I know the vehicle was pushed in.  So

 6  I'm trying to recall if I pushed -- if we started

 7  the car or if we pushed it in.  But it was no -- no

 8  to start.

 9       Q     Okay.  So either direction not to start it

10  or --

11       A     Correct.

12       Q     -- issues with starting --

13       A     Correct.

14       Q     -- the vehicle?

15             All right.  So what -- what was sensor

16  light -- what was the sensor light that was on?

17       A     Showed fuel -- basically it's just -- it's

18  a default or a -- it's a generic image.  And I think

19  that's why there was no start required was because

20  there was something fuel related.  There was a fuel

21  fault.

22       Q     But how do you -- is it from the

23  dashboard?

24       A     Yes.

25       Q     Okay.  So the dashboard has some type of
```

1  sensor light and it said for fuel?

2       A    Yes.

3       Q    So it isn't just a generic engine light?

4       A    There was an engine light that is

5  associated with it.  Like, it will be like a check

6  engine light and then it will say -- like, it

7  actually reads out fuel system fault.

8       Q    Okay.

9       A    So when you see faults like that, even

10 naturally, you do not start the car.  Again, with

11 the warnings that was written --

12      Q    Right.

13      A    -- that I read earlier, you -- you're

14 unknown what the system is.  You don't try to start

15 something that could have --

16      Q    So this is a digital readout from the

17 dashboard, engine light and then it has the fuel

18 system?

19      A    Correct.

20      Q    Okay.  What does it say on the dashboard?

21      A    I don't remember the exact message, but

22 there are messages of fuel system fault.  It will

23 say -- in this case I do recall seeing the -- the

24 fuel level was -- has a -- what is the word I'm

25 looking for?  It has a -- it kind of has like a

1   default setting to where if there's an issue with

2   it, it will indicate, like, the fuel level is red

3   and it will show that it's maxed all the way out.

4   So we -- we don't know where the fuel level is in

5   the vehicle, but something is wrong the fuel level.

6   And then also with the indicated message there's a

7   fuel fault, there's a fuel --

8        Q    Okay.

9        A    -- issue.

10       Q    Okay.  And so as a result of that, what

11   did you do?

12       A    So we pushed the vehicle in.  Like I said,

13   we -- we didn't -- no start -- nobody -- do not

14   start this vehicle, push this vehicle in.  We

15   possibly have a fuel issue.  Push the vehicle into

16   the service bay, place it onto the lift, and then we

17   would -- we would scan the vehicle out.

18            And the faults read -- I do not know

19   exactly what their actual codes were offhand; so I

20   don't want to say those, but it was something

21   fuel-related that --

22       Q    Okay.

23       A    -- led us to -- to need to remove the

24   tank.

25       Q    Do you record the codes somewhere?

1      A      Yeah.

2      Q      And where would they be recorded?

3      A      There is a -- we have it on our actual

4   scanner itself that is at the dealership that we

5   scan out the vehicles through.

6      Q      And what is that system called that you

7   scan?

8      A      It's called MDS.

9      Q      What does it stand for?

10     A      McLaren Diagnostic System --

11     Q      All right.  And --

12     A      -- or Scanner.

13     Q      -- is that is a system that is proprietary

14  to McLaren?

15     A      Yes.

16     Q      All right.  And then they provide that

17  service to you so you can diagnose their vehicles?

18     A      Yes.

19     Q      All right.  And so since you were able to

20  get the codes for the faults, is that still saved

21  for this car?

22     A      It should be.  I don't know why it

23  wouldn't be.  I don't know.

24     Q      So what -- what in -- so is this a --

25  like, how do you get the vehicle to -- how do you

1  get the MDS to read out what the faults are for the

2  vehicle?

3       A    What you do is you would scan -- you would

4  connect into the onboard diagnostics port and you

5  would read out the control unit.

6       Q    Okay.  So there's a connection between the

7  MDS and the onboard --

8       A    Diagnostics.

9       Q    -- diagnostics?

10           Okay.

11      A    Yes.

12      Q    All right.  And you don't remember

13  especially what the codes are?

14      A    No.

15           MS. CHEUNG-TRUSLOW:  All right.  I will

16  ask for the production of the codes.

17  BY MS. CHEUNG-TRUSLOW:

18      Q    All right.  So you read the codes.  What

19  do you do next?

20      A    At that moment in time I -- I reach out to

21  McLaren.  Like I said, on new vehicles, you don't

22  just start plugging away, because there could be

23  something that they already know based on the fault.

24  So I reached out to the -- to them and they asked me

25  to -- to inspect the vehicle further for more

1    information.

2              So, again, we follow the steps of SIS,

3    which I further explained earlier to place the

4    vehicle onto the -- to the lift, raise the vehicle

5    up.

6              When we got to the point where we had

7    removed the engine floor -- once we got to removal

8    of the engine floor, we noticed the -- the rodent

9    damage that was in there.

10       Q    Okay.  So let's talk about what you

11   thought was rodent damage.  I'm -- it's in your

12   package.  There's a couple of photographs of the --

13   it's Exhibit Number 11.

14              (Krause Deposition Exhibit P-11 was marked

15   for identification and attached to the transcript.)

16       A    Yes.

17   BY MS. CHEUNG-TRUSLOW:

18       Q    Do you see it's seven photographs?

19       A    Yes.

20       Q    Who took these photographs?

21       A    This would have been somebody in my

22   service department.  I don't recall exactly who.  I

23   think it might have been my service manager.  It's

24   all an assumption.

25       Q    And who is your service manager?

1        A     Max Landes.

2        Q     Okay.  Okay.  So how did he come about

3   taking these photographs?  Did you say, hey, Max,

4   come over --

5        A     Oh, yeah --

6        Q     -- look at this?

7        A     -- immediately.  The moment that we

8   seen -- based on the information that I gave you,

9   since it is a newer vehicle, McLaren is involved, I

10  want somebody else to be aware of what's happening

11  with this vehicle being as new as it is and that we

12  already have significant outsource influence damage.

13       Q     Sure, of course.

14             The outsource being the rat?

15       A     Oh, yeah.

16       Q     All right.  Exhibit Number 11 --

17       A     Yes.

18       Q     -- the first page.  What are we looking

19  at?  Do you know?

20       A     So this looks to be any insulation that

21  could be either something that the rodent had

22  brought in.  It looks like foam cushioning that's

23  there.  The longer strips of the felt that is there

24  is actually placed there by McLaren.

25             But you could tell that, you know, there's

1  some hair and it looks like some acorns of some

2  sort, a little bit of the foam that is there.

3      Q     Okay.  So I just want -- because I don't

4  know what I'm looking at; so I'm --

5      A     Sure.

6      Q     -- I'm asking you to help me figure out

7  what we're looking at.

8            So this is the vehicle under -- this is a

9  view from underneath the vehicle --

10     A     Correct.

11     Q     -- right?  Looking up?

12           And this is in the area of what?  Which

13  part of the vehicle is this?

14     A     So what you're looking at there is the

15  left side of the motor mount.  So driver's side

16  motor mount, lower section.

17     Q     Okay.  And so that would be in the middle

18  or the rear?

19     A     In the middle.

20     Q     In the middle -- towards the middle of the

21  vehicle?  Okay.

22     A     Yeah.  It's about middle -- middle of the

23  vehicle.

24     Q     All right.  And then --

25     A     Middle rear, I would say.  Most of the

1   work that is -- and damage that is here is middle --

2   middle rear.

3         Q    All right.  So what we're looking at --

4   you said something of foam?

5         A    Yeah.  So --

6         Q    What kind of -- what do you mean, foam?

7         A    It's more of like an insulative

8   sound-deadening that's there.  Basically these

9   cars -- there's very little sound-deadening that's

10  there.  So the little bit of sound-deadening that is

11  there is what you're -- what you're seeing chewed up

12  there.

13        Q    Okay.  And what we're -- it's that -- it

14  looks like felt of some sort, that black-gray felt?

15        A    Yes.

16        Q    So there's -- is it a sheet of foam or is

17  it like --

18        A    It's very --

19        Q    -- strips?

20        A    -- very thin strips of it.

21        Q    Okay.  These are thin strips of it.

22             And -- and you -- and you'll -- you're

23  saying that it was chewed?

24        A    Oh, yeah.

25        Q    And it's still adhering, though, to, it

1  looks like --

2      A    Yeah.

3      Q    -- the vehicle?

4      A    Yeah.

5      Q    All right.  What is -- what is the --

6  insulation attached to?  What is that on top?

7      A    That's the actual motor mount and bracket

8  for the motor mount.  Normally that's at the bottom

9  of the vehicle -- very, very bottom of the vehicle.

10     Q    Okay.  And what is -- what is the purpose

11 of the motor mount?

12     A    To secure the motor in the engine bay.

13     Q    All right.  So you -- you saw the foam

14 being chewed up.  Is that your assessment?  That

15 it's been chewed up.

16     A    Yes.

17     Q    But it's still fastened, I mean, connected

18 somehow to the motor mount?

19     A    Yes.

20     Q    Okay.  Let's look at the next photograph,

21 which is on Page 2.  What are we looking at?

22     A    So just to make sure we're all looking at

23 the same image; correct?

24     Q    Yes.

25     A    So this here is -- it looks like some --

1   some feces, urine, hair, bone -- sadly -- a little

2   bit of foam that's there.  And you can see some of

3   the foam padding right there in that image as well

4   that's not chewed up.

5       Q    And what part of the vehicle is this?

6       A    That is the engine floor.  So it's a panel

7   that covers the engine.

8       Q    All right.  But not -- so this is the

9   floor that covers the engine without going into the

10  engine.  So this is outside the engine?

11      A    Correct.  That also covers the -- the fuel

12  tank as well.

13      Q    Okay.  So the floor covers the engine and

14  the floor tank?

15      A    Yes.

16      Q    I mean, the fuel tank.

17      A    Yes.

18      Q    Okay.  So the -- whatever we're seeing --

19  some organic material is outside the engine and

20  outside the tank?

21      A    Correct.

22      Q    Okay.

23      A    And you can tell it looks pretty

24  widespread, like it's -- it's across the -- the

25  whole panel, it looks to be.

1        Q    Okay.  Let's look at the third photograph.
2   What is that?
3        A    More of the foam that looks to be chewed
4   there, looks maybe like some more urine from
5   whatever animal.
6        Q    Okay.  So this is the pan.  You're saying
7   it's the pan; right?
8        A    Yes.
9        Q    So the pan -- so is this on the top of the
10  pan or is this on the bottom of the pan?
11       A    This would be on the top.
12       Q    Okay.  I just want to make sure I get the
13  orientation.
14       A    Yes.
15       Q    So the pan is going this way and it houses
16  the tank and the -- the engine.  And so what we're
17  seeing here is the stuff on top of the -- what do
18  you call it?
19       A    The floor.
20       Q    Floor?
21       A    Engine floor, yes.
22       Q    Okay.  All right.  Next photograph, Page
23  4.  What part of the vehicle is this?
24       A    So this is the -- this is the restraining
25  strap to the gas tank.  Again, you can see more

1    strips of felt and the foam from the actual engine

2    floor again that's stuck to it.

3         Q    Okay.  So this is more of the sound kind

4    of foam --

5         A    Yeah.

6         Q    -- being chewed?

7         A    Yes.

8         Q    Anything else being chewed in this

9    photograph?

10        A    Seeing as though the rest of it is out of

11   focus, I cannot tell.

12        Q    Okay.  Do you know anything else that got

13   chewed?

14        A    Outside of this image?

15        Q    Yes.

16        A    Yes.

17        Q    What was it?

18        A    There was wires that I seen that were

19   chewed.  And it looked like the sheathing for the

20   wiring that was across the top, also some of the

21   fuel line.

22        Q    Okay.  So --

23        A    The feed fuel line.  I'm sorry.

24        Q    Okay.  So let's talk about the next

25   photograph, which is Page 5.

```
 1        A     Okay.

 2        Q     Again, this is still the pan?

 3        A     Yeah.

 4        Q     The top of the pan?

 5        A     Yes.

 6        Q     All right.  What do you see?

 7        A     Again, still some feces, urine, foam,

 8   felt, skeleton.

 9        Q     And then Photograph 6?  What is that?

10        A     So that is a piece of wire.

11        Q     From where?

12        A     This would have been from the top of the

13   fuel tank.

14        Q     Okay.  So the wire on top of the fuel

15   tank?

16        A     Correct.

17        Q     And what wire would that be?

18        A     So the connection that I showed you that

19   would have to be removed from the vehicle and the

20   fuel tank -- that wire will then travel to the top

21   of the fuel tank that would help drive the fuel

22   pumps.

23        Q     Okay.  Again, what is the name of it?

24        A     The fuel tank harness.

25        Q     Okay.  So this is the fuel tank harness.
```

Derick M. Lee - February 27, 2023                 102
Video Deposition

```
1          Was -- is the fuel tank harness a
2   connection that also has to be disconnected from the
3   tank when you remove it?
4       A    Just the -- just the connection that I
5   spoke about earlier.
6       Q    Okay.
7       A    The rest of it stays across the top.
8       Q    Okay.  So -- right, of course.
9          So when you say fuel tank harness, is that
10  what you were talking about before --
11      A    Yes.
12      Q    -- that you have to disconnect from the
13  tank?
14      A    Yes.
15      Q    Okay.  And what did you call that?  I just
16  want to make sure we're talking about the same
17  thing.  What did you call that part of the
18  connect -- what is that called?
19      A    It still would just be a subharness for
20  the fuel tank harness.
21      Q    Okay.
22      A    I think earlier I just referred to it as
23  the connector by SIS instructions.  I didn't give an
24  actual --
25      Q    Right.  So we talked about -- I just want
```

Regency-Brentano, Inc.

```
 1   to make sure that we're talking about the same
 2   thing.
 3        A    Sure.
 4        Q    Before you were talking about the
 5   electrical wirings that have to be disconnected from
 6   the tank?
 7        A    The vehicle.
 8        Q    From the tank, you know, to the engine.
 9   So is the fuel tank harness -- is that the piece --
10        A    That is --
11        Q    -- you're talking about?
12        A    -- yes, that is that part.
13        Q    Same thing then?
14        A    Yes.
15        Q    So you did have to disconnect the fuel
16   tank harness from the tank?
17        A    Once I got the tank down and I noticed
18   that that was damaged, then, yes, at that point.
19   But earlier it was just to disconnect it from the
20   car only.
21        Q    Got it.
22             Okay.  So the fuel tank harness is
23   actually connected from the fuel tank itself?
24        A    Correct.
25        Q    And you don't have to remove that in order
```

```
 1   to remove the tank?
 2        A    Correct.
 3        Q    Okay.  Got it.
 4        A    You wouldn't be able to.
 5        Q    Yeah.
 6        A    There's -- it's impossible.
 7        Q    Just want to make sure.
 8             All right.  Let's go to the next
 9   paragraph, Number -- it's the seventh page.  What
10   are we looking at?
11        A    This here looks to be the power supply
12   from the battery, going to the back of the car.  And
13   there seems to be obviously some signs of the rodent
14   hanging around there as well.  I can see some fur,
15   more urine.  And I can't tell what's out of focus
16   further back there but --
17        Q    Do you see any damage -- rodent damage in
18   this photograph?
19        A    The items that are in focus, no.  But out
20   of focus, I cannot.
21        Q    Okay.  All right.  I didn't see a picture
22   of the fuel feed line being damaged.  Do you
23   remember if anyone took a photo of that?
24        A    I did not take any photos.  I have no idea
25   what they took photos of.
```

1       Q     Okay.  But you did say that the fuel feed

2    line was also chewed?

3       A     Yes.

4       Q     But no photographs?

5       A     I don't know.

6       Q     You didn't take any?

7       A     I didn't take any.

8       Q     Okay.  Do you know whether the parts that

9    you removed in conjunction with this repair work

10   were saved?

11      A     I do not recall.

12      Q     Is it customary for your employer to save

13   the parts that are removed from the work?

14      A     In this case, or in general?

15      Q     In general.

16      A     If it's warranty-related, yes.  If it's

17   like a customer-pay situation, like if you have,

18   like, a bad tire or worn out brake, no.

19      Q     Okay.  So you don't know whether any of

20   the parts that you removed from the -- from the work

21   was saved for this work?

22      A     I do not.

23      Q     All right.  And if there was items removed

24   and saved, where would that be kept at your

25   employer?

```
 1      A      Normally the parts department would store
 2   them.
 3      Q      And how long would they store them for?
 4      A      I do not know.
 5      Q      Okay.  And what would they -- what would
 6   the purpose be for storing those parts?
 7      A      For the warranty purposes.
 8      Q      Okay.  Would --
 9      A      Sorry.
10      Q      Would they be shipped to McLaren?
11      A      If warranty requests for them, yes.
12      Q      Okay.  And how many other occasions have
13   you experienced of rodent damage to vehicle parts?
14      A      Often.
15      Q      Often.
16      A      Depending on the temperature, they like
17   the cars.
18      Q      All right.  And -- and where -- would you
19   have any assessment as to what part of the vehicle
20   they're most prone to damage?
21      A      So it's known in the automotive industry
22   that the sheathing that goes around the wiring
23   harnesses are made -- I guess the -- the felt tape
24   that is used to kind of house those wiring -- the
25   wiring looms basically to keep them protected -- the
```

1  adhesive, I guess, has, like, corn syrup in it, I

2  guess, from what we're told.  I don't know that

3  personally.  I have no idea.

4      Q    I know you haven't tasted it.

5      A    I've never tried it myself to know.

6          But that's -- that's the general consensus

7  across the land of all manufacturers.  That's not

8  just McLaren.

9          But you'll always tend to find -- in

10 rodent instances, they tend to always want to go,

11 one, to a warmer source; so they like the engine bay

12 area.  But then they also smell or taste something

13 sweet on that electrical section there.

14     Q    So you mean the -- so the wiring harness

15 that we've been talking about?

16     A    That could be one, but there's obviously a

17 lot of wires in a car.  So anywhere that they feel

18 that they want, that's where they will go.

19     Q    So primarily in the wiring?

20     A    Yes.

21     Q    Okay.  All right.  So we've gotten through

22 the takedown of the tank.  You've diagnosed certain

23 codes.  And based on these codes it led you to what?

24     A    It led me to understand that there would

25 be some form of damage that I would run into along

1    the top of the fuel tank.

2         Q    Okay.  And then how did you go about

3    further work?

4         A    At that point in time we got -- we ran the

5    information through to the client at that time,

6    because it's their vehicle and they would have to be

7    fronting the bill.  McLaren didn't put a rodent in

8    the car.

9              So we would say, hey, do you want to

10   authorize this repair to move forward?  That would

11   who all be, you know, front desk area.  I don't -- I

12   have no authority of what they decide to do or not.

13             I just tell them, my next step is to

14   remove the fuel tank to assess further damage.

15        Q    Okay.

16        A    I was given the greenlight to go ahead and

17   remove the fuel tank to then assess the damage.  So

18   we removed the fuel tank and I was able to identify

19   that -- the fuel feed off of the fuel tank you could

20   see was damaged; it was chewed on.  And then also

21   the harness was -- was chewed on as well.

22        Q    So the harness we're talking about is the

23   wiring harness --

24        A    Correct.

25        Q    -- from the tank?

```
 1       A    Correct.

 2       Q    Okay.  And what is the purpose of that

 3  wiring harness?

 4       A    To operate the fuel pumps.

 5       Q    Okay.

 6       A    And also the fuel level.

 7            So it was easy to identify that could very

 8  much so be what was damaged, seeing as though I had

 9  the faults on the cluster that indicated that the

10  fuel level was at a default setting and that I had a

11  message for fuel system failure.

12       Q    Okay.  Exhibit Number 7 -- you had some

13  additional, it looks like, description.  By the way,

14  are you the one who put the description for these

15  items on Exhibit 7?

16       A    I am one of them, yes.

17       Q    All right.  Let's talk about Number 2.

18  Are those your descriptions?

19       A    I do not put the part numbers in there

20  myself.  I would put on there -- as we would move

21  forward on the customer side of things, we do have

22  the approval to remove the fuel tank for rodent

23  damage assessment.

24       Q    Okay.

25       A    And basically we went over all of that.
```

Derick M. Lee - February 27, 2023          110
Video Deposition

1     Q    All right.  So then there's a part called
2  harness fuel cell.  Is that the same thing as a fuel
3  pump harness?
4     A    Yes, fuel tank.  Instead of cell.  A cell
5  is a tank.  Again, it's another terminology.
6     Q    All right.  I just want to make sure that
7  the parts are the same as engine -- I'm sorry --
8  fuel pump harness?
9     A    Yes.
10     Q    All right.  So that's the wiring that
11  controls the pump?
12     A    Correct.
13     Q    And the pump is inside the tank?
14     A    Yes.
15     Q    All right.  Foam placement blocks?  What
16  is that?
17     A    So basically along the top of the fuel
18  tank you'll have these foam blocks and they'll be
19  kind of placed randomly around the tank to basically
20  keep them supported.  And you could see where
21  just -- very lightly across the outside of it, you
22  could see where they had chewed on it, probably
23  trying to get to the -- to the actual harness that
24  they wanted, the rodent that is.
25     Q    And were the foam placement blocks

Regency-Brentano, Inc.

1  replaced?

2       A    I was told, no, not to replace those.

3       Q    And what's the purpose of the foam

4  placement blocks?

5       A    Sound deadening and securing of the tank.

6       Q    Okay.  But it's not the same

7  sound-deadening strips that we were talking about?

8       A    No, it is not.

9       Q    Different one.

10           Did they -- did the rats chew through the

11  foam placement blocks?

12      A    Just along the outside of it.  Just more

13  or less like -- like just surface only.

14      Q    Okay.

15      A    So in my assumption that's probably why

16  they didn't want to replace them, because it's not

17  like they were fully gone, per se.

18      Q    Okay.

19      A    But it was just enough to -- to actually

20  get a little bit of the material off.

21      Q    Okay.  And then the engine firewall cover?

22  What is this being referred?

23      A    So it's basically the part that separates

24  the fuel tank from the engine.

25      Q    Okay.  And what -- is this being replaced?

Derick M. Lee - February 27, 2023          112
Video Deposition

1      A      They did not want to replace after they

2  observed the image.

3      Q      Okay.  But what -- what is -- why is it on

4  this invoice?

5      A      Because that was the assessed damage that

6  I found.

7      Q      And was there damage to the engine

8  firewall cover?

9      A      Yeah.  I believe that's what was in here.

10             Yeah.  I think on here I was -- I was

11  stating that that was part of the damaged items that

12  were on there.  It was not replaced but --

13      Q      Can you describe the damage to the engine

14  firewall cover?

15      A      It would probably be best to more or less

16  show it to you on the image that is -- I think I've

17  seen it in or one of your images; I thought it did.

18  I guess I did not.

19             So all it is is a -- it's a fireproof

20  sheet that has felt on either side of it.  And you

21  can tell that the felt portion of that was just

22  chewed off.

23      Q      On the engine side or --

24      A      The engine side.

25      Q      Okay.  All right.  So would that be on top

Regency-Brentano, Inc.

1   of the floor?

2        A    It would -- once it was chewed, it would

3   fall onto the floor, yeah.

4        Q    Okay.  And what -- what's the purpose of

5   the engine firewall cover?

6        A    Well, for the felt that was chewed on, I

7   don't know.  But for the actual board that the felt

8   covers is to keep whatever fire on one side of the

9   vehicle.

10       Q    So it wouldn't spread?

11       A    Correct.

12       Q    So what part of the vehicle did you see

13  damage to the engine firewall cover?

14       A    The bottom section of it, all the way

15  across.

16       Q    And what -- what -- what damage was it?

17  What did it look like?

18       A    It was like -- you could see where it was

19  chewed up, like just the felt was chewed on it.

20       Q    Okay.  Just the felt itself, but --

21       A    Yeah.

22       Q    -- not the cover?

23       A    No.

24       Q    Okay.  I just want to make sure, because

25  this says engine firewall cover --

**Regency-Brentano, Inc.**

1    A    Yeah.

2    Q    -- so --

3    A    So it's just --

4    Q    -- it's not the cover.  It's the --

5    A    -- a vague -- yeah, it's just a vague

6    description.  But it's -- it's the fact that it was

7    chewed on.  So it wasn't as if it's like he chewed a

8    hole through it and went through the whole thing.

9    It was just the outside of it and around the edge.

10   Q    Okay.  And it's the -- so tell me the

11   different parts of the cover.

12   A    It would just be a felt or fleece -- I'm

13   assuming -- lining and then whatever their

14   proprietary boarding is that it is in between.

15   Q    Okay.  And is the boarding like metal?

16   A    No.

17   Q    Okay.  All right.  So foam, some type of

18   sheet, and then more foam?

19   A    Correct.

20   Q    Okay.  Do you know whether if the -- if

21   there is damage to the engine firewall cover, would

22   that cause fire to spread from one side of the

23   vehicle to the other?

24   A    Ask the question one more time.

25   Q    Sure.

```
 1            Do you know whether if the engine firewall
 2    cover was damaged whether there would be potential
 3    for fire spread?
 4        A    I do not know.
 5        Q    Is it -- is this -- the fire wall simply
 6    just to deter fire from spreading?
 7        A    Yeah.  My theory of it, yeah, just maybe
 8    from traveling to the forward of the vehicle, I
 9    would assume.
10        Q    Okay.  So if this is -- the firewall is
11    from the middle of the vehicle to the front of the
12    vehicle, is it like a -- does it sit vertically or
13    horizontally?
14        A    Horizontally.
15        Q    Horizontally.  Okay.
16        A    Between the engine and the fuel tank.
17        Q    Okay.  All right.  So you said the
18    installed harness tested system found no further
19    problems at this time.  How did you test the
20    harness?
21        A    Once the harness was installed and the
22    fuel line was installed, we placed all the
23    components back into the vehicle, per the repair
24    instructions.  Put all the fuel back in through the
25    filler neck, back into the car, inspected it for
```

1   leaks physically first.  And then the biggest thing

2   was making sure that after we had brought the car up

3   to proper operating temperature, the tank was able

4   to pressurize properly, which it did.  We checked

5   the fuel level; it was okay.  We checked the

6   response from the fuel pumps; it was operating.

7          So all the components that are tied into

8   that harness -- we just make sure that we're getting

9   responses.  So the scanner will give us the

10  information needed to be able to understand that.

11      Q    Okay.  So you didn't have any more fault?

12      A    No.

13      Q    Okay.  Did you -- when you reinstalled the

14  filler -- the fuel filler neck to -- back to the --

15  on the tank, did you also check the position of the

16  metal clamp?

17      A    There's no need to, because it was

18  never -- never touched.

19      Q    Right.  I understand that.

20      A    Sure.

21      Q    But it -- did you -- did check the

22  position?

23      A    Yeah.  We -- so the -- all of the items

24  that were -- that were in the vicinity of the damage

25  to be able to assess them, what is physically what I

1  can see there -- we would say, yea or no, in the

2  instance.  So everything was in -- was intact.

3  Everything was good from my side of things.

4       Q    Okay.  So let's go back in time when

5  you're removing the tank.

6            So you remove the fuel filler neck from

7  the clip; right?  You essentially unsnap it.

8            But at that time did you make any

9  observations of the metal clamp at the fuel filler

10 neck?

11      A    Yes, it was -- it was fitted.

12      Q    It was fitted?

13      A    Yes.

14      Q    And how did you make that determination?

15      A    The same way I am even looking at this

16 picture.  It's showing that it's clamped.  So it

17 is -- even in this image here, this image shows that

18 this is clamped --

19      Q    I see.

20      A    -- so --

21      Q    You're looking at Exhibit 21 and 22?

22      A    Correct.

23      Q    All right.  So --

24      A    And you can tell if it's -- if these were

25 having any issues -- so if you want to take a look

1   at Exhibit 22, there are a series of squares that

2   are here.  And this is what's called an Oetiker

3   clamp.  So if any of these were out of place, the

4   clamp would have been opened itself up.  It would

5   have been unsprung.  It would have been disconnected

6   completely.

7           So you can visually inspect this clamp

8   even right here, right now, that it is connected.

9       Q    Okay.  So that photograph shows a clamped,

10  fitted --

11      A    Yeah.

12      Q    -- clamp?

13      A    Yes.

14      Q    Okay.  All right.

15      A    Both image -- Exhibit 21 --

16      Q    And 22?

17      A    -- and 22.

18           Yes.

19      Q    Okay.

20      A    These are both connected clamps.  I do not

21  see them opened at all right now.

22      Q    Okay.  All right.  When you reinstalled

23  the tank, did you check the metal clamps?

24      A    Yeah.  It's -- it's -- yeah.  Everything

25  that's there that's part of installation would be

```
 1   requiring to check to make sure everything is fitted
 2   properly, yes.
 3       Q    Okay.  How did you check the metal clamps?
 4       A    Visual inspection, same as how I just
 5   demonstrated.
 6       Q    Okay.  Did you check the metal clamp at
 7   the cap, you know, where you -- where the nozzle
 8   goes in?
 9       A    No.
10       Q    You didn't check that clamp?
11       A    No.
12       Q    Okay.  Do you -- when you removed the
13   tank, did you check the clamp at the -- where you
14   put --
15       A    The quick --
16       Q    -- the nozzle in?
17       A    Yes.
18       Q    You checked that?
19       A    Yes.
20       Q    And how do you go about checking that?
21       A    Visual inspection.
22       Q    From -- how do you see it?
23       A    It's right -- right next to it.  You
24   can't -- you can't miss it.
25       Q    So you will see it from underneath the
```

1   vehicle?

2        A    Yes.

3        Q    Okay.  All right.  And is it accessible by

4   touch?  Can you reach it?

5        A    You would have to remove other components

6   to get to it.  But once you do that, yeah, you could

7   access it.

8        Q    Okay.  But you didn't remove any

9   components?

10       A    No.

11       Q    Okay.  And did you see -- in other words,

12  when you were removing the tank, did you do any type

13  of diagnostic or testing for the -- how firm the --

14  the metal clamp was at the fuel filler neck where

15  the nozzle goes in?

16       A    No.

17       Q    What about when you were reinstalling the

18  tank?  Did you inspect the connection at the metal

19  clamp?

20       A    Just a visual inspection.

21       Q    Did you look it -- just to make sure that

22  you were saying -- it was closed properly?

23       A    Yes.

24       Q    Okay.  And do you use a flashlight to

25  look?

```
 1        A     Yes.
 2        Q     Okay.  And -- and you didn't see anything
 3   remarkable?
 4        A     No.
 5              MR. COSGROVE:  Marie, when there's a good
 6   time, can we take a quick break?
 7              MS. CHEUNG-TRUSLOW:  All right.  This is
 8   good.  Yeah, we can take a break.
 9              THE VIDEOGRAPHER:  12:09 p.m., we're off
10   the record.
11              (Recess taken from 12:09 p.m. to 12:14
12   p.m.)
13              THE VIDEOGRAPHER:  12:14 p.m., we're back
14   on the record.
15   BY MS. CHEUNG-TRUSLOW:
16        Q     Derick, turning your attention to Exhibit
17   7.
18        A     Yes.
19        Q     On the amount column, some of them says
20   internal and some have numbers and some says
21   warranty.  What does it mean?
22        A     So warranty will be something that the
23   manufacturer will then pay the amount to.  Internal
24   is what the dealership will pay.
25        Q     What do you mean, the dealership?
```

Derick M. Lee - February 27, 2023                    122
Video Deposition

```
 1        A     Like my -- my company.
 2        Q     Okay.  So Number 1, it says, MR 11 client
 3   states, that one.
 4        A     Okay.
 5        Q     So internal means that MotorCars of
 6   Atlanta paid for that time?
 7        A     Yeah.  I have no idea.  I have no idea how
 8   they -- when it comes to billing, I don't -- I don't
 9   control that.  I just know what the -- how to
10   distinguish between the internal, the customer paid,
11   and the warranty.
12        Q     Okay.  And -- but you don't know why this
13   one isn't internal?
14        A     I have no idea.
15        Q     Do you know -- so obviously maybe this
16   wasn't charged to MotorCars of Jackson?
17        A     Possibly.  I have no idea.
18        Q     Okay.  And then Number 2?  Those amounts
19   were charged to MotorCars of Jackson?  Do you know?
20        A     I have no idea.
21        Q     All right.  And let's look at Number 4,
22   for the recall.
23        A     Okay.
24        Q     What is that about?
25        A     Clutch cooler rework.  Basically what
```

**Regency-Brentano, Inc.**

1   happens is that there is two hoses that are resting

2   against each other, per se.  And they will provide

3   like a spacer clip.  You'll actually see the two

4   part numbers that are there for the -- under

5   install.  And they just want to make sure that those

6   in the future do not ever touch so you install the

7   clip there.

8        Q     So how did you know there was a recall?

9        A     So what happens is the front part of

10  service -- we'll go ahead and we'll pull the

11  information based on the VIN when the vehicle comes

12  in.  So every vehicle that we carry, no matter what,

13  has to get the VIN inputted into the system to check

14  for any recalls that the vehicle may have.

15             So in the particular instance this vehicle

16  showed that it had it.

17       Q     Where is the clutch cooler hose?  What

18  part of the vehicle is that?

19       A     It's at the rear of the vehicle.

20       Q     Does it -- does it involve any type of

21  fluids?

22       A     No.

23       Q     Okay.

24       A     The clip is plastic.

25       Q     Clutch cooler hose, rework to correct.

1    What was -- what was corrected?  Just the --

2         A    Just the actual job itself.

3         Q    I'm sorry?

4         A    Like basically stating that the correction

5    was completed that they wanted.

6         Q    Okay.  And so the change replacement was a

7    clip 90?

8         A    Yes.

9         Q    What's a swivel clip?

10        A    Basically what it is is there's two,

11   again, C-clips, if you want to call them that.

12   There's two ends of it.  One end will fit around one

13   hose and the other one would fit around another hose

14   and it would create separation.  The 90 portion of

15   it is how the piece will actually swivel back and

16   forth.

17        Q    So -- so the clip that's being replaced

18   here is for the clutch system?

19        A    For the transmission, yes.

20        Q    Okay.  And what happens if the -- so what

21   is the purpose of these clips?  I mean what --

22   what's the function of these clips that are being

23   replaced?

24        A    Just to create separation from another

25   hose from clashing.  That's the term, clash rework.

```
1        Q    Okay.  So it's really a mechanical repair?

2        A    Yes.  It's preventative.

3        Q    Okay.  All right.  Is there -- were there

4   any other recalls done?

5        A    I would have to go through the rest of the

6   information that's --

7        Q    Yeah --

8        A    -- provided here.

9        Q    -- if you can do that, please.

10       A    From what it looks like, it's -- no, I do

11  not see any others on here.

12       Q    Did you perform all the services on

13  Exhibit Number 7?

14       A    Not all of them.

15       Q    All right.  What did you not perform?

16       A    It looks like Line 5.

17       Q    All right.

18       A    And Line 6.

19       Q    All right.  How long -- how many hours did

20  you spend on this?

21       A    I don't recall.

22       Q    I mean, are we talking about a day?  A few

23  hours?

24       A    I would -- I'm -- not approximate.  I have

25  no idea.
```

Derick M. Lee - February 27, 2023          126
Video Deposition

```
1        Q    Okay.
2        A    Maybe -- I don't know, because we had to
3   order the parts.
4        Q    All right.  Take a look at Exhibit Number
5   14, please.
6             (Krause Deposition Exhibit P-14 was marked
7   for identification and attached to the transcript.)
8        A    Okay.
9   BY MS. CHEUNG-TRUSLOW:
10       Q    Is this the clutch cooler hose rework
11  instructions --
12       A    Yes.
13       Q    -- part of the SIS?
14       A    Correct.
15       Q    Okay.  Exhibit Number -- if you could take
16  a look at Exhibit Number 13.
17            (Krause Deposition Exhibit P-13 was marked
18  for identification and attached to the transcript.)
19       A    I've got these all mixed up over here.
20            Okay.
21  BY MS. CHEUNG-TRUSLOW:
22       Q    Now, Exhibit Number 13 is for the McLaren
23  720S; correct?
24       A    That is what this is showing here.
25       Q    Okay.  Does the -- so the McLaren 765LT
```

Regency-Brentano, Inc.

1    would have a different fuel hose replacement fuel

2    tank engine work instruction; correct?

3         A    So they actually pull from the same,

4    because at the very top of this diagram it shows

5    14K001.  The 14 states for that chassis model.  So

6    720 and 765 are of the same.

7         Q    Chassis model?

8         A    Correct.

9         Q    Okay.

10        A    The only difference that the cars would

11   have would be more of an aesthetics.

12        Q    Okay.

13        A    But the components that the car have are

14   the same.

15        Q    All right.  We -- we talked when we --

16   when you were looking at your computer for the SIS

17   instructions and guidelines and whatnot -- can you

18   go through these ten pages and tell me whether these

19   are the images that you also saw from your computer?

20        A    Yeah.  Some of these are a little darker,

21   but, yeah, it looks all about the same so far.

22             Some of these that are in here -- so if

23   you go to Page -- if you go to Page 7 --

24        Q    Okay.

25        A    -- you'll see where it says Step 1, refer

1   to illustration for fuel hose to be replaced.

2        Q     Uh-huh.

3        A     So you see right in the middle where those

4   two hoses connect --

5        Q     Uh-huh.

6        A     -- the lower hose was the one that was

7   serviced.  The upper one was not necessarily needed

8   to be serviced.  That was -- the upper section was

9   not damaged.  The lower section was the damaged one.

10       Q     Okay.

11       A     So I just wanted to clarify that.

12       Q     All right.

13       A     So you under -- I didn't want you to

14  think, like, it was this whole thing.  It was just

15  that lower portion was damaged.

16       Q     Okay.

17       A     I know the image looks a little --

18       Q     Wacky?

19       A     Yeah.  Because it's -- it -- looking at

20  the image it shows it like -- like it's part of the

21  engine.  It's kind of weird.  Like, as I'm looking

22  at it, it very much so doesn't look right from the

23  description that we gave.  So -- but this portion

24  here that you see is above the top of the fuel tank,

25  looking back, as if you could see the engine from

1    there.

2         Q    Okay.  Got it.

3         A    So I just wanted you to know what parts

4    were what.

5              But, yes, these -- these are the same

6    images that I had.

7         Q    All right.  And who ordered the parts for

8    this work?

9         A    That would be my parts department.

10        Q    That wouldn't be you?

11        A    Oh, I mean, yeah, I would -- I would show

12   those guys the parts that are damaged and that I

13   would need to -- to be replaced, yes.

14        Q    Okay.  So --

15        A    But they would go through and get the part

16   numbers and order them.

17        Q    I'm going to show you Exhibit Number 9,

18   please, if you could take a look at that.

19             (Krause Deposition Exhibit P-9 was marked

20   for identification and attached to the transcript.)

21   BY MS. CHEUNG-TRUSLOW:

22        Q    The printout may not be great, but that's

23   all I've got.

24             Exhibit Number 9.  It's two pages.

25        A    I don't know if I have Exhibit 9.

```
 1              MR. KLEIN:  I've got 6.

 2              THE WITNESS:  I've got 10.

 3              MR. COSGROVE:  It should be after --

 4              MS. CHEUNG-TRUSLOW:  8.

 5              MR. COSGROVE:  Well, yes.  But --

 6              THE WITNESS:  I don't have 8.

 7              MR. KLEIN:  It's the --

 8              THE WITNESS:  So there's 2 --

 9              MR. COSGROVE:  It's small so it's probably

10    stuck to something.

11              THE WITNESS:  Let's see.  13, 14, 7.

12    That's probably it.

13    BY MS. CHEUNG-TRUSLOW:

14        Q    That's 8.

15        A    That's 9.

16             There it is.

17        Q    There it is.

18             Have you seen Exhibit Number 9 before?

19        A    I have not.

20        Q    Do you know what it is?

21        A    I do not.

22        Q    Take a look at the material column.

23        A    Okay.

24        Q    1 is 1215MA102CP.

25        A    Okay.
```

```
 1        Q    Does that correspond with the part that
 2   you have on your invoice?  Exhibit 7.
 3        A    Yes, yes.
 4        Q    And that would be for the fuel -- for
 5   which one?
 6        A    That looks like the harness fuel cell.
 7        Q    Okay.  Fuel cell.  All right.
 8             Take a look at the other part of this
 9   Exhibit 9.  And it says material is 1214K0118CP.
10        A    Okay.
11        Q    And then look at Exhibit Number 7.  Is
12   that for the fuel feed?
13        A    Yeah.  That's what it's looking like.
14        Q    Okay.  So do you see that there are four?
15        A    Yeah.
16        Q    Do you know what that is?
17        A    I have no idea.
18        Q    Okay.  Do you recall McLaren sending you
19   the wrong fuel feed line?  They sent you a 720
20   instead of a 765?
21             MR. COSGROVE:  Object to form.  Assumes
22   facts.
23        A    I'm trying to remember.  I don't recall
24   exactly.  I don't recall exactly to be able to give
25   a legitimate yes or no.
```

1    BY MS. CHEUNG-TRUSLOW:

2        Q    Okay.  That's okay.

3             Let's look at -- do you remember

4    texting -- I'm sorry.

5             Did you do any texts at all between

6    MotorCars of Jackson --

7             Okay.

8        A    Absolutely not.

9        Q    Did you have conversations with Isaac

10   Robles?

11       A    The advisor?

12       Q    Yeah.

13       A    Yes.

14       Q    Okay.  So what -- what were your

15   conversations with Isaac Robles with regards to your

16   work?

17       A    Just for him to come and select the items,

18   the images.  Which I believe it was him and Max who

19   came out and observed the vehicle, because of the

20   high magnitude.  So once he was aware of that, he

21   kind of -- I believe he let Max handle it because of

22   the severity of the vehicle and its newness.

23            So I don't know what his further

24   assistance was after that.  It was more or less I

25   told him that the repair was done.  He contacted --

Derick M. Lee - February 27, 2023                    133
Video Deposition

```
 1    I believe he contacted -- I don't even know if he
 2    contacted the MotorCars of Jackson or if Max did
 3    so --
 4              The information was just essentially
 5    enough for me to more get the work, do the work, let
 6    him know, and then Max took over from there and --
 7         Q    Okay.
 8         A    -- kind of went back and -- I'm assuming
 9    went back and forth between him and whatnot.
10              But I -- a lot of it was the three of us
11    together on that.
12         Q    Did you have any direct conversations with
13    anyone from MotorCars of Jackson?
14         A    They were on the phone when we were
15    explaining to them about the rodent damage.
16         Q    Okay.
17         A    And they wanted to -- to get an idea of
18    what was wrong, but that was it.
19         Q    But did you have any direct communications
20    with Adrian Biesecker?
21         A    I don't know who that is.
22         Q    He is the owner of the vehicle.
23         A    Oh, no.
24         Q    Okay.  All right.
25         A    Wait.  So MotorCars of Jackson is not the
```

1  owner of the vehicle?

2       Q     No.

3       A     Okay.  So I didn't know that.

4       Q     Exhibit 15, please, if you would take a

5  look at that.

6             (Krause Deposition Exhibit P-15 was marked

7  for identification and attached to the transcript.)

8       A     Shows how disconnected I am.

9             Okay.

10 BY MS. CHEUNG-TRUSLOW:

11      Q     Is this a list of the courses you've taken

12 for McLaren products?

13      A     Yeah, it looks like it.

14      Q     All right.  There's a photo image on the

15 first page of Exhibit Number 15.  Who is that a

16 photo of?

17      A     It looks like Max Landes.

18      Q     Okay.

19      A     It looks like he is signed in to look at

20 my folder.

21      Q     Of these technical -- let me rephrase it.

22            What -- what is this a list of?

23      A     All of the available trainings, whether

24 it's online or personal, that I have taken

25 throughout the years.

1      Q     Okay.  And which of these are most related

2  to the service you performed on the McLaren?

3      A     I would definitely say that lower one down

4  there that's highlighted, the McLaren 720 technical

5  training and the training for e-learning.  But

6  primarily the -- the technical training itself.

7      Q     Okay.  Did you receive any specific

8  training for the connection and -- the disconnection

9  and connection of hoses related to the fuel system?

10     A     Not -- say that again.

11     Q     Sure.

12           Did you receive any specific training for

13  the removal and the reconnection of hoses to the

14  fuel system?

15     A     Understanding how the fuel system is set

16  up, yes.  We needed to understand that this is how

17  the operation of the vehicle is when performing a

18  repair.

19     Q     Okay.  And the McLaren -- are there any

20  McLaren training manuals or brochures or bulletins

21  that warn against not having a metal clamp

22  reconnected to the fuel filler neck?

23           MR. COSGROVE:  Object to form.

24  BY MS. CHEUNG-TRUSLOW:

25     Q     Are there any types of warnings about

1  that?

2          MR. COSGROVE:  Object to form.  Vague and

3  ambiguous.  Overbroad.  Also, lacks foundation.

4      A    It's -- that's -- I don't even really know

5  how to answer that, to be honest with you, because

6  it's -- in my repair instruction for that repair, it

7  does not even --

8  BY MS. CHEUNG-TRUSLOW:

9      Q    Mention it, does it?

10     A    -- mention it whatsoever.  So it's hard

11  for me to give you that answer.

12     Q    Right.  That's what I was trying to ask

13  you whether it's part of your repair whether there

14  was any mention for care in the making sure that

15  the -- the metal clamp to the fuel -- fuel neck --

16     A    Yes.

17     Q    -- is secure?

18     A    I -- yeah.  There's -- there's nothing

19  that -- that states to touch any of that.

20     Q    Okay.

21     A    It's sheer instruction was what was

22  provided.

23          MS. CHEUNG-TRUSLOW:  Okay.  All right.

24  I'm almost done.  Let me just double-check my notes.

25          You can go off the record.

Derick M. Lee - February 27, 2023                    137
Video Deposition

```
 1              THE VIDEOGRAPHER:  12:31 p.m., we're off
 2    the record.
 3              (Off-the-record discussion.)
 4              THE VIDEOGRAPHER:  12:31 p.m., we're back
 5    and the record.
 6    BY MS. CHEUNG-TRUSLOW:
 7         Q    Derick, how many other McLaren vehicles
 8    did you service related to the fuel system?
 9         A    I guess I'm not understanding your
10    question.
11         Q    Sure.
12              You've serviced McLaren vehicles.  So how
13    many other McLaren vehicles did you service related
14    to the fuel system repairs?
15         A    I wouldn't have an exact number.  I would
16    say a lot.
17         Q    A lot?
18         A    Yeah.  I've seen quite a few.  I --
19         Q    Can you -- is it like five?
20         A    It would be more than five.  I've been
21    working on them for seven-and-a-half years so --
22         Q    Right.
23         A    -- there's -- there's a lot.  I mean --
24         Q    Just kind of a ballpark.  I mean, if it's
25    not five, what, maybe ten?
```

1      A     I would say anything related to fuelwise

2   maybe 50, 60.

3      Q     Okay.  And what are some of the repairs

4   that you worked on specifically for the fuel system

5   for the McLaren?

6      A     I mean, there would be so many different

7   facets to it.  Maybe replacement of that charcoal

8   canister that I referred to, whether there's

9   anything recall related, whether it's anything

10  related to fuel pump issues, any -- I mean, the --

11  the -- the range is wide.

12     Q     And are these primarily to new cars or

13  kind of a combo --

14     A     It's --

15     Q     -- new cars/old cars?

16     A     -- it's every -- everything.  There's not

17  one specific thing.  I can't say like, oh, this

18  items fails all of the time.  It's -- it's not that

19  at all.  It's just, you know, a nice wide range.

20           I could definitely say I have seen

21  probably every single function of the fuel system in

22  the McLaren products.

23     Q     Okay.  And do you know whether Isaac

24  Robles still works at MotorCars of Atlanta?

25     A     I do not believe so.

```
 1        Q    Do you know when he worked there?

 2        A    I don't have the exact dates, no.

 3        Q    Do you know when he left?

 4        A    I do not, exact dates.

 5        Q    Do you know what circumstances he left?

 6        A    I do not.

 7        Q    Do you know where he is?

 8        A    I do not.

 9             MS. CHEUNG-TRUSLOW:  All right.  Thank

10   you.

11             THE WITNESS:  Thank you.

12             MR. COSGROVE:  I just have a few

13   questions.  Everyone okay to --

14        EXAMINATION BY COUNSEL FOR THE DEFENDANTS

15   BY MR. COSGROVE:

16        Q    So is it okay if I also call you Derick?

17        A    Yes.

18        Q    So, Derick, I'm Ryan Cosgrove.  I

19   represent McLaren Automotive, Inc.

20        A    Okay.

21        Q    Just a few questions to clarify a few

22   things.

23             You mentioned in regard to Exhibit 7, the

24   repair order, that you had contacted McLaren to let

25   them know what was going on because it was a new
```

1   vehicle.  Do you recall that?

2        A    Correct.

3        Q    When you had the discussion with McLaren,

4   do you recall who you were talking to?

5        A    I do not.

6        Q    But you essentially relayed that there was

7   rodent damage that you found in the vehicle?

8        A    Correct.

9        Q    And what was the response that you

10  received from McLaren?

11       A    Essentially that it's not their fault.

12       Q    Right.  Because that's not a warrantable

13  repair?

14       A    Correct.

15       Q    Was that the end of McLaren's involvement

16  in the repair, in your eyes?

17       A    Yes.

18       Q    Did McLaren do anything to instruct you

19  how to perform the repair beyond what was just in

20  the service manual telling you the different steps

21  to take?

22       A    No.

23       Q    Was that something that you were able to

24  perform all on your own as a qualified technician

25  who's done different types of repairs at the

1    dealership?

2         A    Yes.

3         Q    You were also asked some questions about

4    the clutch cooler hose rework recall that you

5    performed?

6         A    Okay.

7         Q    Just to make sure I understand completely,

8    that repair is really just inserting these clips to

9    make sure the hoses aren't touching; is that

10   correct?

11        A    That is correct.

12        Q    There's no disconnecting or doing anything

13   of any other sort; is that right?

14        A    In this instance there was no need.  And

15   if you actually follow the steps that are shown in

16   here, there is a hose position check and install

17   clips.  The other one here is a hose change and

18   install clips.  The only time that the hose change

19   would need to be required is if further damage has

20   been seen.  There was no further damage.  Clip

21   install was the only thing we did.

22        Q    Understood.

23             During the repair of the vehicle did you

24   have any difficulties or questions about it that you

25   had to submit a technical request or anything to

```
 1   McLaren?

 2        A    No.

 3        Q    Have you done it before with other

 4   repairs?

 5        A    Oh, yeah.  In this instance it was very

 6   cut-and-dried.  There was -- the moment the floor

 7   was removed -- I've been through this rodeo before;

 8   so it was very closed -- open-close ended.

 9        Q    Sure.

10             MR. COSGROVE:  I think that's all I have

11   for you.  Thank you, sir.

12             THE WITNESS:  Thank you.

13             MS. CHEUNG-TRUSLOW:  Thank you.

14             MR. KLEIN:  I just -- just, briefly.

15        EXAMINATION BY COUNSEL FOR THE DEFENDANTS

16   BY MR. KLEIN:

17        Q    You mentioned about the fuel filler neck.

18   I just want to make sure I understand this clearly.

19        A    Yes.

20        Q    My understanding from your testimony, it's

21   a hose with a plastic quick-disconnect at each end;

22   is that right?

23        A    On one end.  So the other end will

24   actually hold the back of the filler bolt, which

25   that hose would sleeve over that -- sleeve over
```

1    there with a clamp.

2         Q    Okay.

3         A    So normally what happens is if -- per the

4    repair instructions, if there was an issue with the

5    filler neck hose, you would replace the entire

6    component.  You would not just source out one

7    section of it.  It comes as one whole complete

8    system.

9         Q    Okay.  So when you get that -- the metal

10   clips, the plastic quick-disconnects and the hose --

11   that all -- does that all come as one --

12        A    Yes.

13        Q    -- component from McLaren?

14        A    Yes.

15        Q    Is that component -- is -- are the

16   subparts of that component -- are those something

17   that you would be expected to service?

18        A    They're not serviceable.  You would order

19   the entire thing.

20        Q    Okay.  So if you saw -- when you -- when

21   you inspected it to make sure that the -- the metal

22   round hose clamps were attached -- if you'd seen

23   that one of them was not detached, what would --

24   what would you replace -- what would you replace to

25   fix that problem?

1      A    So that there is when I would reach out to

2   McLaren and I would ask them if they would require

3   me to replace the clamp itself or the entire hose.

4   As per the parts catalog is -- as that goes, it does

5   not show that clamp separate.  It is one unit.  You

6   would order the whole piece.

7      Q    In the time you've worked as a McLaren

8   mechanic have you ever had to repair or replace or

9   service that metal clamp at the bottom of the fuel

10  filler hose?

11     A    I have never.

12          MR. KLEIN:  All I have.

13          MS. CHEUNG-TRUSLOW:  That's it.

14          THE VIDEOGRAPHER:  12:39 p.m., we're off

15  the record.

16          (Deposition concluded 12:39 p.m.)

17

18

19

20

21

22

23

24

25

Video Deposition                                             145

1                    CERTIFICATE OF COURT REPORTER

2

3    STATE OF GEORGIA:

4    COUNTY OF COBB:

5

6              I hereby certify that the foregoing

7    transcript was taken down, as stated in the caption,

8    and the questions and answers were reduced to

9    typewriting under my direction; that the foregoing

10   144 pages represent a true and correct transcript of

11   the evidence given upon said proceeding.

12

13             This the 13th day of March 2023.

14

15

16   _____

17        MICHELLE LOWE, RPR, CCR-2748

18

19

20

21

22

23

24

25

Regency-Brentano, Inc.

Video Deposition                              146

1              DISCLOSURE OF COURT REPORTER

2

3              Pursuant to Article 10.B of the Rules and

4    Regulations of the Board Of Court Reporting of the

5    Judicial Council of Georgia, I make the following

6    disclosures:

7              That I am not disqualified for a

8    relationship of interest under the provisions of

9    OCGA Section 9-11-28(c); that I am a Georgia

10   Certified Court Reporter; that I am a representative

11   of MLowe Reporting, LLC; that MLowe Reporting, LLC,

12   was contacted by Regency-Brentano, Inc. to provide

13   court reporting services for this deposition; that

14   all financial arrangements beyond the usual and

15   customary rates have been disclosed and offered to

16   all parties; and that I will not be taking this

17   deposition under any contract prohibited by Georgia

18   law.

19

20             This the 27th day of February 2023.

21

22

23

24             MICHELLE LOWE, RPR, CCR-2748

25

Regency-Brentano, Inc.

American Family Insurance, et al. v.
McLaren Automotive, et al.

Video Deposition

Derick M. Lee
February 27, 2023

**[**

[sic] (2)
34:20;37:12

**A**

abbreviation (1)
35:6
ability (1)
65:13
able (13)
17:1;38:17;39:14;
50:2;65:24;91:19;
104:4;108:18;116:3,
10,25;131:24;140:23
above (2)
41:20;128:24
Absolutely (1)
132:8
access (15)
14:13,14;16:17;
19:22;20:2,7,25;
25:20,23;30:1,2;37:8;
40:16;42:3;120:7
accessed (1)
17:11
accessible (1)
120:3
accessing (1)
41:17
accessories (1)
28:1
accommodate (1)
7:10
accomplish (4)
49:2;57:18;59:18;
61:15
accomplished (1)
59:3
acorns (1)
95:1
across (6)
98:24;100:20;
102:7;107:7;110:21;
113:15
acts (1)
53:7
actual (23)
12:19;15:9;18:4;
20:3,19;26:19;30:16;
52:3,25;53:10,16;
54:25;77:4;82:13;
85:4;90:19;91:3;97:7;
100:1;102:24;110:23;
113:7;124:2
actually (37)
8:5;15:21;32:13,25;
34:10,19,22;42:4;
48:3;50:5;51:13;52:4,
18,24;53:25;56:25;
60:10;64:17;65:7,17;

along (3)
107:25;110:17;
111:12
Although (1)
10:17
always (5)
23:7;29:4;33:25;
107:9,10
ambiguous (3)
70:3,6;136:3
amount (6)
31:14;32:16;66:1;
80:8;121:19,23
amounts (1)
122:18
animal (1)
99:5
apologize (2)
58:16;80:12
appear (1)
23:15
APPEARANCE (1)
2:1
apply (1)
32:16
appreciate (1)
26:9
approval (1)
109:22
approximate (3)
37:15;68:4;125:24
approximately (2)
11:13;78:11
Arch (1)
2:6
area (7)
41:17,19;77:19,20;
95:12;107:12;108:11
around (7)
77:19;104:14;
106:22;110:19;114:9;
124:12,13
aside (1)
57:10
assert (1)
24:17
assess (3)
108:14,17;116:25
assessed (2)
43:16;112:5
assessing (1)
38:14
assessment (3)
97:14;106:19;
109:23
assignment (3)
85:15;86:25;87:8
assist (1)
61:3
assistance (1)
132:24
assistant (1)
61:10

associated (4)
37:23;43:16;70:23;
89:5
assume (5)
23:20;25:13,13;
69:18;115:9
Assumes (1)
131:21
assuming (2)
114:13;133:8
assumption (3)
69:20;93:24;111:15
Aston (4)
9:13,16;10:22;11:8
Atlanta (14)
9:6,9,15,15,16,16,
17,17,22;10:5,8;
86:22;122:6;138:24
attach (1)
82:10
attached (13)
21:1;52:1,18,20;
73:11;85:7;93:15;
97:6;126:7,18;
129:20;134:7;143:22
attaches (3)
50:9;52:2,5
attention (1)
121:16
Attorney (3)
2:4,14;7:17
audible (1)
7:4
audibly (1)
7:6
authority (1)
108:12
authorize (1)
108:10
authorized (1)
26:8
Automotive (5)
2:11;11:1;15:14;
106:21;139:19
available (4)
16:22;19:3;31:8;
134:23
Avenue (1)
2:17
aware (4)
70:16,25;94:10;
132:20
away (2)
44:16;92:22

**B**

back (38)
23:23;30:16,20;
31:1;38:25;40:7;46:4;
49:20;52:4,4;53:5,25;
54:5;55:7,12;59:12;
62:3;64:9;65:2,21;

67:3;68:9;71:1;77:14;
79:15;81:12;84:20;
86:18;89:7;94:24;
103:23;111:19;123:3;
124:15;127:3;141:15;
142:24

add (1)
77:2
additional (2)
66:4;109:13
address (1)
13:4
addressed (1)
44:8
adhering (1)
96:25
adhesive (1)
107:1
adjust (1)
32:23
Adrian (1)
133:20
advised (1)
17:23
advisor (1)
132:11
aesthetics (1)
127:11
affirmed (1)
6:6
Again (28)
20:10;23:18;31:11;
33:7;34:14;39:6;40:7,
9;47:1;48:5;51:22;
57:21;58:5;59:6;
68:11;69:16;72:21;
81:21;89:10;93:2;
99:25;100:2;101:2,7,
23;110:5;124:11;
135:10
against (4)
47:5,5;64:16;123:2;
135:21
agreement (1)
26:11
ahead (16)
25:23;27:15;29:1;
30:2;41:9;42:2;44:15;
47:9;50:3;66:1,7;
70:22;73:9;85:25;
108:16;123:10
aid (1)
61:3
air (3)
63:1,4,4
allow (4)
50:17;53:5;60:12;
65:19
allowing (1)
26:2
almost (2)
11:6,11;76:9;
136:24

67:5;68:10;78:16,18;
104:12,16;115:23,24,
25;116:14;117:4;
121:13;124:15;
128:25;133:8,9;
137:4;142:24

backside (1)
47:6
bad (1)
105:18
ballpark (1)
137:24
based (6)
32:2;39:9;92:23;
94:8;107:23;123:11
basically (34)
12:11;13:24;20:22;
21:21;30:7;32:11;
38:3,15,20,22;42:1,
16;46:1;47:8;48:7;
49:4;50:15,17,19,22;
51:5;60:11;61:9;
64:22;88:17;96:8;
106:25;109:25;
110:17,19;111:23;
122:25;124:4,10
battery (8)
22:1,1;30:1;37:9;
40:16,19,20;104:12
bay (3)
90:16;97:12;107:11
beginning (1)
68:14
behalf (2)
2:2,11
Bentley (1)
11:9
best (3)
27:5;65:13;112:15
better (2)
52:15;80:22
beyond (1)
140:19
Biesecker (1)
133:20
big (1)
75:12
biggest (1)
116:1
bill (1)
108:7
billing (1)
122:8
bin (3)
40:15,17,17
bit (8)
10:25;51:14;64:17;
69:4;95:2;96:10;98:2;
111:20
black-gray (1)
96:14
blank (1)
36:9

Case 1:22-cv-01392-LMM   Document 52-2   Filed 04/05/23   Page 149 of 162

American Family Insurance, et al. v.
McLaren Automotive, et al.

Video Deposition

Derick M. Lee
February 27, 2023

**blocks (5)**
110:15,18,25;
111:4,11
**blow (1)**
51:14
**board (1)**
113:7
**boarding (2)**
114:14,15
**body (6)**
27:22,22,23;46:9;
57:16;61:10
**bolt (3)**
31:3,8;32:5,17;
75:10;142:24
**bolts (2)**
60:16,22
**bone (1)**
98:1
**book (3)**
15:9;23:9;25:4
**borrow (1)**
81:24
**Boston (1)**
2:7
**both (17)**
12:11;13:7;41:1,7;
49:6;53:13,14,23;
55:9;56:4;72:5,5;
78:24;79:1,22;
118:15,20
**bottle (1)**
65:4
**bottom (8)**
71:11;75:1;78:7;
97:8,9;99:10;113:14;
144:9
**bowl (1)**
53:3
**bracket (5)**
31:4,9;52:5,18;97:7
**brake (3)**
28:19,19;105:18
**brakes (3)**
28:18,18,19
**brand (7)**
9:9,9;12:5,6,9;
85:18;86:5
**brand-new (1)**
85:19
**brands (2)**
9:11;12:7
**break (4)**
7:8;85:2;121:6,8
**brief (1)**
43:18
**briefly (1)**
142:14
**bring (1)**
38:17
**brings (1)**
29:23
**brochures (1)**

135:20
**brought (3)**
76:6;94:22;116:2
**build (1)**
68:18
**built (2)**
56:18,19
**bulletin (1)**
70:17
**bulletins (1)**
135:20

**C**

**cable (1)**
59:17
**Cadillac (1)**
11:7
**calibrate (1)**
32:13
**calibrates (1)**
32:11
**California (1)**
2:18
**call (14)**
6:20;48:9;58:6,7,
18;59:20;74:1;86:20,
21;99:18;102:15,17;
124:11;139:16
**called (20)**
11:24;16:9,20;
18:12;29:11;36:8;
46:23;48:12,23;50:1;
51:22;53:12,15;
57:22;58:1;91:6,8;
102:18;110:1;118:2
**came (3)**
85:20;86:21;132:19
**Can (48)**
6:13;11:1;13:5;
16:17;17:13,14;
19:18;21:1;24:4,4,
30:14;34:14;36:23;
45:4,4;46:19;49:25;
51:14;60:3;61:16;
63:15;65:4,12;70:8,9;
72:14;75:7,12;77:6;
80:19;83:14;91:17;
98:2,23;99:25;
104:14;112:13,21;
117:1,24;118:7;
120:4;121:6,8;125:9;
127:17;136:25;
137:19
**canister (16)**
47:17;49:25;50:1,7,
10,11,14,21;51:18,20;
52:2,3,16;54:21;
68:13;138:8
**cans (2)**
44:5,5
**cap (1)**
119:7

**capable (2)**
13:21;40:17
**car (20)**
33:17;39:2;40:2,3,
4;53:4;57:17;62:1;
85:17,20;88:7;89:10;
91:21;103:20;104:12;
107:17;108:8;115:25;
116:2;127:13
**care (5)**
44:21;60:6;61:2,5;
136:14
**career (1)**
69:23
**carefully (1)**
77:5
**carry (1)**
123:12
**cars (6)**
16:22;96:9;106:17;
127:10;138:12,15
**cars/old (1)**
138:15
**case (8)**
28:10;30:22;33:13;
36:1;37:10;45:8;
89:23;105:14
**catalog (1)**
144:4
**catch (2)**
50:16;61:7
**cause (2)**
68:6;114:22
**causing (1)**
68:15
**C-clip (2)**
52:14,15
**C-clips (1)**
124:11
**cell (5)**
110:2,4,4;131:6,7
**certain (5)**
15:18;35:2,2;37:22;
107:22
**certified (2)**
10:22;12:8
**chance (1)**
24:1
**change (5)**
23:8,11;124:6;
141:17,18
**changed (2)**
13:19;25:11
**changes (4)**
13:25;14:3;23:8;
31:11
**charcoal (8)**
47:17;50:1,9,14,21;
52:2;54:21;138:7
**charged (2)**
122:16,19
**chassis (24)**
18:19,20;20:8,13,

16,18,21,25;21:2,3,9,
12,20,22;22:12,15,23;
23:5,16;27:23;28:11;
36:1;127:5,7
**check (13)**
47:9;68:12;89:5;
116:15,21;118:23;
119:1,3,6,10,13;
123:13;141:16
**checked (3)**
116:4,5;119:18
**checking (1)**
119:20
**CHEUNG-TRUSLOW (56)**
2:3,5;6:10,12;
17:16,23;18:3,23;
19:2;20:10,15;24:10,
12,15,21,23;25:1,14;
26:10,14,16,21;27:12;
58:17;70:13;71:21,
25;72:8,11,14,23;
73:3,9,15;75:25;
76:20;85:8;92:15,17;
93:17;121:7,15;
126:9,21;129:21;
130:4,13;132:1;
134:10;135:24;136:8,
23;137:6;139:9;
142:13;144:13
**chew (1)**
111:10
**chewed (21)**
96:11,23;97:14,15;
98:4;99:3;100:6,8,13,
19;105:2;108:20,21;
110:22;112:2,12;113:2,
6,19,19;114:7,7
**Children (1)**
72:21
**choice (1)**
28:25
**choose (2)**
28:6,9
**circle (1)**
72:21
**circumstances (1)**
139:5
**clamp (35)**
62:19;71:17;72:2;
74:1,4;75:8;78:10;
79:2,5,22,25,25;
81:11,15;82:15,20;
83:18,21;116:16;
117:9;118:3,4,7,12;
119:6,10,13;120:14,
19;135:21;136:15;
143:1;144:3,5,9
**clamped (3)**
117:16,18;118:9
**clamping (1)**
78:19
**clamps (22)**
62:4,6,9,14;63:5;

74:2,3,8,19,22;77:15,
17,22;79:7,21;83:5,
10,12;118:20,23;
119:3;143:22
**clarify (3)**
81:4;128:11;139:21
**clash (1)**
124:25
**clashing (1)**
124:25
**class (1)**
14:25
**classroom (1)**
14:10
**clearly (1)**
142:18
**click (5)**
29:9;33:1;54:6;
65:23,24
**client (2)**
108:5;122:2
**clip (38)**
49:25;50:6;51:4,5,
6,8,22,24;52:1,7;54:4,
17,18;55:9,14;64:17,
19;69:25;70:19,23;
73:17,20,24;74:12;
77:11;117:7;123:3,7,
24;124:7,9,17;141:20
**clipped (1)**
57:3
**clips (16)**
54:6;56:17;62:4;
63:7,24,25;64:6;
65:12;66:5;83:4;
124:21,22;141:8,17,
18;143:10
**closed (2)**
120:22;142:8
**closely (1)**
64:6
**closures (1)**
27:23
**cluster (2)**
87:10;109:9
**Clutch (6)**
122:25;123:17,25;
124:18;126:10;141:4
**code (8)**
29:11;36:10,14,16;
37:4,6,20;42:20
**codes (8)**
90:19,25;91:20;
92:13,16,18;107:23,
23
**collar (1)**
79:4
**colleagues (1)**
70:14
**collect (1)**
44:20
**column (2)**

American Family Insurance, et al. v.
McLaren Automotive, et al.

Video Deposition

Derick M. Lee
February 27, 2023

121:19;130:22
**combo (1)**
138:13
**combustion (2)**
8:16,18
**coming (3)**
7:20;67:4,8
**commit (1)**
19:12
**common (1)**
34:13
**commonly (1)**
83:18
**communications (1)**
133:19
**company (1)**
122:1
**complete (5)**
64:12;65:23;76:18;
78:7;143:7
**completed (2)**
66:7;124:5
**completely (6)**
67:13,15;69:11;
118:6;141:7
**component (7)**
15:2;31:7;33:8;
143:6,13,15,16
**components (7)**
21:1;62:18;115:23;
116:7;120:5,9;127:13
**composite (1)**
54:9
**compression (1)**
65:23
**computer (8)**
13:20;16:16;24:2;
51:10;76:6;87:13;
127:16,19
**concern (1)**
38:16
**concluded (1)**
144:16
**condition (2)**
63:25;68:6
**confidentiality (1)**
26:11
**confused (1)**
80:11
**confusion (1)**
80:14
**conjunction (1)**
105:9
**connect (7)**
64:9;77:4;79:12;
81:12;92:4;102:18;
128:4
**connected (12)**
45:25;46:8,16;67:9;
78:24,25;79:1;81:18;
97:17;103:23;118:8,
20
**connecting (1)**

80:6
**connection (21)**
49:15;52:1;54:1;
57:16,25;58:2,19;
64:8,11,22;65:2,18;
68:2,7;92:6;101:18;
102:2,4;120:18;
135:8,9
**connections (4)**
59:4;63:8;74:9,11
**connector (3)**
57:15,21;102:23
**connects (2)**
54:13;56:9
**consensus (1)**
107:6
**considered (2)**
10:2;85:18
**consistently (1)**
19:15
**construction (1)**
63:3
**contact (1)**
85:23
**contacted (4)**
132:25;133:1,2;
139:24
**contained (2)**
44:4;77:24
**container (1)**
44:20
**containing (1)**
44:4
**containment (1)**
46:5
**continue (1)**
43:7
**control (2)**
92:5;122:9
**controls (1)**
110:11
**conversations (3)**
132:9,15;133:12
**coolant (2)**
62:23;81:8
**cooler (5)**
122:25;123:17,25;
126:10;141:4
**cooling (2)**
28:20,21
**corn (1)**
107:1
**corrected (1)**
124:1
**correction (1)**
124:4
**correctly (1)**
67:4
**correspond (1)**
131:1
**COSGROVE (25)**
2:13;24:17;26:4,9,
15,17;70:2,5,9;72:10,

12,25;73:4,6;121:5;
130:3,5,9;131:21;
135:23;136:2;139:12,
15,18;142:10
**COUNSEL (4)**
2:1;6:9;139:14;
142:15
**couple (1)**
93:12
**course (6)**
23:21;43:8;80:21;
81:25;94:13;102:8
**courses (1)**
134:11
**court (5)**
6:3;58:10,12,15;
73:7
**cover (11)**
111:21;112:8,14;
113:5,13,22,25;114:4,
11,21;115:2
**covers (5)**
98:7,9,11,13;113:8
**crank (1)**
87:16
**create (2)**
124:14,24
**creep (1)**
63:17
**Crosstalk (1)**
72:16
**currently (2)**
11:16;70:25
**curriculum (1)**
13:14
**cushioning (1)**
94:22
**customary (1)**
105:12
**customer (4)**
28:1;38:15;109:21;
122:10
**customer-pay (1)**
105:17
**cut-and-dried (1)**
142:6

## D

**Dallas (3)**
12:18,24;13:3
**damage (31)**
17:9;38:15;39:13,
19;62:2;63:18;84:7;
86:10;93:9,11;94:12;
96:1;104:17,17;
106:13,20;107:25;
108:14,17;109:23;
112:5,7,13;113:13,16;
114:21;116:24;
133:15;140:7;141:19,
20
**damaged (11)**

78:5;103:18;
104:22;108:20;109:8;
112:11;115:2;128:9,
9,15;129:12
**dangling (1)**
67:14
**darker (1)**
127:20
**DA-RM-04K001-01-001 (1)**
36:19
**dashboard (4)**
88:23,25;89:17,20
**data (1)**
27:25
**dates (2)**
139:2,4
**day (2)**
85:15;125:22
**deadening (1)**
111:5
**dealership (8)**
11:5,7,9,12;91:4;
121:24,25;141:1
**dealerships (1)**
12:24
**debris (1)**
71:16
**decide (1)**
108:12
**deep (1)**
13:24
**default (3)**
88:18;90:1;109:10
**Defendant (1)**
2:11
**DEFENDANTS (2)**
139:14;142:15
**definitely (5)**
40:11;43:14;80:5;
135:3;138:20
**delivery (1)**
38:21
**demonstrated (1)**
119:5
**department (3)**
93:22;106:1;129:9
**depending (5)**
13:14;33:7;67:18,
21;106:16
**deposition (12)**
7:15;8:10;17:25;
18:1;73:10;85:6;
93:14;126:6,17;
129:19;134:6;144:16
**depress (4)**
49:4;50:22;53:23;
57:21
**depressurize (1)**
50:25
**depth (1)**
14:19
**DERICK (14)**
6:5,14,20,22,24;7:9,

13;24:1;73:17;81:5;
121:16;137:7;139:16,
18
**D-E-R-I-C-K (1)**
6:14
**describe (9)**
13:5;51:7,17;53:18;
60:4;63:9;65:12;75:7;
112:13
**described (1)**
38:7
**description (6)**
56:7;59:13;109:13,
14;114:6;128:23
**descriptions (1)**
109:18
**desk (1)**
108:11
**detach (1)**
46:14
**detached (1)**
143:23
**details (1)**
22:8
**detent (2)**
53:24;77:9
**deter (1)**
115:6
**determination (1)**
117:14
**diagnose (2)**
87:3;91:17
**diagnosed (1)**
107:22
**Diagnostic (2)**
91:10;120:13
**diagnostics (4)**
38:19;92:4,8,9
**diagram (4)**
45:18;54:24;58:4;
127:4
**difference (3)**
72:19;82:7;127:10
**differences (1)**
72:22
**different (14)**
9:7;23:16;32:1;
34:24;35:2;47:1;63:3;
80:19;111:9;114:11;
127:1;138:6;140:20,
25
**difficulties (1)**
141:24
**dig (1)**
71:3
**digital (1)**
33:3,4,5;89:16
**direct (2)**
133:12,19
**direction (1)**
88:9
**directions (1)**
20:13

American Family Insurance, et al. v.
McLaren Automotive, et al.

Video Deposition

Derick M. Lee
February 27, 2023

**disabling (1)**
40:18
**discharge (2)**
47:17;50:22
**disconnect (19)**
22:1;44:23;45:17;
47:23;48:2,6;49:8,12;
52:23,24;56:8;57:14;
59:16;67:22;78:17;
82:9;102:12;103:15,
19
**disconnected (4)**
102:2;103:5;118:5;
134:8
**disconnecting (2)**
37:9;141:12
**disconnection (3)**
49:10;62:5;135:8
**discussion (3)**
17:20;137:3;140:3
**disengage (2)**
49:24;82:21
**display (2)**
42:21;87:10
**distinguish (1)**
122:10
**divided (1)**
20:23
**document (1)**
85:11
**documents (2)**
7:22;71:5
**done (11)**
19:8;40:13;44:1;
56:23;68:16;86:12;
125:4;132:25;136:24;
140:25;142:3
**double-check (1)**
136:24
**down (22)**
13:12;22:24;31:4;
35:7;37:2;38:9;39:10,
22,25;40:13;42:2;
53:6;58:13;60:11,13;
61:17,19;77:3;81:15;
82:15;103:17;135:3
**drain (5)**
29:11;37:14;41:22,
25;42:3
**drained (1)**
42:22
**draining (1)**
44:3
**drawing (1)**
36:9
**drive (2)**
66:7;101:21
**driver's (1)**
95:15
**drop (9)**
17:8;18:9,24;22:24;
35:8;39:18,25;40:13;
48:6

**drop-down (6)**
15:22;20:14;22:12;
28:13;29:19;40:8
**drop-downs (2)**
22:6;29:2
**drop-drown (1)**
18:10
**dropped (1)**
38:12
**dropping (4)**
18:17;38:4,8;39:22
**due (1)**
63:2
**duly (1)**
6:6
**duration (1)**
19:16
**during (7)**
14:21;19:15;30:19;
44:3;67:6;84:1;
141:23

**E**

**earlier (5)**
89:13;93:3;102:5,
22;103:19
**easier (2)**
75:24;76:9
**easy (1)**
109:7
**edge (1)**
114:9
**edge-on (1)**
73:14
**effectuate (4)**
16:18;18:5;21:16;
38:1
**effectuating (1)**
18:10
**eight (2)**
60:20,22
**either (7)**
32:25;45:1;55:6;
79:25;88:9;94:21;
112:20
**elaborating (1)**
40:12
**e-learning (1)**
135:5
**electrical (9)**
27:24;57:15,24;
58:4,8,19;59:4;103:5;
107:13
**electronics (1)**
57:17
**else (3)**
94:10;100:8,12
**emergency (1)**
53:6
**emission (2)**
47:20;51:1
**emissions (4)**

45:20;46:5;47:10,
10
**employed (2)**
10:4,7
**employer (3)**
9:5;105:12,25
**employment (1)**
9:19
**end (15)**
11:18;14:25;51:20;
54:14;56:12,15;
79:11,25;80:6;81:17;
124:12;140:15;
142:21,23,23
**ended (2)**
38:19;142:8
**ends (9)**
49:6;53:23;55:9;
56:4;78:25;79:1,21,
22;124:12
**engine (43)**
37:13;39:11;41:19;
46:4;48:8,21;68:12;
86:11;89:3,4,6,17;
93:7,8;97:12;98:6,7,9,
10,10,13,19;99:16,21;
100:1;103:8;107:11;
110:7;111:21,24;
112:7,13,23,24;113:5,
13,25;114:21;115:1,
16;127:2;128:21,25
**enough (2)**
111:19;133:5
**entire (9)**
19:16;40:21;77:23;
83:19;143:5,19;144:3
**equal (1)**
61:10
**equipment (1)**
30:6
**especially (2)**
42:19;92:13
**essentially (11)**
8:17;41:17;46:7,11;
54:2;69:10;85:18;
117:7;133:4;140:6,11
**eva (1)**
47:11
**evap (2)**
46:24,24
**evaporative (6)**
45:10,21,22;46:21,
23;47:11
**even (14)**
23:22;34:23;38:4;
47:12;49:21;64:15;
66:18;89:9;117:15,
17;118:8;133:1;
136:4,7
**Everyone (1)**
139:13
**everywhere (1)**
42:18

**exact (8)**
13:3;24:18;58:4;
68:25;89:21;137:15;
139:2,4
**exactly (8)**
23:10;24:22;33:11;
86:9;90:19;93:22;
131:24,24
**EXAMINATION (3)**
6:9;139:14;142:15
**examine (1)**
64:5
**examined (1)**
6:8
**examining (1)**
62:1
**example (6)**
13:16;19:19;65:11;
80:25;81:7,23
**Excuse (3)**
17:13;29:18;41:10
**Exhibit (37)**
72:9;73:10,16,23;
83:9;85:5,6;87:18,20;
93:13,14;94:16;
109:12,15;117:21;
118:1,15;121:16;
125:13;126:4,6,15,16,
17,22;129:17,19,24,
25;130:18;131:2,9,
11;134:4,6,15;139:23
**exhibits (1)**
73:1
**exotic (1)**
10:3
**expected (1)**
143:17
**experience (1)**
11:1
**experienced (1)**
106:13
**explain (1)**
80:22
**explained (1)**
93:3
**explaining (3)**
59:13;68:13;133:15
**explosions (1)**
43:17
**extent (1)**
6:23
**exterior (1)**
27:23
**extion (1)**
37:12
**extremely (1)**
14:19
**eyes (2)**
85:18;140:16

**F**

**face-on (1)**

73:13
**facets (1)**
138:7
**facilities (1)**
12:13
**facility (6)**
9:21;10:1;12:22;
13:1,2;31:21
**fact (1)**
114:6
**facts (1)**
131:22
**failing (1)**
14:8
**fails (1)**
138:18
**failure (1)**
109:11
**fairly (1)**
39:3
**fall (1)**
113:3
**fantastic (2)**
76:1,2
**far (4)**
54:20,20;57:3;
127:21
**fastened (4)**
52:16;53:21;55:9;
97:17
**fault (6)**
42:21;66:14;87:4;
88:21;89:7,22;90:7;
92:23;116:11;140:11
**faults (8)**
38:19,22;39:9;89:9;
90:18;91:20;92:1;
109:9
**faulty (1)**
87:11
**favor (1)**
75:13
**February (1)**
6:1
**feces (2)**
98:1;101:7
**feed (19)**
48:11,13,16,16,17,
20,23,24;49:7,7;
66:12,20,23;100:23;
104:22;105:1;108:19;
131:12,19
**feeds (1)**
53:7
**feel (3)**
39:21;53:25;107:17
**feels (1)**
25:10
**felt (13)**
94:23;96:14,14;
100:1;101:8;106:23;
112:20,21;113:6,7,19,
20;114:12

American Family Insurance, et al. v.
McLaren Automotive, et al.

Video Deposition

Derick M. Lee
February 27, 2023

few (5)
125:22;137:18;
139:12,21,21
figure (5)
17:7;75:17,20;
76:10;95:6
fill (6)
29:11;37:14;41:23;
42:16;56:9;80:10
filler (43)
29:14;42:2;53:3,10;
54:25;55:1,4,8,22;
56:9;66:18,20,22,24,
25;67:11;68:2,2,7;
69:7,25;70:24;75:1,9;
76:12,18;78:5,6;
79:14;81:20;83:5,11;
115:25;116:14,14;
117:6,9;120:14;
135:22;142:17,24;
143:5;144:10
filling (2)
53:2;67:2
filter (1)
29:14
finally (1)
22:13
find (7)
17:9;21:1;39:18;
63:24;77:6;83:17;
107:9
finish (2)
58:15;70:21
Fire (7)
8:20,21;113:8;
114:22;115:3,5,6
fireproof (1)
112:19
firewall (11)
47:5;49:19;111:21;
112:8,14;113:5,13,25;
114:21;115:1,10
firm (2)
26:7;120:13
first (15)
6:6;10:7,10,11;
17:24;29:4;32:13;
45:15;49:21;60:5;
64:10;76:21;94:18;
116:1;134:15
Firstly (1)
44:19
fit (2)
124:12,13
fitted (4)
117:11,12;118:10;
119:1
fitting (1)
65:16
fittings (1)
63:4
five (4)
59:15;137:19,20,25

five-and-a-half (2)
10:6;11:5
fix (1)
143:25
flashlight (1)
120:24
fleece (1)
114:12
Floor (23)
2:6;37:11,13;39:11;
41:10,11,15,20;53:5;
86:11;93:7,8;98:6,9,
13,14;99:19,20,21;
100:2;113:1,3;142:6
fluids (2)
30:2;123:21
foam (19)
94:22;95:2;96:4,6,
16;97:13;98:2,3;99:3;
100:1,4;101:7;
110:15,18,25;111:3,
11;114:17,18
focus (4)
100:11;104:15,19,
20
folder (1)
134:20
follow (7)
14:17;25:9;43:15,
24;61:1;93:2;141:15
followed (2)
17:12;29:25
following (2)
60:7;61:4
follows (1)
6:8
form (7)
24:18;70:2,5;
107:25;131:21;
135:23;136:2
formal (2)
11:19;12:3
forth (3)
13:23;124:16;133:9
forward (5)
18:1;49:4;108:10;
109:21;115:8
found (3)
112:6;115:18;140:7
foundation (1)
136:3
four (2)
37:2;131:14
fracture (1)
64:6
free (1)
39:21
friendlier (1)
75:17
front (9)
20:24;28:16,17,18;
40:16,18;108:11;
115:11;123:9

fronting (1)
108:7
fuel (226)
17:11;18:13,15,17,
19,21,24;20:8,13;
21:19,22,23,24;22:13,
15,24,25;23:5,17;
28:20,20,24;29:1,3,
12,13,14,16,22;33:16,
22;35:12;36:2,4,5,17,
22;37:14;38:21;
39:12,18;42:3,8,9,12,
18,20,22,23;43:2;
44:5,5,9,10,11,20;
45:11;46:1,2;47:6;
48:3,4,5,6,6,7,9,11,13,
14,16,16,17,20,23,24;
49:7,7,19,20;50:16;
52:23;54:25;55:1,2,8,
22,22;56:9;57:17,24;
58:8,18;59:3;60:7,11,
12,18;61:8,14;66:12,
13,18,20,20,22,24,25;
67:2,3,4,5,8,11,15,25;
68:2,6,7;69:6,7,25;
70:23;74:16,22;75:9;
76:18;77:1,2,4;78:5,
6;80:4,8,10,24;81:19;
82:2,10,13,23;83:5,
11;87:10;88:17,20,
20;89:1,7,17,22,24;
90:2,4,5,7,7,15;98:11,
16;100:21,23;101:13,
14,20,21,21,24,25;
102:1,9,20;103:9,15,
22,23;104:22;105:1;
108:1,14,17,18,19,19;
109:4,6,10,11,22;
110:2,2,4,8,17;
111:24;115:16,22,24;
116:5,6,14;117:16,9;
120:14;127:1,1;
128:1,24;131:4,6,7,
12,19;135:9,14,15,22;
136:15,15;137:8,14;
138:4,10,21;142:17;
144:9
fueling (1)
43:18
fuel-related (1)
90:21
fuelwise (1)
138:1
full (3)
13:13;64:11;65:22
fully (3)
8:6;62:6;111:17
function (2)
124:22;138:21
fundamental (1)
20:19
fur (1)
104:14

further (13)
17:9;35:7;39:18;
78:16;92:25;93:3;
104:16;108:3,14;
115:18;132:23;
141:19,20
future (1)
123:6

## G

gamble (1)
17:7
gas (8)
17:9;18:9,10;48:21;
53:3;55:24;79:12;
99:25
gasoline (1)
42:7
Gateway (1)
2:16
gave (4)
37:20;39:1;94:8;
128:23
general (4)
21:7;105:14,15;
107:6
generated (1)
66:15
generic (2)
88:18;89:3
gets (2)
24:20;55:2
given (4)
14:18;26:4;28:10;
108:16
giving (2)
13:16;30:18
glad (1)
76:6
goes (12)
48:20;55:5,23;56:2;
68:24;73:20;74:4;
75:1;106:22;119:8;
120:15;144:4
Good (9)
6:11;27:11,13;
28:25;30:18;76:8;
117:3;121:5,8
goodness (2)
36:9;47:11
Gotcha (2)
58:16;59:1
gracious (2)
36:9;47:11
Great (2)
49:1;129:22
greenlight (1)
108:16
grooves (1)
65:8
ground (2)
59:16,22

guess (13)
8:4;23:7,20;24:17;
26:1;52:14;53:20;
64:16;106:23;107:1,
2;112:18;137:9
guessing (1)
23:22
guidelines (1)
127:17
guys (2)
31:16;129:12

## H

hair (2)
95:1;98:1
half-moon (4)
51:8;52:10,14,15
half-moon-style (1)
51:6
hand (1)
82:1
handle (1)
132:21
hands-on (5)
12:14;13:8,9,10,11
hanging (1)
104:14
happened (2)
13:25;76:10
happening (1)
94:10
happens (6)
21:21;47:8;123:1,9;
124:20;143:3
happy (2)
7:1,9
hard (5)
44:16;51:6,12,17;
136:10
harmful (1)
50:16
harness (23)
61:7;101:24,25;
102:1,9,20;103:9,16,
22;107:14;108:21,22,
23;109:3;110:2,3,8,
23;115:18,20,21;
116:8;131:6
harnesses (2)
61:6;106:23
hatch (1)
37:9
headquarters (1)
12:20
heads-up (1)
39:1
hear (2)
53:25;54:6
heard (2)
8:6;64:11
heat (2)
63:15;77:15

Case 1:22-cv-01392-LMM   Document 52-2   Filed 04/05/23   Page 153 of 162
American Family Insurance, et al. v.                    Video Deposition                              Derick M. Lee
McLaren Automotive, et al.                                                                    February 27, 2023

**height (1)**
16:4
**held (1)**
60:17
**help (5)**
60:10;61:3;68:18;
95:6;101:21
**helpful (1)**
40:10
**Here's (1)**
83:1
**hey (2)**
94:3;108:9
**high (3)**
14:2;28:20;132:20
**higher-end (1)**
10:2
**highlighted (1)**
135:4
**Highlights (1)**
72:21
**high-tech (1)**
32:10
**hold (7)**
26:1;60:7,13;79:5,
23;81:15;142:24
**holding (5)**
31:4;50:6;62:18;
68:14;79:21
**holds (1)**
51:18
**hole (1)**
114:8
**honest (3)**
7:16;23:6;136:5
**horizontally (3)**
115:13,14,15
**hose (77)**
44:21,23;45:1,2,3,7,
17,19,20,21,24;48:1,
2,2,3;49:21;52:24;
53:15;54:16;55:6,7,
11,23;56:1,5,17,18;
62:19,22;64:9;65:15,
19;77:23;78:12,23;
79:2,4,10,10,14,20,22,
24;80:1,6;81:8,11,12,
13,14,17;82:1,3,7,14,
18,20;123:17,25;
124:13,13,25;126:10;
127:1;128:1,6;141:4,
16,17,18;142:21,25;
143:5,10,22;144:3,10
**hoses (16)**
42:17;44:24;46:8,
14;52:25;53:22;
55:15;56:24;62:18;
63:8;64:24;123:1;
128:4;135:9,13;141:9
**hours (2)**
125:19,23
**house (1)**
106:24

**houses (2)**
65:16;99:15
**HVAC (1)**
28:21

# I

**idea (13)**
69:12;73:4;76:8;
104:24;107:3;122:7,
7,14,17,20;125:25;
131:17;133:17
**identification (1)**
73:11;85:7;93:15;
126:7,18;129:20;
134:7
**identify (4)**
39:15;72:9;108:18;
109:7
**identifying (1)**
70:18
**illustration (1)**
128:1
**image (27)**
44:22;45:9;49:25;
50:4;51:12;52:25;
57:15;59:15;60:17;
75:21;76:12,17;
80:19,23;81:10;
88:18;97:23;98:3;
100:14;112:2,16;
117:17,17;118:15;
128:17,20;134:14
**images (11)**
44:17,17;76:3;84:2,
4,8,10;112:17;
127:19;129:6;132:18
**imagine (3)**
79:20;81:21;82:1
**immediately (3)**
29:10;69:4;94:7
**impact (1)**
80:1
**impossible (1)**
104:6
**Inc (2)**
2:12;139:19
**incorrect (1)**
35:4
**indicate (2)**
69:4;90:2
**indicated (2)**
90:6;109:9
**indicator (1)**
87:19
**industry (1)**
106:21
**Infiniti (2)**
11:4,25
**influence (4)**
39:14;86:12,14;
94:12
**inform (2)**

34:11;39:7
**information (12)**
16:21;26:3,8;86:4,
7;93:1;94:8;108:5;
116:10;123:11;125:6;
133:4
**initial (1)**
6:16
**initially (5)**
10:9;11:4;12:23;
27:9,14
**injury (1)**
43:17
**inputted (1)**
123:13
**inserting (1)**
141:8
**inside (12)**
30:15;36:3;39:16;
47:16;50:18,20;
65:18;66:9;67:5;79:3,
7;110:13
**inspect (4)**
39:10;92:25;118:7;
120:18
**inspected (2)**
115:25;143:21
**inspection (3)**
119:4,21;120:20
**install (5)**
123:5,6;141:16,18,
21
**installation (4)**
29:13;37:8;67:6;
118:25
**installed (3)**
115:18,21,22
**installing (1)**
30:25
**instance (21)**
15:10,20;17:6,7;
21:5,25;23:7;29:16;
30:9;33:9;38:3,14;
39:8;42:20;57:16;
80:9;85:17;117:2;
123:15;141:14;142:5
**instances (3)**
15:1;77:18;107:10
**instead (5)**
8:6;13:20;23:22;
110:4;131:20
**institute (2)**
11:23,24
**instruct (2)**
14:17;140:18
**instructed (1)**
88:4
**instructing (1)**
38:20
**Instruction (9)**
16:15;35:25;36:7,
12,21;40:8;127:2;
136:6,21

**instructions (29)**
15:3,23;16:6,7;
17:10,12;19:12;25:9;
30:15,18;33:8,19,23;
34:2,8,10;35:10,11;
39:21;40:23;43:22;
45:16;51:23;67:1;
102:23;115:24;
126:11;127:17;143:4
**insulation (2)**
94:20;97:6
**insulative (1)**
96:7
**intact (1)**
117:2
**intake (1)**
63:2
**interior (1)**
27:24
**internal (6)**
65:15;121:20,23;
122:5,10,13
**Internet (1)**
25:19
**interrupt (1)**
25:19
**into (35)**
18:9;20:23;22:11;
35:7,8;36:23;38:17;
42:2;46:4;48:8,21;
50:17;51:18,20;53:6;
54:13;55:2;56:2,18;
70:12,15;75:2;76:19;
77:2,2,4;79:11;90:15;
92:4;98:9;107:25;
115:23,25;116:7;
123:13
**invoice (2)**
112:4;131:2
**invoices (1)**
85:4
**involve (1)**
123:20
**involved (2)**
85:14;94:9
**involvement (1)**
140:15
**iPad (2)**
19:19,23
**Isaac (3)**
132:9,15;138:23
**issue (13)**
8:16,18;15:18;17:8;
48:15;62:1;68:1;87:6,
7;90:1,9,15;143:4
**issues (10)**
61:12;63:24;69:24;
70:12,15,18;87:25;
88:12;117:25;138:10
**item (2)**
31:8;44:7
**items (10)**
25:25;30:25;44:4;

104:19;105:23;
109:15;112:11;
116:23;132:17;
138:18

# J

**Jack (5)**
9:22,22;60:14;
61:16,18
**Jackson (6)**
122:16,19;132:6;
133:2,13,25
**job (2)**
30:8,12;68:20;
124:2

# K

**keep (11)**
19:15;25:8;61:23;
77:23;78:2,24;79:1;
83:2;106:25;110:20;
113:8
**kept (1)**
105:24
**kind (31)**
14:2;17:7;19:13;
20:1,4;27:7;43:18;
44:17;51:5,6,13,14,
15;52:8;55:14;62:21;
63:11,13;64:22;65:2;
71:3;89:25;96:6;
100:3;106:24;110:19;
128:21;132:21;133:8;
137:24;138:13
**KLEIN (17)**
24:11,14;26:13;
70:8;71:19,23;72:17,
20;73:5,13;75:24;
76:16;130:1,7;
142:14,16;144:12
**knew (1)**
18:8
**knowledge (2)**
61:11;63:20
**known (1)**
106:21
**Koenigsegg (2)**
9:17;10:24
**Krause (7)**
73:10;85:6;93:14;
126:6,17;129:19;
134:6

# L

**lacks (1)**
136:3
**Lamborghini (1)**
9:17
**Lamborghinis (1)**
10:23

Case 1:22-cv-01392-LMM   Document 52-2   Filed 04/05/23   Page 154 of 162

American Family Insurance, et al. v.
McLaren Automotive, et al.

Video Deposition

Derick M. Lee
February 27, 2023

land (1)
107:7
Landes (2)
94:1;134:17
language (1)
58:22
Laptop (4)
19:24,25;20:1,4
large (1)
80:7
larger (2)
33:14;69:4
last (6)
6:14;8:16;25:10;
71:2,10,10
Law (3)
2:4,5,14
lawsuit (2)
26:5,5
Lead (5)
10:13;22:6;85:16,
22;86:5
leading (1)
38:22
leak (7)
68:11,15,22;69:1,2,
5,14
leaking (1)
80:4
leaks (2)
66:11;116:1
learn (2)
8:8;12:13
leave (1)
56:12
led (4)
39:17;90:23;
107:23,24
LEE (2)
6:5,15
L-E-E (1)
6:15
left (6)
11:6;27:18;76:7;
95:15;139:3,5
legalese (1)
58:24
legitimate (1)
131:25
less (3)
111:13;112:15;
132:24
level (10)
14:2;42:22;87:11;
89:24;90:2,4,5;109:6,
10;116:5
levels (1)
66:8
lid (1)
65:4
lift (9)
16:1,2,3;22:2;
35:23;37:7;61:5;

90:16;93:4
lifting (1)
40:15
light (14)
66:13;67:16,19;
68:1,6,12;69:8;88:16,
16;89:1,3,4,6,17
lightly (1)
110:21
line (22)
47:18;48:3,4,5,10,
13,17,20,24;49:5,7;
50:6,8;53:14;100:21,
23;104:22;105:2;
115:22;125:16,18;
131:19
liner (1)
45:19
lines (4)
45:9;62:25;63:1;
64:13
lining (1)
114:13
list (4)
31:8;40:8;134:11,
22
listed (1)
43:19
lithium (3)
37:9;40:18,20
litigation (3)
7:25;8:3,13
little (16)
10:25;14:20,20;
51:14;64:10,17;69:4;
77:6;80:11;95:2;96:9,
10;98:1;111:20;
127:20;128:17
located (6)
17:10;47:4;62:11;
74:24;77:18;78:11
locations (1)
78:20
long (5)
10:4;11:15;12:1;
106:3;125:19
longer (1)
94:23
look (34)
7:22;13:20;18:20;
22:11;23:17;24:4;
32:8;43:20;44:1;47:2;
51:4;58:3;65:13;
75:17;77:5;87:20;
94:6;97:20;99:1;
113:17;117:25;
120:21,25;122:21;
126:4,16;128:22;
129:18;130:22;131:8,
11;132:3;134:5,19
looked (8)
21:13,16,19;23:9;
44:14,14;72:17;

100:19
looking (26)
15:2,19;19:11;
25:15;36:16;54:19;
73:16;79:14;87:12;
89:25;94:18;95:4,7,
11,14;96:3;97:21,22;
104:10;117:15,21;
127:16;128:19,21,25;
131:13
looks (24)
14:11;32:10;45:8;
76:13;94:20,22;95:1;
96:14;97:1,25;98:23,
25;99:3,4;104:11;
109:13;125:10,16;
127:21;128:17;131:6;
134:13,17,19
looms (1)
106:25
loose (7)
64:25;66:12,19;
67:14,19;68:8;69:6
loss (1)
76:4
lot (6)
76:9;107:17;
133:10;137:16,17,23
lots (1)
6:22
Lotus (2)
9:15;10:23
low (1)
28:21
lower (6)
50:19;95:16;128:6,
9,15;135:3
luggage (2)
40:15,17

## M

M6 (1)
59:15
ma'am (1)
46:13
magnitude (1)
132:20
main (2)
36:2,3
mainly (1)
33:15
major (2)
28:3,3
makes (2)
75:24;86:13
making (8)
64:8;65:3,22;71:23;
76:9;80:6;116:2;
136:14
manager (3)
84:6;93:23,25
manual (9)

14:18,19;15:5,6,6,
17;16:8;23:24;140:20
manuals (1)
135:20
manufacturer (1)
121:23
manufacturers (1)
107:7
many (8)
23:18;62:16;83:4;
106:12;125:19;137:7,
13;138:6
MARIE (5)
2:3,5;6:12,24;121:5
marie@cheungtruslowlawcom (1)
2:9
mark (2)
72:24;73:8
marked (7)
73:11;85:6;93:14;
126:6,17;129:19;
134:6
market (1)
16:24
marking (1)
72:24
Martin (3)
9:13,16;11:8
Martins (1)
10:23
Massachusetts (1)
2:7
mate (1)
81:17
material (4)
98:19;111:20;
130:22;131:9
materials (1)
54:8
matter (2)
34:1;123:12
Max (7)
94:1,3;132:18,21;
133:2,6;134:17
maxed (1)
90:3
May (8)
6:20;24:18;80:20;
81:24;82:21;84:10;
123:14;129:22
maybe (10)
13:21;33:13;39:4;
99:4;115:7;122:15;
126:2;137:25;138:2,7
McLaren (91)
2:11;9:1,8,13,14,14,
14,15;10:13,14,17;
11:8;12:10,20,25;
15:12,14;16:11,20,21;
17:2,2;18:5,6,25;19:3,
18;20:2;21:15,17;
22:10,11;23:8,15;
24:5;25:7,10,15;26:1;

30:10,12,17;31:5,11;
35:1;38:25;43:21;
58:4;62:9,14;69:24;
70:18;71:16;73:21;
76:13;78:21;85:16,
23;86:8,12,15;91:10,
14;92:21;94:9,24;
106:10;107:8;108:7;
126:22,25;131:18;
134:12;135:2,4,19,20;
137:7,12,13;138:22;
139:19,24;140:3,10,
18;142:1;143:13;
144:2,7
McLaren's (2)
20:23;140:15
MDS (3)
91:8;92:1,7
mean (30)
8:19;12:6;23:18;
24:12;25:8;34:25;
37:24,25;43:9;52:17;
60:22;62:21;67:14;
69:14;70:11;77:25;
87:16;96:6;97:17;
98:16;107:14;121:21,
25;124:21;125:22;
129:11;137:23,24;
138:6,10
means (2)
65:24;122:5
meant (1)
54:17
measure (1)
31:14
measurement (2)
69:1,17
mechanic (3)
11:17;69:23;144:8
mechanical (3)
33:4,6;125:1
mechanics (3)
11:1,20;69:24
memory (2)
19:13;83:20
Mention (3)
136:9,10,14
mentioned (2)
139:23;142:17
menu (1)
35:8
menus (1)
15:22
message (3)
89:21;90:6;109:11
messages (1)
89:22
met (1)
66:9
metal (41)
51:5;52:8;54:10,13,
14,14,19;62:6,8,13,
15,19;71:17;72:2;

Case 1:22-cv-01392-LMM   Document 52-2   Filed 04/05/23   Page 155 of 162

American Family Insurance, et al. v.
McLaren Automotive, et al.

Video Deposition

Derick M. Lee
February 27, 2023

73:17,20,24;74:7,12,
19;75:8;77:21;78:10;
79:7,25;83:4,10,21;
114:15;116:16;117:9;
118:23;119:3,6;
120:14,18;135:21;
136:15;143:9,21;
144:9
**M-E-T-E-R-S (1)**
34:20
**Michael (1)**
6:19
**Microsoft (1)**
20:6
**middle (16)**
6:16;20:24;21:6;
40:3,4;95:17,19,20,
20,22,22,25;96:1,2;
115:11;128:3
**might (6)**
7:11;24:12;38:2;
75:19,21;93:23
**mind (1)**
24:10
**minimal (1)**
18:13
**minutes (1)**
17:25
**miscounting (1)**
60:21
**miss (1)**
119:24
**missed (1)**
45:5
**missing (2)**
79:24,25
**mistaken (1)**
55:10
**mixed (2)**
85:10;126:19
**model (5)**
14:1;20:3;85:20;
127:5,7
**module (5)**
15:17;18:9;20:8;
36:23;38:2
**modules (5)**
16:17;17:4;18:24;
21:15;23:16
**moment (4)**
86:10;92:20;94:7;
142:6
**monitor (1)**
66:8
**more (23)**
7:9;22:12;34:5;
45:4;48:18;64:16;
75:15;92:25;96:7;
99:3,4,25;100:3;
104:15;111:12;
112:15;114:18,24;
116:11;127:11;
132:24;133:5;137:20

**morning (1)**
6:11
**most (4)**
12:17;95:25;
106:20;135:1
**motion (1)**
32:12
**motor (7)**
95:15,16;97:7,8,11,
12,18
**MotorCars (14)**
9:6,22,22;10:5,8;
86:22;122:5,16,19;
132:6;133:2,13,25;
138:24
**mount (6)**
95:15,16;97:7,8,11,
18
**mouse (2)**
77:6,7
**move (3)**
65:2;108:10;109:20
**moving (1)**
78:2
**much (8)**
14:4;32:11;42:20,
23;50:19;63:15;
109:8;128:22
**MULLINS (1)**
2:15
**must (4)**
21:25;22:1,2;61:2
**myself (2)**
107:5;109:20

**N**

**name (9)**
6:12,13,14,14;9:7;
16:9;31:23;35:24;
101:23
**natural (2)**
64:24;65:1
**naturally (1)**
89:10
**nature (3)**
7:24;8:3,12
**necessarily (6)**
14:7,8;64:18;68:24;
78:3;128:7
**neck (37)**
42:2,12;44:10,10;
53:10;54:25;55:1,8,
23;56:9;66:13,18,25;
67:11;68:2,7;69:7,25;
70:24;75:1,9;76:13,
18;78:6,6;81:20;83:6,
11;115:25;116:14;
117:6,10;120:14;
135:22;136:15;
142:17;143:5
**need (33)**
7:6,8;13:24;14:14,

15,21,22;15:2,3,20,
25;16:18;20:12;
21:10,24;25:12,23;
29:5,24;30:23;31:4;
32:2;33:1;38:2;47:13;
71:6;81:18;85:2;
90:23;116:17;129:13;
141:14,19
**needed (13)**
14:13;17:8;18:8;
25:11;30:8,12;31:7;
38:6;44:25;82:18;
116:10;128:7;135:16
**NELSON (1)**
2:15
**new (16)**
13:1,2,18,25;14:24;
16:21,22;39:2,3;
85:20,21;92:21;
94:11;138:12,15;
139:25
**newer (3)**
85:19,19;94:9
**newness (2)**
85:24;132:22
**Newton- (1)**
34:20
**newton-meters (4)**
34:12,15;59:16;
60:18
**new-vehicle-related (1)**
13:17
**next (26)**
19:14;37:7;44:21;
45:14;48:1;49:23,24;
52:21,23;54:23,24;
57:12;59:11,12;
60:25;61:1,5,13,21;
92:19;97:20;99:22;
100:24;104:8;108:13;
119:23
**nice (3)**
65:22,25;138:19
**nine (1)**
17:24
**Nissan (1)**
11:25
**NM (1)**
35:6
**nobody (1)**
90:13
**None (3)**
70:16,20,25
**Normally (9)**
29:25;30:17;39:3;
44:24;62:19;85:16;
97:8;106:1;143:3
**notes (1)**
136:24
**notice (3)**
44:10;68:11,21
**noticed (3)**
39:12;93:8;103:17

**Nozzle (8)**
55:25;56:1;75:11;
76:19;77:2;119:7,16;
120:15
**number (29)**
36:7,12;38:8;48:2;
72:9;73:17,23;83:10;
85:5;87:18;93:13;
94:16;104:9;109:12,
17;122:2,18,21;
125:13;126:4,15,16,
22;129:17,24;130:18;
131:11;134:15;
137:15
**numbered (1)**
71:19
**numbers (7)**
37:22;73:1,10;
109:19;121:20;123:4;
129:16
**nut (3)**
59:15,15,21
**N-U-T (1)**
34:17
**N-U-T-I-O-N (1)**
34:20

**O**

**Object (5)**
70:2,5;131:21;
135:23;136:2
**objecting (1)**
70:6
**objection (2)**
24:11,18
**observations (1)**
117:9
**observed (2)**
112:2;132:19
**obviously (10)**
14:10;32:4;42:18;
43:21;64:10;66:7;
69:3;104:13;107:16;
122:15
**occasion (1)**
68:5
**occasions (1)**
106:12
**Oetiker (1)**
118:2
**off (31)**
11:4;15:21;17:14,
14,16,18;25:7;27:22;
32:7;33:15,16;40:9;
46:1,1;54:5;59:22;
60:5;65:22,24;66:3;
68:19;69:10;71:9;
78:16;108:19;111:20;
112:22;121:9;136:25;
137:1;144:14
**offhand (3)**
38:22;73:22;90:19

**OFFICES (1)**
2:5
**Off-the-record (2)**
17:20;137:3
**Often (2)**
106:14,15
**oil (1)**
62:24
**old (1)**
11:13
**older (1)**
15:8
**onboard (2)**
92:4,7
**once (18)**
20:25;21:9;23:15;
38:17,24;39:11;43:2;
44:1,8;68:10,16;
71:22;93:7;103:17;
113:2;115:21;120:6;
132:20
**one (77)**
9:10;12:24;19:9;
24:23;25:25;26:11,
18;30:9;33:5,6,10,10,
14;34:3,5,20;36:3;
37:1,2,3,6,7;41:16,18;
44:20;45:8,17;46:21;
49:2;50:17;52:23,25;
54:12,23,24;73:13,14;
75:22;76:12;77:8,16,
18,19,24;78:8,17;
107:11,16;109:14,16;
111:9;112:17;113:8;
114:22,24;122:3,13;
124:12,12,13;128:6,7,
9;131:5;135:3;
138:17;141:17;
142:23;143:6,7,11,23;
144:5
**ones (4)**
33:14;34:8;43:22;
72:24
**online (12)**
12:12;15:7,8,10,11,
12;16:9;19:11,17;
24:25;25:4;134:24
**only (16)**
7:20;9:21;18:18;
21:19;49:13;51:25;
52:13;54:12,19;56:8;
72:24;103:20;111:13;
127:10;141:18,21
**onto (4)**
50:7;90:16;93:4;
113:3
**open (1)**
65:18
**open-close (1)**
142:8
**opened (2)**
118:4,21

Case 1:22-cv-01392-LMM   Document 52-2   Filed 04/05/23   Page 156 of 162
American Family Insurance, et al. v.
McLaren Automotive, et al.
Video Deposition
Derick M. Lee
February 27, 2023

**operate (2)**
40:20;109:4
**operating (3)**
68:18;116:3,6
**operation (9)**
29:10;36:10,14,16;
37:4,6,20;38:8;
135:17
**order (14)**
16:17;19:6;21:16;
64:3,4;78:1,4,6;
103:25;126:3;129:16;
139:24;143:18;144:6
**ordered (1)**
129:7
**organic (1)**
98:19
**orientation (1)**
99:13
**others (2)**
10:16;125:11
**ours (1)**
35:2
**out (44)**
12:25;14:11;17:8,9;
33:17;38:25;39:4,13;
42:3,22,23;43:21;
44:9;45:11;47:18;
50:23;59:8;61:22;
67:4,9;75:20;76:10;
80:5,8;82:23;84:7;
85:21;89:7;90:3,17;
91:5;92:1,5,20,24;
95:6;100:10;104:15,
19;105:18;118:3;
132:19;143:6;144:1
**outside (16)**
13:22;39:13,14;
53:4;79:9,9;81:13;
86:12,14;98:10,19,20;
100:14;110:21;
111:12;114:9
**outsource (3)**
39:13;94:12,14
**over (17)**
12:19;50:21;53:5;
60:20;78:18;79:4,10,
22;81:11,14;82:14;
94:4;109:25;126:19;
133:6;142:25,25
**Overbroad (1)**
136:3
**overfilling (1)**
53:3
**overflew (1)**
53:13
**overflow (1)**
53:20
**overpressure (1)**
50:18
**overview (2)**
13:13;14:2
**own (5)**

37:4;64:24,25;
80:14;140:24
**owner (2)**
133:22;134:1

## P

**P-11 (1)**
93:14
**P-13 (1)**
126:17
**P-14 (1)**
126:6
**P-15 (1)**
134:6
**P-21 (1)**
73:10
**P-22 (1)**
73:11
**P-7 (1)**
85:6
**P-9 (1)**
129:19
**Pacific (1)**
2:16
**package (2)**
71:2;93:12
**padding (1)**
98:3
**page (8)**
94:18;97:21;99:22;
100:25;104:9;127:23,
23;134:15
**pages (3)**
71:10;127:18;
129:24
**paid (2)**
122:6,10
**paint (1)**
27:25
**pan (8)**
99:6,7,9,10,10,15;
101:2,4
**panel (7)**
37:12,13;41:10,13,
20;98:6,25
**panels (2)**
27:23;41:15
**paper (1)**
25:4
**paperwork (1)**
25:6
**paragraph (1)**
104:9
**parameters (1)**
15:24
**Park (1)**
12:23
**parking (1)**
28:19
**part (40)**
13:21;14:13,15,20;
18:5;26:5;37:22;

47:20;51:1;56:20;
57:23;61:1;62:15;
64:7;67:3;78:5;82:15;
83:5,11;95:13;98:5;
99:23;102:17;103:12;
106:19;109:19;110:1;
111:23;112:11;
113:12;118:25;123:4,
9,18;126:13;128:20;
129:15;131:1,8;
136:13
**particular (9)**
9:9;10:1;15:19;
16:11;38:1,8;44:7;
85:17;123:15
**parts (21)**
13:20;38:2,6;56:24;
57:9;59:6;80:16;
105:8,13,20;106:1,6,
13;110:7;114:11;
126:3;129:3,7,9,12;
144:4
**pay (2)**
121:23,24
**PDI (1)**
27:24
**pen (2)**
81:24;83:1
**pending (1)**
7:10
**per (13)**
15:10;16:5,6;40:23;
44:22;51:23;56:7;
67:1;111:17;115:23;
123:2;143:3;144:4
**perfect (1)**
44:14
**perform (4)**
125:12,15;140:19,
24
**performance (1)**
80:1
**performed (3)**
24:19;135:2;141:5
**performing (1)**
135:17
**person (1)**
61:3
**personal (1)**
134:24
**personally (4)**
39:1;70:11;84:20;
107:3
**phone (1)**
133:14
**photo (3)**
104:23;134:14,16
**photograph (11)**
72:13;73:18,24;
97:20;99:1,22;100:9,
25;101:9;104:18;
118:9
**photographs (16)**

71:2,13,16;72:3,6;
74:8;83:25;84:13,14,
19,23;93:12,18,20;
94:3;105:4
**photos (2)**
104:24,25
**physical (5)**
12:12,15;15:6;19:6,
8
**physically (2)**
116:1,25
**pick (2)**
28:23;29:1
**picked (1)**
28:24
**picture (3)**
83:9;104:21;117:16
**piece (7)**
14:20;78:9;82:11;
101:10;103:9;124:15;
144:6
**pipes (2)**
61:6,7
**place (12)**
9:18,18;12:23;16:1,
2;22:2;40:14;51:18,
21;90:16;93:3;118:3
**placed (3)**
94:24;110:19;
115:22
**placement (4)**
110:15,25;111:4,11
**Plaintiff (2)**
2:2;6:9
**plastic (15)**
54:9,16,18;55:20;
63:11;65:16;69:25;
77:11;78:16;79:11;
82:11,11;123:24;
142:21;143:10
**plastics (1)**
63:21
**platform (3)**
35:23;40:15;60:6
**please (11)**
6:3,13;7:4,10;43:6,
11;81:24;125:9;
126:5;129:18;134:4
**plugging (1)**
92:22
**pm (8)**
121:9,11,12,13;
137:1,4;144:14,16
**point (14)**
8:4;38:23;42:17;
60:6;61:2,5;67:18,25;
68:21;71:8;77:7;93:6;
103:18;108:4
**points (3)**
16:2,3;44:21
**poison (1)**
43:17
**polymer (1)**

63:13
**poor (1)**
86:16
**port (1)**
92:4
**portion (6)**
65:18;77:6;112:21;
124:14;128:15,23
**position (5)**
10:8,12;116:15,22;
141:16
**possible (4)**
30:2;42:23;44:2;
50:20
**possibly (4)**
52:15;80:2;90:15;
122:17
**potential (1)**
115:2
**power (1)**
104:11
**powertrain (1)**
27:24
**preparation (4)**
35:14,18,20;37:3
**prepare (1)**
7:14
**presence (1)**
8:17
**presented (2)**
87:6,7
**press (2)**
45:2;54:4
**pressure (13)**
47:9;50:19;52:17;
61:17;63:1;64:16,20,
23,24;66:1,17;68:14,
18
**pressures (1)**
66:9
**pressurize (1)**
116:4
**pressurized (1)**
68:10
**pretty (4)**
30:17;63:2;69:17;
98:23
**preventative (1)**
125:2
**primarily (6)**
14:17,24;62:23;
107:19;135:6;138:12
**primary (1)**
58:9
**print (1)**
20:12
**printout (3)**
19:7,8;129:22
**Prior (2)**
10:9;67:1
**private-owned (1)**
11:23
**Pro (3)**

Case 1:22-cv-01392-LMM  Document 52-2  Filed 04/05/23  Page 157 of 162
American Family Insurance, et al. v.
McLaren Automotive, et al.

Video Deposition

Derick M. Lee
February 27, 2023

**20:5,6;25:18**
**probably (7)**
33:13;110:22;
111:15;112:15;130:9,
12;138:21
**problem (1)**
143:25
**problems (1)**
115:19
**procedures (3)**
29:3,5;36:4
**proceeded (1)**
11:6
**process (6)**
27:9,15;39:12;43:3;
44:3;64:8
**produced (3)**
15:12;18:25;19:1
**production (3)**
20:11;76:3;92:16
**products (2)**
134:12;138:22
**program (4)**
11:25;12:1;16:16;
27:2
**promise (1)**
26:1
**prompt (1)**
29:23
**prone (1)**
106:20
**proper (5)**
16:4,5;44:4,6;116:3
**properly (10)**
64:18,21;65:3,8,21;
67:9;80:7;116:4;
119:2;120:22
**properties (3)**
63:7,9;66:10
**proprietary (2)**
91:13;114:14
**protected (1)**
106:25
**provide (3)**
15:3;91:16;123:2
**provided (2)**
125:8;136:22
**pull (5)**
39:10;60:12;64:19;
123:10;127:3
**pulled (1)**
86:11
**pulling (2)**
64:14,15
**pump (5)**
110:3,8,11,13;
138:10
**pumps (3)**
101:22;109:4;116:6
**purpose (9)**
47:7;77:21;78:19;
97:10;106:6;109:2;
111:3;113:4;124:21

**purposes (1)**
106:7
**push (3)**
53:25;90:14,15
**pushed (4)**
88:5,6,7;90:12
**put (17)**
54:5;55:23;61:18;
64:10,12,16,16,20;
67:5;73:1;75:10;
108:7;109:14,19,20;
115:24;119:14
**puts (1)**
48:7

**Q**

**qualified (1)**
140:24
**quality (1)**
63:25
**quick (2)**
119:15;121:6
**quick-disconnect (12)**
44:24;53:23;55:17,
18;56:11;75:2;77:8;
81:21;82:4,12,17;
142:21
**quick-disconnects (1)**
143:10
**quickly (1)**
69:18
**quite (1)**
137:18

**R**

**raise (2)**
16:3;93:4
**ran (3)**
70:11,14;108:4
**randomly (1)**
110:19
**range (2)**
138:11,19
**rat (1)**
94:14
**ratchet (2)**
32:10;59:20
**ratcheting (1)**
59:19
**rather (2)**
8:5,7
**rats (1)**
111:10
**reach (5)**
39:4;43:21;92:20;
120:4;144:1
**reached (2)**
38:25;92:24
**read (5)**
89:13;90:18;92:1,5,
18

**reading (5)**
32:20;33:3;68:25;
72:20;87:21
**readout (1)**
89:16
**reads (1)**
89:7
**real (1)**
52:13
**really (6)**
8:17;64:15;72:17;
125:1;136:4;141:8
**rear (20)**
20:25;21:5,6,13;
22:16;23:15;28:16,
18,18;37:12,12;40:2,
25;41:1,12,16;95:18,
25;96:2;123:19
**reason (1)**
82:21
**recall (16)**
33:10;88:4,6;89:23;
93:22;105:11;122:22;
123:8;125:21;131:18,
23,24;138:9;140:1,4;
141:4
**recalls (2)**
123:14;125:4
**receive (5)**
11:19;12:3,9;135:7,
12
**received (2)**
13:6;140:10
**recently (1)**
12:25
**Recess (1)**
121:11
**reconnect (2)**
63:24;66:1
**reconnected (1)**
135:22
**reconnection (1)**
135:13
**record (15)**
6:2;17:14,15,17,19,
22;72:11;84:8;90:25;
121:10,14;136:25;
137:2,5;144:15
**recorded (2)**
39:9;91:2
**red (1)**
90:2
**refer (8)**
16:10;17:5;23:7;
30:23;43:11;51:24;
55:16;127:25
**referred (6)**
21:13;33:20;75:2;
102:22;111:22;138:8
**referring (5)**
21:4;26:20;27:17;
63:10;83:12
**refilling (1)**

67:2
**regard (1)**
139:23
**regards (1)**
132:15
**reinstall (2)**
16:6;64:7
**reinstalled (2)**
116:13;118:22
**reinstalling (1)**
120:17
**related (9)**
14:6;88:20;135:1,9;
137:8,13;138:1,9,10
**relation (1)**
39:5
**relayed (1)**
140:6
**release (1)**
61:17
**relocated (1)**
11:12
**rely (2)**
25:5;39:21
**relying (1)**
19:11
**remarkable (1)**
121:3
**remember (8)**
26:12;33:24;87:24;
89:21;92:12;104:23;
131:23;132:3
**removal (25)**
22:6;29:13;30:11;
34:9;36:5,22;37:8,9,
11,13;41:18;42:17;
43:3;49:2,5;56:24;
57:2;59:3,14;60:18;
61:12,14;67:2;93:7;
135:13
**removal/installation (1)**
29:12
**remove (40)**
15:25;16:4;21:24;
22:1,25;40:15;41:7,9,
22;44:5,25;45:2;
46:19;49:6;51:25;
53:24;56:4,14,21,25;
57:21;59:4,21,21;
60:10,13,16;65:19;
77:10;82:13;90:23;
102:3;103:25;104:1;
108:14,17;109:22;
117:6;120:5,8
**removed (13)**
39:11;40:22;43:2;
57:10;93:7;101:19;
105:9,13,20,23;
108:18;119:12;142:7
**removing (11)**
37:11;40:17;44:21;
46:7;50:6,8,20;53:9;
61:8;117:5;120:12

**repair (37)**
14:21;15:3;16:18;
17:10;21:7;14:24:19;
29:6;30:11,15,19;
34:10;36:6,12,21;
37:15;38:8;66:6;84:1,
19;105:9;108:10;
115:23;125:1;132:25;
135:18;136:6,6,13;
139:24;140:13,16,19;
141:8,23;143:4;144:8
**repairs (10)**
14:6;17:2;18:6;
27:15;34:9;38:1;
137:14;138:3;140:25;
142:4
**rephrase (2)**
7:1;134:21
**replace (8)**
111:2,16;112:1;
143:5,24,24;144:3,8
**replaced (8)**
15:2;111:1,25;
112:12;124:17,23;
128:1;129:13
**replacement (3)**
124:6;127:1;138:7
**reporter (5)**
6:3;58:10,12,15;
73:7
**represent (1)**
139:19
**request (1)**
141:25
**requests (1)**
106:11
**require (8)**
19:7;30:1;33:19,23;
44:22;63:4;86:3;
144:2
**required (15)**
15:25;16:5;21:23;
23:3,13;26:18;29:5;
30:10;32:24;39:9;
40:22;43:25;87:4;
88:19;141:19
**requirements (1)**
44:2
**requires (2)**
23:8;59:15
**requiring (1)**
119:1
**reread (1)**
40:9
**resort (6)**
23:23;30:16,20;
31:12;40:7;43:23
**responding (1)**
67:22
**response (2)**
116:6;140:9
**responses (1)**
116:9

Case 1:22-cv-01392-LMM   Document 52-2   Filed 04/05/23   Page 158 of 162
American Family Insurance, et al. v.
McLaren Automotive, et al.
Video Deposition
Derick M. Lee
February 27, 2023

**rest (5)**
18:1;74:21;100:10;
102:7;125:5
**resting (1)**
123:1
**restraining (2)**
60:18;99:24
**result (2)**
67:24;90:10
**retaining (1)**
65:18
**return (1)**
53:20
**review (1)**
30:3
**rework (5)**
122:25;123:25;
124:25;126:10;141:4
**right (163)**
7:2,8,11,13,22;
8:22;9:4;10:12;12:15;
15:11,16;16:12;17:4;
18:4,23;19:14;20:7,
10;21:15;22:13,18;
23:2,10,14,23;24:13;
26:14;28:9;30:4;
32:13;35:19;36:9,20;
38:23;40:2;41:8;
43:20;44:16;45:11;
47:7,12,22,22;48:4,
20,23;49:1,18,18,20,
21,22;50:8;51:3,13,
22;52:2,21;54:10,15,
23,23;55:22;56:16,
23;57:9,12;58:25;
59:2,9;60:1,24;61:21,
23;65:22;67:10;
69:19;72:8;73:16;
74:1;75:4,7;76:25;
77:7;79:11;80:18;
82:10;83:4,8,16;
84:22,25;85:13;
86:20,24;87:18;
88:15;89:12;91:11,
16,19;92:12,15,18;
94:16;95:11,24;96:3;
97:5,13;98:3,8;99:7,
22;101:6;102:8,25;
104:8,21;105:23;
106:18;107:21;
109:17;110:1,6,10,15;
112:25;114:17;
115:17;116:19;117:7,
23;118:8,8,14,21,22;
119:23,23;120:3;
121:7;122:21;125:3,
15,17,19;126:4;
127:15;128:3,12,22;
129:7;131:7;133:24;
134:14;136:12,23;
137:22;139:9;140:12;
141:13;142:22
**risk (1)**

**43:17**
**rivet (1)**
52:19
**Road (1)**
9:20
**Robles (3)**
132:10,15;138:24
**rodent (15)**
39:15;86:14,16;
93:8,11;94:21;
104:13,17;106:13;
107:10;108:7;109:22;
110:24;133:15;140:7
**rodeo (1)**
142:7
**Rolls-Royce (2)**
9:14,16
**Rolls-Royces (2)**
10:23;11:8
**Roswell (1)**
9:20
**round (5)**
51:5;62:6,8,14;
143:22
**run (3)**
68:10,17;107:25
**running (1)**
38:16
**RYAN (2)**
2:13;139:18
ryancosgrove@nelsonmullinscom (1)
2:20

# S

**sadly (1)**
98:1
**same (27)**
10:12;24:18;34:23;
36:11;48:15;49:3,20;
53:22;55:5,14;58:13,
22;72:12;97:23;
102:16;103:1,13;
110:2,7;111:6;
117:15;119:4;127:3,
6,14,21;129:5
**save (1)**
105:12
**saved (4)**
91:20;105:10,21,24
**saw (7)**
64:18;83:9,23;
86:18;97:13;127:19;
143:20
**saying (10)**
49:19;52:7;53:19;
55:11;66:19;74:13;
83:17;96:23;99:6;
120:22
**scan (5)**
66:15;90:17;91:5,7;
92:3
**scanned (1)**

**38:18**
**scanner (5)**
66:10,10;91:4,12;
116:9
**schematics (1)**
28:1
**screenshot (1)**
20:12
**screwed (1)**
65:8
**se (2)**
111:17;123:2
**seated (4)**
64:18,21;65:3,21
**second (1)**
17:14
**section (14)**
16:11;18:12;20:25;
21:6;61:16;74:25;
78:7,8;95:16;107:13;
113:14;128:8,9;143:7
**sections (3)**
20:24;21:5;28:3
**secure (5)**
35:23;67:13,15;
97:12;136:17
**secured (1)**
82:19
**securely (1)**
66:5
**securing (3)**
37:7;51:15;111:5
**seeing (9)**
83:21;85:22;86:4;
89:23;96:11;98:18;
99:17;100:10;109:8
**seems (1)**
104:13
**select (9)**
15:22;21:9,22,22;
28:11;29:4;35:10;
78:4;132:17
**selected (2)**
36:3,5
**sen (1)**
35:2
**sending (1)**
131:18
**sense (3)**
20:23;43:23;86:13
**senses (1)**
35:3
**sensor (9)**
66:13;67:15,19,25;
68:6;69:8;88:15,16;
89:1
**sent (2)**
25:6;131:19
**separate (3)**
29:19;41:25;144:5
**separates (1)**
111:23
**separation (2)**

**124:14,24**
**series (2)**
15:21;118:1
**service (33)**
14:18,19;15:5,6,6,
12,17;16:8,13,15;
27:15,24;28:2;29:3;
33:7;36:4;44:23;
45:16;84:5;86:20,21;
90:16;91:17;93:22,
23,25;123:10;135:2;
137:8,13;140:20;
143:17;144:9
**serviceable (1)**
143:18
**serviced (3)**
128:7,8;137:12
**Services (2)**
16:15;125:12
**set (4)**
57:10;67:4;71:9;
135:15
**setting (10)**
30:24;31:2,7,10;
32:3,23,24;34:3;90:1;
109:10
**settings (6)**
30:17,19,20;33:21;
34:7,11
**seven (1)**
93:18
**seven-and-a-half (1)**
137:21
**seventh (1)**
104:9
**severity (2)**
84:6;132:22
**shared (1)**
26:3
**sheathing (2)**
100:19;106:22
**sheer (1)**
136:21
**sheet (3)**
96:16;112:20;
114:18
**sheets (2)**
27:25,25
**shipped (1)**
106:10
**shop (3)**
38:18;60:10;61:10
**show (16)**
16:1;27:7;43:7;
44:17;51:10;56:14;
66:11,17;71:1;80:19,
23;90:3;112:16;
129:11,17;144:5
**showed (6)**
84:7;86:10;87:11;
88:17;101:18;123:16
**showing (6)**
45:9;52:24;77:12;

**81:8;117:16;126:24**
**shown (2)**
66:9;141:15
**shows (11)**
45:17;48:1;50:4;
51:11;56:6;68:25;
117:17;118:9;127:4;
128:20;134:8
**shut (1)**
68:19
**side (19)**
27:17,18;45:1;55:6;
71:9;77:8,9;78:11;
82:9;83:21;95:15,15;
109:21;112:20,23,24;
113:8;114:22;117:3
**sides (2)**
53:23;55:11
**signed (1)**
134:19
**significant (1)**
94:12
**signs (1)**
104:13
**similar (1)**
72:17
**simple (1)**
31:23
**simply (1)**
115:5
**single (4)**
25:12;31:12;41:6;
138:21
**siphon (5)**
42:1,4;44:6,6;45:11
**siphoning (2)**
42:12,24
**SIS (23)**
16:10,11,14,20,21;
17:2;18:5,25;19:3,18;
20:2;21:15;22:11,11;
23:15;24:5;25:15;
28:4;56:7;93:2;
102:23;126:13;
127:16
**sit (3)**
13:12;60:11;115:12
**site (1)**
76:13
**sitting (1)**
64:25
**situation (6)**
28:10;29:25;42:19;
53:6;81:19;105:17
**six (1)**
11:6
**size (1)**
77:16
**sizes (2)**
32:1,4
**skeleton (2)**
86:18;101:8
**slash (1)**

Case 1:22-cv-01392-LMM   Document 52-2   Filed 04/05/23   Page 159 of 162

American Family Insurance, et al. v.
McLaren Automotive, et al.

Video Deposition

Derick M. Lee
February 27, 2023

29:14
**sleeve (4)**
    79:3,22;142:25,25
**sleeves (1)**
    79:8
**slide (6)**
    49:4;55:7,12;59:22;
    81:11;82:14
**slow (1)**
    58:13
**small (2)**
    69:17;130:9
**smaller (4)**
    32:5,6;33:9,10
**smallest (1)**
    69:3
**smell (1)**
    107:12
**snap (1)**
    59:4
**software (1)**
    39:5
**solely (1)**
    10:14
**somebody (2)**
    93:21;94:10
**somehow (1)**
    97:18
**sometimes (4)**
    24:20;30:14;62:24,
    25
**somewhat (1)**
    68:8
**somewhere (4)**
    68:22;77:20;78:18;
    90:25
**sorry (27)**
    9:14;10:11;16:13;
    25:17,22;27:10;
    29:14;39:14;41:23;
    43:13;47:10;48:11;
    58:11,14;60:20;70:7,
    10,22;71:20,24;
    72:25;83:1;100:23;
    106:9;110:7;124:3;
    132:4
**sort (8)**
    14:11;39:15;65:4;
    66:11;86:14;95:2;
    96:14;141:13
**sound (2)**
    100:3;111:5
**sound-deadening (4)**
    96:8,9,10;111:7
**sounds (1)**
    69:17
**source (2)**
    107:11;143:6
**South (1)**
    2:17
**spacer (1)**
    123:3
**speak (2)**

7:17,19
**spec (2)**
    25:11;60:17
**special (4)**
    30:8,9,11;31:13
**specialized (2)**
    11:25;63:21
**Specific (15)**
    12:7;17:11;18:16;
    31:5,6,9;32:4;34:18;
    36:15;45:4;58:2;
    83:20;135:7,12;
    138:17
**specifically (3)**
    8:22;40:12;138:4
**specification (1)**
    32:3
**specifications (2)**
    30:16;59:14
**specifics (3)**
    8:7;13:18;29:6
**specified (1)**
    12:7
**Spell (2)**
    34:16,23
**spelling (3)**
    34:18;35:1,4
**spend (1)**
    125:20
**spill (2)**
    44:2;82:23
**spoke (1)**
    102:5
**spot (1)**
    52:20
**spread (3)**
    113:10;114:22;
    115:3
**spreading (1)**
    115:6
**spreads (1)**
    65:17
**squares (1)**
    118:1
**Squeeze (7)**
    54:3,4;55:6,12;
    65:17;77:10;82:12
**stack (1)**
    71:11
**stand (4)**
    6:18;16:14;26:7;
    91:9
**start (18)**
    14:25;27:15;35:17;
    43:2;87:9,15,19,23;
    88:2,4,8,9,19;89:10,
    14;90:13,14;92:22
**started (4)**
    10:11;11:4;87:7;
    88:6
**starting (2)**
    87:4;88:12
**starts (1)**

27:22
**state (7)**
    6:13;7:6;30:7;31:6;
    33:8;41:6;45:16
**states (9)**
    35:22;40:15;45:16;
    48:2;59:16;60:5;
    122:3;127:5;136:19
**stateside (2)**
    12:18,21
**stating (2)**
    112:11;124:4
**stay (1)**
    56:17
**stays (2)**
    57:7;102:7
**steering (1)**
    28:19
**step (23)**
    23:19,19,19,19,24,
    24;35:17;39:23;
    45:15;48:1;49:24;
    57:13;59:11,12;60:1,
    2,3,4,5,16;61:13;
    108:13;127:25
**steps (12)**
    14:18;23:3,4,23;
    24:5;43:4,24;60:8;
    61:4;93:2;140:20;
    141:15
**still (14)**
    7:6;19:3;27:10;
    70:9;71:6;80:11;
    82:17;91:20;96:25;
    97:17;101:2,7;
    102:19;138:24
**stop (1)**
    73:7
**store (2)**
    106:1,3
**storing (1)**
    106:6
**strap (2)**
    59:22;99:25
**straps (1)**
    60:19
**Street (1)**
    2:6
**strips (6)**
    94:23;96:19,20,21;
    100:1;111:7
**structure (1)**
    27:22
**stuck (2)**
    100:2;130:10
**stud (1)**
    59:22
**studying (1)**
    13:15
**stuff (2)**
    43:19;99:17
**subharness (1)**
    102:19

**subject (1)**
    63:17
**subjects (1)**
    37:1
**submit (1)**
    141:25
**submodules (1)**
    18:16
**subname (1)**
    9:8
**subparts (1)**
    143:16
**subsection (1)**
    21:10
**subsections (2)**
    21:23;27:16
**subset (1)**
    22:15
**subsets (1)**
    23:16
**substructure (1)**
    20:22
**subtitle (2)**
    36:2,4
**suitable (2)**
    44:19;64:9
**Suite (1)**
    2:16
**supply (1)**
    104:11
**support (2)**
    60:6;78:23
**supported (1)**
    110:20
**Sure (61)**
    11:3;14:9;22:2,14,
    19;24:7;26:7,10;31:4;
    34:6;43:8,10,19;44:3;
    50:5;58:21;61:11;
    64:8,11,13,17,21;
    65:3,5,22,25;66:5,8;
    68:19;71:23;75:16;
    76:23;77:16;80:17;
    82:24;86:17;94:13;
    95:5;97:22;99:12;
    102:16;103:1,3;
    104:7;110:6;113:24;
    114:25;116:2,8,20;
    119:1;120:21;123:5;
    135:11;136:14;
    137:11;141:7,9;
    142:9,18;143:21
**Surface (4)**
    20:5,6;25:18;
    111:13
**suspension (5)**
    28:15,16,16,17,17
**swear (1)**
    6:3
**sweet (1)**
    107:13
**switch (1)**
    72:14

**swivel (1)**
    124:9,15
**sworn (1)**
    6:6
**syrup (1)**
    107:1
**system (53)**
    13:20;19:17;28:13,
    19,20,21;29:12;
    40:21;41:25;43:18;
    44:3,5,6,7;45:10,21,
    22;46:1,5;47:8,20;
    50:23;51:1;55:14;
    60:14;63:1,2;67:21;
    68:9;74:16,22;80:24;
    83:6,11;89:7,14,18,
    22;91:6,10,13;
    109:11;115:18;
    123:13;124:18;135:9,
    14,15;137:8,14;138:4,
    21;143:8
**systems (1)**
    28:16

**T**

**tab (9)**
    17:11;29:7,9;30:21;
    37:19;49:4;57:20;
    59:4;65:17
**tabs (3)**
    45:1;49:3;55:6
**takedown (1)**
    107:22
**talk (12)**
    10:25;12:15;15:5;
    18:4;22:7;39:22;
    53:11;58:12;86:16;
    93:10;100:24;109:17
**talked (4)**
    54:20;86:9;102:25;
    127:15
**talking (14)**
    13:11;45:7;58:22;
    73:8;102:10,16;
    103:1,4,11;107:15;
    108:22;111:7;125:22;
    140:4
**tank (162)**
    17:9,11;18:9,10,14,
    15,17,19,21,25;20:8,
    13;21:19,22,23,24;
    22:6,13,15,24,25;
    23:5,17;28:20,24;
    29:2,13,16,22;33:17,
    22;34:9;35:12;36:2,5,
    17,22;37:14;38:4,9,
    12;39:10,12,18,22,25;
    40:2,13,41:20,23;
    42:23;43:3;44:13;
    46:2,8,16;47:6,16;
    48:6,7,21;49:9,13,20;
    50:9,18,20;52:2,5;

American Family Insurance, et al. v.
McLaren Automotive, et al.

**Video Deposition**

Derick M. Lee
February 27, 2023

53:1,6,12,20;54:13;
55:3;56:2,10;57:17,
24;58:8,18;59:3;60:7,
11,12,18;61:8,12,14,
22,23,24;62:5;67:6;
68:3,8,10;69:7;74:9,
12,13,17,19,20;77:4;
78:11;79:12;82:10,
13;83:21;90:24;
98:12,14,16,20;99:16,
25;101:13,15,20,21,
24,25;102:1,3,9,13,
20;103:6,8,9,16,16,
17,22,23;104:1;
107:22;108:1,14,17,
18,19,25;109:22;
110:4,5,13,18,19;
111:5,24;115:16;
116:3,15;117:5;
118:23;119:13;
120:12,18;127:2;
128:24

**tape (1)**
106:23

**tasked (1)**
87:2

**taste (1)**
107:12

**tasted (1)**
107:4

**Technical (7)**
11:24;27:25,25;
134:21;135:4,6;
141:25

**technician (4)**
10:13,18;85:17;
140:24

**telling (1)**
140:20

**tells (3)**
14:19;21:25;22:25

**temperature (5)**
28:20,21;68:18;
106:16;116:3

**ten (2)**
127:18;137:25

**tend (2)**
107:9,10

**tension (5)**
32:11;64:10,12,14;
65:1

**term (3)**
52:15;53:16;124:25

**terminologies (1)**
47:2

**terminology (5)**
34:18;35:3;47:3;
58:5;110:5

**terms (3)**
12:21;34:2,7

**test (2)**
15:1;115:19

**tested (1)**

115:18

**testified (1)**
6:8

**testify (1)**
6:6

**testimony (1)**
142:20

**testing (2)**
66:4;120:13

**Texas (1)**
12:18

**texting (1)**
132:4

**texts (1)**
132:5

**theory (1)**
115:7

**therefore (1)**
82:23

**thin (2)**
96:20,21

**third (1)**
99:1

**though (7)**
21:12;67:18;85:22;
86:4;96:25;100:10;
109:8

**thought (5)**
64:2;76:7,11;93:11;
112:17

**three (3)**
20:24;37:2;133:10

**three-page (1)**
85:11

**throughout (4)**
62:12;74:14;83:19;
134:25

**throw (1)**
68:12

**throwing (1)**
58:24

**tied (1)**
116:7

**tiny (1)**
32:4

**tire (3)**
28:17,18;105:18

**tires (1)**
34:24

**title (1)**
10:17

**Today (9)**
6:1,23;7:14,15,21;
8:10;17:25;24:2;
26:20

**together (10)**
49:4;55:12;65:17;
77:23,25;79:5,21,23;
81:15;133:11

**told (7)**
7:20;8:15,15;38:15;
107:2;111:2;132:25

**tone (1)**

32:25

**tons (2)**
47:1;63:3

**took (6)**
39:23;44:9;93:20;
104:23,25;133:6

**tool (6)**
30:8,9;31:14;38:19;
60:9;66:15

**tooling (1)**
16:5

**tools (1)**
30:6

**toolwise (1)**
30:12

**top (26)**
28:15;35:14,24;
37:19;46:2;74:25;
75:10;76:18;77:1,5;
78:8;97:6;99:9,11,17;
100:20;101:4,12,14,
20;102:7;108:1;
110:17;112:25;127:4;
128:24

**torque (25)**
25:10;30:16,17,18,
20,24;31:2,5,6,14,15,
16,24;32:3,3,5,6,8,16;
33:16,21;34:3,7;
59:14;60:17

**Torrance (1)**
2:18

**total (1)**
60:19

**touch (5)**
56:15;77:17;120:4;
123:6;136:19

**touched (2)**
14:21;116:18

**touching (1)**
141:9

**towards (3)**
14:25;78:11;95:20

**track (1)**
27:24

**train (1)**
15:1

**training (18)**
11:19;12:4,5,6,10,
12,16,17,21;13:5;
14:6;63:21;135:5,5,6,
8,12,20

**trainings (1)**
134:23

**transcript (7)**
73:12;85:7;93:15;
126:7,18;129:20;
134:7

**transmission (2)**
41:17;124:19

**travel (3)**
12:13;53:5;101:20

**traveling (1)**

115:8

**tried (1)**
107:5

**truth (3)**
6:7,7,7

**try (4)**
50:16;60:13;75:18;
89:14

**trying (10)**
17:7;38:1,24;46:11;
50:19;88:3,6;110:23;
131:23;136:12

**tube (11)**
42:1;62:20,22;
79:17,18;80:7;81:14;
82:2,5,8,21

**tubes (2)**
79:15,15

**turn (2)**
64:22;85:15

**turning (4)**
11:14;65:20;66:2;
121:16

**twice (1)**
48:18

**two (30)**
11:11;18:18;33:14;
37:2;41:15;45:1;49:3;
52:24;53:22,22;55:6,
11;71:2,10,10,13;
74:8;79:15,15,20,21;
83:7,8,12;123:1,3;
124:10,12;128:4;
129:24

**type (8)**
63:17;70:17;83:10;
87:19;88:25;114:17;
120:12;123:20

**types (5)**
9:25;10:20;83:16;
135:25;140:25

**U**

**Uh-uh (2)**
56:22;63:14

**UK (2)**
12:19;34:25

**ultimately (2)**
13:12;87:3

**un (1)**
14:11

**unconnected (1)**
69:13

**under (5)**
9:12;66:17;95:8;
123:4;128:13

**Underneath (7)**
41:14;60:12;61:18,
25;77:15;95:9;119:25

**Understood (3)**
26:25;70:7;141:22

**unit (3)**

77:24;92:5;144:5

**Universal (2)**
11:24;60:9

**unknown (1)**
89:14

**unless (2)**
23:9;33:19

**unsnap (1)**
117:7

**unsprung (1)**
118:5

**unsure (2)**
14:12;39:6

**unusual (1)**
44:10

**up (25)**
11:12;15:2;18:20;
19:15;30:6;37:19;
38:19;51:14;68:10,
17,25;85:10,25;
87:16;93:5;95:11;
96:11;97:14,15;98:4;
113:19;116:2;118:4;
126:19;135:16

**update (1)**
25:5

**updated (2)**
16:21;24:20

**upper (2)**
128:7,8

**urine (2)**
98:1;99:4;101:7;
104:15

**usage (1)**
34:13

**use (26)**
17:1,4;18:17;20:1;
32:6;33:5,9,13,15;
34:4,8,23;35:6;42:1;
44:7,19;59:19;60:6,
10,14;62:19;64:19;
74:12,22;81:22;
120:24

**used (15)**
18:5;33:10;34:13;
52:19;53:13,16;62:5,
6,9,14,17;63:7;74:8;
83:18;106:24

**using (1)**
34:22;44:4,6;82:17

**utilize (1)**
17:1

**V**

**vacuum (5)**
45:9,19;46:24,25;
62:25

**Vague (5)**
70:2,5;114:5,5;
136:2

**vapors (7)**
47:14,16,17;50:16,

Case 1:22-cv-01392-LMM   Document 52-2   Filed 04/05/23   Page 161 of 162
American Family Insurance, et al. v.                    Video Deposition                              Derick M. Lee
McLaren Automotive, et al.                                                                   February 27, 2023

16,20,22
**various (1)**
    15:1
**vast (1)**
    63:2
**vehicle (106)**
    8:15,23,25;13:13,
    19,21;14:9,24;15:10;
    16:1,3;17:6;20:23;
    21:6;22:2;26:20;31:1;
    35:23;37:7;38:16,17,
    18,21;39:3,16;40:14,
    16,18,21;41:14,16;
    44:2;46:9;47:18;62:9,
    12,14,15;63:2;66:8;
    68:16,17,17,19;77:3;
    83:19;84:6;85:19,19,
    25;87:3,5,9,23;88:5,
    14;90:5,12,14,14,15,
    17;91:25;92:2,25;
    93:4,4;94:9,11;95:8,9,
    13,21,23;97:3,9,9;
    98:5;99:23;101:19;
    103:7;106:13,19;
    108:6;113:9,12;
    114:23;115:8,11,12,
    23;120:1;123:11,12,
    14,15,18,19;132:19,
    22;133:22;134:1;
    135:17;140:1,7;
    141:23
**vehicles (18)**
    9:25;10:3,15,21;
    11:3;12:10,14;13:22;
    14:6;15:8,9;69:24;
    91:5,17;92:21;137:7,
    12,13
**vehicle's (1)**
    85:24
**vent (5)**
    53:1,7,11,14,19
**verifies (1)**
    66:2
**Vermont (1)**
    2:17
**versus (1)**
    22:10
**vertically (1)**
    115:12
**via (1)**
    25:6
**vicinity (1)**
    116:24
**video (3)**
    17:21,24;18:2
**videographed (1)**
    7:5
**VIDEOGRAPHER (10)**
    6:1;17:13,18,21;
    27:11;121:9,13;
    137:1,4;144:14
**view (1)**
    95:9

**VIN (2)**
    123:11,13
**virtual (2)**
    12:14;13:7
**visit (1)**
    30:21
**Visual (3)**
    119:4,21;120:20
**visually (2)**
    75:15;118:7

## W

**Wacky (1)**
    128:18
**Wait (1)**
    133:25
**walk (1)**
    24:5
**walking (1)**
    66:3
**wall (1)**
    115:5
**warmer (1)**
    107:11
**warn (1)**
    135:21
**warning (2)**
    43:4,24
**warnings (4)**
    29:24;43:15;89:11;
    135:25
**warrantable (1)**
    140:12
**warranty (5)**
    106:7,11;121:21,
    22;122:11
**warranty-related (1)**
    105:16
**water (1)**
    47:13
**way (16)**
    34:23;35:2;37:2;
    52:13;53:7;64:5;74:8;
    78:8;80:1,3;81:5;
    90:3;99:15;109:13;
    113:14;117:15
**ways (1)**
    53:14
**week (1)**
    25:10
**weird (2)**
    86:19;128:21
**welcome (1)**
    81:6
**weld (1)**
    52:20
**whatnot (3)**
    64:23;127:17;133:9
**what's (12)**
    47:7;61:13;70:4;
    77:21;78:19;94:10;
    104:15;111:3;113:4;

118:2;124:9,22
**whatsoever (1)**
    136:10
**wheel (10)**
    15:21,23,23,25;
    16:4;25:7;28:17,18;
    32:6;33:16
**wheels (7)**
    33:15;37:10,11;
    40:22,24,25;41:3
**Where'd (2)**
    12:16;35:8
**where's (1)**
    13:2
**whichever (2)**
    14:21;81:17
**whole (7)**
    6:7;79:18;98:25;
    114:8;128:14;143:7;
    144:6
**who's (1)**
    140:25
**wide (2)**
    138:11,19
**widespread (1)**
    98:24
**Wi-Fi (2)**
    25:20,24
**wire (4)**
    101:10,14,17,20
**wires (2)**
    100:18;107:17
**wiring (11)**
    28:1;58:4;100:20;
    106:22,24,25;107:14,
    19;108:23;109:3;
    110:10
**wirings (1)**
    103:5
**wish (1)**
    81:22
**within (3)**
    12:8;15:23;29:7
**without (1)**
    98:9
**withstand (1)**
    63:15
**witness (20)**
    6:4;24:16,22,25;
    25:3;26:6;58:11,14,
    16;70:4,7,10;72:18;
    76:15;130:2,6,8,11;
    139:11;142:12
**wondered (1)**
    76:8
**word (3)**
    34:20;64:19;89:24
**words (4)**
    37:25;67:14;78:23;
    120:11
**work (35)**
    7:19;9:2;10:14,16,
    21;11:7;19:4,11,13;

33:21;35:15,18,22;
    37:3;65:14;80:16;
    81:20;84:1,19,21,22;
    85:5,14;87:1;96:1;
    105:9,13,20,21;108:3;
    127:2;129:8;132:16;
    133:5,5
**worked (7)**
    11:5,9;12:20,25;
    138:4;139:1;144:7
**working (9)**
    11:3;19:15;21:10;
    61:24;63:23;64:3,4;
    68:17;137:21
**works (3)**
    53:1,14;138:24
**worn (1)**
    105:18
**wrap (1)**
    77:15
**wrench (7)**
    31:15,24;32:5,6,8;
    33:16;59:20
**wrenches (2)**
    31:17;44:25
**written (1)**
    89:11
**wrong (3)**
    90:5;131:19;133:18

## Y

**yea (1)**
    117:1
**year (1)**
    11:14
**year-and-a-half (3)**
    11:10,11;12:2
**years (5)**
    10:6;11:6,11;
    134:25;137:21

## 0

**02110 (1)**
    2:7

## 1

**1 (7)**
    23:24;35:17;45:17,
    19;122:2;127:25;
    130:24
**1.90 (1)**
    37:21
**10 (1)**
    130:2
**10:17 (1)**
    6:2
**10:28 (1)**
    17:18
**101 (1)**
    2:6

**10-millimeter (1)**
    59:19
**11 (2)**
    93:13;94:16
**12:09 (2)**
    121:9,11
**12:14 (2)**
    121:11,13
**12:31 (2)**
    137:1,4
**12:39 (2)**
    144:14,16
**1214K0118CP (1)**
    131:9
**1215MA102CP (1)**
    130:24
**12-volt (1)**
    40:21
**13 (3)**
    126:16,22;130:11
**14 (3)**
    126:5;127:5;130:11
**14K001 (1)**
    127:5
**15 (2)**
    134:4,15
**16 (1)**
    60:19
**19191 (1)**
    2:17
**1l (1)**
    122:2

## 2

**2 (6)**
    48:2,3;97:21;
    109:17;122:18;130:8
**20 (1)**
    69:3
**20,000 (1)**
    69:17
**20,000ths (2)**
    68:25;69:14
**2010 (1)**
    11:4
**2011 (1)**
    11:18
**2023 (1)**
    6:2
**21 (7)**
    72:9;73:3,13,17;
    83:10;117:21;118:15
**22 (9)**
    72:9;73:3,14,23;
    83:10;117:21;118:1,
    16,17
**27th (1)**
    6:1

## 3

**32 (1)**

American Family Insurance, et al. v.
McLaren Automotive, et al.

Video Deposition

Derick M. Lee
February 27, 2023

11:16
**33 (1)**
11:14

---

**4**

**4 (3)**
52:24;99:23;122:21
**40 (2)**
69:2,3
**40,000ths (1)**
69:2
**424-221-7404 (1)**
2:19

---

**5**

**5 (3)**
57:15;100:25;
125:16
**50 (2)**
23:25;138:2

---

**6**

**6 (5)**
59:15;60:2;101:9;
125:18;130:1
**60 (1)**
138:2
**617-539-8674 (1)**
2:8

---

**7**

**7 (17)**
60:3,4,5,16,17;
85:5;87:19,20;
109:12,15;121:17;
125:13;127:23;
130:11;131:2,11;
139:23
**720 (3)**
127:6;131:19;135:4
**720S (1)**
126:23
**765 (9)**
18:6;21:17;26:23;
71:16;73:21;76:21;
86:12;127:6;131:20
**765LT (5)**
9:1;17:2;26:24;
76:24;126:25
**7865 (1)**
9:20

---

**8**

**8 (3)**
130:4,6,14
**8th (1)**
2:6

---

**9**

**9 (7)**
60:17;129:17,24,
25;130:15,18;131:9
**90 (2)**
124:7,14
**900 (1)**
2:16
**90502 (1)**
2:18