IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of ADRIAN BIESECKER, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | CASE NO. 1:22-CV-01392-LMM |
| MCLAREN AUTOMOTIVE, INC. and KRAUSE FAMILY MOTORCARS, LLC., | : : : : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE OF COUNSEL

**COME NOW** Robert M. Hoyland of the law firm of Fain, Major & Brennan, P.C., and hereby notify the Court and all counsel that he has been retained as counsel for Defendant Krause Family Motorcars, LLC. in the above-referenced matter. The Court and all counsel are hereby respectfully requested to notify the undersigned of all discovery matters, hearings and trials in the above-referenced matter.

This 7th day of April, 2023.

- 2 -

FAIN, MAJOR & BRENNAN, P.C.

 */s/ Robert M. Hoyland*
JESSICA E. SANFORD
Georgia Bar No. 626176
DAVID A. OLSON
Georgia Bar No. 287506
ROBERT M. HOYLAND
Georgia Bar No. 141931
Counsel for Defendant Krause Family Motorcars, LLC

One Premier Plaza
5605 Glenridge Dr. NE
Suite 900
Atlanta, GA 30342
O: (678) 688-6633
F: (404) 420-1544
jsanford@fainmajor.com
dolson@fainmajor.com
rhoyland@fainmajor.com

- 3 -

## CERTIFICATION

Pursuant to L.R. 7.1(D) N.D.Ga., I certify that this document has been prepared in Times New Roman Font 14 point, as approved by the Court in L.R. 5.1C, N.D.Ga.

                **FAIN, MAJOR & BRENNAN, P.C.**

        BY:  */s/ Robert M. Hoyland*
                ROBERT M. HOYLAND
                Georgia State Bar No. 141931

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of ADRIAN BIESECKER, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | CASE NO. 1:22-CV-01392-LMM |
| MCLAREN AUTOMOTIVE, INC. and KRAUSE FAMILY MOTORCARS, LLC., | : : : : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the foregoing **Notice of Appearance of Counsel – Robert M. Hoyland** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

| | |
|---|---|
| Eric D. Miller, Esq.<br>Miller Insurance Law Enterprise<br>115 Perimeter Center Place, Suite 430<br>South Terraces<br>Atlanta, GA 30346<br>emiller@mileatlanta.com<br>*Co-Counsel for Plaintiff* | Marie Cheung-Truslow, Esq.<br>Clint McCord, Esq.<br>Law Offices of Marie Cheung-Truslow<br>19 Tobisset Street<br>Mashpee, MA 02649<br>marie@cheungtruslowlaw.com<br>clint@cheungtruslowlaw.com<br>*Co-Counsel for Plaintiff* |

Christopher Shaun Polston, Esq.
Nelson Mullins Riley & Scarborough, LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Shaun.polston@nelsonmullins.com
*Counsel for McLaren Automotive, Inc*

This 7th day of April, 2023.

                                        **FAIN, MAJOR & BRENNAN, P.C.**

                                        */s/ Robert M. Hoyland*

| | |
|---|---|
| | JESSICA E. SANFORD |
| One Premier Plaza | Georgia Bar No. 626176 |
| 5605 Glenridge Dr. NE | DAVID A. OLSON |
| Suite 900 | Georgia Bar No. 287506 |
| Atlanta, GA 30342 | ROBERT M. HOYLAND |
| (678) 688-6633 | Georgia Bar No. 141931 |
| F: (404) 420-1544 | Counsel for Defendant Krause Family |
| jsanford@fainmajor.com | Motorcars, LLC |
| dolson@fainmajor.com | |
| rhoyland@fainmajor.com | |