IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of ADRIAN BIESECKER, | : : : : |
| Plaintiff, | : : |
| v. | :    CASE NO. 1:22-CV-01392-LMM |
| MCLAREN AUTOMOTIVE, INC. and KRAUSE FAMILY MOTORCARS, LLC., | : : : : : |
| Defendants. | : |

## NOTICE OF APPEARANCE OF COUNSEL

**COMES NOW** David A. Olson of the law firm of Fain, Major & Brennan, P.C., and hereby notifies the Court and all counsel that he has been retained as counsel for Defendant Krause Family Motorcars, LLC, in the above-referenced matter. The Court and all counsel are hereby respectfully requested to notify the undersigned of all discovery matters, hearings and trials in the above-referenced matter.

This 7th day of April, 2023.

|  |  |
|---|---|
| One Premier Plaza<br>5605 Glenridge Dr. NE<br>Suite 900<br>Atlanta, GA 30342<br>O: (678) 688-6633<br>F: (404) 420-1544<br>jsanford@fainmajor.com<br>dolson@fainmajor.com<br>rhoyland@fainmajor.com | **FAIN, MAJOR & BRENNAN, P.C.**<br><br>*/s/ David A. Olson*<br><hr><br>JESSICA E. SANFORD<br>Georgia Bar No. 626176<br>DAVID A. OLSON<br>Georgia Bar No. 287506<br>ROBERT M. HOYLAND<br>Georgia Bar No. 141931<br>Counsel for Defendant Krause Family Motorcars, LLC |

## **CERTIFICATION**

Pursuant to L.R. 7.1(D) N.D.Ga., I certify that this document has been prepared in Times New Roman Font 14 point, as approved by the Court in L.R. 5.1C, N.D.Ga.

This 7th day of April, 2023.

                                      **FAIN, MAJOR & BRENNAN, P.C.**

                                      */s/ David A. Olson*

| | |
|---|---|
| One Premier Plaza | JESSICA E. SANFORD |
| 5605 Glenridge Dr. NE | Georgia Bar No. 626176 |
| Suite 900 | DAVID A. OLSON |
| Atlanta, GA 30342 | Georgia Bar No. 287506 |
| O: (678) 688-6633 | ROBERT M. HOYLAND |
| F: (404) 420-1544 | Georgia Bar No. 141931 |
| jsanford@fainmajor.com | Counsel for Defendant Krause Family |
| dolson@fainmajor.com | Motorcars, LLC |
| rhoyland@fainmajor.com | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of ADRIAN BIESECKER, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | CASE NO. 1:22-CV-01392-LMM |
| MCLAREN AUTOMOTIVE, INC. and KRAUSE FAMILY MOTORCARS, LLC., | : : : : | |
| Defendants. | : | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the foregoing **Notice of Appearance of Counsel – David A. Olson** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

| | |
|---|---|
| Eric D. Miller, Esq.<br>Miller Insurance Law Enterprise<br>115 Perimeter Center Place, Suite 430<br>South Terraces<br>Atlanta, GA 30346<br>emiller@mileatlanta.com<br>*Co-Counsel for Plaintiff* | Marie Cheung-Truslow, Esq.<br>Clint McCord, Esq.<br>Law Offices of Marie Cheung-Truslow<br>19 Tobisset Street<br>Mashpee, MA 02649<br>marie@cheungtruslowlaw.com<br>clint@cheungtruslowlaw.com |

*Co-Counsel for Plaintiff*

Christopher Shaun Polston, Esq.
Nelson Mullins Riley & Scarborough, LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Shaun.polston@nelsonmullins.com
*Counsel for McLaren Automotive, Inc*

This 7th day of April, 2023.

                                **FAIN, MAJOR & BRENNAN, P.C.**

                                */s/ David A. Olson*

| | |
|---|---|
| | JESSICA E. SANFORD |
| One Premier Plaza | Georgia Bar No. 626176 |
| 5605 Glenridge Dr. NE | DAVID A. OLSON |
| Suite 900 | Georgia Bar No. 287506 |
| Atlanta, GA 30342 | ROBERT M. HOYLAND |
| (678) 688-6633 | Georgia Bar No. 141931 |
| F: (404) 420-1544 | Counsel for Defendant Krause Family |
| jsanford@fainmajor.com | Motorcars, LLC |
| dolson@fainmajor.com | |
| rhoyland@fainmajor.com | |