IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of ADRIAN BIESECKER, | : : : : |
| Plaintiff, | : : |
| v. | : CASE NO. 1:22-CV-01392-LMM : |
| MCLAREN AUTOMOTIVE, INC. and KRAUSE FAMILY MOTORCARS, LLC., | : : : : |
| Defendants. | : |

## NOTICE OF APPEARANCE OF COUNSEL

**COMES NOW** Jessica E. Sanford of the law firm of Fain, Major & Brennan, P.C., and hereby notifies the Court and all counsel that she has been retained as counsel for Defendant Krause Family Motorcars, LLC, in the above-referenced matter. The Court and all counsel are hereby respectfully requested to notify the undersigned of all discovery matters, hearings and trials in the above-referenced matter.

This 7th day of April, 2023.

          **FAIN, MAJOR & BRENNAN, P.C.**

    */s/  Jessica E. Sanford*
    _____

|  |  |
|---|---|
| One Premier Plaza | JESSICA E. SANFORD |
| 5605 Glenridge Dr. NE | Georgia Bar No. 626176 |
| Suite 900 | DAVID A. OLSON |
| Atlanta, GA 30342 | Georgia Bar No. 287506 |
| O: (678) 688-6633 | ROBERT M. HOYLAND |
| F: (404) 420-1544 | Georgia Bar No. 141931 |
| jsanford@fainmajor.com | Counsel for Defendant Krause Family |
| dolson@fainmajor.com | Motorcars, LLC |
| rhoyland@fainmajor.com | |

- 3 -

## **CERTIFICATION**

Pursuant to L.R. 7.1(D) N.D.Ga., I certify that this document has been prepared in Times New Roman Font 14 point, as approved by the Court in L.R. 5.1C, N.D.Ga.

This 7th day of April, 2023.

                                            **FAIN, MAJOR & BRENNAN, P.C.**

                                            */s/ Jessica E. Sanford*

| | |
|---|---|
| | JESSICA E. SANFORD |
| One Premier Plaza | Georgia Bar No. 626176 |
| 5605 Glenridge Dr. NE | DAVID A. OLSON |
| Suite 900 | Georgia Bar No. 287506 |
| Atlanta, GA 30342 | ROBERT M. HOYLAND |
| O: (678) 688-6633 | Georgia Bar No. 141931 |
| F: (404) 420-1544 | Counsel for Defendant Krause Family |
| jsanford@fainmajor.com | Motorcars, LLC |
| dolson@fainmajor.com | |
| rhoyland@fainmajor.com | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of ADRIAN BIESECKER,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC. and KRAUSE FAMILY MOTORCARS, LLC.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  CASE NO. 1:22-CV-01392-LMM<br>:<br>:<br>:<br>:<br>:<br>: |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the foregoing **Notice of Appearance of Counsel – Jessica E. Sanford** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

| | |
|---|---|
| Eric D. Miller, Esq.<br>Miller Insurance Law Enterprise<br>115 Perimeter Center Place, Suite 430<br>South Terraces<br>Atlanta, GA 30346<br>emiller@mileatlanta.com<br>*Co-Counsel for Plaintiff* | Marie Cheung-Truslow, Esq.<br>Clint McCord, Esq.<br>Law Offices of Marie Cheung-Truslow<br>19 Tobisset Street<br>Mashpee, MA 02649<br>marie@cheungtruslowlaw.com<br>clint@cheungtruslowlaw.com |

*Co-Counsel for Plaintiff*

Christopher Shaun Polston, Esq.
Nelson Mullins Riley & Scarborough, LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Shaun.polston@nelsonmullins.com
*Counsel for McLaren Automotive, Inc*

This 7th day of April, 2023.

                              **FAIN, MAJOR & BRENNAN, P.C.**

                              */s/ Jessica E. Sanford*

| | |
|---|---|
| | JESSICA E. SANFORD |
| One Premier Plaza | Georgia Bar No. 626176 |
| 5605 Glenridge Dr. NE | DAVID A. OLSON |
| Suite 900 | Georgia Bar No. 287506 |
| Atlanta, GA 30342 | ROBERT M. HOYLAND |
| O: (678) 688-6633 | Georgia Bar No. 141931 |
| F: (404) 420-1544 | Counsel for Defendant Krause Family |
| jsanford@fainmajor.com | Motorcars, LLC |
| dolson@fainmajor.com | |
| rhoyland@fainmajor.com | |