IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY *as subrogee of* Adrian Biesecker, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 1:22-cv-01392-LMM |
| KRAUSE FAMILY MOTORCARS, LLC and MCLAREN AUTOMOTIVE, INC., | : : : : | |
| Defendants. | : : | |
| MCLAREN AUTOMOTIVE, INC., | : : | |
| Cross Claimant, | : : | |
| v. | : : | |
| KRAUSE FAMILY MOTORCARS, LLC., | : : : | |
| Cross Defendant. | : | |

**<u>ORDER</u>**

On April 17, 2023, Plaintiff in this matter notified the Court that the parties have reached a settlement and that they intend to file a dismissal in the near future. Accordingly, this case is **ADMINISTRATIVELY CLOSED** pending the

parties' filing the dismissal.[1] The parties are **DIRECTED** to file within THIRTY (30) days of the date of this Order either (1) the necessary documents to dismiss this case or (2) a joint status update notifying the Court why they are unable to file such documents.

**IT IS SO ORDERED** this 18th day of April, 2023.

_____
**Leigh Martin May**
**United States District Judge**

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.