IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of ADRIAN BIESECKER, | : : : : |
| Plaintiff, | : : |
| v. | : : CASE NO. 1:22-CV-01392-LMM |
| MCLAREN AUTOMOTIVE, INC. and KRAUSE FAMILY MOTORCARS, LLC., | : : : : |
| Defendants. | : : |

**SATISFACTION OF JUDGMENT**

COMES NOW, the Plaintiff, and files this its Satisfaction of Judgment in the above-styled action showing that the Judgment entered at Docket Nos. 49 and 50 in the above-styled case on the 3rd day of April, 2023, has been satisfied by the Defendant, Krause Family Motorcars, LLC, and the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division, is hereby requested to enter a Satisfaction of Judgment upon the record.

*SIGNATURE CONTAINED ON FOLLOWING PAGE*

Page **- 1 -** of **5**

This \_\_18th\_\_ day of \_\_April\_\_, 2023.

_____
Marie Cheung-Truslow (admitted pro hac vice)
Clint McCord, Esq. (admitted pro hac vice)
Counsel for Plaintiff

Law Offices of Marie Cheung-Truslow
19 Tobisset Street
Mashpee, MA 02649
O: 617.777.4748
F: 617.553.1940
marie@cheungtruslowlaw.com
clint@cheungtruslowlaw.com

## **CERTIFICATION**

Pursuant to L.R. 7.1(D) N.D.Ga., I certify that this document has been prepared in Times New Roman Font 14 point, as approved by the Court in L.R. 5.1C, N.D.Ga.

This 19th day of April, 2023.

                                                **FAIN, MAJOR & BRENNAN, P.C.**

                                                */s/ Jessica E. Sanford*

| | |
|---|---|
| | JESSICA E. SANFORD |
| One Premier Plaza | Georgia Bar No. 626176 |
| 5605 Glenridge Dr. NE | DAVID A. OLSON |
| Suite 900 | Georgia Bar No. 287506 |
| Atlanta, GA 30342 | ROBERT M. HOYLAND |
| O: (678) 688-6633 | Georgia Bar No. 141931 |
| F: (404) 420-1544 | Counsel for Defendant Krause Family |
| jsanford@fainmajor.com | Motorcars, LLC |
| dolson@fainmajor.com | |
| rhoyland@fainmajor.com | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of ADRIAN BIESECKER, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | CASE NO. 1:22-CV-01392-LMM |
| MCLAREN AUTOMOTIVE, INC. and KRAUSE FAMILY MOTORCARS, LLC., | : : : : | |
| Defendants. | : : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the foregoing *Satisfaction of Judgment* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Eric D. Miller, Esq.
Miller Insurance Law Enterprise
115 Perimeter Center Place, Suite 430
South Terraces
Atlanta, GA 30346
emiller@mileatlanta.com
*Co-Counsel for Plaintiff*

Marie Cheung-Truslow, Esq.
Clint McCord, Esq.
Law Offices of Marie Cheung-Truslow
19 Tobisset Street
Mashpee, MA 02649
marie@cheungtruslowlaw.com
clint@cheungtruslowlaw.com
*Co-Counsel for Plaintiff*

- 4 -

Christopher Shaun Polston, Esq.
Nelson Mullins Riley & Scarborough, LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Shaun.polston@nelsonmullins.com

Lisa M. Gibson, Esq. (*Admitted Pro Hac Vice*)
Ryan E. Cosgrove, Esq. (*Admitted Pro Hac Vice*)
Nelson Mullins Riley & Scarborough, LLP
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
lisa.gibson@nelsonmullins.com
ryan.cosgrove@nelsonmullins.com
*Counsel for McLaren Automotive, Inc*

This 19th day of April, 2023.

                                         **FAIN, MAJOR & BRENNAN, P.C.**

                                         */s/ Jessica E. Sanford*

| | |
|---|---|
| | JESSICA E. SANFORD |
| One Premier Plaza | Georgia Bar No. 626176 |
| 5605 Glenridge Dr. NE | DAVID A. OLSON |
| Suite 900 | Georgia Bar No. 287506 |
| Atlanta, GA 30342 | ROBERT M. HOYLAND |
| O: (678) 688-6633 | Georgia Bar No. 141931 |
| F: (404) 420-1544 | Counsel for Defendant Krause Family |
| jsanford@fainmajor.com | Motorcars, LLC |
| dolson@fainmajor.com | |
| rhoyland@fainmajor.com | |