IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of ADRIAN BIESECKER, | : : : : |
| Plaintiff, | : : |
| v. | : CASE NO. 1:22-CV-01392-LMM : |
| MCLAREN AUTOMOTIVE, INC. and KRAUSE FAMILY MOTORCARS, LLC., | : : : : |
| Defendants. | : |

## JOINT MOTION FOR LEAVE TO FILE UNDER SEAL

**COME NOW**, Plaintiff, by and through counsel of record and Defendants, by and through counsel of record respectively request leave of Court to seal certain documents that have previously been filed. The specific documents that the parties are requesting to be filed under seal are as follows: Document Nos. 37, 38, 40, 42, 43, 45, 46, 47, 48, 49, 50 and 57.

Respectfully submitted this 8th day of May, 2023.

*SIGNATURES CONTAINED ON FOLLOWING PAGE*

Respectfully submitted,

**PLAINTIFF AMERICAN HOME INSURANCE COMPANY, as subrogee of Adrian Biesecker,**
By its attorneys:

*/s/ Marie Cheung-Truslow*
_____
Marie Cheung-Truslow (admitted *pro hac vice*)
Clint McCord (admitted *pro hac vice*)
Law Offices of Marie Cheung-Truslow
Phone: (617) 777-4748
Fax: (617) 553-1940
marie@cheungtruslowlaw.com
clint@cheungtruslowlaw.com
Office Address:
101 Arch Street, Suite 800
Boston, MA 02110
Mailing Address**:**
19 Tobisset Street
Mashpee, MA 02649

Eric D. Miller
Miller Insurance Law Enterprise
115 Perimeter Center Place, Suite 430
South Terraces
Atlanta, GA 30346

**DEFENDANT KRAUSE FAMILY MOTORCARS, LLC**
By its attorneys:

*/s/ Jessica E. Sanford*
_____
Jessica E. Sanford
David A. Olson
Robert Mack Hoyland
Fain, Major & Brennan

One Premier Plaza
5605 Glenridge Drive NE, Suite 900
Atlanta, GA 30342
jsanford@fainmajor.com
dolson@fainmajor.com
rhoyland@fainmajor.com


**DEFENDANT MCLAREN AUTOMOTIVE, INC.**
By its attorneys:

*/s/ Ryan E. Cosgrove*
_____
Ryan E. Cosgrove
Lisa Gibson
Christopher Shaun Polson
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
ryan.cosgrove@nelsonmullins.com
lisa.gibson@nelsonmullins.com
shaun.polston@nelsonmullins.com

## **CERTIFICATION**

Pursuant to L.R. 7.1(D) N.D.Ga., I certify that this document has been prepared in Times New Roman Font 14 point, as approved by the Court in L.R. 5.1C, N.D.Ga.

This 8th day of May, 2023.

                                        **FAIN, MAJOR & BRENNAN, P.C.**

                                        */s/ Jessica E. Sanford*

| | |
|---|---|
| One Premier Plaza<br>5605 Glenridge Dr. NE<br>Suite 900<br>Atlanta, GA 30342<br>O: (678) 688-6633<br>F: (404) 420-1544<br>jsanford@fainmajor.com<br>dolson@fainmajor.com<br>rhoyland@fainmajor.com | JESSICA E. SANFORD<br>Georgia Bar No. 626176<br>DAVID A. OLSON<br>Georgia Bar No. 287506<br>ROBERT M. HOYLAND<br>Georgia Bar No. 141931<br>Counsel for Defendant Krause Family Motorcars, LLC |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of ADRIAN BIESECKER, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | CASE NO. 1:22-CV-01392-LMM |
| MCLAREN AUTOMOTIVE, INC. and KRAUSE FAMILY MOTORCARS, LLC., | : : : : : | |
| Defendants. | : | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the foregoing ***Joint Motion For Leave To File Under Seal*** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

| | |
|---|---|
| Eric D. Miller, Esq. | Marie Cheung-Truslow, Esq. |
| Miller Insurance Law Enterprise | Clint McCord, Esq. |
| 115 Perimeter Center Place, Suite 430 | Law Offices of Marie Cheung-Truslow |
| South Terraces | 19 Tobisset Street |
| Atlanta, GA 30346 | Mashpee, MA 02649 |
| emiller@mileatlanta.com | marie@cheungtruslowlaw.com |
| *Co-Counsel for Plaintiff* | clint@cheungtruslowlaw.com |
| | *Co-Counsel for Plaintiff* |

- 5 -

Christopher Shaun Polston, Esq.
Nelson Mullins Riley & Scarborough, LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Shaun.polston@nelsonmullins.com
*Counsel for McLaren Automotive, Inc*

This 8th day of May, 2023.

                                    **FAIN, MAJOR & BRENNAN, P.C.**

                                    */s/ Jessica E. Sanford*

| | |
|---|---|
| | JESSICA E. SANFORD |
| One Premier Plaza | Georgia Bar No. 626176 |
| 5605 Glenridge Dr. NE | DAVID A. OLSON |
| Suite 900 | Georgia Bar No. 287506 |
| Atlanta, GA 30342 | ROBERT M. HOYLAND |
| O: (678) 688-6633 | Georgia Bar No. 141931 |
| F: (404) 420-1544 | Counsel for Defendant Krause Family |
| jsanford@fainmajor.com | Motorcars, LLC |
| dolson@fainmajor.com | |
| rhoyland@fainmajor.com | |