IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of Adrian Biesecker,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC., and KRAUSE FAMILY MOTORCARS, LLC,<br><br>Defendants. | Civil No. 1:22-CV-01392-LMM |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants, by and through their undersigned counsel, hereby stipulate to the dismissal of this entire action, including all claims and cross-claims, with prejudice, and with each party bearing its own attorney's fees and costs.

Respectfully submitted,

**PLAINTIFF AMERICAN HOME INSURANCE COMPANY, as subrogee of Adrian Biesecker,**
By its attorneys:

/s/ *Marie Cheung-Truslow*

Marie Cheung-Truslow (admitted *pro hac vice*)
Clint McCord (admitted *pro hac vice*)
Law Offices of Marie Cheung-Truslow
Phone: (617) 777-4748
Fax: (617) 553-1940
marie@cheungtruslowlaw.com
clint@cheungtruslowlaw.com
Office Address:
101 Arch Street, Suite 800
Boston, MA 02110
Mailing Address**:**
19 Tobisset Street
Mashpee, MA 02649

Eric D. Miller
Miller Insurance Law Enterprise
115 Perimeter Center Place, Suite 430
South Terraces
Atlanta, GA 30346

**DEFENDANT KRAUSE FAMILY MOTORCARS, LLC**
By its attorneys:

*/s/ Jessica E. Sanford*
_____

Jessica E. Sanford
David A. Olson
Robert Mack Hoyland
Fain, Major & Brennan
One Premier Plaza
5605 Glenridge Drive NE, Suite 900
Atlanta, GA 30342
jsanford@fainmajor.com
dolson@fainmajor.com
rhoyland@fainmajor.com

- 3 -

**DEFENDANT MCLAREN AUTOMOTIVE, INC.**
By its attorneys:

*Ryan E. Cosgrove*

_____
Ryan E. Cosgrove
Lisa Gibson
Christopher Shaun Polson
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
ryan.cosgrove@nelsonmullins.com
lisa.gibson@nelsonmullins.com
shaun.polston@nelsonmullins.com

- 4 -

## **CERTIFICATION**

Pursuant to L.R. 7.1(D) N.D.Ga., I certify that this document has been prepared in Times New Roman Font 14 point, as approved by the Court in L.R. 5.1C, N.D.Ga.

This 17th day of May, 2023.

                                          **FAIN, MAJOR & BRENNAN, P.C.**

                                          */s/ Jessica E. Sanford*

| | |
|---|---|
| | JESSICA E. SANFORD |
| | Georgia Bar No. 626176 |
| One Premier Plaza | DAVID A. OLSON |
| 5605 Glenridge Dr. NE | Georgia Bar No. 287506 |
| Suite 900 | ROBERT M. HOYLAND |
| Atlanta, GA 30342 | Georgia Bar No. 141931 |
| O: (678) 688-6633 | Counsel for Defendant Krause Family |
| F: (404) 420-1544 | Motorcars, LLC |
| jsanford@fainmajor.com | |
| dolson@fainmajor.com | |
| rhoyland@fainmajor.com | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMERICAN FAMILY HOME INSURANCE COMPANY, as Subrogee of ADRIAN BIESECKER, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | CASE NO. 1:22-CV-01392-LMM |
| MCLAREN AUTOMOTIVE, INC. and KRAUSE FAMILY MOTORCARS, LLC., | : : : : : | |
| Defendants. | : | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the foregoing *Stipulation of Dismissal With Prejudice* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

| | |
|---|---|
| Eric D. Miller, Esq. | Marie Cheung-Truslow, Esq. |
| Miller Insurance Law Enterprise | Clint McCord, Esq. |
| 115 Perimeter Center Place, Suite 430 | Law Offices of Marie Cheung-Truslow |
| South Terraces | 19 Tobisset Street |
| Atlanta, GA 30346 | Mashpee, MA 02649 |
| emiller@mileatlanta.com | marie@cheungtruslowlaw.com |
| *Co-Counsel for Plaintiff* | clint@cheungtruslowlaw.com |
| | *Co-Counsel for Plaintiff* |

Christopher Shaun Polston, Esq.
Nelson Mullins Riley & Scarborough, LLP

1

201 17th Street, NW, Suite 1700<br>
Atlanta, GA 30363<br>
Shaun.polston@nelsonmullins.com<br>
*Counsel for McLaren Automotive, Inc*

This 17th day of May, 2023.

                               **FAIN, MAJOR & BRENNAN, P.C.**

                               */s/ Jessica E. Sanford*

| | |
|---|---|
| | JESSICA E. SANFORD |
| One Premier Plaza | Georgia Bar No. 626176 |
| 5605 Glenridge Dr. NE | DAVID A. OLSON |
| Suite 900 | Georgia Bar No. 287506 |
| Atlanta, GA 30342 | ROBERT M. HOYLAND |
| O: (678) 688-6633 | Georgia Bar No. 141931 |
| F: (404) 420-1544 | Counsel for Defendant Krause Family |
| jsanford@fainmajor.com | Motorcars, LLC |
| dolson@fainmajor.com | |
| rhoyland@fainmajor.com | |